# CIVIL DOCKET
## UNITED STATES DISTRICT COURT

Jury demand date: NJ

**14430**

D. C. Form No. 106A Rev.

CLOSED

| ALEXANDRIA | TITLE OF CASE | ATTORNEYS |
|---|---|---|
| | UNITED STATES OF AMERICA<br><br>1 VS.<br><br>CATAHOULA PARISH SCHOOL BOARD;<br>HENRY G. TALIAFERRO, President;<br>AUBREY L. BROOKS, Superintendent of Schools in Catahoula Parish<br>MAX GOOD, BRUCE EDMONDS, C.A. McGUFFIE,<br>G.R.RICHARDSON, T.M.CARTER, GEORGE GRIFFING, and W.A.BOOK, Members<br><br><br><br><br>MOVANT: "Save our School" represented by:<br>Deborah L. McCormack, Donny J. Torrey,<br>Norma Elliott, Roy Brown, Jr and<br>Letitia R. Cranston (tax payers of Catahoula Parish)<br>ATTY: Jack Wright, Jr. (13699)<br>One Wood St.<br>Monroe, LA 71201  318-387-0993 | For plaintiff:<br><br>~~John W. Mitchell~~, Atty.Gen. OF US, US Dep Justice, Washington, D.C. and<br>~~Edw. L. Shaheen, PO Box 33, Sport, La~~ (USAtty) ~~J. Ransdell Keene~~, U. S.<br>Michael Skinner ~~3B12 Federal Bldg~~., Shre<br>300 Fannin  La. 71101<br><br>Nathaniel Douglas / Franz R. Marshall<br>U S Dept of Justice (Equal Opportunit<br>P. O. Box 65958<br>Washington, D. C. 20035-5958<br>202-514-4092<br><br><br>For defendant: ~~(George Griffing, Asst. Dis~~<br>~~W.C. Falkenheiner, Dist.Atty., 7th Jud. Dis~~<br>~~PO Box 308, Vidalia, La. for all Defts~~<br>~~PH 939-7074~~<br>John Johnson<br>~~JOHN STURGEON~~, District Attorney,<br>7th Judicial District, P. O. Box 429,<br>~~Ferriday~~, Louisiana ~~71334~~ for all Def<br>Harrisonburg  71340<br>HAMMONDS AND SILLS<br>(Robert L. Hammonds, Bar Roll #6484)<br>P. O. Box 65236<br>Baton Rouge, LA 70896<br>(504) 923-3462<br>  for Catahoula Parish School Board<br><br>Mr. Keith Guice, Superintendant<br>Catahoula Parish School Board<br>P. O. Box 308<br>Jonesville, LA 71343 |

| STATISTICAL RECORD | COSTS | | | | | | |
|---|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk 2-10-69 | 15.00 | | | | | |
| J.S. 6 mailed<br>SuitUnderT.28,Sec.1345&T.42<br>Sec.2000 USC for Inj.Against<br>Basis of Action: operation of compulsory Bi-RacialSchool System. | Marshal<br><br>Docket fee<br><br>Witness fees | | | | | | |
| Action arose at: | Depositions | | | | | | |

14430

| DATE 1969 | PROCEEDINGS ALEXANDRIA | Date Order Judgment N |
|---|---|---|
| 2-10-69 | Original complaint with attached certificate, filed. | |
| 2-10-69 | Original summonses (9) with copies for service, issued. | |
| 2-18-69 | Returns (8) on 2-10-69 summonses filed: Eight (8) services made on 2-14-69. | |
| 3-3-69 | Answer by DeftS X (all Defts) to plaintiff's complaint, filed. | a RT |
| 3-17-69 | Interrogatories propounded by Pltf. to Defts., filed. | |
| 3-18-69 | Return on summons filed: T.M.Carter served 2-17-69. | |
| -10-69 | Answers by Defts. to plaintiff's interrogatories with attached Exhibits & Maps, filed. | |
| 6-5-69 | En banc order of Court based on 5-28-69 Mandate of Court of Appeals requiring Defts., among other things, to develop and submit, in conjunction with Dept. of HEW new plan of desegregation in the manner set forth therein within 30 days from 6-5-69, filed. Copies thereof mailed by Clerk to counsel of record and Supts. of Deft. School Boards. | |
| 6-9-69 | Notice and Motion by Plaintiff for preliminary injunction with brief in support thereof, filed. | |
| 6-10-69 | Letter from Judge Hunter setting Govts Motion for preliminary injunction for hearing at 3:00 P.M., Monday, June 16th, filed. Notice given all counsel of record. | 6-24-6 |
| 6-10-69 | Entire record and docket sheet mailed to Deputy Clerk in Alexandria. | |
| 6-18-69 | Record returned from Judge Hunter. | |
| 6-24-69 | Order of Judge Hunter GRANTING the plaintiff's motion for preliminary injunction & directing that this Court's en banc order of 6-5-69 apply in full to this case, filed.(EFHJR) Copy thereof mailed by Judge Hunter to counsel for each side by his letter dated 6-18-69. | |
| 7-10-69 | Order issued by clerk by direction of Judge Hunter setting a conference at Alexandria, La., at 4:30 PM, on July 18, 1969, which sets forth matters to be covered at said hearing, filed. Copies thereof mailed by clerk to Mitchell, Shaheen, Falkenheiner & Superintendent. | |
| 7-11-69 | ~~Copy of Appellate Court order denying Motion by School Board to recall & stay mandate pending filing & disposition of Pet. for Writ of Certiorari, filed.~~ | |
| 7-18-69 ** | Case came on for hearing. The Court ordered this case continued until July 21, 1969, at Lake Charles, Louisiana. (EFHJR) | |
| 8-1-69 | Decree of Judge Edwin F. Hunter, Jr., which incorporates therein new desegregation plans for defendant school board, filed. For details see said jud decree, fixedx Notice of entry given by mailing copy of this entry to Messrs. Mitchell, Shaheen & Falkenheiner. | |
| 8-6-69 | See No. 9981. Motion & Order to send original record to US Supreme Court. | |
| **7-23-69 | (Lake Charles Minutes) Amended plan of Desegregation was filed by the School Board; evidence, etc. adduced byGovt. until 4:30 PM at which time the Court made oral findings and instructed counsel for the School Board to prepare a formal judgment in accord with the Court's findings.(EFHJR) | |
| 9-8-69 | Letter to Clerk from George Griffing, Asst.Dist.Atty. with attached Report containing statistical information regarding the racial composition of schools by grade, as required by the Judgment of this Court, filed. | |
| 7-31-70 | Motion by Deft. School Board for an order amending the desegregation plan embodied in the Court's decree of 7-29-69, Notice of hearing thereon; Brief in Support thereof, and attached proposed amended decree, & exhibit, filed. Copy of this entry sent to Judge Hunter to advise him of the filing thereof. | M |
| 9-2-70 | Amended Decree of Judge Hunter, amending the Court's 6-29-69 Decree, finding as acceptable the amendments proposed by Deft. Board in its 7-31-70 Motion; and amending said 7-29-69 order in the manner set forth in said amended decree, filed.(EFHJR) Notice given by Clerk 9-2-70 by mailing Certified copies thereof to Mr.Christenbury& Mr.Griffing. | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | DEFENDANT | AMOU REPORT EMOLU RETU |
|---|---|---|---|---|
| **1970** | **ALEXANDRIA** | | | |
| 9-18-70 | See No. 9981. "Objective Criteria Order" re dismissal or demotion, filed. | | | |
| 9-22-70 | Extension of time, i.e. 30 days from 9-18-70,. re filing of Criteria, filed. See No. 9981. | | | |
| 10-8-70 | ( See No. 9981). Extension motion and order regarding Objective Criteria. | | | |
| 11-25-70 | Motion by U. S. of America for supplemental relief with attachment (Court of Appeals Order), notice of hearing on said motion, certificate of service; and order of Judge Dawkins, Jr. thereon requiring defendant school boards to file with the Clerk of this Court on dates specified therein, the reports described therein, which reports shall be in lieu of any reports previously ordered by this Court, filed. (BCDJR)  Notice of entry given by clerk to counsel for Defendant School Boards by mailing copies of this entry to Messrs. Edwin O. Ware, Louis Berry, Charles A. Riddle, Jr., Sam L. Wells, W. C. Falkenheiner and Edward S. Christenbury. | | | |
| 12-10-70 | Letter to Clerk from O.L. Harper, Morehouse Parish School Board with attached reqport required by Court Order of 11-25-70, filed. Copy of said report given opppsing counsel bxx through UnitedStates Attorney. | | | |
| 4-29-71 | See 10687. (US Response to Objective Criteria, etc., filed). | | | |
| 9-24-71 | Letter to Clerk from Atty. for Deft. Board with attached report required by Par. X of Court's decree of 7-29-69, filed. | | | |
| 12-3-71 | Letter to Clerk from Atty. for Deft.Board with attached report required by Court's 11-25-70 order, filed. | | | |
| 3-11-74 | Motion by Norman Magee, Attorney at Law, to withdraw the record in this case for a period of thirty (30) days and order thereon granting same, filed. (BCDJR) | | | |
| 3-12-74 | Entire record mailed this date to Mr. Norman Magee, pursuant to order of court filed 3-11-74 for a period of thirty (30) days. | | | |
| 4-17-74 | **Entire record returned to Clerk by Norman Magee this date.** | | | |
| 6-26-80 | MOTION (D)for Supplemental Relief set for hearing Monday, 7-21-80. NOE 7-1-80 (om) | | | |
| 7-17-80 | M.E. 7-21-80 *motion hearing is upset and passed to next calendar* (NSS/as) NOE tmj | | | |
| 7-22-80 | NOTICE *resetting 6-26-80 motion for 8-18-80* (as) | | | |
| 7-23-80 | LETTER from Gregg Meyers, Attorney, U. S. Department of Justice, with request that we enter a copy of letter from him to Judge Scott re Motion for Supplemental Relief by D into the record for this case. (om) | | | |
| 8-7-80 | JUDGMENT allowing the Catahoula Parish School Board to transfer the Jonesville Elementary Grade 5 to Jonesville Junior High Grade 5 and the Jonesville Junior High Grade 8 to Block High School Grade 8. (NSS) (om) NOE AO | | | |
| 08/19/93 | MOTION (Catahoula Parish School Board, et al, for Authorization to Implement Student Enrollment and Transfer Policy, with Memorandum and Proposed Order, referred to Judge Nauman S. Scott. (oM) | | | |
| 08/23/93 | ORDER granting Motion of Defendants for Authorization to Implement Student Enrollment and Transfer Police.  Ordered that the Student Enrollment and Transfer Policy attached to defendants' motion as Exhibit A be implemented beginning with the 1993-94 school year. (NSS/om) NOE bg | | | |
| 5-23-94 | MOTION   (Save our Schools, McCormack, Torrey, Elliott, Brown and Cranston) to Intervene and for TRO referred to NSS on 5/25/94 by CL (cag) | | | |
| 5-26-94 | MINUTE ENTRY: Hearing is scheduled for 6/3/94 at 1:00pm in Alex (NSS/cag) NOE:bg | | | |
| 6-1-94 | MINUTE ENTRY: Hearing is rescheduled for 6/28/94 at 1:00pm in Alex (NSS/cag) NOE: | | | |
| 6-13-94 | MOTION (Ds) for Authorizatio to Consolidate Schools and Change Student Attendance set for hrg. before NSS on 6/28/94 at 1:00pm.  Notice given by cag. | | | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 6-20-94 | RESPONSE (USA) to School Board's Motion to Consolidate (cag) | | | |
| 6-24-94 | MEMO IN OPPOSTION (Catahoula Parish School Board) to Petition of Intervention (cag) | | | |
| 6-28-94 | MEMORANDUM ("Save our Schools") in Response to Opposition to Petition to Intervene (cag) | | | |
| 6-28-94 | RESPONSE (USA) to Petition to Intervene filed by "Save our Schools" (cag) | | | |
| 6-28-94 | MINUTES OF COURT of hrg. on "Save our Schools"'s Motion to Intervene & Catahoula Parish S<br>(6/24) Motion for Authorization to Consolidate Schools and Change Student Attendance Zone<br>Testimony and evidence was adduced concerning the motion to intervene; taken under<br>advisement. Court granted intervenor 10 days to supplement his argument with a me<br>randum. The Court also heard testimony and evidence on motions by Schools Board t<br>consolidate two schools. That matter will be ruled on after intervention motion :<br>decided. Court Reporter: Jackie Weaver (NSS/cag) NOE by mll | | | |
| 6-30-94 | LIST OF EXHIBITS admitted durng 6/28/94 Hearing/mll (cag) | | | |
| 7-7-94 | OPINION re: school desegregtion plan adopted by this Court on 7/29/69 (NSS/mll) NOE by cag | | | |
| 7-7-94 | JUDGMENT - Ordeed that school desegregation plan adopted by this Court on 7/29/69 be amend<br>as follows: (A) Close Enterprise High School by transfering students in grades K-<br>to Harrisonburg Elementary School and students in grades 9-12 to Harrisonburg High<br>(B) Assign students in grades 6-8 attending Manifest Elementary School to Jonesvil<br>High School (NSS/mll) NOE by cag | | | |
| 7-7-94 | ORDER - Intervention of Save our Schools is dismissed (NSS/mll) NOE by cag | | | |
| 7-11-94 | MEMO (Movant) IN SUPPORT of Petition for Intervention (cag) | | | |
| 7/18/94 | OPINION amending Opinion of 07/07/94. (NSS/sjd) NOE. | | | |
| 7/18/94 | AMENDED JUDGMENT; Judgment of 07/07/94 is amended so that paragraph B thereof shall<br>read as follows: B. Assign Manifest students in grades 6 and 7 to Jonesville<br>Junior High School and Manifest students in grade 8 to Block High Schoo.<br>(NSS/sjd) ENTERED 07/19/94. | | | |
| -18-94 | RULING - We adhere to our original holding that 5/23/94 intervention was untimely and that<br>additioal memorandum confirmed that opinion & the implication that it was made<br>in bad faith. We confirm our decision and Judgment dtd 7/7/94. (NSS/cag) NOE:bg | | | |
| 7-17-95 | MOTION(Ds) for Authorization to Close Manifest Elementary School and to Reassign Students<br>Jonesville Elementary School w/supporting memo and proposed order ref to NSS (cag) | | | |
| -28-95 | AMENDED MOTION (Ds) for Authorization to Close Manifest Elementary School and to Reassign<br>Students to Jonesville Elementary School and Jonesville Jr High Sch w/supporting me<br>and proposed order ref to NSS (cag) | | | |
| 08-07-95 | ORDER: granting motion and amended motion of defendants for authorization to close Manifes<br>Elementary School and to reassign students to Jonesville Elementary School and Jone<br>Junior High School effective the beginning of the 1995-96 school year (NSS/dmn) NOE | | | |
| 10-31-2008 | ALL FUTURE FILING WILL BE SUBMITTED ELECTRONICALLY<br>THROUGH THE COURT CM/ECF FILING SYSTEM *69-14430* | | | |