*Filed 7-23-69*

THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA, PLAINTIFF

VS.                                                          CIVIL ACTION
                                                             NO. 14,430
CATAHOULA PARISH SCHOOL BOARD
ET AL, DEFENDANTS

PLAN PREPARED AND UNANIMOUSLY
ADOPTED BY THE CATAHOULA PARISH
SCHOOL BOARD

In lieu of the suggested plan of HEW, Catahoula Parish School

Board presents to the Court a plan which we think we could put

into effect with the beginning of the 1969-70 school session.  We

would like to call the Court's attention to the fact that, even

though the ratio of the white population is 65% to 35% negro popu-

lation, the negro population is concentrated in the Sicily Island

and Jonesville school areas.

The school population in the Sicily Island area is 60% negro

to 40% white, and the Jonesville school area is 62% white and 38%

negro.  The Sicily Island High School, an all-white school, has an

enrollment of 347 students.  The Martin High School, an all-negro

school, located in Sicily Island, Louisiana, has an enrollment of

521 students.

The Jonesville Consolidated High School, an all-negro school,

located in Jonesville, Louisiana, has an enrollment of 727 students.

Block High School, an all-white school, located in Jonesville,

Louisiana, has an enrollment of 566 students.  The Jonesville

Elementary School, an all-white school, located in Jonesville,

Louisiana, has an enrollment of 785 students.

Therefore, Catahoula Parish School Board proposes for the 1969-70 school session:

To assign all first-grade children, regardless of race, in Ward 6, Jonesville, Louisiana, to the Jonesville Elementary School, which has adequate space in a new building to house this group, which will mean approximately 90 negro children assigned to this school.

That all eighth-grade students, regardless of race, in Ward 6, Jonesville, Louisiana, be assigned to Block High School, Jonesville, Louisiana, which will mean approximately 78 negro children assigned to this school.

That all children in the first and second grades, regardless of race, in Wards 1 and 2, be assigned to the Sicily Island Elementary School. This will mean a total of approximately 100 negro children assigned to this school.

That all children, regardless of race, in Ward 5, be assigned to the Harrisonburg High School; which will mean approximately 60 negro children, from the first through the twelfth grades, assigned to this school.

That approximately 13 negro children living in Ward 4 in the Manifest School area be assigned to the Manifest Elementary School.

That the faculties of all schools be integrated so that 5 negro teachers will be assigned to Block High School, 2 negro teachers will be assigned to Central High School, 2 negro teachers will be assigned to Harrisonburg High School, 1 negro teacher will be assigned to Manifest Elementary School, 4 negro teachers will be assigned to Jonesville Elementary School, and 3 negro teachers will be assigned to Sicily Island High School. White teachers will be assigned to Jonesville Consolidated High School and Martin High School to replace the negro teachers where vacancies occur as a result of negro teachers being transferred to white schools. This will be done according to

the number of teachers needed and the availability of white teachers.

For the 1970-71 school session, Catahoula Parish School Board further petitions the Court to grant them permission to fully integrate the school system in the following manner:

In the Sicily Island area, Wards 1 and 2, that all children in grades 1-6, regardless of race, be assigned to the Martin School, and that all children in grades 7-12, regardless of race, be assigned to Sicily Island High School; or that Martin High School be an all-female school for grades 1-12, regardless of race, and that Sicily Island High School be an all-male school for grades 1-12, regardless of race.

In the Jonesville area, Ward 6, that all children in grades 1-4, regardless of race, be assigned to Jonesville Elementary School; that all children in grades 5-8, regardless of race, be assigned to Jonesville Consolidated School; and that all children in grades 9-12, regardless of race, be assigned to Block High School; or that all children in grades 5-12, regardless of race, be assigned to Block High School and Jonesville Consolidated School—one being an all-female school and the other being an all-male school.

In the Harrisonburg area, Ward 5, that all children in grades 1-12, regardless of race, be assigned to the Harrisonburg High School.

In the Enterprise area, that all children in grades 1-12, regardless of race, be assigned to the Enterprise High School.

In the Manifest area, Ward 4, that all children in grades 1-8, regardless of race, be assigned to the Manifest Elementary School.

In the Central area, that all children in grades 1-12, regardless of race, be assigned to the Central High School.

Statistics are attached showing the number of white and negro children involved in each plan for each school.

The transportation system will be integrated for the 1969-70 session to coincide with and implement the plan submitted for integrating the schools for the 1969-70 school session.  Statistics are attached showing the number of negro children assigned to formerly all-white buses for the 1969-70 session.  For the 1970-71 school session, the transportation system will be completely reorganized and integrated to implement the plan of total desegregation of the school system as outlined for the 1970-71 school session.

The faculties of all schools will be fully integrated for the 1970-71 school session so as to implement the plan adopted as outlined for total desegregation of the schools for the 1970-71 school session.

## CATAHOULA PARISH SCHOOL BOARD

### FOR SESSION 1970-71

| NAME OF SCHOOL | GRADES | STUDENTS | | |
|---|---|---|---|---|
| | | W | N | TOTAL |
| Block High School | 9-12 | 363 | 182 | 545 |
| Central High School | 1-12 | 152 | 0 | 152 |
| Enterprise High School | 1-12 | 121 | 0 | 121 |
| Harrisonburg High School | 1-12 | 385 | 60 | 445 |
| Jonesville Con H. School | 5-8 | 457 | 282 | 739 |
| Jonesville Elem School | 1-4 | 473 | 321 | 794 |
| Manifest Elem School | 1-8 | 100 | 14 | 114 |
| Martin High School | 1-8 | 185 | 274 | 459 |
| Sicily Island H School | 7-12 | 162 | 247 | 409 |
| | TOTAL | 2398 | 1380 | 3778 |

S. I. H. S.  AND  MARTIN

| | BOYS | | | GIRLS | | |
|---|---|---|---|---|---|---|
| | White Boys | Negro Boys | Total | White Girls | Negro Girls | Total |
| Grade 1 | 14* | 20 | 34 | 12 | 30 | 42 |
| Grade 2 | 15 | 21 | 36 | 16 | 31 | 47 |
| Grade 3 | 13 | 22 | 35 | 18 | 25 | 43 |
| Grade 4 | 9 | 25 | 34 | 19 | 18 | 37 |
| Grade 5 | 15 | 19 | 34 | 15 | 20 | 35 |
| Grade 6 | 12 | 28 | 40 | 15 | 18 | 33 |
| Grade 7 | 11 | 23 | 34 | 14 | 13 | 27 |
| Grade 8 | 18 | 14 | 32 | 17 | 23 | 40 |
| Grade 9 | 17 | 26 | 43 | 14 | 15 | 29 |
| Grade 10 | 11 | 25 | 36 | 13 | 18 | 31 |
| Grade 11 | 14 | 22 | 36 | 11 | 27 | 38 |
| Grade 12 | 6 | 17 | 23 | 15 | 23 | 38 |
| TOTALS | 155 | 262 | 417 | 179 | 261 | 440 |

*1st Grade Approximated

## BLOCK AND J. C. H. S.

| | BOYS | | | GIRLS | | |
| --- | --- | --- | --- | --- | --- | --- |
| | White Boys | Negro Boys | Total | White Girls | Negro Girls | Total |
| Grade  5 | 49 | 32 | 81 | 52 | 33 | 85 |
| Grade  6 | 66 | 36 | 102 | 69 | 27 | 96 |
| Grade  7 | 56 | 34 | 90 | 53 | 38 | 91 |
| Grade  8 | 47 | 40 | 87 | 60 | 30 | 90 |
| Grade  9 | 49 | 39 | 88 | 41 | 38 | 79 |
| Grade 10 | 48 | 33 | 81 | 50 | 28 | 78 |
| Grade 11 | 45 | 15 | 60 | 44 | 29 | 73 |
| Grade 12 | 50 | 14 | 64 | 40 | 18 | 58 |
| TOTALS | 410 | 243 | 653 | 409 | 241 | 650 |

PROPOSED TRANSPORTATION OF NEGRO CHILDREN IN CATAHOULA
PARISH, WHO WILL BE ATTENDING FORMERLY ALL WHITE SCHOOLS FOR
THE 1969-70   SCHOOL SESSION:

JONESVILLE SCHOOLS:

90 negro children in Jonesville area (1st graders) who
will attend the Jonesville Elementary School 1969-70

55   live in city limits of Jonesville- no transportation.

20   live outside Jonesville and will ride to school
on 5 formerly white school buses that serve the
area of their residence

15   live in all negro community and will continue to
ride negro bus because no white bus serves their
immediate area

78 negro children in Jonesville area (8th graders) who
will attend the Block High School 1969-70.

38   live in town of Jonesville - no transportation

30   live in areas outside Jonesville served by 5
white buses, which these  children will ride to
Block High School.

10   live in area not served by white school buses, t
these will continue to ride negro bus for the
coming school year.

MANIFEST ELEMENTARY SCHOOL.

13 to 15 negro children live in this area.

3 to 4   live at Rhinehart and will ride formerly all
white bus to Manifest Elem Schl.

10 to 12   live on North side of Little River.  Negro
bus bringing these children to Jonesville will
be re-routed to Manifest Elem.

NOTE::: 2 to 4 negro high school children in the above
areas will ride to Manifest as outlined, then
ride a white bus on to Harrisonburg High School.

### HARRISONBURG HIGH SCHOOL

60   negro children living in this area.

    45   live within city limits of Harrisonburg and
            need no transportation.

    15   live approximately 5 miles south of Harrisonburg
            these children would be divided between a
            negro school bus and a white bus serving this
            community. divided according to load capacity.

( See note under Manifest concerning 2-3 negro high school
students in that area who will be transported to Harrisonburg
High School. )

### SICILY ISLAND HIGH SCHOOL

100 negro children (1st and 2nd graders) to attend the
Sicily Island High School.

    40   live within city limits of Sicily Island and
            will need no transportation.

    35   negro children live outside Sicily Island in
            areas served by "L" formerly white School buses,
            who will transport these negro children to
            Sicily Island High School .

    25   negro children live in all negro communities
            not presently served by white school buses.
            These  children will continue to ride negro
            buses for the 1969-70 school session.

NOTE:  The figures given above are in some cases approximated
due to the fact that we have only mailing addresses on
families, and not exact places of residence, and
consequently difficult to determine which buses they
are more likely to ride to school.

| | | | STUDENTS | | | | | FACULTY | | CROSS OVERS | | | | | STUDENTS | | FACULTY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ca...oula | Total Negro | Total White | No. Negroes in Formerly White Schools | % | % Change | No. Whites in Formerly Negro Schools | % | Total Negro Teachers | Total White Teachers | No. Negro Teachers in Formerly White Schools | % | No. White Teachers in Formerly Negro Schools | % | Total No. Schools in System | No. of Schools With All Negro Students | No. of Schools With All White Students | No. Schools With All Negro Faculty | No. Schools With All White Faculty |
| 1967-68 | 1327 | 2401 | 0 | 0 | 0 | 0 | 0 | 61 | 115 | 0 | 0 | 0 | 0 | 9 | 2 | 7 | 2 | 7 |
| 1968-69 | 1306 | 2398 | 0 | 0 | 0 | 0 | 0 | 61 | 117 | 0 | 0 | 0 | 0 | 9 | 2 | 7 | 2 | 7 |
| 1969-70 Proposed Plan | $1300^1$ | $2415^1$ | 319 | $24.6\%^2$ | 24.6% | 0 | 0 | 61 | 117 | 20 | $17\%^3$ | $11^4$ | 17% | 9 | 2 | 2 | 0 | 0 |

1  Projected Enrollments

2  % of All Negro Students

3  ½ of Ratio of Negro/White Population

4  11 Teachers—17% of Total Negro Faculties