OFFICE OF
# The District Attorney
SEVENTH JUDICIAL DISTRICT

CONCORDIA AND CATAHOULA PARISHES

**W. C. FALKENHEINER**
DISTRICT ATTORNEY
VIDALIA, LOUISIANA

PHONE 336-5272

September 5, 1969

HARRISONBURG, LOUISIANA
PHONE 744-5232

Mail reply to:
P. O. Box 97
Jonesville, Louisiana

Mr. Alton L. Curtis, Clerk
United States District Court
Western District of Louisiana
United States Court House
Shreveport, Louisiana

Re: United States of America by John N. Mitchell,
Attorney General of the United States
vs. Catahoula Parish School Board, et al
Civil Action File No. 14,430

Dear Mr. Curtis:

As required in the judgment rendered in this case, the Catahoula Parish School Board furnishes certain statistical information regarding the racial composition of schools by grade, etc.

A copy of this information is being furnished the attorneys for the plaintiff.

Very truly yours,

George Griffing, Asst. Dist. Atty.

GG:sch

cc: Mr. Frank M. Dunbaugh, Attorney
    Department of Justice
    Washington, D.C. 20530

    Mr. W. C. Falkenheiner, District Attorney
    Catahoula and Concordia Parishes
    Vidalia, Louisiana

    Mr. A. L. Brooks, Superintendent
    Catahoula Parish Schools
    Jonesville, Louisiana

*Racial composition of schools by grade:*

### BLOCK HIGH SCHOOL
### JONESVILLE, LOUISIANA

| Grade | White | negro | Total |
|---|---|---|---|
| 7th | 103 | 0 | 103 |
| 8th | 105 | 53 | 158 |
| 9th | 88 | 0 | 88 |
| 10th | 91 | 0 | 91 |
| 11th | 86 | 0 | 86 |
| 12th | 83 | 0 | 83 |
| TOTAL | 556 | 53 | 609 |

### JONESVILLE ELEMENTARY SCHOOL
### JONESVILLE, LOUISIANA

| Grade | White | negro | Total |
|---|---|---|---|
| 1st | 114 | 61 | 175 |
| 2nd | 93 | 0 | 93 |
| 3rd | 132 | 0 | 132 |
| 4th | 118 | 0 | 118 |
| 5th | 104 | 0 | 104 |
| 6th | 130 | 0 | 130 |
| TOTAL | 691 | 61 | 752 |

### JONESVILLE CONSOLIDATED HIGH SCHOOL
### JONESVILLE, LOUISIANA

| Grade | white | negro | total |
|---|---|---|---|
| Spec Ed | 0 | 15 | 15 |
| 1st | 0 | 0 | 0 |
| 2nd | 0 | 63 | 63 |
| 3rd | 0 | 67 | 67 |
| 4th | 0 | 61 | 61 |
| 5th | 0 | 59 | 59 |
| 6th | 0 | 63 | 63 |
| 7th | 0 | 68 | 68 |
| 8th | 0 | 0 | 0 |
| 9th | 0 | 61 | 61 |
| 10th | 0 | 53 | 53 |
| 11th | 0 | 33 | 33 |
| 12th | 0 | 28 | 28 |
| TOTAL | 0 | 571 | 571 |

HARRISONBURG HIGH SCHOOL
HARRISONBURG, LOUISIANA

| Grade | white | negro | Total |
|---|---|---|---|
| 1st | 34 | 10 | 44 |
| 2nd | 20 | 9 | 29 |
| 3rd | 29 | 10 | 39 |
| 4th | 32 | 10 | 42 |
| 5th | 29 | 7 | 36 |
| 6th | 32 | 4 | 36 |
| 7th | 31 | 8 | 39 |
| 8th | 36 | 4 | 40 |
| 9th | 37 | 7 | 44 |
| 10th | 34 | 5 | 39 |
| 11th | 21 | 2 | 23 |
| 12th | 31 | 2 | 33 |
| TOTAL | 366 | 78 | 444 |

SICILY ISLAND HIGH SCHOOL
SICILY ISLAND, LOUISIANA

| Grade | white | negro | Total |
|---|---|---|---|
| Spec Ed | 11 | 0 | 11 |
| 1st | 25 | 46 | 71 |
| 2nd | 20 | 37 | 57 |
| 3rd | 35 | 0 | 35 |
| 4th | 33 | 0 | 33 |
| 5th | 35 | 0 | 35 |
| 6th | 26 | 0 | 26 |
| 7th | 32 | 0 | 32 |
| 8th | 31 | 0 | 31 |
| 9th | 34 | 0 | 34 |
| 10th | 20 | 0 | 20 |
| 11th | 22 | 0 | 22 |
| 12th | 21 | 0 | 21 |
| TOTAL | 345 | 83 | 428 |

MARTIN HIGH SCHOOL
SICILY ISLAND, LOUISIANA

| Grade | white | negro | total |
|---|---|---|---|
| Spec Ed | 0 | 10 | 10 |
| 1st | 0 | 0 | 0 |
| 2nd | 0 | 0 | 0 |
| 3rd | 0 | 40 | 40 |
| 4th | 0 | 33 | 33 |
| 5th | 0 | 40 | 40 |
| 6th | 0 | 39 | 39 |
| 7th | 0 | 31 | 31 |
| 8th | 0 | 34 | 34 |
| 9th | 0 | 36 | 36 |
| 10th | 0 | 38 | 38 |
| 11th | 0 | 35 | 35 |
| 12th | 0 | 33 | 33 |
| TOTAL | 0 | 369 | 369 |

CENTRAL HIGH SCHOOL
STAR ROUTE B, JONESVILLE, LA

| Grade | white | negro | total |
|---|---|---|---|
| 1st | 21 | 0 | 21 |
| 2nd | 12 | 0 | 12 |
| 3rd | 14 | 0 | 14 |
| 4th | 13 | 0 | 13 |
| 5th | 16 | 0 | 16 |
| 6th | 15 | 0 | 15 |
| 7th | 21 | 0 | 21 |
| 8th | 13 | 0 | 13 |
| 9th | 10 | 0 | 10 |
| 10th | 16 | 0 | 16 |
| 11th | 6 | 0 | 6 |
| 12th | 6 | 0 | 6 |
| TOTAL | 163 | 0 | 163 |

ENTERPRISE HIGH SCHOOL
ENTERPRISE, LOUISIANA

| Grade | white | negro | total |
|---|---|---|---|
| 1st | 7 | 0 | 7 |
| 2nd | 6 | 0 | 6 |
| 3rd | 10 | 0 | 10 |
| 4th | 13 | 0 | 13 |
| 5th | 15 | 0 | 15 |
| 6th | 10 | 0 | 10 |
| 7th | 10 | 0 | 10 |
| 8th | 12 | 0 | 12 |
| 9th | 19 | 0 | 19 |
| 10th | 13 | 0 | 13 |
| 11th | 21 | 0 | 21 |
| 12th | 12 | 0 | 12 |
| TOTAL | 148 | 0 | 148 |

MANIFEST ELEMENTARY SCHOOL
MANIFEST, LOUISIANA

| Grade | white | negro | total |
|---|---|---|---|
| 1st | 14 | 1 | 15 |
| 2nd | 9 | 0 | 9 |
| 3rd | 11 | 0 | 11 |
| 4th | 13 | 2 | 15 |
| 5th | 13 | 0 | 13 |
| 6th | 10 | 0 | 10 |
| 7th | 11 | 1 | 12 |
| 8th | 10 | 2 | 12 |
| TOTAL | 91 | 6 | 97 |

*BLOCK HIGH SCHOOL*
*JONESVILLE, LOUISIANA*

28   White teachers
5    Negro teachers

*VACANCIES FILLED SINCE COURT DECREE:*

| Name or Position | Race | Newly Employed | Transferred within the system |
|---|---|---|---|
| Daniel Bales | white | new | |
| John Fuglaar | white | | Transferred from Enterprise |
| Lois Christiansen | white | | Transferred from Manifest |
| Myrtle Bell | negro | new | |
| Mary Dent | negro | | Transf from Jonesville Consol. |
| Sylvester Jenkins | negro | | Transf from   J C H S |
| Edna Mc Castle | negro | | Transf from Martin H Schl |
| Albert Hughes | negro | | Transf from   J C H S |

*CENTRAL HIGH SCHOOL*
*STAR ROUTE B, JONESVILLE, LOUISIANA*

9   White teachers
2   Negro teachers

*VACANCIES FILLED SINCE COURT DECREE:*

| Name or Position | Race | Newly Employed | Transferred within the system |
|---|---|---|---|
| Glenda Davis | White | new | |
| Linda Little | White | new | |
| Oscar Williams | White | new | |
| Norma White | White | new | |
| Melba Huffman | White | new | |
| Dorothy Woods | Negro | new | |
| James Banks | Negro | | Transf from J. C. H. S. |

```
        ENTERPRISE HIGH SCHOOL
        ENTERPRISE, LOUISIANA

    9    White teachers
    2    Negro teachers
```

VACANCIES FILLED SINCE COURT DECREE:

| Name or position | Race  | Newly Employed | Transferred within the system |
|---|---|---|---|
| John Bartmess    | white |     | Transf from Harrisonburg |
| Lorraine Weeks   | white | new |     |
| Sybil Crawford   | white | new |     |
| Etta Mc Donald   | negro | new |     |
| Leo Turner       | negro |     | Trans from Martin H Schl |

```
        HARRISONBURG HIGH SCHOOL
        HARRISONBURG, LOUISIANA

    18   White teachers
    3    Negro teachers
```

VACANCIES FILLED SINCE COURT DECREE:

| Name or position | Race  | Newly Employed | Transferred within the system |
|---|---|---|---|
| J. Eldon Doughty  | White |     | Transf fr Manifest Elem |
| Billy Brooks      | White |     | Transf fr Manifest Elem |
| David Mitchell    | White | new |     |
| Jeannie Lawrence  | White | new |     |
| Hazel Bolton      | White | new |     |
| Minnie Tolliver   | Negro |     | Transf from Martin H Schl |
| Esper Trimble     | Negro |     | Transf from J. C. H. S. |
| Jane Watkins      | Negro |     | Tansf from J. C. H. S. |

```
     JONESVILLE CONSOLIDATED HIGH SCHOOL
           JONESVILLE, LOUISIANA

    21   Negro teachers
    3    White teachers
```

VACANCIES FILLED SINCE COURT DECREE:

| Name or Position | Race  | Newly Employed | Transferred within the system |
|---|---|---|---|
| Emma Anderson     | Negro |     | Transf fr Martin H Schl |
| Edith Doughty     | White |     | Transf fr Central H Schl |
| Lois Stringer     | White |     | Transf fr Central H Schl |
| Mary Jo Williams  | White | New |     |
| Sarah Goins       | Negro | New |     |
| Henry A Wilson    | Negro | New |     |

## JONESVILLE ELEMENTARY SCHOOL
## JONESVILLE, LOUISIANA

24 white teachers
4 negro teachers

### VACANCIES FILLED SINCE COURT DECREE:

| Name or position | Race | Newly Employed | Transferred within the system |
|---|---|---|---|
| Bonnie Champlin | White | | Transf fr Block H Schl |
| Sue Sandifer | White | new | |
| K G Brooks | White | new | |
| Alburnia Johnson | Negro | | Transf fr J. C. H. S. |
| Syvae Yearby | Negro | | Transf fr J. C. H. S. |
| Lena M Branch | Negro | | Transf fr J. C. H. S. |
| Agnes Atkins | Negro | | Transf fr J. C. H. S. |
| Dianne Thornhill | White | | Transf fr Enterprise H Schl |

## MANIFEST ELEMENTARY SCHOOL
## MANIFEST, LOUISIANA

5 White teachers
1 Negro teacher

### VACANCIES FILLED SINCE THE COURT DECREE:

| Name or position | Race | Newly Employed | Transferred within the system |
|---|---|---|---|
| Malcolm Paul | White | | Transf fr Harrisonburg H Schl |
| Mary Mc Clure | White | new | |
| Dianne Breithaupt | White | new | |
| Martha Jackson | Negro | | Transf fr J. C. H. S. |
| Delta Lanier | White | ---Substitute-Position not filled | |
| Hazel Lanier | White | ---Substitute-Position not filled | |

## SICILY ISLAND HIGH SCHOOL
### SICILY ISLAND, LOUISIANA

19  White teachers
3   Negro teachers

### VACANCIES FILLED SINCE COURT DECREE:

| Name or position | Race | Newly Employed | Transferred within the system |
|---|---|---|---|
| Geneiveve Evans | White | New | |
| Candy Nolen | White | New | |
| Vera Franlin | Negro | | Transf fr Martin H Schl |
| Mabel Hamilton | Negro | | Transf fr Martin H Schl |
| Mary Liza Atkins | Negro | | Transf fr Martin H Schl |

## MARTIN HIGH SCHOOL
### SICILY ISLAND, LOUISIANA

19  Negro teachers
3   White teachers

### VACANCIES FILLED SINCE COURT DECREE:

| Name or position | Race | Newly Employed | Transferred within the system |
|---|---|---|---|
| Mary Kate Krause | White | New | |
| Dorothy Tiser | White | New | |
| Cherri Jones | Negro | New | |
| C. B. Coney | White | -- Substitute- Position not filled | |