IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CIVIL ACTION - NO. 14430 |
| CATAHOULA PARISH SCHOOL ) BOARD, et al. ) | |
| Defendants. ) | |

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
F I L E D
SEP 2 1970
ALTON L. CURTIS, CLERK
By: _____ Deputy

AMENDED DECREE

The Court, having considered the original Decree issued herein on 29 July, 1969, the Motion for Supplementary Relief in the form of an amendment filed by the defendant, Catahoula Parish School Board, now finds:

1. That the amendments proposed by Catahoula Parish School Board are acceptable and will assist in disestablishing the former dual school system and assist the defendant in meeting its constitutional obligations.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the original Decree issued herein on 29 July, 1969 remain in full force and respect, except only for the following changes affecting Jonesville and Sicily Island, to-wit:

All children in the Jonesville area in grades 9 through 12, regardless of race, shall be assigned to Block High School. All children in grades 6 through 8, regardless of race, shall be assigned to Jonesville Consolidated School to be redesignated Jonesville Junior High School. All children in grades 1 through 5, regardless of race, shall be assigned to Jonesville Elementary School. Alternatively, at the option of the School Board, all children in grades 6 through 12, regardless of race, shall be assigned to Block High School and Jonesville Consolidated School: One being an all female school and the other being all male school.

In the Sicily Island area, all children in grades 9 through 12, regardless of race, shall be assigned to Sicily Island High School. All children, regardless of race, in grades 5 through 8, shall be assigned to the Martin School, to be designated Martin Junior High School.

All children grades 1 through 4, regardless of race, shall be assigned to Sicily Island Elementary School. Alternatively, at the option of the School Board, the Martin School may be designated as all female for all girls, regardless of race, grades 1 through 12, and Sicily Island High School and Elementary School shall be designated as all male school for all boys, regardless of race, grades 1 through 12.

THUS DONE AND SIGNED, in Chambers, in Lake Charles, Louisiana on this the 31st day of August, 1970.

_____
JUDGE

OFFICE OF
# THE DISTRICT ATTORNEY
SEVENTH JUDICIAL DISTRICT

CONCORDIA AND CATAHOULA PARISHES

W. C. FALKENHEINER
DISTRICT ATTORNEY
VIDALIA, LOUISIANA

PHONE 336-5272

HARRISONBURG, LOUISIANA
PHONE 744-5232

September 1, 1970

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
SEP 2 1970
ALTON L. CURTIS, CLERK
By:_____
                  Deputy

Mail reply to:

P. O. Box 97
Jonesville, Louisiana 71343

Mr. Alton Curtis, Clerk
United States District Court
Western District of Louisiana
United States Post Office Building
Shreveport, Louisiana

    Re: United States of America, plaintiff
        vs. Civil Action No. 14430
        Catahoula Parish School Board, et al,
        defendant

Dear Mr. Curtis:

    Enclosed is the original amended decree executed by Judge Edwin F. Hunter, Jr., to be filed in the above, together with two copies thereof. Please certify both copies, sending one to plaintiff's attorney, Mr. Christenberry, returning one to me.

    Thanking you in advance for this, I remain,

        Very truly yours,

        George Griffing

GG:mc

Encl.