OFFICE OF
# THE DISTRICT ATTORNEY
SEVENTH JUDICIAL DISTRICT

CONCORDIA AND CATAHOULA PARISHES

W. C. FALKENHEINER
DISTRICT ATTORNEY
VIDALIA, LOUISIANA

PHONE 336-5272

September 23, 1971

HARRISONBURG, LOUISIANA
PHONE 744-5232

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
SEP 24 1971
ALTON L. CURTIS, CLERK
By: _____ Dep.

Clerk of Court,
Western District of Louisiana
United States Post Office Building
Shreveport, Louisiana

       Re: United States of America
       vs. No. 14,430 Catahoula Parish School Board et al

Dear Sir:

Pursuant to the decree dated July 29, 1969, out of the above, I am enclosing herewith for filing in the above, the report required by Paragraph X of the Court Order.

By copy of this letter, I am serving a copy of the report on the Department of Justice, Washington, D. C.

                              Very truly yours,

                              George Griffing
                              Assistant District Attorney

GG:hr

Enclosure

cc: Civil Rights Division
    Department of Justice
    Washington, D. C.

H. G. TALIAFERRO, PRESIDENT            G. R. RICHARDSON, VICE-PRESIDENT            A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

Racial composition of schools by grade as of September 15, 1971:

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
SEP 24 1971
ALTON L. CURTIS, CLERK
By: _____
Dep.

### ENTERPRISE HIGH SCHOOL
### Enterprise, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 1st | 12 | 0 | 12 |
| 2nd | 16 | 0 | 16 |
| 3rd | 9 | 0 | 9 |
| 4th | 16 | 0 | 16 |
| 5th | 12 | 0 | 12 |
| 6th | 18 | 0 | 18 |
| 7th | 12 | 0 | 12 |
| 8th | 11 | 0 | 11 |
| 9th | 13 | 0 | 13 |
| 10th | 14 | 0 | 14 |
| 11th | 17 | 0 | 17 |
| 12th | 12 | 0 | 12 |
| TOTAL | 162 | 0 | 162 |

### MANIFEST ELEMENTARY
### Route 2
### Jonesville, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 1st | 16 | 3 | 19 |
| 2nd | 7 | 0 | 7 |
| 3rd | 11 | 1 | 12 |
| 4th | 12 | 1 | 13 |
| 5th | 18 | 2 | 20 |
| 6th | 18 | 2 | 20 |
| 7th | 15 | 0 | 15 |
| 8th | 13 | 1 | 14 |
| TOTAL | 110 | 10 | 120 |

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### CENTRAL HIGH SCHOOL
Star Route B
Jonesville, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 1st | 8 | 0 | 8 |
| 2nd | 11 | 0 | 11 |
| 3rd | 15 | 0 | 15 |
| 4th | 16 | 0 | 16 |
| 5th | 15 | 0 | 15 |
| 6th | 13 | 0 | 13 |
| 7th | 12 | 0 | 12 |
| 8th | 17 | 0 | 17 |
| 9th | 12 | 0 | 12 |
| 10th | 13 | 0 | 13 |
| 11th | 5 | 0 | 5 |
| 12th | 9 | 0 | 9 |
| TOTAL | 146 | 0 | 146 |

### JONESVILLE ELEMENTARY
Jonesville, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 1st | 75 | 74 | 149 |
| 2nd | 110 | 45 | 155 |
| 3rd | 93 | 53 | 146 |
| 4th | 91 | 55 | 146 |
| 5th | 93 | 64 | 157 |
| Special Ed. | 0 | 29 | 29 |
| TOTAL | 462 | 320 | 782 |

H. G. TALIAFERRO, President            G. R. RICHARDSON, Vice-President            A. L. BROOKS, Superintendent

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### JONESVILLE JUNIOR HIGH
#### Jonesville, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 6th | 120 | 43 | 163 |
| 7th | 83 | 52 | 135 |
| 8th | 136 | 63 | 199 |
| Special Ed. | 3 | 14 | 17 |
| TOTAL | 342 | 172 | 514 |

### BLOCK HIGH SCHOOL
#### Jonesville, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 9th | 88 | 73 | 161 |
| 10th | 83 | 39 | 122 |
| 11th | 67 | 45 | 112 |
| 12th | 76 | 31 | 107 |
| TOTAL | 314 | 188 | 502 |

### SICILY ISLAND HIGH SCHOOL
#### Sicily Island, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 9th | 20 | 32 | 52 |
| 10th | 27 | 31 | 58 |
| 11th | 25 | 22 | 47 |
| 12th | 21 | 30 | 51 |
| TOTAL | 93 | 115 | 208 |

H. G. TALIAFERRO, PRESIDENT          G. R. RICHARDSON, VICE-PRESIDENT          A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### SICILY ISLAND ELEMENTARY
### Sicily Island, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 1st | 17 | 31 | 48 |
| 2nd | 20 | 28 | 48 |
| 3rd | 19 | 26 | 45 |
| 4th | 13 | 20 | 33 |
| Special Ed. | 7 | 25 | 32 |
| TOTAL | 76 | 130 | 206 |

### MARTIN JUNIOR HIGH SCHOOL
### Sicily Island, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 5th | 31 | 29 | 60 |
| 6th | 28 | 28 | 56 |
| 7th | 34 | 37 | 71 |
| 8th | 21 | 25 | 46 |
| Special Ed. | 4 | 27 | 31 |
| TOTAL | 118 | 146 | 264 |

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### HARRISONBURG HIGH SCHOOL
### Harrisonburg, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|-------|-------|-------|-------|
| 1st   | 18    | 13    | 31    |
| 2nd   | 30    | 6     | 36    |
| 3rd   | 34    | 6     | 40    |
| 4th   | 19    | 6     | 25    |
| 5th   | 32    | 8     | 40    |
| 6th   | 26    | 6     | 32    |
| 7th   | 26    | 8     | 34    |
| 8th   | 34    | 8     | 42    |
| 9th   | 37    | 1     | 38    |
| 10th  | 41    | 4     | 45    |
| 11th  | 28    | 5     | 33    |
| 12th  | 30    | 3     | 33    |
| TOTAL | 355   | 74    | 429   |

H. G. TALIAFERRO, PRESIDENT        G. R. RICHARDSON, VICE-PRESIDENT        A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

BLOCK HIGH SCHOOL
JONESVILLE, LOUISIANA

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
SEP 24 1971
ALTON L. CURTIS, CLERK
By:_____
Dep___

Faculty Members:

   25 White teachers
   7 Negro teachers

VACANCIES FILLED THIS SCHOOL SESSION:

| Name or Position | Race | Newely Employed | Transferred within the system |
|---|---|---|---|
| Gloria Gene Tillman | Negro | New | |
| Bonita Parker | White | New | |
| Myrtle Bell | Negro | | Transferred from Jonesville Jr. High |
| Marcus Aplin | White | | Returned Military Leave |
| Sarah Sandiford | White | New | |
| R. R. Willis | White | New | |

CENTRAL HIGH SCHOOL
STAR ROUTE B
JONESVILLE, LOUISIANA

Faculty Members:

   8 White teachers
   4 Negro teachers

VACANCIES FILLED THIS SCHOOL SESSION:

| Name or Position | Race | Newely Employed | Transferred within the system |
|---|---|---|---|
| Mrs. Varnell Evans | Negro | New | |
| Mrs. Jo Ann Edwards | White | New | |
| Mrs. Shirley R. Marshall | Negro | New | |
| Miss Linda Wilkerson | White | New | |

H. G. TALIAFERRO, PRESIDENT          G. R. RICHARDSON, VICE-PRESIDENT          A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

ENTERPRISE HIGH SCHOOL
ENTERPRISE, LOUISIANA

Faculty Members:

    10 White teachers
    3 Negro teachers

VACANCIES FILLED THIS SCHOOL SESSION:

| Name or Position | Race | Newely Employed | Transferred within the system |
|---|---|---|---|
| Ralph Cranston | White | New | |
| Mrs. Etta McDonald | Negro | | Returned from Maternity Leave |
| Mrs. Velma Alice Butler | White | New | |

HARRISONBURG HIGH SCHOOL
HARRISONBURG, LOUISIANA

Faculty Members:

    18 White Teachers
    6 Negro Teachers

VACANCIES FILLED THIS SCHOOL SESSION:

| Name or Position | Race | Newely Employed | Transferred within the system |
|---|---|---|---|
| Mrs. Gene Boyd | White | | Returned from Sabbatical Leave |
| Mr. J. L. King | White | | Transferred from Sicily Island High School |
| Mrs. Jean Mitchell | White | | Returned from Maternity Leave |

H. G. TALIAFERRO, PRESIDENT             G. R. RICHARDSON, VICE-PRESIDENT             A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### JONESVILLE ELEMENTARY SCHOOL
### JONESVILLE, LOUISIANA

Faculty Members:

    24 White Teachers
    12 Negro Teachers

VACANCIES FILLED THIS SCHOOL SESSION:

| Name or Position | Race | Newely Employed | Transferred within the system |
|---|---|---|---|
| Mrs. Nola White | White | | Transferred from Central High School |
| Mrs. Ann L. Cox | White | New | |
| Mrs. Rose R. Purvis | White | New | |
| Mrs. Inez Sanson | White | | Transferred from Manifest School |
| Mrs. Patricia Clark | Negro | New | |
| Mrs. Gladys McGee | Negro | New | |
| K. G. Brooks | White | | Transferred from Jonesville Jr. High |
| Mrs. Alpha Shavers | Negro | | Transferred from Central High School |
| Mrs. Annie Dunmore | Negro | | Transferred from Jonesville Jr. High |
| Mrs. Georgia T. Allen | Negro | New | |
| Mrs. Susie K. Bacon | Negro | New | |

### JONESVILLE JUNIOR HIGH SCHOOL
### JONESVILLE, LOUISIANA

Faculty Members:

    18 White Teachers
    8 Negro Teachers

VACANCIES FILLED THIS SCHOOL SESSION:

| Name or Position | Race | Newely Employed | Transferred within the system |
|---|---|---|---|
| Mrs. Martha J. Seibert | White | New | |
| Mrs. Janis Aplin | White | New | |
| Albert Hughes | Negro | | Transferred from Enterprise School |
| Mrs. Teresa Hines | Negro | New | |

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

MANIFEST ELEMENTARY SCHOOL
ROUTE 2
JONESVILLE, LOUISIANA

Faculty Members:

4 White Teachers
2 Negro Teachers

VACANCIES FILLED THIS SCHOOL SESSION:

| Name or Position | Race | Newely Employed | Transferred within the system |
|---|---|---|---|
| Dean Cannaday | White | New | |

MARTIN JUNIOR HIGH SCHOOL
SICILY ISLAND, LOUISIANA

Faculty Members:

11 White Teachers
6 Negro Teachers

VACANCIES FILLED THIS SCHOOL SESSION:

| Name or Position | Race | Newely Employed | Transferred within the system |
|---|---|---|---|
| Walter Myers | White | New | |
| Mrs. Jackie A. Meyers | White | New | |
| Miss Selma Nell Boothe | White | New | |
| Miss Barbara Blanton | White | New | |
| Mrs. Linda J. Neal | White | New | |

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### SICILY ISLAND ELEMENTARY SCHOOL
### SICILY ISLAND, LOUISIANA

Faculty Members:

    9 White Teachers
    7 Negro Teachers

VACANCIES FILLED THIS SCHOOL SESSION:

| Name or Position | Race | Newely Employed | Transferred within the system |
|---|---|---|---|
| Mrs. Cecile Brewer | White | New | |
| Mrs. Dora Smith | White | | Transferred from Martin Jr. High |
| Mrs. Clara Collins | Negro | New | |
| Mrs. Leanna Davis | Negro | New | |

### SICILY ISLAND HIGH SCHOOL
### SICILY ISLAND, LOUISIANA

Faculty Members:

    12 White Teachers
    4 Negro Teachers

VACANCIES FILLED THIS SCHOOL SESSION:

| Name or Position | Race | Newely Employed | Transferred within the system |
|---|---|---|---|
| Mrs. Mary K. Krause | White | New | |
| Miss Carmen E. Boothe | White | | Transferred from Martin Jr. High |
| Mike Green | White | New | |