OFFICE OF
# THE DISTRICT ATTORNEY
SEVENTH JUDICIAL DISTRICT

CONCORDIA AND CATAHOULA PARISHES

W. C. FALKENHEINER
District Attorney
P. O. Box 308
Vidalia, Louisiana 71373

GEORGE GRIFFING
Assistant District Attorney
P. O. Box 97
Jonesville, Louisiana 71343

November 30, 1971

Telephones:
Vidalia, La. 336-5526
336-5272
Ferriday, La. 757-2140
Harrisonburg, La. 744-5232
Jonesville, La. 339-7974

Clerk, United States District Court
Western Division of Louisiana
United States Post Office Building
Shreveport, Louisiana

Re: United States of America vs.
Catahoula Parish School Board, et al,
C.A. #14,430

Dear Sir:

Pursuant to the order of this Court dated November 25, 1970, the Catahoula Parish School Board files herein the report required by the Court Order.

Counsels have been served with a copy of the report.

Very truly yours,

George Griffing

GG:ld

CC: David L. Norman
Assistant Attorney General
Civil Rights Division
United States Department of Justice
Washington, D. C. 20530

Attn: John R. Scott, Attorney
Education Section

H. G. TALIAFERRO, PRESIDENT         G. R. RICHARDSON, VICE-PRESIDENT         A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

Racial composition of schools by class room as of November 29, 1971:

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
DEC 3 1971
ALTON L. CURTIS, CLERK
By: _____ Deputy

I. (c) The number of students by race enrolled in each classroom in each of the schools in the district:

### ENTERPRISE HIGH SCHOOL
### Enterprise, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 1st | 12 | 0 | 12 |
| 2nd | 16 | 0 | 16 |
| 3rd | 9 | 0 | 9 |
| 4th | 16 | 0 | 16 |
| 5th | 12 | 0 | 12 |
| 6th | 18 | 0 | 18 |
| 7th | 12 | 0 | 12 |
| 8th | 11 | 0 | 11 |
| 9th | 13 | 0 | 13 |
| 10th | 14 | 0 | 14 |
| 11th | 17 | 0 | 17 |
| 12th | 12 | 0 | 12 |
| TOTAL | 162 | 0 | 162 |

### MANIFEST ELEMENTARY
### Route 2
### Jonesville, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 1st | 16 | 3 | 19 |
| 2nd | 7 | 0 | 7 |
| 3rd | 11 | 1 | 12 |
| 4th | 12 | 1 | 13 |
| 5th | 18 | 2 | 20 |
| 6th | 18 | 2 | 20 |
| 7th | 15 | 0 | 15 |
| 8th | 13 | 1 | 14 |
| TOTAL | 110 | 10 | 120 |

H. G. TALIAFERRO, PRESIDENT        G. R. RICHARDSON, VICE-PRESIDENT        A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### CENTRAL HIGH SCHOOL
Star Route B
Jonesville, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 1st | 8 | 0 | 8 |
| 2nd | 11 | 0 | 11 |
| 3rd | 15 | 0 | 15 |
| 4th | 16 | 0 | 16 |
| 5th | 15 | 0 | 15 |
| 6th | 13 | 0 | 13 |
| 7th | 12 | 0 | 12 |
| 8th | 17 | 0 | 17 |
| 9th | 12 | 0 | 12 |
| 10th | 13 | 0 | 13 |
| 11th | 5 | 0 | 5 |
| 12th | 9 | 0 | 9 |
| TOTAL | 146 | 0 | 146 |

### JONESVILLE ELEMENTARY
Jonesville, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| Kindergarten | | | |
| Section A | 2 | 10 | 12 |
| Section B | 2 | 10 | 12 |
| Section C | 3 | 7 | 10 |
| Section D | 3 | 8 | 11 |
| TOTAL | 10 | 35 | 45 |
| 1st Grade | | | |
| Section A | 12 | 12 | 24 |
| Section B | 10 | 10 | 20 |
| Section C | 10 | 11 | 21 |
| Section D | 9 | 9 | 18 |
| Section E | 11 | 12 | 23 |
| Section F | 10 | 11 | 21 |
| Section G | 10 | 10 | 20 |
| TOTAL | 72 | 75 | 147 |

H. G. TALIAFERRO, PRESIDENT        G. R. RICHARDSON, VICE-PRESIDENT        A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### JONESVILLE ELEMENTARY CONTINUED

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 2nd Grade | | | |
| Section A | 19 | 6 | 25 |
| Section B | 18 | 8 | 26 |
| Section C | 20 | 6 | 26 |
| Section D | 18 | 7 | 25 |
| Section E | 18 | 9 | 27 |
| Section F | 17 | 7 | 24 |
| TOTAL | 110 | 43 | 153 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 3rd Grade | | | |
| Section A | 17 | 12 | 29 |
| Section B | 19 | 11 | 30 |
| Section C | 19 | 9 | 28 |
| Section D | 19 | 10 | 29 |
| Section E | 19 | 11 | 30 |
| TOTAL | 93 | 53 | 146 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 4th Grade | | | |
| Section A | 18 | 10 | 28 |
| Section B | 18 | 12 | 30 |
| Section C | 18 | 12 | 30 |
| Section D | 18 | 9 | 27 |
| Section E | 19 | 12 | 31 |
| TOTAL | 91 | 55 | 146 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 5th Grade | | | |
| Section A | 20 | 13 | 33 |
| Section B | 19 | 13 | 32 |
| Section C | 17 | 13 | 30 |
| Section D | 20 | 11 | 31 |
| Section E | 17 | 12 | 29 |
| TOTAL | 93 | 62 | 155 |

H. G. TALIAFERRO, PRESIDENT        G. R. RICHARDSON, VICE-PRESIDENT        A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### JONESVILLE ELEMENTARY CONTINUED

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| Special Education | | | |
|     Section A | 0 | 16 | 16 |
|     Section B | 0 | 15 | 15 |
| TOTAL | 0 | 31 | 31 |

### JONESVILLE JUNIOR HIGH
#### Jonesville, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 6th Grade | | | |
|     Section A | 24 | 9 | 33 |
|     Section B | 23 | 8 | 31 |
|     Section C | 27 | 8 | 35 |
|     Section D | 22 | 9 | 31 |
|     Section E | 23 | 9 | 32 |
| TOTAL | 119 | 43 | 162 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 7th Grade | | | |
|     Section A | 16 | 10 | 26 |
|     Section B | 16 | 11 | 27 |
|     Section C | 17 | 11 | 28 |
|     Section D | 18 | 9 | 27 |
|     Section E | 16 | 11 | 27 |
| TOTAL | 83 | 52 | 135 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 8th Grade | | | |
|     Section A | 19 | 9 | 28 |
|     Section B | 20 | 9 | 29 |
|     Section C | 19 | 10 | 29 |
|     Section D | 21 | 8 | 29 |
|     Section E | 18 | 9 | 27 |
|     Section F | 20 | 9 | 29 |
|     Section G | 19 | 9 | 28 |
| TOTAL | 136 | 63 | 199 |

H. G. TALIAFERRO, PRESIDENT           G. R. RICHARDSON, VICE-PRESIDENT           A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### JONESVILLE JUNIOR HIGH CONTINUED

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| Special Education | 3 | 14 | 17 |
| TOTAL | 3 | 14 | 17 |

### BLOCK HIGH SCHOOL
### Jonesville, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 9-A | 12 | 10 | 22 |
| 9-B | 9 | 12 | 21 |
| 9-C | 11 | 10 | 21 |
| 9-D | 11 | 12 | 23 |
| 9-E | 14 | 5 | 19 |
| 9-F | 7 | 12 | 19 |
| 9-G | 13 | 5 | 18 |
| 9-H | 11 | 7 | 18 |
| TOTAL | 88 | 73 | 161 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 10-A | 21 | 2 | 23 |
| 10-B | 16 | 9 | 25 |
| 10-C | 12 | 4 | 16 |
| 10-D | 12 | 8 | 20 |
| 10-E | 13 | 7 | 20 |
| 10-F | 9 | 9 | 18 |
| TOTAL | 83 | 39 | 122 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 11-A | 11 | 5 | 16 |
| 11-B | 11 | 6 | 17 |
| 11-C | 10 | 6 | 16 |
| 11-D | 3 | 13 | 16 |
| 11-E | 9 | 7 | 16 |
| 11-F | 11 | 3 | 14 |
| 11-G | 12 | 5 | 17 |
| TOTAL | 67 | 45 | 112 |

H. G. TALIAFERRO, PRESIDENT          G. R. RICHARDSON, VICE-PRESIDENT          A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### BLOCK HIGH SCHOOL CONTINUED

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 12-A | 13 | 5 | 18 |
| 12-B | 19 | 6 | 25 |
| 12-C | 13 | 7 | 20 |
| 12-D | 17 | 9 | 26 |
| 12-E | 14 | 4 | 18 |
| TOTAL | 76 | 31 | 107 |

### SICILY ISLAND HIGH SCHOOL
#### Sicily Island, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 9th Grade | | | |
| Section A | 18 | 3 | 21 |
| Section B | 3 | 21 | 24 |
| TOTAL | 21 | 24 | 45 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 10th Grade | | | |
| Section A | 17 | 4 | 21 |
| Section B | 13 | 20 | 33 |
| TOTAL | 30 | 24 | 54 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 11th Grade | | | |
| Section A | 10 | 8 | 18 |
| Section B | 11 | 10 | 21 |
| Section C | 3 | 13 | 16 |
| TOTAL | 24 | 31 | 55 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 12th Grade | | | |
| Section A | 16 | 4 | 20 |
| Section B | 12 | 1 | 13 |
| TOTAL | 28 | 5 | 33 |

H. G. TALIAFERRO, PRESIDENT            G. R. RICHARDSON, VICE-PRESIDENT            A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

### SICILY ISLAND ELEMENTARY
Sicily Island, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| Kindergarten | | | |
| Section A | 3 | 9 | 12 |
| Section B | 2 | 11 | 13 |
| TOTAL | 5 | 20 | 25 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 1st Grade | | | |
| Section A | 6 | 10 | 16 |
| Section B | 5 | 11 | 16 |
| Section C | 6 | 10 | 16 |
| TOTAL | 17 | 31 | 48 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 2nd Grade | | | |
| Section A | 9 | 16 | 25 |
| Section B | 11 | 12 | 23 |
| TOTAL | 20 | 28 | 48 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 3rd Grade | | | |
| Section A | 8 | 14 | 22 |
| Section B | 11 | 12 | 23 |
| TOTAL | 19 | 26 | 45 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 4th Grade | | | |
| Section A | 6 | 10 | 16 |
| Section B | 7 | 10 | 17 |
| TOTAL | 13 | 20 | 33 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| Special Education | | | |
| Section A | 0 | 16 | 16 |
| Section B | 4 | 11 | 15 |
| TOTAL | 4 | 27 | 31 |

H. G. TALIAFERRO, PRESIDENT          G. R. RICHARDSON, VICE-PRESIDENT          A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board

JONESVILLE, LOUISIANA 71343

### MARTIN JUNIOR HIGH SCHOOL
### Sicily Island, Louisiana

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 5th Grade | | | |
| Section A | 13 | 16 | 29 |
| Section B | 18 | 13 | 31 |
| TOTAL | 31 | 29 | 60 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 6th Grade | | | |
| Section A | 21 | 7 | 28 |
| Section B | 8 | 21 | 29 |
| TOTAL | 29 | 28 | 57 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 7th Grade | | | |
| Section A | 18 | 7 | 25 |
| Section B | 12 | 12 | 24 |
| Section C | 4 | 16 | 20 |
| TOTAL | 34 | 35 | 69 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| 8th Grade | | | |
| Section A | 16 | 6 | 22 |
| Section B | 5 | 19 | 24 |
| TOTAL | 21 | 25 | 46 |

| GRADE | WHITE | NEGRO | TOTAL |
|---|---|---|---|
| Special Education | | | |
| Section A | 2 | 14 | 16 |
| Section B | 2 | 13 | 15 |
| TOTAL | 4 | 27 | 31 |

H. G. TALIAFERRO, PRESIDENT          G. R. RICHARDSON, VICE-PRESIDENT          A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

November 29, 1971

### SECTION III

There have been no requests for transfer, by students of either race, under the <u>Majority to Minority</u> Provision of the court order during last school session or the current year.

*A. L. Brooks*

A. L. Brooks, Superintendent
Catahoula Parish Schools

ALB:mc

H. G. TALIAFERRO, PRESIDENT          G. R. RICHARDSON, VICE-PRESIDENT          A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

November 29, 1971

### SECTION IV

There have been no inter-district transfers of students granted during last school year or the current session.

*A. L. Brooks*
A. L. Brooks, Superintendent
Catahoula Parish Schools

ALB:mc

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343
November 29, 1971

### SECTION V

Negro and white students have been transported by the same buses since 1970-71 school session.

There are some areas of this parish where the population is totally white or totally negro, and therefore, served by school buses of their own race.

Plans have already been adopted to completely integrate all school buses that operate in communities that have both white and negro population. This plan is to go into effect January 3, 1972.

A. L. Brooks, Superintendent
Catahoula Parish Schools

ALB:mc

# Catahoula Parish School Board

JONESVILLE, LOUISIANA 71343

November 29, 1971

### SECTION VI

All school facilities in this school system, such as gymnasiums, auditoriums, cafeterias, etc., are being operated on a desegregated basis.

*A. L. Brooks*

A. L. Brooks, Superintendent
Catahoula Parish Schools

ALB:mc

H. G. TALIAFERRO, PRESIDENT          G. R. RICHARDSON, VICE-PRESIDENT          A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

November 29, 1971

### SECTION VII

There is no school construction under way at present, nor any proposed for the immediate future.

Expansion of facilities made necessary by school desegregation was accomplished by purchase of temporary buildings at several school plants.

A. L. Brooks, Superintendent
Catahoula Parish Schools

ALB:mc

H. G. TALIAFERRO, PRESIDENT          G. R. RICHARDSON, VICE-PRESIDENT          A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343

November 29, 1971

### SECTION VIII

One frame classroom building was demolished and sold for the sum of $500.00. This was an obsolete building, and not being used after desegregation and consolidation of the two schools in Sicily Island Community.

*A. L. Brooks*

A. L. Brooks, Superintendent
Catahoula Parish Schools

ALB:mc

H. G. TALIAFERRO, PRESIDENT          G. R. RICHARDSON, VICE-PRESIDENT          A. L. BROOKS, SUPERINTENDENT

# Catahoula Parish School Board
## JONESVILLE, LOUISIANA 71343
November 29, 1971

### SECTION IX

The only bi-racial committee serving the Catahoula Parish School System at the present time is the Emergency School Assistance Advisory Committee composed of the following members:

| Name | Race |
|---|---|
| Mr. W. W. Martin | Negro |
| Mr. J. R. Larison | White |
| Mr. R. B. Riley | White |
| Mr. R. R. McCarty | White |
| Mr. Rhodell Trimble | Negro |
| Mr. D. V. Tolliver | Negro |
| Mr. Robbie McMillan | White |
| Mr. Bruce A. Edmonds | White |
| Mrs. Mary Liza Collins | Negro |
| Mr. Riley Williamson | Negro |

This committee meets each month according to the following schedule:

| | |
|---|---|
| September 20, 1971 | October 28, 1971 |
| November 4, 1971 | December 2, 1971 |
| January 7, 1972 | February 3, 1972 |
| March 2, 1972 | April 6, 1972 |
| May 4, 1972 | June 1, 1972 |
| July 6, 1972 | August 3, 1972 |
| September 7, 1972 | October 5, 1972 |
| November 2, 1972 | December 7, 1972 |
| January 4, 1973 | |

The meetings are held at 6 p.m. in the Catahoula Parish Media Center, Jonesville, Louisiana.

The functions of this committee is to advise and assist in the administration of all aspects of the Emergency School Assistance Program Grants. In addition, this committee has been very helpful in a public relations capacity on many aspects of the entire school situation. This committee has been extremely cooperative and helpful in the desegregation process.

*A. L. Brooks*
A. L. Brooks, Superintendent
Catahoula Parish Schools

ALB:mc