IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
F I L E D
JUN 26 1980
ROBERT H. SHEMWELL, CLERK
BY_____
Deputy

UNITED STATES OF AMERICA,

    Plaintiff

vs.                                CIVIL ACTION NO. 14430

CATAHOULA PARISH SCHOOL BOARD,

    Defendant

## MOTION FOR SUPPLEMENTAL RELIEF

The Defendant, Catahoula Parish School Board, moves the court for supplemental relief in the form of modification of the Order of this Honorable Court under which it is now operating the public school system of Catahoula Parish, subject to the retained jurisdiction of this Court, in the following particulars, to-wit:

I

The Catahoula Parish School Board desires to modify the grade assignments to the Jonesville Junior High School and Block High School by changing the grade assignments which are now constituted as follows:

| PRESENT NAME AND GRADE | PROPOSED NAME AND GRADE - 1980-81 |
|---|---|
| (A)  Jonesville Elementary - 5 | Jonesville Junior High - 5 |
| (B)  Jonesville Junior High - 8 | Block High School - 8 |

II

The reason for the Catahoula Parish School Board wanting to move the 5th grade from Jonesville Elementary School to Jonesville Junior High School is to alleviate the overcrowded condition at the elementary school.

III

The reason for the Catahoula Parish School Board wanting to transfer the 8th grade from Jonesville Junior High School to Block High School is to prevent overcrowding at the junior high school. Block High School has sufficient space to take care of the addi-

tional students that would be transferred without overcrowding.

IV

The School Board moves for an expedited hearing on this matter so that the necessary administrative arrangements may be made and the plan become effective as of the opening of the school year in August of 1980, for the 1980-81 school year.

V

A memorandum in support of this motion is enclosed.

Vidalia, Louisiana, this 25 day of June, 1980.

Respectfully submitted,

John Sturgeon, District Attorney
Seventh Judicial District Court
Courthouse
Vidalia, Louisiana 71373
318-336-5526

P.O. BOX 429
FERRIDAY, LA. 71334

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION



U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
**FILED**
JUN 26 1980
ROBERT H. SHEMWELL, CLERK
BY _____
Deputy

UNITED STATES OF AMERICA,

    Plaintiff

vs.                                  CIVIL ACTION NO. 14430

CATAHOULA PARISH SCHOOL BOARD,

    Defendant

## MEMORANDUM IN SUPPORT OF MOTION FOR SUPPLEMENTAL RELIEF

The Catahoula Parish School Board is operating under an Order issued by this Honorable Court on the 29th of July, 1969. This Order has been changed several times in minor respects, primarily due to reassignment of grades within the school system as enrollment figures and population figures change. The relief sought now by the School Board concerns the transfer of the 5th grade from Jonesville Elementary School to Jonesville Junior High School to alleviate the overcrowded condition at the elementary school. The 8th grade will then be transferred to Block High School. Block has adequate facilities to care for the additional students without being overcrowded. Grade sequence of the schools will then become K-4, Jonesville Elementary; 5-7, Jonesville Junior High; 8-12, Block High.

The following is a list of the student population to be transferred at the various schools as shown on the annual reports of March, 1980:

### 5th Grade - Jonesville Elementary School

| | |
|---|---|
| Total number of students to be transferred | 116 |
| Total number of white students to be transferred | 80 |
| Total number of black students to be transferred | 36 |

<u>8th Grade - Jonesville Junior High School</u>

| | |
|---|---|
| Total number of students to be transferred | 118 |
| Total number of white students to be transferred | 70 |
| Total number of black students to be transferred | 48 |

Since these grades are being transferred in their entirety, there will be no change in the racial ratios of Jonesville Elementary School or Jonesville Junior High School and neither will this change the racial ratio at Block High School.

In addition to the above transfer of students, the teachers of the grades involved are also to be transferred as follows:

<u>5th Grade Teachers - Jonesville Elementary School</u>

| | |
|---|---|
| Total number of teachers to be transferred | 6 |
| Total number of white teachers to be transferred | 3 |
| Total number of black teachers to be transferred | 3 |

<u>8th Grade Teachers - Jonesville Junior High School</u>

| | |
|---|---|
| Total number of teachers to be transferred | 3 |
| Total number of white teachers to be transferred | 2 |
| Total number of black teachers to be transferred | 1 |

The transfer of these teachers include the teacher population of these grades in totality.

Please take notice that on the _____ day of _____, 1980, and/or as soon thereafter as counsel may be heard, in the Alexandria Division of Western District of Louisiana, the United States District Court, Catahoula Parish School Board will bring the aforesaid motion for supplemental relief for a hearing.

Vidalia, Louisiana, this 25 day of June, 1980.

JOHN STURGEON
DISTRICT ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for Supplementary Relief and Supporting Memorandum was mailed postage prepaid, this day, to Mr. Stanley Halpin, Jr., Attorney for the Plaintiff, at his address in New Orleans, Louisiana; to Mr. Donald Walker, the United States Attorney for the Western Division of Louisiana; U. S. Courtroom, P. O. Box Building, Alexandria; and to Deputy Chief, Civil Rights Division, United States Department of Justice, Washington, D. C.

Vidalia, Louisiana, this 25 day of June, 1980.

JOHN STURGEON
DISTRICT ATTORNEY

P. O. BOX 429
FERRIDAY, LA. 71334

IT IS ORDERED that the foregoing Motion for Supplemental Relief be heard at _____ o'clock \_\_. M., on the _____ day of _____, 1980, at the United States Courtroom, Alexandria, Louisiana.

                                                                      NAUMAN S. SCOTT
                                                                      DISTRICT JUDGE

OFFICE OF
# THE DISTRICT ATTORNEY
SEVENTH JUDICIAL DISTRICT
CONCORDIA AND CATAHOULA PARISHES

JOHN STURGEON
DISTRICT ATTORNEY
COURTHOUSE
VIDALIA, LOUISIANA 71373

P. O. Box 429
Ferriday, La. 71334

GLENN B. GREMILLION
FIRST ASSISTANT DISTRICT ATTORNEY
COURTHOUSE
VIDALIA, LOUISIANA 71373

JOHN F. JOHNSON
SECOND ASSISTANT DISTRICT ATTORNEY
P. O. DRAWER A
HARRISONBURG, LOUISIANA 71340

PAUL SCOTT
CHIEF INVESTIGATOR
COURTHOUSE
VIDALIA, LOUISIANA 71373

TELEPHONES:
VIDALIA, LA. 336-5526
FERRIDAY, LA. 757-2140
HARRISONBURG, LA. 744-5232
MONTEREY, LA. 386-2237
386-7430

June 25, 1980

Clerk of Court
U. S. District Court
Western District
Federal Building
424 Texas Street
Shreveport, La. 71101

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
**FILED**
JUN 26 1980
ROBERT H. SHEMWELL, CLERK
BY............................................
Deputy

Re: Civil Action #14430
United States of America
vs
Catahoula Parish School Board

Dear Sir:

Find enclosed Motion for Supplemental Relief and Memorandum in Support of Motion for Supplemental Relief concerning the above referenced matter. Please forward the original of this Motion to Judge Scott for it to be placed on his calendar for hearing in Alexandria Division at a time to be set by Judge Scott. I am, by copy of this letter, notifying the various attorneys of record of the filing of the Motion for Supplemental Relief.

The basic relief sought is the transfer of one grade from the Jonesville Elementary to the Jonesville Junior High and a transfer of the 8th grade of Jonesville Junior High to the Block High School. The reason for the relief being sought is overcrowded conditions at the Elementary school. The grades will be transferred in total with teachers and should not amount to any changes in any racial ratios within the school system.

Sincerely,

John Sturgeon
JS/cg
Enclosures

Clerk of Court
June 25, 1980
Page Two


cc: Mr. Stanley Halpin, Jr.
    Attorney Suite 1212
    344 Camp
    New Orleans, La.

    U. S. Attorney for Western
       District of Louisiana
    U. S. Courtroom
    Alexandria, La.

    Deputy Chief
    Civil Rights Division
    U. S. Dept. of Justice
    Washington, D. C. 20530

    Sam Dale, Superintendent
    Catahoula Parish School Board
    Jonesville, La. 71343

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

_____ALEXANDRIA_____ DIVISION

UNITED STATES OF AMERICA

versus                                  No.  14,430

CATAHOULA PARISH SCHOOL BOARD; ET AL

NOTICE OF SETTING MOTION

PLEASE TAKE NOTICE THAT THE MOTION DESCRIBED BELOW IS SET FOR ARGUMENT BEFORE THE HONORABLE NAUMAN S. SCOTT AT 9:00 A.M. ON ___MONDAY, JULY 21, 1980___, ON THE SECOND FLOOR OF THE POST OFFICE BUILDING IN ___ALEXANDRIA___, LOUISIANA. TIME FOR BRIEFING IS GOVERNED BY LOCAL RULE 10(f) WHICH IS SET OUT BELOW. JUDGE SCOTT MAY DECIDE THE MOTION PRIOR TO HEARING ON THE BASIS OF THE RECORD.

SHREVEPORT, LOUISIANA THIS __1st__ DAY OF __July__, 1980.

DESCRIPTION OF MOTION:                ROBERT H. SHEMWELL,
                                      CLERK OF COURT
By Defendant, Catahoula Parish School

Board, for supplemental relief,       BY: _____
                                              Deputy Clerk
filed 6-26-80.

NOTE:  IF A COURT REPORTER WILL BE NEEDED, NOTIFY THE COURT, IN WRITING, 10 DAYS PRIOR TO THE MOTION HEARING DATE.

(f) RESPONSE AND BRIEF. IF THE RESPONDENT OPPOSES A MOTION, HE SHALL FILE HIS RESPONSE, INCLUDING OPPOSING AFFIDAVITS (IF THE MOTION IS ONE FOR SUMMARY JUDGMENT PURSUANT TO RULE 56(c) OF THE FEDERAL RULES OF CIVIL PROCEDURE), BRIEF, AND SUCH SUPPORTING DOCU-MENTS AS ARE THEN AVAILABLE, WITHIN TEN DAYS AFTER SERVICE OF THE MOTION. BRIEFS SHALL CONTAIN A CONCISE STATEMENT OF REASONS IN OPPOSITION TO THE MOTION, AND A CITATION OF AUTHORITIES UPON WHICH THE RESPONDENT RELIES. FOR GOOD CAUSE APPEARING THEREFOR, A RESPONDENT MAY BE REQUIRED TO FILE HIS RESPONSE AND SUPPORTING DOCUMENTS, INCLUDING BRIEFS, WITHIN SUCH SHORTER PERIOD OF TIME AS THE COURT MAY SPECIFY, OR MAY BE GIVEN ADDITIONAL TIME AS PRO-VIDED IN SUBSECTION (h) OF THIS RULE, TO FILE THE RESPONSE, INCLUDING DOCUMENTS AND BRIEF.

COPY SENT
DATE 7-7-80
BY ___
TO: atty. ___