U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
**FILED**
AUG 7 1980
ROBERT H. SHEMWELL, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

CIVIL ACTION NO. 14430

UNITED STATES OF AMERICA

VS                                                          J U D G M E N T

CATAHOULA PARISH SCHOOL BOARD

FILED: _____ SIGNED: _____

     THIS CAUSE came on motion of Catahoula Parish School Board and notification of no opposition from the United States of America;

     The court considering the law and evidence for this day orally assigned:

     IT IS ORDERED, ADJUDGED AND DECREED that there be judgment rendered herein allowing the Catahoula Parish School Board to transfer the Jonesville Elementary Grade 5 to Jonesville Junior High Grade 5 and the Jonesville Junior High Grade 8 to Block High School Grade 8.

     JUDGMENT READ, RENDERED AND SIGNED on this 7th day of Aug, 1980, in Alexandria, Louisiana.

_____
JUDGE

COPY SENT
DATE 8-7-80
BY ___
TO: Meyers
Keene
Sturgeon