RECEIVED
AUG 19 1993
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
AUG 23 1993
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF

VERSUS : CIVIL ACTION NO. 14430

CATAHOULA PARISH SCHOOL
BOARD, ET AL,

    DEFENDANTS

## ORDER

Considering the Motion of Defendants for Authorization to Implement Student Enrollment and Transfer Policy, the lack of opposition thereto by the plaintiff, the United States of America, and the Court finding it in the interest of justice to so do;

IT IS ORDERED that the Motion of Defendants for Authorization to Implement Student Enrollment and Transfer Policy be, and it is hereby, granted and that the Student Enrollment and Transfer Policy attached to defendants' motion as Exhibit A be implemented beginning with the 1993-94 school year.

ALEXANDRIA, LOUISIANA, this 23d day of Aug., 1993.

COPY SENT
DATE 8-23-93
BY BG
TO Johnson (DA)
Hammond
Broadwell (USA)
Atty Gen. (Wash DC)

_____
JUDGE, UNITED STATES DISTRICT COURT