UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
**F I L E D**

JUN 1 3 1994

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

UNITED STATES OF AMERICA,

      PLAINTIFF

VERSUS                  :     CIVIL ACTION NO. 14430

CATAHOULA PARISH SCHOOL
BOARD, ET AL,

      DEFENDANTS

## MOTION OF DEFENDANTS FOR AUTHORIZATION TO CONSOLIDATE SCHOOLS AND CHANGE STUDENT ATTENDANCE ZONES

NOW INTO COURT, through undersigned counsel, come the defendants, Catahoula Parish School Board, et al, who respectfully move the Court for an order authorizing them to consolidate schools and change student attendance zones as described hereinbelow and who, in support of such motion, would show as follows:

   (1) By decree dated July 29, 1969, this Court approved a school desegregation plan which provided, in part, that all children in grades 1-8 living in Ward 4 would be assigned to Manifest Elementary School and that all children in grades 1-12 living in the Enterprise area would be assigned to Enterprise High School.

   (2) The defendants desire to amend the July 29, 1969 decree of this Court by transferring students in grades 6-8 attending Manifest Elementary School to Harrisonburg Elementary School and by closing Enterprise High School

and transferring students in grades K-8 there to Harrisonburg Elementary School and students in grades 9-12 there to Harrisonburg High School.

(3) A summarization of the reasons for which the defendants seek authorization to consolidate these schools and to change these student zones may be found in Exhibit A hereto. Further explanation and support for such requests are contained in the memorandum of authorities in support of this motion.

(4) On March 10, 1994, the requested school consolidations and changes in student attendance zones were forwarded to representatives of the United States of America, plaintiff herein, for their review.

(5) If approved by the Court, the changes being requested herein will be implemented beginning with the 1994-95 school year.

Respectfully submitted,

HAMMONDS AND SILLS
1111 South Foster Drive, Suite C
P.O. Box 65236
Baton Rouge, LA  70896
(504) 923-3462

ROBERT L. HAMMONDS
Bar Roll No. 6484

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Motion has this day been mailed, postage prepaid, to the United States of America through Nathaniel Douglas, United States Department of Justice, Equal Opportunity Section, P.O. Box 65958, Washington, D.C. 20035-5958.

BATON ROUGE, LOUISIANA, this 8th day of JUNE, 1994.

_____
ROBERT L. HAMMONDS

3

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
F I L E D

JUN 13 1994

ROBERT H. SHEMWELL, CLERK
BY_____
                     DEPUTY

UNITED STATES OF AMERICA,

       PLAINTIFF

VERSUS           :     CIVIL ACTION NO. 14430

CATAHOULA PARISH SCHOOL
BOARD, ET AL,

       DEFENDANTS

## MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS FOR AUTHORIZATION TO CONSOLIDATE SCHOOLS AND CHANGE STUDENT ATTENDANCE ZONES

The defendants, Catahoula Parish School Board, et al, have respectfully moved the Court for an order authorizing them to consolidate schools and change student attendance zones. Defendants seek authorization to reassign students in grades 6-8 living in the Manifest area (Ward 4) from Manifest Elementary School to Harrisonburg Elementary School. In addition, defendants seek to close Enterprise High School (grades K-12) and to assign students in grades K-8 to Harrisonburg Elementary School and students in grades 9-12 to Harrisonburg High School. This memorandum is submitted in support of defendants' motion.

On July 29, 1969, this Court approved a school desegregation plan for Catahoula Parish which has remained largely unchanged since that date. In that plan, all children in grades 1-8 living in the Manifest area (Ward 4) were assigned to Manifest Elementary School and all children in grades 1-12 living in the Enterprise area were assigned to Enterprise High School. For educational,

social, and financial reasons, defendants seek the requested authorization. Each of the proposed changes will be discussed separately hereinbelow.

## CLOSURE OF ENTERPRISE HIGH SCHOOL

As of this date, Enterprise High School has only 94 students in grades K-12 (13 grades). Defendant school system is having serious financial difficulties, and it can no longer continue to financially justify the operation of such a small school. The closure of this tiny school would save the school system approximately $300,000 per year. Harrisonburg Elementary and Harrisonburg High School are the closest schools to Enterprise (approximately 15 miles) and are much closer than the next nearest schools (Jonesville and Sicily Island), which are 25 and 27 miles away, respectively. The consolidation of these schools would also allow the school system to provide the students with a better quality of education through more diversified course offerings, better qualified teachers, and the better peer learning which results from students attending a larger school. There would also be social benefits for the former Enterprise High School students since greater social interaction would be possible in the larger school setting.

## REMOVAL OF GRADES 6-8 FROM MANIFEST ELEMENTARY

Students in grades 9-12 living in the Manifest area have been assigned to Harrisonburg High School since long before the federal

2

court decree of July 29, 1969.[1] The authorization now requested by defendants would permit students in grades 6-8 living in the Manifest area to also attend school in Harrisonburg, which is approximately 10 miles away.  This change would result in an approximate savings to the school system of $50,000 per year. Though less than 50 students would actually be involved in the reassignment, those students would reap the same educational and social benefits previously described for Enterprise High School students going to schools in Harrisonburg.

### SUPPORTING DOCUMENTATION

In support of its motion, defendants have attached hereto and incorporate herein the following documents:

(1)  Exhibit A -- Summarization of action sought by Board and justification therefor;

(2)  Exhibit B -- Agenda and minutes of School Board meeting of February 1, 1994 showing action taken by School Board;

(3)  Exhibit C -- Catahoula Parish School Board annual financial and statistical reports demonstrating a declining account balance;

(4)  Exhibit D -- Itemization of cost savings effected in requested school consolidation and attendance zone changes;

(5)  Exhibit E -- Current racial breakdowns of student enrollments, by grade, at Manifest Elementary School,

---

[1]    It is believed that high school students residing in the Manifest area began attending Harrisonburg High School in 1945.

3

Enterprise High School, Harrisonburg Elementary School, and Harrisonburg High School.

(6) Exhibit F -- Map detailing current attendance zones.

## CONCLUSION

For the reasons described hereinabove, defendants, Catahoula Parish School Board, et al, seek authorization from the Court to close Enterprise High School and assign the students in the Enterprise area to Harrisonburg Elementary and Harrisonburg High School and to reassign the students living in the Manifest area in grades 6-8 to Harrisonburg Elementary School. Such changes will improve course offerings for effected students, will improve opportunities for social interaction for the effected students, will have negligible impact on racial composition of the receiving schools, and will result in substantial savings to the defendants. Defendants respectfully seek such approval, therefore, with the changes to be implemented beginning with the 1994-95 school year.

Respectfully submitted,

HAMMONDS AND SILLS
1111 South Foster Drive, Suite C
P.O. Box 65236
Baton Rouge, LA 70896
(504) 923-3462


ROBERT L. HAMMONDS
Bar Roll No. 6484

4

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Memorandum has this day been mailed, postage prepaid, to the United States of America through Nathaniel Douglas, United States Department of Justice, Equal Opportunity Section, P.O. Box 65958, Washington, D.C. 20035-5958.

BATON ROUGE, LOUISIANA, this 8th day of JUNE , 1994.

ROBERT L. HAMMONDS

5

RECEIVED

JUN 1 3 1994

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,

       PLAINTIFF

VERSUS

CATAHOULA PARISH SCHOOL
BOARD, ET AL,

       DEFENDANTS

:     CIVIL ACTION NO. 14430

## ORDER

Considering the Motion of Defendants for Authorization to Consolidate Schools and Change Student Attendance Zones;

IT IS ORDERED that the Motion of Defendants for Authorization to Consolidate Schools and Change Student Attendance Zones be, and it is hereby, set for hearing on Tuesday, June 28, 1994, at 1:00 P.M.

IT IS FURTHER ORDERED that the United States of America, plaintiff herein, file its position on such motion with the Court on or before June 20, 1994.

ALEXANDRIA, LOUISIANA, this _____ day of _____, 1994.

_____
JUDGE, UNITED STATES DISTRICT COURT



EXHIBIT

A

Action by Board:

1. Close Enterprise High School, grades K-12, and transfer students to Harrisonburg Elementary and Harrisonburg High School.

2. Transfer students in grades 6,7 and 8 of Manifest Elementary to Harrisonburg Elementary.

## Justification

1. The Catahoula Parish School Board is facing a looming financial crisis.  Financial reserves have gone from $814,311 in June, 1990 to $208,802 projected for June, 1994.

2. The savings resulted from the Board action will be approximately $307,468.

3. Enterprise High School has only 94 students in K-12 (13 grades).  It is an economic nightmare to operate a school for this number of students and cannot be financially justified.

4. Students from the Manifest area in grades 9-12 are already assigned to Harrisonburg High School under Federal Court Order.  This action will now provide that students in 6-12 of this community attend Harrisonburg Schools.

5. Only one additional bus will be required to transport the grades 6, 7 and 8 Manifest students the required 10 miles.  This will result in an approximate savings of $50,000.

6. Harrisonburg is the nearest community to Enterprise (15 miles).  The next nearest communities (schools) to Enterprise are Jonesville and Sicily Island, 25 and 27 miles respectively.

7. The consolidation of the schools of these schools will allow for a better quality of education to be provided these students.  A more varied and wider course offering, courses taught by more specialized certified teachers, and better peer learning will result from the students attending a larger school.

8. Greater social interaction among all students will be available.


EXHIBIT
B

AGENDA

SCHOOL BOARD MEETING

February 1, 1994

1. Approve the minutes of the regular meeting of January 4, 1994 and the special meeting of January 18, 1994.

2. Promulgate the returns of the bond election for School Tax District Number 5 on January 15, 1994.

3. Receive and open bids for the roofing of Jonesville Junior High School.

4. Receive and open bids for the purchase of food and food products for the School Food Service Program.

5. Receive and open bids for agricultural lease of S16T6NR5E.

6. Receive and open bids for the purchase of a freezer for the cafeteria of Harrisonburg Elementary School.

7. Accept the resignation of Chris Price, teacher aide at Sicily Island Elementary, effective January 19, 1994, and employ Eric Price as a replacement, effective January 24, 1994.

8. Consider approving the following recommendations of the Executive Committee for Finance:

   1. Approve General Fund expenditures in excess of $2,000 for total utility billings paid during January:

      Block High - $3,594.49
      Enterprise High - $2,503.17
      Harrisonburg High - $2,131.37
      Martin Jr. High - $2,027.76
      Sicily Island High - $3,337.64

   2. Approve General Fund expenditure in excess of $2,000 for additional liability insurance premiums due because of Louisiana experience rating - United Community Insurance Company $3,555.

   3. Approve Budget Revision #1 for Eisenhower Project Number 2893-5013-11 carryover to 1994 (ESEA Title II).

   4. Approve Budget Revision #1 for Chapter II Project Number 28-93-0013-2 carryover to 1994.

   5. Approve General Fund expenditure in excess of $2,000 for textbooks for parishwide - $67,118.

   6. Approve Adult Education Grant #ABE-13-94 for $37,531. Funds will be used to purchase Apple computers and Adult Ed Basic Skills Software Programs.

   7. Approve an expenditure in exces of $2,000 to Multi-Media Associates for 2 sets of Adult Education Basic Skills Software Programs to be paid from Grant #ABE-13-94 funds - $30,000.

9. Consider taking any action relevant to the allotment of teachers and/or consolidation of schools for the 1994-95 school year.

PROCEEDINGS OF THE PARISH SCHOOL BOARD OF THE PARISH OF CATAHOULA
STATE OF LOUISIANA, TAKEN  AT A REGULAR MEETING HELD  ON TUESDAY,
FEBRUARY 1, 1994,

The  Parish School  Board of  the Parish  of Catahoula,  State of
Louisiana, met at the Block High School Auditorium, Jonesville
Louisiana, on Tuesday, February 1, 1994.

There were present:  President Jack Colclasure and Board
Members Lillian Aplin, Chester Cooper, W. E. Manning, Dave  Mays,
Clarence Martin, Donna Neal, Dorothy Watson and James White.

There were absent:  None.

The meeting was opened with prayer by Benjamin Sandifer and
the Pledge of Allegiance to the Flag was led by James White.

On  motion by Lillian Aplin  and seconded by  Donna Neal and
passed unanimously, the Board approved the minutes of the regular
meeting of January 4, 1994 and the special meeting of January 18,
1994.

On motion  by Chester Cooper  and seconded by  Lillian Aplin
and passed unanimously, the  Board approved the following resolu-
tion:

On motion by James White and seconded by Donna Neal and passed unanimously, bids for the roofing of Jonesville Junior High School were opened and announced to the Board. The bids were as follows:

| | |
|---|---|
| Kelly Roofing, Jena, LA | $37,365.00 |
| Brown Industries, Farmerville, LA | 36,750.00 |
| Professional Roofing, Deville, LA | 38,225.00 |
| Roofing Specialty, Jena, LA | 35,900.00 |

On motion by Donna Neal and seconded by Lillian Aplin and passed unanimously, the above bids were referred to a committee with the authority to accept the low bid. The appointed committee members are Roy Mazique, James White, Dave Mays, W. E. Manning and Benjamin Sandifer.

On motion by Dave Mays and seconded by Clarence Martin and passed unanimously, bids for the purchase of food and food products for the School Food Service Program were opened and announced to the Board. The bids were as follows:

Long's Preferred, Alexandria, LA
Bancroft Paper Company, Natchez, MS
Kraft/IFD, Jackson, MS
Butler Paper Company, Alexandria, LA
Berry Packing, Inc., Bastrop, LA
Sysco Food Services, Jackson, MS
Cash Grocery & Sales Company, Alexandria, LA
Lasco Foods, Bartlett, TN
Lance, Inc., Charlotte, NC
Mapelli, Alexandria, LA

On motion by Chester Cooper and seconded by Lillian Aplin and passed unanimously, the above bids were referred to the School Food Service Committee with the authority to accept the low line item bid.

On motion by Lillian Aplin and seconded by Donna Neal and passed unanimously, bids for the purchase of a freezer for the cafeteria of Harrisonburg Elementary School were opened and announced to the Board. The bids were as follows:

| | |
|---|---|
| Louisiana Food Service Equipment, Lecompte, LA | $3,490 |
| Buckelew's, Shreveport, LA | 3,528 |

On motion by James White and seconded by Lillian Aplin and passed unanimously, the Board accepted the bid submitted by Louisiana Food Service Equipment.

On motion by Dorothy Watson and seconded by Clarence Martin and passed unanimously, the Board accepted the resignation of Chris Price, teacher aide at Sicily Island Elementary, effective January 19, 1994, and employed Eric Price as a replacement, effective January 24, 1994.

Board President Jack Colclasure was presented a check in the amount of $1,000 from students at Central High School, for the December utility billing at Central High School.

On motion by Clarence Martin and seconded by Lillian Aplin and passed unanimously, the Board approved a General Fund expenditure in excess of $2,000 for total utility billings paid during January:

Block High - $3,594.49
Enterprise High - $2,503.17
Harrisonburg High - $2,131.37
Martin Junior High - $2,027.76
Sicily Island High - $3,337.64

On  motion by Dorothy Watson  and seconded by  Dave Mays and passed unanimously, the Board approved a General Fund expenditure in excess  of $2,000 for additional  liability insurance premiums due  because of  Louisiana experience  rating -  United Community Insurance Company - $3,555.

On motion by  Dave Mays  and seconded by  Lillian Aplin  and passed  unanimously,  the Board approved  Budget Revision  #1 for Eisenhower Project  Number 2893-5013-11 Carryover  to 1994  (ESEA Title II).

On motion by Donna Neal and seconded by Dave Mays and passed unanimously, the Board approved Budget Revision #1 for Chapter II Project Number 28-93-0013-2 Carryover to 1994.

On motion by  Chester Cooper and  seconded by Lillian  Aplin and passed unanimously, the Board approved a General Fund expend-iture in excess of $2,000 for textbooks parishwide - $67,118.

On motion  by Dorothy Watson and seconded by Clarence Martin and  passed unanimously,  the Board  approved an  Adult Education Grant #ABE-13-94 for  $37,531.  Funds will be  used to  purchase Apple computers and Adult Ed Basic Skills Software Programs.

On motion by Dave Mays and seconded by Donna Neal and passed unanimously,  the Board approved  an expenditure in excess  of $2,000  to Multi-Media Associates  for 2 sets  of Adult Education Basic Skills  Software Programs to be paid  from Grant #ABE-13-94 funds - $30,000.

A motion was  made by  James White and  seconded by  Chester Cooper, for  the allocation of  teachers for  the 1994-95  school year to remain the same as the 1993-94 school year.  An amendment to  the motion was made by Dave  Mays and seconded by Donna Neal, to transfer  students from  Enterprise High School,  grades K-12, and students from Manifest grades 6-8, to Harrisonburg Elementary and Harrisonburg High  Schools for  the 1994-95 school  year.  A roll-call vote was called with Board Members voting as follows:

| | |
|---|---|
| Dorothy Watson, District #1 | YES |
| Clarence Martin, District #2 | YES |
| Chester Cooper, District #3 | NO |
| Lillian Aplin, District #4 | YES |
| Donna Neal, District #5 | YES |
| Jack Colclasure, District #6 | YES |
| Dave Mays, District #7 | YES |
| W. E. Manning, District #8 | NO |
| James White, District #9 | NO |

The amendment passed by a vote of 6 to 3.

A  roll-call vote was called  on the motion  as amended with Board Members voting as follows:

| | |
|---|---|
| Dorothy Watson, District #1 | YES |
| Clarence Martin, District #2 | YES |
| Chester Cooper, District #3 | NO |
| Lillian Aplin, District #4 | YES |
| Donna Neal, District #5 | YES |
| Jack Colclasure, District #6 | YES |
| Dave Mays, District #7 | YES |
| W. E. Manning District #8 | NO |
| James White, District #9 | NO |

The motion as amended passed by a vote of 6 to 3.

     On motion by  Dorothy Watson and  seconded by Lillian  Aplin
and passed unanimously, the Board adjourned.


--------------------------       ------------------------------
L. Keith Guice, Secretary        Jack G. Colclasure, President



CATAHOULA PARISH SCHOOL BOARD

ANNUAL FINANCIAL & STATISTICAL REPORTS

| Year(s) | | Ending Balance |
|---------|--|----------------|
| 1986-'87 | | $   6,211 |
| 1987-'88 | | 332,832 |
| 1988-'89 | | 674,964 |
| 1989-'90 | | 814,311 |
| 1990-'91 | | 796,253 |
| 1991-'92 | | 621,139 |
| 1992-'93 | | 574,168 |
| 1993-'94 | Budget Projection | 208,802 |



SITUATION #6:
          CLOSE MANIFEST GRADES 6 – 8 – MOVE STUDENTS TO HARRISONBURG SCHOOLS
          CLOSE ENTERPRISE – MOVE STUDENTS TO HARRISONBURG SCHOOLS

CATAHOULA PARISH SCHOOL BOARD
RECAP OF ANTICIPATED SAVINGS

| | GENERAL FUND | SALES TAX FUND | LUNCH FUND | CHAPTER 1 FUND | DISTRICT OR OTHER FUNDS | TOTAL SAVINGS |
|---|---|---|---|---|---|---|
| PERSONNEL COSTS SAVINGS PER SCHEDULE | $246,164 | $17,720 | $34,698 | $9,823 | $4,199 | $312,603 |
| SCHOOL PLANT OVERHEAD SAVINGS | $38,297 | | | | | $38,297 |
| LESS:  INCREASED TRANSPORTATION | ($9,250) | | | | | ($9,250) |
| | $275,211 | $17,720 | $34,698 | $9,823 | $4,199 | $341,650 |



CATAHOULA PARISH SCHOOL BOARD
CONSOLIDATION SITES ETHIC BREAKDOWN
AT OCTOBER 1, 1993 DATA COLLECTION

MANIFEST ELEMENTARY SCHOOL

### E T H N I C   C O D E S

| Grade Code | 3 | 5 | (Total) |
|---|---|---|---|
| 01 | 0 | 10 | 10 |
| 02 | 0 | 15 | 15 |
| 03 | 0 | 8 | 8 |
| 04 | 0 | 11 | 11 |
| 05 | 0 | 15 | 15 |
| 06 | 0 | 21 | 21 |
| 07 | 1 | 14 | 15 |
| 08 | 0 | 12 | 12 |
| 25 (K) | 0 | 7 | 7 |
| | 1 | 113 | 114 |

ENTERPRISE HIGH SCHOOL

### E T H N I C   C O D E S

| Grade Code | 4 | 5 | (Total) |
|---|---|---|---|
| 01 | 0 | 4 | 4 |
| 02 | 0 | 7 | 7 |
| 03 | 0 | 7 | 7 |
| 04 | 0 | 11 | 11 |
| 05 | 1 | 4 | 5 |
| 06 | 0 | 5 | 5 |
| 07 | 0 | 8 | 8 |
| 08 | 0 | 12 | 12 |
| 09 | 0 | 5 | 5 |
| 10 | 0 | 6 | 6 |
| 11 | 1 | 9 | 10 |
| 12 | 1 | 6 | 7 |
| 25 (K) | 0 | 5 | 5 |
| | 3 | 89 | 92 |

Index to Ethnic Codes:    3 = Black, 4 = Hispanic, 5 = White

CONSOLIDATION SITES ETHNIC BREAKDOWN – CONTINUED

HARRISONBURG ELEMENTARY SCHOOL

| Grade Code | ETHNIC CODES 3 | 5 | (Total) |
|---|---|---|---|
| 01 | 1 | 15 | 16 |
| 02 | 3 | 13 | 16 |
| 03 | 3 | 16 | 19 |
| 04 | 2 | 15 | 17 |
| 05 | 0 | 15 | 15 |
| 06 | 0 | 19 | 19 |
| 07 | 4 | 19 | 23 |
| 08 | 7 | 32 | 39 |
| 25 (K) | 4 | 13 | 17 |
| | 24 | 157 | 181 |

CONSOLIDATION SITES ETHNIC BREAKDOWN – CONTINUED

HARRISONBURG HIGH SCHOOL

ETHNIC   CODES

| Grade Code | 3 | 5 | (Total) |
|---|---|---|---|
| 09 | 3 | 34 | 37 |
| 10 | 5 | 35 | 40 |
| 11 | 2 | 30 | 32 |
| 12 | 1 | 26 | 27 |
| | 11 | 125 | 136 |

*alex*

LAW OFFICES

# HAMMONDS & SILLS

QUAD ONE, SUITE C
1111 SOUTH FOSTER DRIVE
POST OFFICE BOX 65236
BATON ROUGE, LOUISIANA 70896

ROBERT L. HAMMONDS
KENNETH F. SILLS
HAROLD J. ADKINS
SHELTON D. BLUNT

TELEPHONE (504) 923-3462
LA WATS 800-960-LAWS
FACSIMILE (504) 923-0315

**RECEIVED**

**JUN 1 3 1994**

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

June 8, 1994

Mr. Robert Shemwell
Clerk of Court
United States District Court
Western District of Louisiana
500 Fannin Street
Shreveport, LA  71101

RE:  United   States   of   America   v.
     Catahoula Parish School Board; Civil
     Action No. 14430
     Alexandria Division

Dear Sir:

     In connection with the above-captioned matter, please find
enclosed the original and one copy of a motion, memorandum, and
proposed order which we would appreciate your filing into the
record and forwarding to Judge Scott for his consideration.

     The proposed order lists June 28, 1994 at 1:00 P.M. as the
date and the time for the hearing on this motion, since same was
previously approved by Judge Scott in his minute entry order of
June 1, 1994.

     If you need anything else in connection with this filing,
please do not hesitate to contact this office.

                                Very truly yours,

                                ROBERT L. HAMMONDS

RLH:lm
Enclosure
cc:  Mr. Franz Marshall



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

CASE NO.    14430                                                    JUDGE SCOTT

CASE TITLE:  USA V CATAHOULA PARISH SCHOOL BOARD

### NOTICE OF SETTING OF MOTION(S)

The motion **for authorization to consolidate schools and change student attendance zones** filed by **Defendants** on **6/13/94** will be considered by the Court on 6/28/94 at 1:00pm.  Any response to said motion is due within <u>FIFTEEN DAYS AFTER SERVICE OF THE MOTION</u> (see ULLR 2.07 W).  At the close of the briefing time the record will be submitted to the judge.  Responses not timely filed may not be considered by the Court.

<u>ORIGINAL</u> responses and briefs should be mailed for filing to:
      CLERK OF COURT
      300 Fannin Street, Suite 1167
      Shreveport, LA 71101-3083

A <u>COPY</u> should be mailed <u>DIRECTLY</u> to:
      HONORABLE NAUMAN S. SCOTT
      United States District Judge
      P. O. Box 312
      Alexandria, LA 71309

Please note the case of <u>HARCON BARGE CO., INC., v.D. & G. BOAT RENTALS, INC.</u>, 746 F. 2d 278 (5th Cir., 1984) if post-judgment motions have been filed.

DATED AND SIGNED at Shreveport, Louisiana, on June 13, 1994.

ROBERT H. SHEMWELL, Clerk of Court

By:  _Celia Gallagher_
           Deputy Clerk

COPY SENT    June 13, 1994
BY:          cag
TO:          Scott, Law Clerk, Leleux and
           USA Skinner, DA Johnson, Douglas, Guice, Wright