UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

```
U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
JUN 28 1994
ROBERT H. SHEMWELL, CLERK
BY_____ cag
                DEPUTY
```

## MINUTES OF COURT

PRESENT: NAUMAN SCOTT      JUDGE        DATE: TUESDAY, JUNE 24, 1994
         JACKIE WEAVER     COURT REPORTER
         MARCIA LELEUX     COURTROOM DEPUTY

COURT OPENED: 1:00 P. M.                 COURT ADJOURNED: 2:45 P. M.

**CIVIL NUMBER:** 14,430-A

UNITED STATES OF AMERICA   VS.   CATAHOULA PARISH SCHOOL BOARD

### APPEARANCES

Franz Marshall------------------------------------USA
Robert Hammonds-----------------------------------Catahoula PSB
Jack Wright, Jr.----------------------------------Intervnor

**CASE CALLED FOR:**

XX   Hearing on Save Our School Association's Motion to Intervene
     & Catahoula Parish School Board's Motion for Authorization to
     Consolidation Schools and Change Student Attendance Zones

**FILINGS:**

---

**COMMENTS:** Testimony and evidence was adduced concerning the motion to intervene; taken under advisement. The Court granted intervenor 10 days to supplement his argument with a memorandum. The Court also heard testimony and evidence on the motions by the School Board to consolidate two schools. That matter will be ruled on after the intervention motion is decided.

COPY SENT
DATE 6-28-94
BY mll
TO: Hammonds  Wright
    Marshal   Guice
    Skinner   Johnson