IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
**FILED**
JUL 07 1994
ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| -vs- | : | NO. 14,430 |
| CATAHOULA PARISH SCHOOL BOARD, ET AL | : | JUDGE SCOTT |

### JUDGMENT

For written reasons this day assigned, it is

ORDERED, ADJUDGED AND DECREED that the school desegregation plan adopted by this court on July 29, 1969 be amended so as to:

A. Close Enterprise High School by transferring students in grades K-8 to Harrisonburg Elementary School and students in grades 9-12 to Harrisonburg High School.

B. Assign students in grades 6-8 attending Manifest Elementary School to Jonesville Junior High School.

Alexandria, Louisiana, this 7th day of July, 1994.

JUDGEMENT ENTERED, 7-11-94
BY _Celia Gallagher_
COPY TO _Skinner_
_Reno_
_Douglas/Marshall_
_Johnson_
_Hammonds_
_Guice_
_Wright_

_Nauman Scott_
UNITED STATES DISTRICT JUDGE