U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
**F I L E D**
JUL 18 1994
ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| -vs- | : | NO. 14,430 |
| CATAHOULA PARISH SCHOOL BOARD, ET AL | : | JUDGE SCOTT |

### AMENDED JUDGMENT

For written reasons this day assigned, we amend our Judgment of July 7, 1994 so that paragraph B thereof shall read as follows:

B.   Assign Manifest students in grades 6 and 7 to Jonesville Junior High School and Manifest students in grade 8 to Block High School.

Alexandria, Louisiana, this 16th day of July, 1994.

JUDGEMENT ENTERED 07/19/94
BY
COPY TO  Wright
         Jammondo
         Juice
         Douglas/Marshall
         Skinner
         Johnson

_____
UNITED STATES DISTRICT JUDGE