UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
JUL 17 1995
ROBERT H. SHEMWELL, CLERK
BY /AM/ DEPUTY

UNITED STATES OF AMERICA,

    PLAINTIFF

VERSUS      :      CIVIL ACTION NO. 14430

CATAHOULA PARISH SCHOOL
BOARD, ET AL,

    DEFENDANTS

### MOTION OF DEFENDANTS FOR AUTHORIZATION TO CLOSE MANIFEST ELEMENTARY SCHOOL AND TO REASSIGN STUDENTS TO JONESVILLE ELEMENTARY SCHOOL

NOW INTO COURT, through undersigned counsel, come the defendants, Catahoula Parish School Board, et al, who respectfully move the Court for an order authorizing them to close Manifest Elementary School and to reassign its students to Jonesville Elementary School as described hereinbelow and who, in support of such motion, would show as follows:

(1) By decree dated July 29, 1969, this Court approved a school desegregation plan which provided, in part, that all children in grades 1-8 living in Ward 4 would be assigned to Manifest Elementary School.

(2) On July 16, 1994, this Court amended its July 29, 1969 decree by ordering that students in grades 6-8 attending Manifest Elementary School (previously serving grades K-8) be transferred to Jonesville Junior High School (grades 6 and 7) and to Block High School (grade 8) and

by closing Enterprise High School (previously serving grades K-12).

(3) The defendants now move the Court for an order permitting them to close Manifest Elementary School (grades K-5) and to transfer the students attending there to Jonesville Elementary School.

(4) If approved by the Court, the changes being requested herein will be implemented beginning with the 1995-96 school year.

(5) This motion has been discussed with Mr. Franz Marshall, attorney for the United States of America, plaintiff herein, who has authorized the undersigned to indicate to the Court that his client has no objection to the Court granting such motion.

(6) Further explanation and support for such motion is contained in the memorandum of authorities attached hereto.

Respectfully submitted,

HAMMONDS AND SILLS
1111 South Foster Drive, Suite C
P.O. Box 65236
Baton Rouge, LA 70896
(504) 923-3462

ROBERT L. HAMMONDS
Bar Roll No. 6484

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Motion has this day been mailed, postage prepaid, to the United States of America through Franz Marshall, United States Department of Justice, Equal Opportunity Section, P.O. Box 65958, Washington, D.C. 20035-5958.

BATON ROUGE, LOUISIANA, this ____ day of July, 1995.

_____
ROBERT L. HAMMONDS

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
JUL 17 1995
ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

UNITED STATES OF AMERICA,

    PLAINTIFF

VERSUS               :        CIVIL ACTION NO. 14430

CATAHOULA PARISH SCHOOL
BOARD, ET AL,

    DEFENDANTS

**MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS
FOR AUTHORIZATION TO CLOSE MANIFEST ELEMENTARY SCHOOL
AND TO REASSIGN STUDENTS TO JONESVILLE ELEMENTARY SCHOOL**

The defendants, Catahoula Parish School Board, et al, have respectfully moved the Court for an order authorizing them to close Manifest Elementary School and to reassign the students attending there to Jonesville Elementary School. This memorandum is submitted in support of defendants' motion.

On July 29, 1969, this Court approved a school desegregation plan for Catahoula Parish which remained largely unchanged until 1994. Last year, the defendants sought authorization to reassign students in grades 6-8 living in the Manifest area (Ward 4) from Manifest Elementary School to Harrisonburg Elementary School. In addition, the defendants asked for authorization to close Enterprise High School (grades K-12) and to assign students in grades K-8 to Harrisonburg Elementary School and students in grades 9-12 to Harrisonburg High School.

On July 7, 1994, the Court issued an order granting defendants' motion with regard to the closing of Enterprise High School but ordered reassignment of students in grades 6-8 living in the Manifest area from Manifest Elementary School to Jonesville Junior High School. On July 16, 1994, that order was amended to indicate that Manifest students in grades 6 and 7 would be reassigned to Jonesville Junior High School and Manifest students in grade 8 would be assigned to Block High School. The defendants did not appeal that order, and the changes contained therein were implemented beginning with the 1994-95 school year.

During the 1994-95 school year, Manifest Elementary (grades K-5) served fewer than 50 pupils. As a result, the cost of education per child for students at Manifest Elementary School was substantially higher than it was at other schools in the parish with larger student populations. Because of extreme budgetary problems being experienced by the Catahoula Parish School Board, defendants feel that they can no longer afford to operate such school.

In addition, Manifest Elementary School served only white students during the 1994-95 school year. The closing of that school and the reassignment of those pupils to Jonesville Elementary School will enhance desegregation at the latter while providing the Manifest students with the opportunity for a fully desegregated education. The reassignment of the Manifest Elementary students to Jonesville Elementary School would also be consistent with the assignment last year of the Manifest students

2

in grades 6-8 to schools in Jonesville.

## CONCLUSION

For the reasons described hereinabove, defendants, Catahoula Parish School Board, et al, seek authorization from the Court to close Manifest Elementary School and to assign the students living in the Manifest area to Jonesville Elementary School beginning with the 1995-96 school year. Such change will improve course offerings for effected students, will improve opportunities for social interaction for the effected students, will enhance desegregation at Jonesville Elementary School, and will result in substantial savings to the defendants. Defendants would also show that these changes have been discussed in detail with Mr. Franz Marshall, counsel for the United States of America, plaintiff herein, and Mr. Marshall has authorized the undersigned to indicate to the Court that his client has no objection to the Court's granting of such motion.

Respectfully submitted,

HAMMONDS AND SILLS
1111 South Foster Drive, Suite C
P.O. Box 65236
Baton Rouge, LA 70896
(504) 923-3462

ROBERT L. HAMMONDS
Bar Roll No. 6484

3

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Memorandum has this day been mailed, postage prepaid, to the United States of America through Mr. Franz Marshall, United States Department of Justice, Equal Opportunity Section, P.O. Box 65958, Washington, D.C. 20035-5958.

BATON ROUGE, LOUISIANA, this _____ day of JULY, 1995.

_____
ROBERT L. HAMMONDS

4

RECEIVED
JUL 17 1995
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF

VERSUS                      :     CIVIL ACTION NO. 14430

CATAHOULA PARISH SCHOOL
BOARD, ET AL,

    DEFENDANTS

## ORDER

Considering the foregoing Motion of Defendants for Authorization to Close Manifest Elementary School and to Reassign Students to Jonesville Elementary School filed by the defendant, Catahoula Parish School Board, and the lack of opposition thereto from opposing parties;

IT IS ORDERED that defendants' motion is hereby GRANTED, effective the beginning of the 1995-96 school year.

Alexandria, Louisiana, this ____ day of _____, 1995.

_____
JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Closed

RECEIVED
JUL 17 1995
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

LAW OFFICES

# HAMMONDS & SILLS

QUAD ONE, SUITE C
1111 SOUTH FOSTER DRIVE
POST OFFICE BOX 65236
BATON ROUGE, LOUISIANA 70896

ROBERT L. HAMMONDS
KENNETH F. SILLS
HAROLD J. ADKINS
SHELTON D. BLUNT

TELEPHONE (504) 923-3462
LA WATS 800-960-LAWS
FACSIMILE (504) 923-0315

July 13, 1995

Mr. Robert Shemwell
Clerk of Court
United States District Court
Western District of Louisiana
500 Fannin Street
Shreveport, LA 71101

RE: United States of America v. Catahoula Parish School Board; Civil Action No. 14430; Alexandria Division

Dear Sir:

In connection with the above-captioned matter, please find enclosed the original and one copy of the following pleadings:

(1) Motion of Defendants for Authorization to Close Manifest Elementary School and to Reassign Students to Jonesville Elementary School; and

(2) Memorandum in Support of Motion of Defendants for Authorization to Close Manifest Elementary School and to Reassign Students to Jonesville Elementary School; and

(3) Proposed order.

If you need anything else in connection with this filing, please do not hesitate to contact this office.

Very truly yours,

ROBERT L. HAMMONDS

RLH:lm
Enclosures
cc: Mr. Keith Guice