RECEIVED
JUL 28 1995
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
AUG 07 1995
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES OF AMERICA,

    PLAINTIFF

VERSUS          :      CIVIL ACTION NO. 14430

CATAHOULA PARISH SCHOOL
BOARD, ET AL,

    DEFENDANTS

### ORDER

Considering the foregoing Amended Motion of Defendants for Authorization to Close Manifest Elementary School and to Reassign Students to Jonesville Elementary School and Jonesville Junior High School filed by the defendant, Catahoula Parish School Board, and the lack of opposition thereto from opposing parties;

IT IS ORDERED that defendants' motion is hereby GRANTED, effective the beginning of the 1995-96 school year.

Alexandria, Louisiana, this 7th day of Aug., 1995.

COPY SENT
DATE 8-7-95
BY TWB
TO: Wright
Johnson
Douglas/Marshall
Guice
Hammonds

_____
JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA