UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF | * | |
| VERSUS | * | CIVIL ACTION NO. 14430 |
| CATAHOULA PARISH SCHOOL BOARD, ET AL, | * | |
| | * | |
| DEFENDANTS | | |

*****************************************************************

## REPORT

Catahoula Parish School Board, defendant herein, submits the following information in compliance with the order of this Court entered on July 29, 1969:

(1) Faculty Vacancy and Replacement Data May 2008 - October 2008, Exhibit A;

(2) Faculty and Staff as of October 1, 2008, Exhibit B;

(3) Student Enrollment 2008-2009, Exhibit C; and

(4) Student Transfers 2008-2009, Exhibit D.

                                                  Respectfully submitted,

                                                  HAMMONDS & SILLS
                                                  P.O. Box 65236
                                                  Baton Rouge, LA 70896
                                                  Telephone (225) 923-3462
                                                  Facsimile (225) 923-0315

                                                  ROBERT L. HAMMONDS
                                                  Bar Roll No. 6484

## CERTIFICATE OF SERVICE

I hereby certify that this is a true and correct copy of the above and foregoing has been sent *via* Federal Express, postage pre-paid, to:

    Lisa M. Taylor, Esq.
    **U.S. DEPARTMENT OF JUSTICE**
    Equal Opportunities Section
    950 Pennsylvania Ave, NW
    PHB, 601 D Street, NW Suite 4300
    Washington, D.C. 20530

**BATON ROUGE, LOUISIANA** this 29th day of October, 2008.

                                              ROBERT L. HAMMONDS



| | | |
|---|---|---|
| Robert L. Hammonds<br>Kenneth F. Sills<br>Harold J. Adkins<br>Jon K. Guice<br>Karen D. Murphy<br>Carla S. Courtney<br>Linda K. Ewbank<br>Alejandro R. Perkins<br>Patrick A. Joseph<br>Wayne T. Stewart<br>Pamela Wescovich Dill<br>(*also admitted in Mississippi*) | **HAMMONDS & SILLS**<br>ATTORNEYS AT LAW | Quad One, Suite C<br>1111 South Foster Drive<br>Baton Rouge, LA 70806<br>PH 225-923-3462<br>FX 225-923-0315<br>800-960-5297<br><br>*mail correspondence to* → P.O. Box 65236<br>Baton Rouge, LA 70896<br><br>E-mail: law@hamsil.com |
| *Of Counsel*<br>Franklin V. Endom, Jr. | | |

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 31 2008

ROBERT H. _____, CLERK
BY _____ uh _____
     DEPUTY

October 29, 2008

Ms. Marcia Leleux
Deputy Clerk-in-Charge
United States District Court
Western District of Louisiana
P.O. Box 1269
Alexandria, LA 71309-1269

        RE: United States of America v. Catahoula Parish School
            Board; Civil Action No. 14430;
            Alexandria Division
            Our File No.: CA-1014

Dear Ms. Leleux:

  In connection with the above-captioned matter, please find enclosed the original and one copy of the Report to be filed on behalf of the Catahoula Parish School Board. Because this action has not yet been posted on-line for e-filing, we are submitting this Report for manual filing. Therefore, we would appreciate your returning the extra copy stamped "filed" in the envelope provided.

  If you need anything else in connection with this filing, please do not hesitate to contact this office.

  With kindest personal regards, we remain

                Respectfully,

                **ROBERT L. HAMMONDS, #6484**

RLH:lm
Enclosures
cc: Dr. Gwile Freeman, Superintendent
   Lisa M. Taylor, Esq.