# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2008 - October 2008

**Exhibit A**

# Catahoula Parish Vacancies

### ASPIRE

**None**

### Block High

**Vacancies—3**
**Teachers Employed to fill each vacancy**
    Race—2 Black; 1 White
    New or Transfer—New
    Intra-district sending school—None

### Central High

**Vacancies—1**
**Teachers Employed to fill each vacancy**
    Race—1 White
    New or Transfer—New
    Intra-district sending school—None

### Harrisonburg Elementary

**Vacancies—1**
**Teachers Employed to fill each vacancy**
    Race—1 White
    New or Transfer—New
    Intra-district sending school—None

### Harrisonburg High

**Vacancies—1**
**Teachers Employed to fill each vacancy**
    Race—1 White
    New or Transfer—New
    Intra-district sending school—None

### Jonesville Elementary

**Vacancies—4**
**Teachers Employed to fill each vacancy**
    Race—3 White; 1 Black
    New or Transfer—New
    Intra-district sending school—None

### Jonesville Jr. High

Vacancies—4
Teachers Employed to fill each vacancy
    Race—3 White; 1 Black
    New or Transfer—New
    Intra-district sending school—None

### Martin Jr. High

Vacancies—2
Teachers Employed to fill each vacancy
    Race—1 White; 1 Black
    New or Transfer—New (white); Transfer (black)
    Intra-district sending school—Block High (black)

### Sicily Island Elementary

Vacancies—1
Teachers Employed to fill each vacancy
    Race—1 White
    New or Transfer—New
    Intra-district sending school—None

### Sicily Island High

None

# CATAHOULA PARISH SCHOOL BOARD

## Faculty and Staff
## as of October 1, 2008

Exhibit B

CATAHOULA PARISH SCHOOL FACULTY 2008-2009

| SCHOOL | PRINCIPAL | | ADMINISTRATIVE COORDINATOR | | TEACHER | | PARAPROFESSIONAL | | SECRETARY | | CAFETERIA | | CUSTODIAN | | BUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | B | W | B | W | B | W | B | W | B | W | B | W | B | W | B |
| Aspire | 1 | 0 | 0 | 0 | 3 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block High | 1 | 0 | 1 | 0 | 18 | 8 | 2 | 1 | 1 | 0 | 3 | 1 | 1 | 3 | 0 | 0 |
| Central High | 1 | 0 | 0 | 0 | 8 | 1 | 2 | 0 | 1 | 0 | 2 | 0 | 2 | 0 | 3 | 0 |
| Harrisonburg Elementary | 1 | 0 | 0 | 0 | 14 | 1 | 6 | 0 | 1 | 0 | 3 | 1 | 0 | 2 | 0 | 0 |
| Harrisonburg High | 1 | 0 | 0 | 0 | 7 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 4 | 0 |
| Jonesville Elementary | 1 | 0 | 1 | 0 | 25 | 6 | 7 | 4 | 2 | 0 | 3 | 4 | 0 | 3 | 11 | 2 |
| Jonesville Junior High | 1 | 0 | 0 | 1 | 11 | 4 | 1 | 6 | 0 | 1 | 2 | 2 | 0 | 3 | 0 | 0 |
| Martin Junior High | 1 | 0 | 0 | 0 | 5 | 2 | 5 | 2 | 1 | 0 | 0 | 0 | 0 | 2 | 1 | 2 |
| Sicily Island Elementary | 1 | 0 | 0 | 0 | 9 | 1 | 3 | 0 | 0 | 0 | 2 | 4 | 1 | 1 | 0 | 0 |
| Sicily Island High | 1 | 0 | 0 | 0 | 5 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |

# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 2008-2009

**Exhibit C**

Catahoula Parish Student Enrollment
2008-09

ASPIRE Career Center

| Grade | Black | White | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|
| 9 | 19 41% | 27 59% | | | | 46 |

Block High School

| Grade | Black | White | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|
| 8 | 39 51% | 37 49% | | | | |
| 9 | 27 49% | 27 49% | 1 2% | | | |
| 10 | 22 48% | 24 52% | | | | |
| 11 | 30 75% | 10 25% | | | | |
| 12 | 22 41% | 32 59% | | | | |
| | 140 51% | 130 48% | 1 1% | | | 271 |

Central High School

| Grade | Black | White | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|
| K | | 9 100% | | | | |
| 1 | | 5 100% | | | | |
| 2 | | 1 100% | | | | |
| 3 | | 9 100% | | | | |
| 4 | | 2 100% | | | | |
| 5 | | 7 100% | | | | |
| 6 | | 6 100% | | | | |
| 7 | | 5 83% | | | 1 17% | |
| 8 | | 6 100% | | | | |
| 9 | | 5 100% | | | | |
| 10 | | 1 100% | | | | |
| 11 | | 1 100% | | | | |
| 12 | | 1 100% | | | | |
| | | 58 98% | | | 1 2% | 59 |

### Harrisonburg Elementary School

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 2 | 8% | 22 | 92% | | | | | | | |
| 1 | 4 | 17% | 19 | 82% | 1 | 1% | | | | | |
| 2 | 4 | 16% | 21 | 84% | | | | | | | |
| 3 | 10 | 26% | 29 | 74% | | | | | | | |
| 4 | 3 | 13% | 20 | 87% | | | | | | | |
| 5 | 6 | 17% | 28 | 78% | 2 | 5% | | | | | |
| 6 | 4 | 17% | 19 | 83% | | | | | | | |
| 7 | 4 | 20% | 16 | 80% | | | | | | | |
| 8 | 2 | 8% | 22 | 92% | | | | | | | |
| | 39 | 16% | 196 | 82% | 3 | 2% | | | | | 238 |

### Harrisonburg High School

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | | 22 | 100% | | | | | | | |
| 10 | 5 | 16% | 26 | 81% | 1 | 3% | | | | | |
| 11 | 5 | 17% | 24 | 83% | | | | | | | |
| 12 | 1 | 6% | 14 | 88% | 1 | 6% | | | | | |
| | 11 | 11% | 86 | 87% | 2 | 2% | | | | | 99 |

### Jonesville Elementary School

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 25 | 58% | 18 | 42% | | | | | | | |
| K | 48 | 53% | 42 | 46% | 1 | 1% | | | | | |
| 1 | 34 | 47% | 37 | 51% | 1 | 1% | | | | | |
| 2 | 46 | 67% | 22 | 32% | | | | | 1 | 1% | |
| 3 | 40 | 52% | 36 | 47% | | | | | 1 | 1% | |
| 4 | 47 | 55% | 36 | 42% | 2 | 2% | | | 1 | 1% | |
| | 240 | 54% | 191 | 44% | 4 | 1% | | | 3 | 1% | 438 |

### Jonesville Jr. High

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 32 | 36% | 50 | 58% | 3 | 4% | | | 2 | 2% | |
| 6 | 41 | 55% | 34 | 45% | | | | | | | |
| 7 | 31 | 55% | 25 | 45% | | | | | | | |
| | 104 | 48% | 109 | 50% | 3 | 1% | | | 2 | 1% | 218 |

### Martin Jr. High

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 9 | 45% | 10 | 50% | 1 | 5% | | | | | |
| 5 | 13 | 57% | 10 | 43% | | | | | | | |
| 6 | 9 | 41% | 13 | 59% | | | | | | | |
| 7 | 11 | 58% | 8 | 42% | | | | | | | |
| 8 | 12 | 75% | 3 | 19% | 1 | 6% | | | | | |
| | 54 | 54% | 44 | 44% | 2 | 2% | | | | | 100 |

### Sicily Island Elementary

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 12 | 52% | 11 | 48% | | | | | | | |
| 1 | 21 | 58% | 13 | 36% | 2 | 6% | | | | | |
| 2 | 7 | 37% | 12 | 63% | | | | | | | |
| 3 | 17 | 55% | 14 | 45% | | | | | | | |
| 4 | 11 | 61% | 7 | 39% | | | | | | | |
| | 68 | 54% | 57 | 45% | 2 | 1% | | | | | 127 |

### Sicily Island High

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 14 | 44% | 18 | 56% | | | | | | | |
| 10 | 8 | 44% | 10 | 56% | | | | | | | |
| 11 | 8 | 57% | 6 | 43% | | | | | | | |
| 12 | 4 | 27% | 11 | 73% | | | | | | | |
| | 34 | 43% | 45 | 57% | | | | | | | 79 |

# CATAHOULA PARISH SCHOOL BOARD

## STUDENT TRANSFERS
## 2008-2009

Exhibit D

## Catahoula Parish Students Attending Outside Attendance Zone

### Block High School

| Name | Address | Race | Grade | Transfer from | Transfer to | Reason for Transfer |
|---|---|---|---|---|---|---|
| Hunter, Terena | 198 Morgantown Natchez, MS 39120 | B | 9 | Natchez High | BHS | Parent teaches here |

### Central High School

NONE

### Harrisonburg Elementary

| Name | Address | Race | Grade | Transfer from | Transfer to | Reason for Transfer |
|---|---|---|---|---|---|---|
| Arrington, Khadeezjah | 404 Tenth St. Jonesville, LA 71343 | B | 6 | | | Majority to Minority |
| Bearry, Colby | P.O. Box 462 | W | 6 | | | Court Order |
| Calvitt, Nicholas | 10235 Hwy. 8 Jonesville, LA 71343 | W | 6 | | | Health Plan |
| Calkins, Destiny | 12624 Hwy. 8 Jonesville, LA 71343 | W | K | | | Health Plan (IAP) |
| Ceasar, Kameron | 2803 Fourth St. Jonesville, LA 71343 | B | 3 | | | Majority to Minority |
| Franklin, Claudia | 214 Tolls Rd. Jonesville, LA 71343 | W | 5 | | | Court Order |
| Otwell, Charles | 1548 Little River Rd. Jonesville, LA 71343 | W | K | | | Health Plan (IAP) |
| Parker, John | 312 Kuntry Rd. Jonesville, LA 71343 | W | 3 | | | Sibling of Kevin Green who was on IEP and transferred to ASPIRE in 10/08 |
| Scott, Cayden | P. O. Box 462 Harrisonburg, LA 71340 | W | K | | | Court Order |
| Scott, Dakota | P.O. Box 462 Harrisonburg, LA 71340 | W | 4 | | | Court Order |
| Sikes, Mikayla | 8342 Hwy. 8 Jonesville, LA 71343 | W | 8 | | | Health Plan |
| Taliaferro, Henry | 14672 Hwy. 124 Jonesville, LA 71343 | W | 7 | | | IEP |
| Taliaferro, Madison | 14672 Hwy. 124 Jonesville, LA 71343 | W | 4 | | | Sibling of above |
| Williams, Kristion | 2803 Fourth St. Jonesville, LA 71343 | B | 5 | | | Majority to Minority |

### Harrisonburg High

| Name | Address | Race | Grade | Transfer from | Transfer to | Reason for Transfer |
|---|---|---|---|---|---|---|
| Bowman, Kiara | 903 Azalea St. Jonesville, LA 71343 | B | 12 | Block High | HHS | Majority-Minority |
| Duncan, Allison | 232 Deville Dr. Jonesville, LA 71343 | B | 9 | Block High | HHS | Majority-Minority |

| Name | Address | Race | Grade | School | From | Reason |
|---|---|---|---|---|---|---|
| Duncan, Justin | 232 Deville Dr. Jonesville, LA  71343 | B | 11 | Block High | HHS | Majority-Minority |
| Higdon, Morgan | 865 Hwy. 923 Jonesville, LA  71343 | W | 9 | Block High | HHS | Parent teaches here |
| Jefferson, Demetrius | 800 Willow Jonesville, LA  71343 | B | 9 | Block High | HHS | Majority-Minority |
| Jefferson, Sloane | 704 Mound Jonesville, LA  71343 | B | 11 | Block High | HHS | Majority-Minority |
| Pardue, Lauren | 826 Ackland Land Jonesville, LA  71343 | W | 11 | Central High | HHS | Parent teaches here |
| Stevenson, Brittany | 120 Crooked Oak Rd. Jonesville, LA  71343 | B | 11 | Block High | HHS | Majority-Minority |
| Thomas, Martisha | 1209 Green St. Jonesville, LA  71343 | B | 12 | Block High | HHS | Majority-Minority |

### Jonesville Elementary School

NONE

### Jonesville Jr. High School

NONE

### Martin Jr. High School

| Name | Address | Race | Grade | School | From | Reason |
|---|---|---|---|---|---|---|
| Ross, Jarvis | Waterproof, LA | B | 5 | Tensas Elem. | MJH | Parent teaches here |

### Sicily Island Elementary School

NONE

### Sicily Island High School

NONE

## Student Assignments Other than Residence

The policy is followed as outlined in the desegregation order (#5 a-g). This has been followed effective with the 1993-94 school year.

# Catahoula Parish School Enrollment Form

School_____ Grade_____ Year_____ Date_____

School Last Attended_____ Address_____

**Student Information**

Last Name_____ First Name_____ Middle_____

Birthdate_____ Birth State_____ Birth Cert.#_____

Social Security #_____ Sex_____ Ethnic_____

Mailing Address_____

911 Address (if different from above)_____ Home Phone#_____

Bus#_____ Morning_____ Afternoon_____ Pick-Up_____

Resides With_____ Relation to Child_____
Custody Papers on File:  Yes   No         *Copy of custody papers must be in child's folder.
Guardian_____ Work#_____ Cell#_____

Father_____ Work#_____ Cell#_____

Mother_____ Work#_____ Cell#_____
Emergency Contact Name & Number_____

People **Allowed** to Check Out Student From School: List more on back if needed
Name_____ Relationship_____ Phone#_____

Name_____ Relationship_____ Phone#_____

Name_____ Relationship_____ Phone#_____

Name_____ Relationship_____ Phone#_____
People (if any) **Not** Allowed to Check Out Student:
Name(s)_____

Does Your Child Receive Any Special Education Services/504?  Yes_____     No_____

**Medical Information**
Allergies_____ Daily Medications_____
If child will be requiring medication during school hours, ask for the forms to be completed.

Child's Physician_____ Phone#_____

Place of Immunization_____ Phone#_____

Signature of Person Registering Child_____

# Catahoula Parish School Board

Post Office Box 290
Harrisonburg, Louisiana 71340
Telephone: (318) 744-5727
Fax: (318) 744-9221

**Superintendent**
Ronald R. Lofton
**Assistant Superintendent**
Dr. Gwile Paul Freeman

**BOARD MEMBERS**
Wayne Sanders, President
Dewey W. Stockman, Vice-President
Lillian Aplin
Tim Tomlinson
Charles House
Jane Martin
Josephine Jones
Letishia Hatcher
Dorothy Watson

## CATAHOULA PARISH SCHOOL WITHDRAWAL FORM

Name:_____
       Last                        First                    Middle

DOB:_____ Age:_____ Grade:_____ SSN:_____

Current Mailing Address:_____
                  P.O. / Street                        City              Zip

Physical Address:_____
(If different)    P.O. / Street                    City              Zip

Forwarding Address:_____
(If different)    P.O. / Street                    City              Zip

School Currently Enrolled In (circle ONE only):
    Aspire    BHS    CHS    HES    HHS
    JES    JJHS    MJH    SIES    SIHS

Reason for withdrawal:_____

If Changing Schools, Name and Address of School Transferring to:
Name:_____
Address:_____

If Homeschooling, Name and Address of Curriculum Provider:
Name:_____
Address:_____

Proof of enrollment provided:   yes     no
**If Homeschooling, Proof of enrollment must be attached to this form (i.e. copy of bill of purchase of homeschooling materials.)

Last date of attendance in Catahoula Parish School System _____/_____/_____

Parent/ Legal Guardian Signature _____ Date:_____

Accepted/ Approved by:_____ Date:_____