UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL ACTION NO: 69-14430 |
| | ) | |
| VERSUS | ) | JUDGE DRELL |
| | ) | |
| SCHOOL BOARD OF CATAHOULA PARISH; HENRY G. TALIAFERRO: AUBREY L. BROOKS; MAX GOOD; BRUCE EDMONDS; C.A. McGUFFIE; G. R. RICHARDSON; R. M. CARTER; GEORGE GRIFFING; W. A. BOOK | ) | |

## MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD

**COMES NOW** the United States of America, through Donald W. Washington, the United States Attorney for the Western District of Louisiana, and Janice E. Hebert, Assistant United States Attorney, Western District of Louisiana, who respectfully move the Court to enroll Lisa Taylor, U.S. Department of Justice, 601 D Street NW, PHB #4300, Washington, DC 20530, and designate as Lead Counsel for the United States in the captioned proceeding and that Janice E. Hebert be substituted for Katherine W. Vincent as counsel of record for the United States.

Respectfully Submitted,

DONALD W. WASHINGTON
United States Attorney

BY:   s/ Janice E. Hebert
JANICE E. HEBERT (#20218)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA  70501-6832
Telephone:  337-262-6618

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 18TH day of November, 2008, at Lafayette, Louisiana, a copy of the foregoing Motion to Enroll and Substitute Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that copies were mailed via U.S. Mail, to the following:

    Lisa Taylor
    Franz Marshall
    U.S. Department of Justice
    Civil Rights Division
    601 D Street NW, #4300
    Washington, DC 20530

                                        BY:    s/ Janice E. Hebert
                                                      JANICE E. HEBERT (#20218)
                                                      Assistant United States Attorney