## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL ACTION NO: 69-14430 |
| | ) | |
| VERSUS | ) | JUDGE DRELL |
| | ) | |
| SCHOOL BOARD OF CATAHOULA | ) | |
| PARISH; HENRY G. TALIAFERRO: | ) | |
| AUBREY L. BROOKS; MAX GOOD; | ) | |
| BRUCE EDMONDS; C.A. McGUFFIE; | ) | |
| G. R. RICHARDSON; R. M. CARTER; | ) | |
| GEORGE GRIFFING; W. A. BOOK | ) | |

## ORDER

Upon due consideration of the United States' Motion to Enroll and Substitute Counsel of

Record in the captioned proceeding and for good cause shown;

**IT IS ORDERED** that the motion be and is hereby granted, and that Lisa Taylor,

Department of Justice, is hereby enrolled as Lead Counsel and that Janice E. Hebert shall be

substituted for Katherine W. Vincent as counsel for the United States in the captioned

proceeding.

Alexandria, Louisiana, this _____ day of _____, 2008.

_____
**HONORABLE DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**