RECEIVED
IN ALEXANDRIA, LA

NOV 2 0 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CIVIL ACTION NO: 69-14430** |
| | ) | |
| **VERSUS** | ) | **JUDGE DRELL** |
| | ) | |
| **SCHOOL BOARD OF CATAHOULA** | ) | |
| **PARISH; HENRY G. TALIAFERRO:** | ) | |
| **AUBREY L. BROOKS; MAX GOOD;** | ) | |
| **BRUCE EDMONDS; C.A. McGUFFIE;** | ) | |
| **G. R. RICHARDSON; R. M. CARTER;** | ) | |
| **GEORGE GRIFFING; W. A. BOOK** | ) | |

**ORDER**

Upon due consideration of the United States' Motion to Enroll and Substitute Counsel of Record in the captioned proceeding and for good cause shown;

**IT IS ORDERED** that the motion be and is hereby granted, and that Lisa Taylor, Department of Justice, is hereby enrolled as Lead Counsel and that Janice E. Hebert shall be substituted for Katherine W. Vincent as counsel for the United States in the captioned proceeding.

Alexandria, Louisiana, this _20_ day of _November_ 2008.


**HONORABLE DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**