UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>      PLAINTIFF | * * * | |
| | * | CIVIL ACTION NO. 69-cv-14430 |
| VERSUS | * * | |
| CATAHOULA PARISH SCHOOL<br>BOARD, ET AL,<br>      DEFENDANTS | * * * * | JUDGE DRELL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION RELATIVE TO ATHLETIC ELIGIBILITY OF
<u>MAJORITY-TO-MINORITY TRANSFEREES</u>**

NOW INTO COURT, through undersigned counsel, comes the defendant, Catahoula Parish School Board (the "School Board"), who respectfully moves the Court for an Order clarifying that any student who voluntarily transfers from one school in the district to another pursuant to majority-to-minority transfer provisions approved by this Court is immediately eligible to participate on school athletic teams at the receiving school.  A memorandum in support of this motion is attached. Defendant would show that this motion has been discussed with Ms. Lisa Taylor, attorney for plaintiff United States, who has authorized undersigned counsel to indicate to the Court that said plaintiff has no objection to the Court's approval of this motion. (See Attachment A).

Respectfully submitted,

HAMMONDS & SILLS
Physical Address:
1111 S. Foster Drive, Suite C
Baton Rouge, LA 70896
Mailing Address:
P.O. Box 65236
Baton Rouge, LA 70896
Telephone (225) 923-3462
Facsimile   (225) 923-0315

  s/ *Robert L. Hammonds*
_____
**ROBERT L. HAMMONDS**
Bar Roll No. 6484
***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

I hereby certify that is a true and correct copy of the above and foregoing *Motion Relative to Athletic Eligibility of Majority-to-Minority Transferees* was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

**BATON ROUGE, LOUISIANA** this  3rd   day of April, 2009.


                                  s/ *Robert L. Hammonds*
                                  **ROBERT L. HAMMONDS**