

U.S. Department of Justice

Civil Rights Division

---

JG:FRM:LMT:gg
169-33-43
U.S. Mail: 950 Pennsylvania Avenue, NW
Patrick Henry Building
Suite 4300
Washington, DC 20530

Overnight: 601 D Street, NW, Suite 4300
Washington, DC 20004

April 3, 2009

**BY FACSIMILE**

Robert L. Hammonds, Esq.
Hammonds & Sills
1111 South Foster Drive
Quad One, Suite C
Baton Rouge, LA 70806

Re: <u>United States v. Catahoula Parish School Board, et al., C.A. No. 14430</u>

Dear Mr. Hammonds:

Thank you for forwarding the District's Motion Relative to Athletic Eligibility of Majority-to-Minority Transfers and Proposed Order. We have reviewed the District's motion and order and have no objections to the documents being filed.

Should you have any questions regarding this matter, please feel free to contact me at (202) 616-1622. Thank you for your cooperation and assistance.

Sincerely,

Lisa Taylor
Attorney

EXHIBIT A