

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF | * | |
| | * | CIVIL ACTION NO. 69-cv-14430 |
| VERSUS | * | |
| | * | |
| CATAHOULA PARISH SCHOOL | * | JUDGE DRELL |
| BOARD, ET AL, | * | |
| DEFENDANTS | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AGREED ORDER

Considering the foregoing Motion of Defendant Catahoula Parish School Board Relative to Athletic Eligibility of Majority-to-Minority Transferees, the lack of opposition from Plaintiff United States of America, and the Court finding it in the interest of justice to so do;

IT IS ORDERED that such Motion be, and it is hereby, GRANTED, and students who are currently attending public schools in Catahoula Parish pursuant to majority-to-minority transfer provisions or who subsequently transfer under such provisions shall be immediately eligible to participate on athletic teams at the schools to which they have transferred or will transfer in the future.

Alexandria, Louisiana, this ⟶ day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE