UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | |
| CATAHOULA PARISH SCHOOL BOARD, ET AL, | * | JUDGE DRELL |
| | * | |
| DEFENDANTS | | |

*************************************************************************

## REPORT

Catahoula Parish School Board, defendant herein, submits the following information in compliance with the orders of this Court:

(1)    Faculty Vacancy and Replacement Data May 2009 - October 2009, Exhibit A;

(2)    Faculty and Staff as of October 1, 2009, Exhibit B;

(3)    Student Enrollment 2009-2010, Exhibit C; and

(4)    Student Transfers 2009-2010, Exhibit D.

Respectfully submitted,

HAMMONDS & SILLS
P.O. Box 65236
Baton Rouge, LA 70896
Telephone  (225) 923-3462
Facsimile  (225) 923-0315

_s/ Robert L. Hammonds_
**ROBERT L. HAMMONDS**
La. Bar Roll No. 6484

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that a true and correct copy of the above and foregoing **REPORT** was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

**BATON ROUGE, LOUISIANA** this 29th day of October, 2009.

_s/ Robert L. Hammonds_
ROBERT L. HAMMONDS

# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2009 - October 2009

**Exhibit A**

# Catahoula Parish Vacancies

### ASPIRE

None

### Block High

**Vacancies—3**
**Teachers Employed to fill each vacancy**
>        **Race—2 Black; 1 White**
>        **New or Transfer—New**
>        **Intra-district sending school—None**

### Central High

**Vacancies—2**
**Teachers Employed to fill each vacancy**
>        **Race—2 White**
>        **New or Transfer—New**
>        **Intra-district sending school—None**

### Harrisonburg Elementary

**Vacancies—2**
**Teachers Employed to fill each vacancy**
>        **Race—2 White**
>        **New or Transfer—New**
>        **Intra-district sending school—None**

### Harrisonburg High

None

### Jonesville Elementary

**Vacancies—5**
**Teachers Employed to fill each vacancy**
>        **Race—5 White**
>        **New or Transfer—New**
>        **Intra-district sending school—None**

### Jonesville Jr. High

**Vacancies—2**
**Teachers Employed to fill each vacancy**
**Race—1 White; 1 Black**
**New or Transfer—New (white); Transfer (black)**
**Intra-district sending school—Block High School**

### Martin Jr. High

**Vacancies—2**
**Teachers Employed to fill each vacancy**
**Race—2 Black**
**New or Transfer—New (1) ; Transfer (1)**
**Intra-district sending school—Jonesville Jr. High**

### Sicily Island Elementary

**Vacancies—1**
**Teachers Employed to fill each vacancy**
**Race—1 White**
**New or Transfer—Transfer**
**Intra-district sending school—Jonesville Elem.**

### Sicily Island High

**None**

# CATAHOULA PARISH SCHOOL BOARD

## Faculty and Staff
## as of October 1, 2009

## Exhibit B

CATAHOULA PARISH SCHOOL FACULTY 2009-2010

| SCHOOL | PRINCIPAL | | ADMINISTRATIVE COORDINATOR | | TEACHER | | PARAPROFESSIONAL | | SECRETARY | | CAFETERIA | | CUSTODIAN | | BUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | B | W | B | W | B | W | B | W | B | W | B | W | B | W | B |
| Aspire | 1 | 0 | 0 | 0 | 3 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block High | 1 | 0 | 1 | 0 | 17 | 7 | 2 | 2 | 1 | 0 | 3 | 1 | 1 | 3 | 0 | 0 |
| Central High | 1 | 0 | 0 | 0 | 8 | 1 | 2 | 0 | 1 | 0 | 2 | 0 | 1 | 0 | 3 | 0 |
| Harrisonburg Elementary | 1 | 0 | 0 | 0 | 14 | 1 | 7 | 0 | 1 | 0 | 2 | 1 | 0 | 2 | 4 | 0 |
| Harrisonburg High | 1 | 0 | 0 | 0 | 7 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Jonesville Elementary | 1 | 0 | 1 | 0 | 21 | 6 | 9 | 4 | 2 | 0 | 2 | 5 | 0 | 3 | 10 | 2 |
| Jonesville Junior High | 1 | 0 | 0 | 1 | 12 | 4 | 1 | 5 | 0 | 1 | 2 | 2 | 0 | 3 | 0 | 0 |
| Martin Junior High | 1 | 0 | 0 | 0 | 5 | 3 | 3 | 3 | 1 | 0 | 0 | 0 | 0 | 2 | 3 | 2 |
| Sicily Island Elementary | 1 | 0 | 0 | 0 | 10 | 1 | 3 | 0 | 0 | 1 | 1 | 4 | 1 | 1 | 0 | 0 |
| Sicily Island High | 1 | 0 | 0 | 0 | 5 | 3 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |

# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 2009-2010

Student Enrollment by School............................1-3

Verification of Student Residency....................4-12

**Exhibit C**

Catahoula Parish Student Enrollment
2009-10

ASPIRE Career Center

| Grade | Black | White | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|
| 9 | 13 31% | 29 69% | | | | 42 |

Block High School

| Grade | Black | White | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|
| 8 | 31   53% | 27   47% | | | | |
| 9 | 27   48% | 29   52% | | | | |
| 10 | 23   52% | 20   44% | 2   4% | | | |
| 11 | 22   53% | 19   45% | | 1   2% | | |
| 12 | 32   62% | 20   38% | | | | |
| | 135  53% | 115  45% | 2   1% | 1   1% | | 253 |

Central High School

| Grade | Black | White | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|
| K | | 8   100% | | | | |
| 1 | | 11   100% | | | | |
| 2 | | 3   100% | | | | |
| 3 | | 3   100% | | | | |
| 4 | | 13   100% | | | | |
| 5 | | 7   100% | | | | |
| 6 | | 7   100% | | | | |
| 7 | 1   12% | 7   88% | | | | |
| 8 | | 8   89% | | | 1   11% | |
| 9 | | 4   100% | | | | |
| 10 | | 4   100% | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| | 1   1% | 75   98% | | | 1   1% | 77 |

/

### Harrisonburg Elementary School

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 5 | 28% | 13 | 72% | | | | | | | |
| 1 | | | 21 | 100% | | | | | | | |
| 2 | 4 | 18% | 16 | 73% | 2 | 9% | | | | | |
| 3 | 3 | 14% | 19 | 86% | | | | | | | |
| 4 | 10 | 28% | 26 | 72% | | | | | | | |
| 5 | 2 | 6% | 29 | 94% | | | | | | | |
| 6 | 7 | 23% | 23 | 74% | 1 | 3% | | | | | |
| 7 | 6 | 23% | 20 | 77% | | | | | | | |
| 8 | 4 | 27% | 11 | 73% | | | | | | | |
| | 41 | 19% | 178 | 80% | 3 | 1% | | | | | 222 |

### Harrisonburg High School

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 3 | 9% | 30 | 91% | | | | | | | |
| 10 | 2 | 10% | 19 | 90% | | | | | | | |
| 11 | | | 23 | 100% | | | | | | | |
| 12 | 5 | 18% | 22 | 79% | 1 | 3% | | | | | |
| | 10 | 10% | 94 | 89% | 1 | 1% | | | | | 105 |

### Jonesville Elementary School

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 8 | 73% | 3 | 27% | | | | | | | |
| K | 51 | 60% | 34 | 40% | | | | | | | |
| 1 | 38 | 45% | 45 | 54% | 1 | 1% | | | | | |
| 2 | 36 | 53% | 32 | 47% | | | | | | | |
| 3 | 44 | 66% | 23 | 33% | | | | | 1 | 1% | |
| 4 | 41 | 54% | 35 | 46% | | | | | | | |
| | 218 | 56% | 172 | 43% | 1 | .5% | | | 1 | .5% | 392 |

2

### Jonesville Jr. High

| Grade | Black | | White | | Hispanic | | Native Am. | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 42 | 51% | 38 | 46% | 2 | 2% | | 1 | 1% | |
| 6 | 39 | 44% | 46 | 51% | 3 | 3% | | 2 | 2% | |
| 7 | 17 | 45% | 20 | 53% | 1 | 2% | | | | |
| | 98 | 46% | 104 | 50% | 6 | 3% | | 3 | 1% | 211 |

### Martin Jr. High

| Grade | Black | | White | | Hispanic | Native Am. | Asian | Total |
|---|---|---|---|---|---|---|---|---|
| 5 | 15 | 56% | 12 | 44% | | | | |
| 6 | 10 | 67% | 5 | 33% | | | | |
| 7 | 5 | 29% | 12 | 71% | | | | |
| 8 | 8 | 53% | 7 | 47% | | | | |
| | 38 | 51% | 36 | 49% | | | | 74 |

### Sicily Island Elementary

| Grade | Black | | White | | Hispanic | | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|---|
| K | 16 | 50% | 15 | 47% | 1 | 3% | | | |
| 1 | 18 | 67% | 8 | 29% | 1 | 4% | | | |
| 2 | 16 | 57% | 11 | 39% | 1 | 4% | | | |
| 3 | 12 | 48% | 13 | 52% | | | | | |
| 4 | 20 | 54% | 16 | 43% | 1 | 3% | | | |
| | 82 | 55% | 63 | 42% | 4 | 3% | | | 149 |

### Sicily Island High

| Grade | Black | | White | | Hispanic | | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 14 | 64% | 7 | 32% | 1 | 4% | | | |
| 10 | 3 | 30% | 7 | 70% | | | | | |
| 11 | 9 | 50% | 9 | 50% | | | | | |
| 12 | 10 | 50% | 9 | 45% | 1 | 5% | | | |
| | 36 | 51% | 32 | 46% | 2 | 3% | | | 70 |

### Catahoula Parish Totals

| Black | | White | | Hispanic | | Asian | | Native Am. | | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|
| 672 | 42% | 898 | 56% | 19 | 1% | 5 | .5% | 1 | .5% | 1595 |

3

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Block High_

Address _300 Division St._

_Jonesville, CA_

_71343_

I, _Donald Money_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 15_, 20_09_.

_Donald Money_
Signature of Principal

_Donald Money_
Print Name of Principal

4

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Central High_

Address _244 Larto Bayou Rd._

_Jonesville, LA 71343_

I, _Johnnie Adams_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10-19_, 20 _09_.

_Johnnie Adams_
Signature of Principal

_Johnnie Adams_
Print Name of Principal

5

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Harrisonburg Elementary School_

Address _P.O. Box 710 (505 Bushley St.)_

_Harrisonburg, LA 71340_

I, _Kassandra M. Floyd_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 15_, 20_09_.

_Kassandra M. Floyd_
Signature of Principal

_Kassandra M. Floyd_
Print Name of Principal

6

## **PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION**

School _HARRISONBURG HIGH SCHOOL_

Address _800 Bushley St._

_HARRISONBURG, LA 71340_

I, _Malcolm Terry_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 26_, 20_09_.

_Malcolm Terry_
Signature of Principal

_Malcolm Terry_
Print Name of Principal

7

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Elementary_

Address _1219 Cora Drive_

_Jonesville, LA 71343_

I, _Necie Barker_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
| Matthew Stewart | W | PreS | | | |
| | | | | | |
| | | | | | |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 15_, 20_09_.

_Necie Barker_
Signature of Principal

_Necie Barker_
Print Name of Principal

8

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Jr. High_

Address _802 E H Johnson Blvd._
_Jonesville, LA 71343_

I, _Janie R. Smith_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 14_, 20_09_.

_Janie R. Smith_
Signature of Principal

_Janie R. Smith_
Print Name of Principal

9

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Martin Jr High_

Address _PO Box 338 - 825_
_Hwy 8 - Sicily Island LA 71368_

I, _Phyllis G. Parker_ , am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 15_ , 20 _09_ .

_Phyllis G. Parker_
Signature of Principal

_Phyllis G. Parker_
Print Name of Principal

10

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Sicily Island Elementary_

Address _P.O. Box 207_

_Sicily Island, LA. 71368_

I, _Marguerita Krause_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10 / 15 /_ , 20_09_ .

_Marguerita Krause_
Signature of Principal

_Marguerita Krause_
Print Name of Principal

11

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Sicily Island High School_

Address _P.O. Box 128_

_Sicily Island, LA 71368_

I, _Marguerite Krause_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade |  | Name | Race | Grade |
|------|------|-------|--|------|------|-------|
|      |      |       |  |      |      |       |
|      |      |       |  |      |      |       |
|      |      |       |  |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/15/___, 20_09_.

_Marguerita Krause_
Signature of Principal

_Marguerita Krause_
Print Name of Principal

12

# CATAHOULA PARISH SCHOOL BOARD

## STUDENT TRANSFERS
## 2009-2010

**Exhibit D**

**Catahoula Parish Students Attending Outside Attendance Zone**

### Block High School

| <u>Name</u> | <u>Address</u> | <u>Race</u> | <u>Grade</u> | <u>Transfer from</u> | <u>Transfer to</u> | <u>Reason for Transfer</u> |
|---|---|---|---|---|---|---|
| Evans, Joseph | 208 5th Street<br>Sicily Island, LA  71368 | W | 10 | Sicily Island High | Block High | Majority-Minority |
| Hunter, Terena | 198 Morgantown<br>Natchez, MS  39120 | B | 9 | Natchez High | Block High | Parent teaches here |
| Mayo, Dylan | 648 Meyers Bend<br>Jonesville, LA  71343 | W | 10 | Harrisonburg High | Block High | Majority-Minority |
| Ramirez, Paul | 2070 Hwy. 916<br>Sicily Island, LA  71368 | H | 10 | Sicily Island High | Block High | Majority-Minority |
| Rush, Skylar | 208 5th Street<br>Sicily Island, LA  71368 | W | 10 | Sicily Island High | Block High | Majority-Minority |
| Zeagler, Shelby | P.O. Box 3<br>Sicily Island, LA  71368 | W | 12 | Sicily Island High | Block High | Majority-Minority |

### Central High School

| | | | | | | |
|---|---|---|---|---|---|---|
| Burgess, Chandler | 134 Purvis Rd.<br>Jonesville, LA  71343 | W | 1 | Jonesville Elem. | Central High | Parent teaches here |
| Evans, Joi | 903 Westland Dr.<br>Jonesville, LA  71343 | B | 7 | Jonesville Jr. High | Central High | Parent teaches here |
| Tiser, Richard | 302 Galloway St.<br>Jonesville, LA  71343 | W | 4 | Jonesville Elem. | Central High | Parent teaches here |

### Harrisonburg Elementary

| | | | | | |
|---|---|---|---|---|---|
| Arrington, Khadeezjah | 404 Tenth St.<br>Jonesville, LA  71343 | B | 7 | | Majority to Minority |
| Blackwell, Beyonce | 1455 Hwy. 8 | B | 3 | | Majority to Minority |
| Calvitt, Nicholas | 10235 Hwy. 8<br>Jonesville, LA  71343 | W | 6 | | Health |
| Calkins, Destiny | 12624 Hwy. 8<br>Jonesville, LA  71343 | W | 1 | | Health |
| Ceasar, Kameron | 2803 Fourth St.<br>Jonesville, LA  71343 | B | 4 | | Majority to Minority |
| Ceasar, Kelsie | 2803 Fourth St.<br>Jonesville, LA  71343 | B | 7 | | Majority to Minority |
| Farris, Latiyara | 14555 Hwy. 8<br>Rhinehart, LA  71363 | B | 6 | | Majority to Minority |
| Farris, Lucius | 14555 Hwy. 8<br>Rhinehart, LA  71363 | B | K | | Majority to Minority |
| Otwell, Charles | 1548 Little River Rd.<br>Jonesville, LA  71343 | W | 1 | | Health |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Phillips, Kalia | 330 Rock Rd.<br>Sicily Island, LA  71368 | B | 7 | | | | Majority to Minority |
| Phillips, Virnita | 330 Rock Rd.<br>Sicily Island, LA  71368 | B | 5 | | | | Majority to Minority |
| Smith, Zakeadria | 512 Troy Street<br>Jonesville, LA  71343 | B | 6 | | | | Majority to Minority |
| Williams, Kristion | 2803 4th Street<br>Jonesville, LA  71343 | B | 6 | | | | Majority to Minority |

## Harrisonburg High

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Duncan, Allison | 232 Deville Dr.<br>Jonesville, LA  71343 | B | 10 | | | | Majority-Minority |
| Duncan, Justin | 232 Deville Dr.<br>Jonesville, LA  71343 | B | 12 | | | | Majority-Minority |
| Higdon, Morgan | 865 Hwy. 923<br>Jonesville, LA  71343 | W | 10 | | | | Parent teaches here |
| Jefferson, Sloane | 704 Mound<br>Jonesville, LA  71343 | B | 12 | | | | Majority-Minority |
| McCormack, Katherine | 865 Hwy. 923<br>Jonesville, LA  71343 | W | 9 | | | | Parent teaches here |
| Mophett, Gavin | 1105 Chestnut Street<br>Jonesville, LA  71343 | W | 9 | | | | Health |
| Pardue, Alexis | 826 Ackland Land<br>Jonesville, LA  71343 | W | 9 | | | | Parent teaches here |
| Pardue, Lauren | 826 Ackland Land<br>Jonesville, LA  71343 | W | 12 | | | | Parent teaches here |
| Sikes, Mikayla | 8342 Hwy. 8<br>Jonesville, LA  71343 | W | 9 | | | | Health |
| Stevenson, Brittany | 120 Crooked Oak Rd.<br>Jonesville, LA  71343 | B | 12 | | | | Majority-Minority |

## Jonesville Elementary School

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Stewart, Matthew | 605 Chisum St.<br>Sicily Island, LA  71368 | W | PK | Sicily Island Elem. | Harrisonburg Elem. | IEP (Special Ed.) | |
| White, Sydney | 991 Cantwell Rd.<br>Jonesville, LA  71343 | W | 3 | | | | Majority to Minority |
| White, Weston | 991 Cantwell Rd.<br>Jonesville, LA  71343 | W | K | | | | Majority to Minority |

## Jonesville Jr. High School

**NONE**

## Martin Jr. High School

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ross, Jarvis | 121 Woodlawn St.<br>St. Joseph, LA  71366 | B | 6 | | | | Parent teaches here |

### Sicily Island Elementary School

**NONE**

### Sicily Island High School

| | | | | |
|---|---|---|---|---|
| **Parker, Callie** | **5 Carl Circle**<br>**Vidalia, LA  71373** | **W** | **10** | **Mother principal in SI District** |