UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | |
| CATAHOULA PARISH SCHOOL BOARD, ET AL, | * | JUDGE DRELL |
| | * | |
| DEFENDANTS | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## REPORT

Catahoula Parish School Board, defendant herein, submits the following information in compliance with the orders of this Court:

(1)   Faculty Vacancy and Replacement Data May 2010 - October 2011, Exhibit A;

(2)   Faculty and Staff as of October 1, 2010, Exhibit B;

(3)   Student Enrollment 2010-2011, Exhibit C; and

(4)   Student Transfers 2010-2011, Exhibit D.

                                              Respectfully submitted,

                                              HAMMONDS & SILLS
                                              P.O. Box 65236
                                              Baton Rouge, LA 70896
                                              Telephone  (225) 923-3462
                                              Facsimile   (225) 923-0315

                                                s/ *Robert L. Hammonds*
                                              **ROBERT L. HAMMONDS**
                                              La. Bar Roll No. 6484

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing **REPORT** was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

**BATON ROUGE, LOUISIANA** this 29th day of October, 2010.

                                                  s/ *Robert L. Hammonds*
                                                ROBERT L. HAMMONDS