# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2010 - October 2010

**Exhibit A**

# Catahoula Parish Vacancies

### ASPIRE

**None**

### Block High

**Vacancies—3**
**Teachers Employed to fill each vacancy**
      **Race—2 White**
      **New or Transfer—New**
      **Intra-district sending school—None**

### Central High

**Vacancies—2**
**Teachers Employed to fill each vacancy**
      **Race—2 White**
      **New or Transfer—New**
      **Intra-district sending school—None**

### Harrisonburg Elementary
**Vacancies—2**
**Teachers Employed to fill each vacancy**
      **Race—2 White**
      **New or Transfer—New**
      **Intra-district sending school—None**

### Harrisonburg High

**Vacancies—1**
**Teachers Employed to fill each vacancy**
      **Reace—1 White**
      **New or Transfer—New**
      **Intra-district sending school—None**

### Jonesville Elementary

**Vacancies—3**
**Teachers Employed to fill each vacancy**
      **Race—3 White**
      **New or Transfer—New**
      **Intra-district sending school—None**

### Jonesville Jr. High

None

### Martin Jr. High

**Vacancies—1**
**Teachers Employed to fill each vacancy**
      **Race—1 White**
      **New or Transfer—New**
      **Intra-district sending school—None**

### Sicily Island Elementary

**Vacancies—1**
**Teachers Employed to fill each vacancy**
      **Race—1 White**
      **New or Transfer—New**
      **Intra-district sending school—None**

### Sicily Island High

None

# CATAHOULA PARISH SCHOOL BOARD

## Faculty and Staff
## as of October 1, 2010

## Exhibit B

CATAHOULA PARISH SCHOOL FACULTY 2010-2011

| SCHOOL | PRINCIPAL | | ADMINISTRATIVE COORDINATOR | | TEACHER | | PARAPROFESSIONAL | | SECRETARY | | CAFETERIA | | CUSTODIAN | | BUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | B | W | B | W | B | W | B | W | B | W | B | W | B | W | B |
| Aspire | 1 | 0 | 0 | 0 | 3 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block High | 1 | 0 | 1 | 0 | 17 | 4 | 2 | 2 | 1 | 0 | 3 | 1 | 1 | 3 | 0 | 0 |
| Central High | 1 | 0 | 0 | 0 | 8 | 1 | 2 | 0 | 1 | 0 | 2 | 0 | 1 | 0 | 3 | 0 |
| Harrisonburg Elementary | 1 | 0 | 0 | 0 | 13 | 1 | 7 | 0 | 1 | 0 | 2 | 1 | 0 | 2 | 4 | 0 |
| Harrisonburg High | 1 | 0 | 0 | 0 | 9 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Jonesville Elementary | 1 | 0 | 1 | 0 | 23 | 3 | 9 | 4 | 2 | 0 | 2 | 5 | 0 | 3 | 10 | 2 |
| Jonesville Junior High | 1 | 0 | 0 | 1 | 12 | 3 | 1 | 5 | 0 | 1 | 2 | 2 | 0 | 3 | 0 | 0 |
| Martin Junior High | 1 | 0 | 0 | 0 | 4 | 1 | 3 | 3 | 1 | 0 | 0 | 0 | 0 | 2 | 3 | 1 |
| Sicily Island Elementary | 1 | 0 | 0 | 0 | 10 | 1 | 3 | 0 | 0 | 1 | 1 | 4 | 1 | 1 | 0 | 0 |
| Sicily Island High | 1 | 0 | 0 | 0 | 5 | 3 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |

# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 20110-2011

Student Enrollment by School.............................1-3

Verification of Student Residency....................4-12

**Exhibit C**

Catahoula Parish Student Enrollment
2010-11

ASPIRE Career Center

| Grade | Black | White | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|
| 9 | 19   54% | 16   46% | | | | 35 |

Block High School

| Grade | Black | White | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|
| 8 | 17   35% | 31   63% | 1   2% | | | 49 |
| 9 | 27   46% | 32   54% | | | | 59 |
| 10 | 21   51% | 20   49% | | | | 41 |
| 11 | 21   43% | 26   53% | 2   4% | | | 49 |
| 12 | 22   52% | 20   48% | | | | 42 |
| | 108   45% | 129   54% | 3   1% | | | 240 |

Central High School

| Grade | Black | White | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|
| K | | 6   100% | | | | 6 |
| 1 | | 7   100% | | | | 7 |
| 2 | | 8   100% | | | | 8 |
| 3 | | 3   100% | | | | 3 |
| 4 | | 3   100% | | | | 3 |
| 5 | | 10   100% | | | | 10 |
| 6 | | 6   100% | | | | 6 |
| 7 | | 6   100% | | | | 6 |
| 8 | | 3   100% | | | | 3 |
| 9 | | 5   100% | | | | 5 |
| 10 | | 3   100% | | | | 3 |
| 11 | | 2   100% | | | | 2 |
| 12 | | | | | | |
| | | 62   100% | | | | 62 |

Harrisonburg Elementary School

| Grade | Black | | White | | Hispanic | | Native Am. | Asian | Total |
|---|---|---|---|---|---|---|---|---|---|
| K | 2 | 9% | 20 | 87% | 1 | 4% | | | 23 |
| 1 | 4 | 17% | 19 | 83% | | | | | 23 |
| 2 | 1 | 4% | 22 | 96% | | | | | 23 |
| 3 | 4 | 17% | 19 | 83% | | | | | 23 |
| 4 | 2 | 10% | 19 | 90% | | | | | 21 |
| 5 | 5 | 16% | 26 | 81% | 1 | 3% | | | 32 |
| 6 | 3 | 15% | 17 | 85% | | | | | 20 |
| 7 | 3 | 12% | 23 | 88% | | | | | 26 |
| 8 | 5 | 24% | 16 | 76% | | | | | 21 |
| | 29 | 14% | 181 | 85% | 2 | 1% | | | 212 |

Harrisonburg High School

| Grade | Black | | White | | Hispanic | Native Am. | Asian | Total |
|---|---|---|---|---|---|---|---|---|
| 9 | 2 | 12% | 15 | 88% | | | | 17 |
| 10 | 3 | 10% | 27 | 90% | | | | 30 |
| 11 | 2 | 13% | 14 | 88% | | | | 16 |
| 12 | | | 22 | 100% | | | | 22 |
| | 7 | 8% | 78 | 92% | | | | 85 |

Jonesville Elementary School

| Grade | Black | | White | | Hispanic | | Native Am. | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| PK | 16 | 40% | 24 | 60% | | | | | | 40 |
| K | 40 | 44% | 50 | 55% | 1 | 1% | | | | 91 |
| 1 | 46 | 61% | 29 | 38% | 1 | 1% | | | | 76 |
| 2 | 34 | 45% | 41 | 54% | 1 | 1% | | | | 76 |
| 3 | 33 | 46% | 36 | 51% | 2 | 3% | | | | 71 |
| 4 | 44 | 62% | 26 | 37% | | | | 1 | 1% | 71 |
| | 213 | 50% | 206 | 48% | 5 | 1% | | 1 | .2% | 425 |

2

Jonesville Jr. High

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 33 | 52% | 30 | 48% | | | | | | | 63 |
| 6 | 43 | 54% | 35 | 44% | 1 | 1% | | | 1 | 1% | 80 |
| 7 | 33 | 42% | 43 | 54% | 1 | 1% | | | 2 | 3% | 79 |
| | 109 | 49% | 108 | 49% | 2 | 1% | | | 3 | 1% | 222 |

Martin Jr. High

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 17 | 61% | 11 | 39% | | | | | | | 28 |
| 6 | 13 | 52% | 12 | 48% | | | | | | | 25 |
| 7 | 8 | 53% | 7 | 47% | | | | | | | 15 |
| 8 | 4 | 33% | 8 | 67% | | | | | | | 12 |
| | 42 | 53% | 38 | 48% | | | | | | | 80 |

Sicily Island Elementary

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 14 | 58% | 10 | 42% | | | | | | | 24 |
| 1 | 21 | 57% | 15 | 41% | 1 | 3% | | | | | 37 |
| 2 | 14 | 61% | 8 | 35% | 1 | 4% | | | | | 23 |
| 3 | 12 | 67% | 5 | 28% | 1 | 5% | | | | | 18 |
| 4 | 10 | 53% | 9 | 47% | | | | | | | 19 |
| | 71 | 59% | 47 | 39% | 3 | 2% | | | | | 121 |

Sicily Island High

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 9 | 60% | 6 | 40% | | | | | | | 15 |
| 10 | 11 | 61% | 6 | 33% | 1 | 6% | | | | | 18 |
| 11 | 3 | 30% | 7 | 70% | | | | | | | 10 |
| 12 | 9 | 56% | 7 | 44% | | | | | | | 16 |
| | 32 | 54% | 26 | 44% | 1 | 2% | | | | | 59 |

Catahoula Parish Totals

| Black | | White | | Hispanic | | Asian | | Native Am. | | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|
| 630 | 41% | 891 | 58% | 16 | .7% | 4 | .3% | | | 1541 |

3

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Block High_

Address _300 Division Street_

_Jonesville, LA 71343_

I, _Donald Money_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 11_, 20_10_.

_Donald Money_
Signature of Principal

_Donald Money_
Print Name of Principal

4

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Central High_

Address _244 Larto Bayou Rd._

_Jonesville, LA 71343_

I, _Johnnie Adams_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 8_, 20_10_.

_Johnnie Adams_
Signature of Principal

_Johnnie Adams_
Print Name of Principal

5

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Harrisonburg Elementary School_

Address _P.O. Box 710 (505 Bushley St.)_

_Harrisonburg, LA 71340_

I, _Kassandra M. Floyd_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 20_, 20_10_.

_Kassandra M. Floyd_
Signature of Principal

_Kassandra M. Floyd_
Print Name of Principal

6

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _HARRISONBURG HIGH School_

Address _800 Bushley St._

_HARRISONBURG, LA 71340_

I, _Malcolm Terry_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct 8_, 20_10_.

_Malcolm Terry_
Signature of Principal

_Malcolm Terry_
Print Name of Principal

7

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Elementary_

Address _1219 Cora Drive_

_Jonesville, LA 71343_

I, _Necie Barker_ , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _Oct 5_ , 20 _10_ .

_Necie Barker_
Signature of Principal

_Necie Barker_
Print Name of Principal

8

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Jr High_

Address _802 EA Johnson Blvd._

_Jonesville, LA 71343_

I, _Janie R. Smith_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 19_, 20_10_.

_Janie R. Smith_
Signature of Principal

_Janie R. Smith_
Print Name of Principal

9

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Martin Junior High_

Address _PO Box 338, 825 Hwy 8_
_Sicily Island LA 71368_

I, _Phyllis G. Parker_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 14_, 20 _10_ .

_Phyllis G. Parker_
Signature of Principal

_Phyllis G. Parker_
Print Name of Principal

_10_

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Sicily Island Elementary_

Address _P.O. Box 207_

_Sicily Island, LA 71368_

I, _Marguerita Krause_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 12_, 20_10_.

_Marguerita Krause_
Signature of Principal

_Marguerita Krause_
Print Name of Principal

_11_

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Sicily Island High_

Address _P.O. Box 128_

_Sicily Island, LA  71368_

I, _Marguerita Krause_ , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 12,_ , 20_10_ .

_Marguerita Krause_
Signature of Principal

_Marguerita Krause_
Print Name of Principal

12

# CATAHOULA PARISH SCHOOL BOARD


## STUDENT TRANSFERS
## 2010-2011


**Exhibit D**

**Catahoula Parish Students Attending Outside Attendance Zone**

### Block High School

| <u>Name</u> | <u>Address</u> | <u>Race</u> | <u>Grade</u> | <u>Transfer from</u> | <u>Transfer to</u> | <u>Reason for Transfer</u> |
|---|---|---|---|---|---|---|
| E\, J( | 208 5ᵗʰ Street<br>Sicily Island, LA  71368 | W | 11 | Sicily Island High | Block High | Majority-Minority |
| H(, T( | 198 Morgantown<br>Natchez, MS  39120 | B | 10 | Natchez High | Block High | Parent teaches here |
| M;, D | 648 Meyers Bend<br>Jonesville, LA  71343 | W | 11 | Harrisonburg High | Block High | Majority-Minority |
| R; z, P; | 2070 Hwy. 916<br>Sicily Island, LA  71368 | H | 11 | Sicily Island High | Block High | Majority-Minority |
| R( Sk | 208 5ᵗʰ Street<br>Sicily Island, LA  71368 | W | 11 | Sicily Island High | Block High | Majority-Minority |

### Central High School

| | | | | | | |
|---|---|---|---|---|---|---|
| T; , R | 302 Galloway St.<br>Jonesville, LA  71343 | W | 5 | Jonesville Elem. | Central High | Parent teaches here |

### Harrisonburg Elementary

| | | | | | | |
|---|---|---|---|---|---|---|
| B( B | 1455 Hwy. 8 | B | 3 | | | Majority to Minority |
| C; N( | 10235 Hwy. 8<br>Jonesville, LA  71343 | W | 6 | | | Health |
| C; , D | 12624 Hwy. 8<br>Jonesville, LA  71343 | W | 1 | | | Health |
| C; , K; | 2803 Fourth St.<br>Jonesville, LA  71343 | B | 4 | | | Majority to Minority |
| C; , K | 2803 Fourth St.<br>Jonesville, LA  71343 | B | 1 | | | Majority to Minority |
| C( . K | 1014  Harbot Street<br>Jonesville, LA  71343 | B | 7 | | | Majority to Minority |
| F; L; | 14555 Hwy. 8<br>Rhinehart, LA  71363 | B | 6 | | | Majority to Minority |
| F , L | 14555 Hwy. 8<br>Rhinehart, LA  71363 | B | K | | | Majority to Minority |
| F , S | P.O. Box 1032<br>Jonesville, LA  71343 | B | 8 | | | Majority to Minority |
| P( s, K | 330 Rock Rd.<br>Sicily Island, LA  71368 | B | 7 | | | Majority to Minority |
| P( s, V | 330 Rock Rd.<br>Sicily Island, LA  71368 | B | 5 | | | Majority to Minority |
| S A | 15275 Hwy. 124<br>Jonesville, LA  71343 | W | 5 | | | Parent teaches here |

| Williams, Kristion | 2803 4th Street<br>Jonesville, LA  71343 | B | 6 | Majority to Minority |

## Harrisonburg High

| D        , A | 232 Deville Dr.<br>Jonesville, LA  71343 | B | 11 | Majority-Minority |
| F   .L | 705 MLK Dr.<br>Jonesville, LA  71343 | B | 9 | Majority to Minority |
| Hi    ., M | 865 Hwy. 923<br>Jonesville, LA  71343 | W | 11 | Parent teaches here |
| J    S | 812 Willow<br>Jonesville, LA  71343 | B | 9 | Majority-Minority |
| M        K | ε865 Hwy. 923<br>Jonesville, LA  71343 | W | 10 | Parent teaches here |
| P      A | 826 Ackland Land<br>Jonesville, LA  71343 | W | 10 | Parent teaches here |
| S     .M | 8342 Hwy. 8<br>Jonesville, LA  71343 | W | 10 | Health |
| S    ε | 15275 Hwy. 124<br>Jonesville LA  71343 | W | 9 | Parent teaches here |
| T    ι, W | 2006 Hwy. 923<br>Jonesville, LA  71343 | B | 9 | Majority to Minority |

### Jonesville Elementary School

| B    ι, J | 207 Cane Street<br>Sicily Island, LA  71368 | W | 4 | Guardian teaches here |
| W    S | 991 Cantwell Rd.<br>Jonesville, LA  71343 | W | 4 | Majority to Minority |
| W     , W | 991 Cantwell Rd.<br>Jonesville, LA  71343 | W | 1 | Majority to Minority |

### Jonesville Jr. High School

NONE

### Martin Jr. High School

| R    ι | 121 Woodlawn St.<br>St. Joseph, LA  71366 | B | 7 | Parent teaches here |

### Sicily Island Elementary School

NONE

### Sicily Island High School

| P͏ | r, C | 5 Carl Circle<br>Vidalia, LA  71373 | W | 11 | Mother principal in SI District |
| Fₒ | R | 121 Woodlawn St.<br>St. Joseph, LA  71366 | B | 10 | Mother works in SI District |