UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | |
| CATAHOULA PARISH SCHOOL BOARD, ET AL, | * | JUDGE DRELL |
| | * | |
| DEFENDANTS | | |

*************************************************************************

## REPORT

Catahoula Parish School Board, defendant herein, submits the following information in compliance with the orders of this Court:

(1) Faculty Vacancy and Replacement Data May 2011 - October 2012, Exhibit A;

(2) Faculty and Staff as of October 1, 2011, Exhibit B;

(3) Student Enrollment 2011-2012, Exhibit C; and

(4) Student Transfers 2011-2012, Exhibit D.

          Respectfully submitted,

          HAMMONDS & SILLS
          P.O. Box 65236
          Baton Rouge, LA 70896
          Telephone  (225) 923-3462
          Facsimile   (225) 923-0315

           s/ *Robert L. Hammonds*
          **ROBERT L. HAMMONDS**
          La. Bar Roll No. 6484

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the above and foregoing **REPORT** was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

      **BATON ROUGE, LOUISIANA** this 19th day of October, 2011.

                                       s/ *Robert L. Hammonds*
                                       ROBERT L. HAMMONDS