# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2011 - October 2012

## Exhibit A

# Catahoula Parish Vacancies

## ASPIRE

None

## Block High

**Vacancies—2**
**Teachers Employed to fill each vacancy**
    **Race—2 White**
    **New or Transfer—1 New; 1 Transfer**
    **Intra-district sending school—1 from JJHS**

## Central High

**Vacancies—1**
**Teachers Employed to fill each vacancy**
    **Race—1 White**
    **New or Transfer—New**
    **Intra-district sending school—None**

## Harrisonburg Elementary

**Vacancies—1**
**Teachers Employed to fill each vacancy**
    **Race—1 White**
    **New or Transfer—New**
    **Intra-district sending school—None**

## Harrisonburg High

**Vacancies—1**
**Teachers Employed to fill each vacancy**
    **Race—1 White**
    **New or Transfer—Transfer**
    **Intra-district sending school—Transfer from CHS**

## Jonesville Elementary

None

## Jonesville Jr. High

**Vacancies—1**
**Teachers Employed to fill each vacancy**
       **Race—1 Black**
       **New or Transfer—New**
       **Intra-district sending school—None**

## Martin Jr. High

**Vacancies—2**
**Teachers Employed to fill each vacancy**
       **Race—1 White; 1 Black**
       **New or Transfer—1 New; 1 Transfer**
       **Intra-district sending school—1 Transfer from JJHS**

## Sicily Island Elementary

**None**

## Sicily Island High

**None**

# CATAHOULA PARISH SCHOOL BOARD

## Faculty and Staff
## as of October 1, 2011

## Exhibit B

CATAHOULA PARISH SCHOOL FACULTY 2011-2012

| SCHOOL | PRINCIPAL | | ADMINISTRATIVE COORDINATOR | | TEACHER | | PARAPROFESSIONAL | | SECRETARY | | CAFETERIA | | CUSTODIAN | | BUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | B | W | B | W | B | W | B | W | B | W | B | W | B | W | B |
| Aspire | 1 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block High | 1 | 0 | 1 | 0 | 19 | 5 | 2 | 1 | 1 | 0 | 3 | 1 | 1 | 3 | 0 | 0 |
| Central High | 1 | 0 | 0 | 0 | 10 | 1 | 2 | 0 | 1 | 0 | 2 | 0 | 1 | 0 | 3 | 0 |
| Harrisonburg Elementary | 1 | 0 | 0 | 0 | 14 | 1 | 7 | 0 | 1 | 0 | 2 | 1 | 1 | 1 | 4 | 0 |
| Harrisonburg High | 1 | 0 | 0 | 0 | 9 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Jonesville Elementary | 1 | 0 | 1 | 0 | 23 | 3 | 9 | 4 | 2 | 0 | 2 | 5 | 0 | 3 | 10 | 2 |
| Jonesville Junior High | 1 | 0 | 0 | 1 | 10 | 5 | 0 | 3 | 0 | 1 | 2 | 2 | 0 | 3 | 0 | 0 |
| Martin Junior High | 1 | 0 | 0 | 0 | 3 | 4 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 3 | 1 |
| Sicily Island Elementary | 1 | 0 | 0 | 0 | 9 | 1 | 3 | 0 | 0 | 1 | 1 | 4 | 1 | 1 | 0 | 0 |
| Sicily Island High | 1 | 0 | 0 | 0 | 5 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |

# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 2011-2012

Student Enrollment by School.............................1-3

Verification of Student Residency.....................4-12

**Exhibit C**

Catahoula Parish Student Enrollment
2011-12

ASPIRE Career Center

| Grade | Black | | White | | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|
| 8 | 6 | 46% | 7 | 54% | | | | 13 |
| 9 | 12 | 57% | 9 | 43% | | | | 21 |
| | 18 | 53% | 16 | 47% | | | | 34 |

Block High School

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 35 | 43% | 43 | 52% | 2 | 2% | 2 | 2% | | 82 |
| 9 | 18 | 39% | 28 | 61% | | | | | | 46 |
| 10 | 26 | 59% | 18 | 41% | | | | | | 44 |
| 11 | 19 | 43% | 25 | 57% | | | | | | 44 |
| 12 | 23 | 48% | 23 | 48% | 2 | 4% | | | | 48 |
| | 121 | 46% | 137 | 52% | 4 | 2% | 2 | 1% | | 264 |

Central High School

| Grade | Black | | White | | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|
| PreK | 2 | 67% | 1 | 33% | | | | 3 |
| K | 1 | 10% | 9 | 90% | | | | 10 |
| 1 | | | 7 | 100% | | | | 7 |
| 2 | | | 7 | 100% | | | | 7 |
| 3 | | | 9 | 100% | | | | 9 |
| 4 | | | 6 | 100% | | | | 6 |
| 5 | | | 4 | 100% | | | | 4 |
| 6 | | | 8 | 100% | | | | 8 |
| 7 | | | 6 | 100% | | | | 6 |
| 8 | | | 8 | 100% | | | | 8 |
| 9 | | | 4 | 100% | | | | 4 |
| 10 | | | 4 | 100% | | | | 4 |
| 11 | | | 3 | 100% | | | | 3 |
| 12 | | | 3 | 100% | | | | 3 |
| | 3 | 4% | 79 | 96% | | | | 82 |

Harrisonburg Elementary School

| Grade | Black | | White | | Hispanic | Native Am. | Asian | Total |
|---|---|---|---|---|---|---|---|---|
| K | 4 | 21% | 15 | 79% | | | | 19 |
| 1 | 4 | 14% | 24 | 86% | | | | 28 |
| 2 | 1 | 5% | 19 | 95% | | | | 20 |
| 3 | 1 | 5% | 21 | 95% | | | | 22 |
| 4 | 5 | 20% | 20 | 80% | | | | 25 |
| 5 | | | 22 | 100% | | | | 22 |
| 6 | 7 | 21% | 26 | 79% | | | | 33 |
| 7 | 3 | 14% | 18 | 86% | | | | 21 |
| 8 | 2 | 7% | 25 | 93% | | | | 27 |
| | 27 | 12% | 190 | 88% | | | | 217 |

Harrisonburg High School

| Grade | Black | | White | | Hispanic | Native Am. | Asian | Total |
|---|---|---|---|---|---|---|---|---|
| 9 | 4 | 15% | 22 | 85% | | | | 26 |
| 10 | 3 | 19% | 13 | 81% | | | | 16 |
| 11 | 2 | 8% | 23 | 92% | | | | 25 |
| 12 | 2 | 13% | 13 | 87% | | | | 15 |
| | 11 | 13% | 71 | 87% | | | | 82 |

Jonesville Elementary School

| Grade | Black | | White | | Hispanic | | Native Am. | Asian | Total |
|---|---|---|---|---|---|---|---|---|---|
| PK | 7 | 33% | 14 | 67% | | | | | 21 |
| K | 32 | 43% | 41 | 55% | 1 | 1% | | | 74 |
| 1 | 44 | 51% | 40 | 47% | 2 | 2% | | | 86 |
| 2 | 43 | 61% | 27 | 38% | 1 | 1% | | | 71 |
| 3 | 29 | 44% | 36 | 54.5% | 1 | 1.5% | | | 66 |
| 4 | 34 | 46% | 39 | 53% | 1 | 1% | | | 74 |
| | 189 | 49% | 197 | 50% | 6 | 2% | | | 392 |

2

Jonesville Jr. High

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 42 | 70% | 17 | 28.3% | | | | | 1 | 1.7% | 60 |
| 6 | 37 | 55% | 30 | 45% | | | | | | | 67 |
| 7 | 40 | 54% | 32 | 43% | 1 | 1% | | | 1 | 1% | 74 |
| | 119 | 59% | 79 | 39% | 1 | 0.4% | | | 2 | 1% | 201 |

Martin Jr. High

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PreK | 10 | 50% | 10 | 50% | | | | | | | 20 |
| 5 | 17 | 65% | 9 | 35% | | | | | | | 26 |
| 6 | 13 | 65% | 6 | 30% | 1 | 5% | | | | | 20 |
| 7 | 11 | 52% | 10 | 48% | | | | | | | 21 |
| 8 | 10 | 67% | 5 | 33% | | | | | | | 15 |
| | 61 | 60% | 40 | 39% | 1 | 1% | | | | | 102 |

Sicily Island Elementary

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 12 | 46% | 14 | 54% | | | | | | | 26 |
| 1 | 14 | 47% | 15 | 50% | 1 | 3% | | | | | 30 |
| 2 | 16 | 55% | 13 | 45% | | | | | | | 29 |
| 3 | 14 | 61% | 8 | 35% | 1 | 4% | | | | | 23 |
| 4 | 11 | 55% | 8 | 40% | 1 | 5% | | | | | 20 |
| | 67 | 52.3% | 58 | 45.3% | 3 | 2.3% | | | | | 128 |

Sicily Island High

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 7 | 39% | 11 | 61% | | | | | | | 18 |
| 10 | 6 | 46% | 7 | 54% | | | | | | | 13 |
| 11 | 12 | 75% | 3 | 19% | 1 | 6% | | | | | 16 |
| 12 | 3 | 27% | 8 | 73% | | | | | | | 11 |
| | 28 | 48% | 29 | 50% | 1 | 2% | | | | | 58 |

Catahoula Parish Totals

| Black | | White | | Hispanic | | Asian | | Native Am. | | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|
| 644 | 41% | 896 | 57% | 16 | 1% | 4 | 0.2% | | | 1560 |

3

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Block High School_

Address _300 Divison Street_

_Jonesville, LA 71343_

I, _Jeffrey Odom_ , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 5_ , 20 _11_ .

_____
Signature of Principal

_Jeffrey Odom_
_____
Print Name of Principal

4

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Central High_

Address _244 Larto Bayou Rd._

_Jonesville, LA 71343_

I, _Johnnie Adams_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 6_, 20 _11_.

_Johnnie Adams_
Signature of Principal

_Johnnie Adams_
Print Name of Principal

5

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School  Harrisonburg Elementary School

Address  P.O. Box 710 ( 505 Bushley St.)

Harrisonburg, LA 71340

I, Kassandra M. Floyd , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on  Oct. 7 , 20 11 .

Kassandra M. Floyd
Signature of Principal

Kassandra M. Floyd
Print Name of Principal

6

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Harrisonburg High_

Address _800 Bushley St._

_Harrisonburg, LA 71343_

I, _Brenda Higdon_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _October 6_, 20_11_.

_Brenda Higdon_
Signature of Principal

_Brenda Higdon_
Print Name of Principal

7

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Elementary_

Address _1219 Cora Drive_

_Jonesville, LA 71343_

I, _Necie Barker_ , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _Oct. 4_ , 20 _11_ .

_Necie Barker_
Signature of Principal

_Necie Barker_
Print Name of Principal

8

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Jr. High_

Address _802 EH Johnson_

_Jonesville, LA 71343_

I, _Janie Smith_ , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 4_ , 20 _11_ .

_Janie Smith_
Signature of Principal

_Janie Smith_
Print Name of Principal

9

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School Martin Junior High

Address P.O. Box 338, 825 Hwy 8

Sicily Island, LA 71368

I, Phyllis G. Parker, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 20 11.

Phyllis Parker
Signature of Principal

Phyllis Parker
Print Name of Principal

10

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Sicily Island Elementary_

Address _P.O. Box 207_

_Sicily Island, LA 71368_

I, _Marguerita Krause_____, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 5_, 20 _11_.

_Marguerita Krause_
Signature of Principal

_Marguerita Krause_
Print Name of Principal

_11_

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Sicily Island High_

Address _P.O. Box 128_

_Sicily Island, LA 71368_

I, _Marguerita Krause_ , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _October 5_ , 20_11_ .

_Marguerita Krause_
Signature of Principal

_Marguerita Krause_
Print Name of Principal

12

# CATAHOULA PARISH SCHOOL BOARD

## Student Transfers
## 2011-2012

## Exhibit D

**Catahoula Parish Students Attending Outside Attendance Zone**

**Block High School**

| Name | | Address | Race | Grade | Transfer from | Transfer to | Reason for Transfer |
|------|--|---------|------|-------|---------------|-------------|---------------------|
| E | J | 208 5th Street<br>Sicily Island, LA 71368 | W | 12 | Sicily Island High | Block High | Majority-Minority |
| M | D | 648 Meyers Bend<br>Jonesville, LA 71343 | W | 12 | Harrisonburg High | Block High | Majority-Minority |
| P | R | P.O. Box 435<br>Sicily Island, LA 71343 | B | 9 | Sicily Island High | Block High | Majority-Minority |
| P | R | P.O. Box 496<br>Sicily Island, LA 71368 | B | 8 | Martin Jr. High | Block High | Majority-Minority |
| R | P | 2070 Hwy. 916<br>Sicily Island, LA 71368 | H | 12 | Sicily Island High | Block High | Majority-Minority |
| R | S | 208 5th Street<br>Sicily Island, LA 71368 | W | 12 | Sicily Island High | Block High | Majority-Minority |

**Central High School**

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| E | M | 238 Stock Landing Rd.<br>Deville, LA 71328 | W | 4 | Buckeye Elem. | Central High | Parent teaches here |
| T | R | 302 Galloway St.<br>Jonesville, LA 71343 | W | 5 | Jonesville Elem. | Central High | Parent teaches here |

**Harrisonburg Elementary**

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| B | A | 122 Oak Grove Cemetery Rd.<br>Jonesville, LA 71343 | W | 8 | Block High | Harrisonburg Elem. | Parent teaches here |
| B | M | 122 Oak Grove Cemetery Rd.<br>Jonesville, LA 71343 | W | 5 | Jonesville Elem. | Harrisonburg Elem. | Parent teaches here |
| B | B | 1455 Hwy. 8<br>Rhinehart, LA 71363 | B | 4 | Jonesville Elem. | Harrisonburg Elem. | Majority to Minority |
| B | K | 1455 Hwy. 8<br>Rhinehart, LA 71363 | B | K | Jonesville Elem. | Harrisonburg Elem. | Majority to Minority |
| C | N | 10235 Hwy. 8<br>Jonesville, LA 71343 | W | 8 | Block High | Harrisonburg Elem. | Health |
| C | D | 12624 Hwy. 8<br>Jonesville, LA 71343 | W | 3 | Jonesville Elem. | Harrisonburg Elem. | Health |
| C | K | 2803 Fourth St.<br>Jonesville, LA 71343 | B | 6 | Jonesville Jr. | Harrisonburg Elem. | Majority to Minority |
| C | K | 2803 Fourth St.<br>Jonesville, LA 71343 | B | 2 | Jonesville Elem. | Harrisonburg Elem. | Majority to Minority |
| C | K | 1014 Harbor Street<br>Jonesville, LA 71343 | B | 6 | Jonesville Jr. | Harrisonburg Elem. | Majority to Minority |
| F | L | 14555 Hwy. 8<br>Rhinehart, LA 71363 | B | 8 | Block High | Harrisonburg Elem. | Majority to Minority |

| F | L |  | 14555 Hwy. 8<br>Rhinehart, LA 71363 | B | 1 | Jonesville Elem. | Harrisonburg Elem. Majority to Minority |
| M |  | E | 865 Hwy. 923<br>Jonesville, LA 71343 | W | 6 | Jonesville Jr. | Harrisonburg Elem. Parent teaches here |
| P | V |  | 330 Rock Rd.<br>Sicily Island, LA 71368 | B | 7 | Martin Jr. | Harrisonburg Elem. Majority to Minority |
| S | A |  | 15275 Hwy. 124<br>Jonesville, LA 71343 | W | 6 | Jonesville Jr. | Harrisonburg Elem. Parent teaches here |

## Harrisonburg High

| C | K |  | 1014 Harbor Street<br>Jonesville, LA 71343 | B | 9 | Block High | Harrisonburg High Majority-Minority |
| D | A |  | 232 Deville Dr.<br>Jonesville, LA 71343 | B | 12 | Block High | Harrisonburg High Majority-Minority |
| F | L |  | 705 MLK Dr.<br>Jonesville, LA 71343 | B | 10 | Block High | Harrisonburg High Majority-Minority |
| F | S |  | 705 MLK Dr.<br>Jonesville, LA 71343 | B | 9 | Block High | Harrisonburg High Majority-Minority |
| H | M |  | 865 Hwy. 923<br>Jonesville, LA 71343 | W | 12 | Block High | Harrisonburg High Parent teaches here |
| J | S |  | 812 Willow<br>Jonesville, LA 71343 | B | 10 | Block High | Harrisonburg High Majority-Minority |
| M |  | K | 865 Hwy. 923<br>Jonesville, LA 71343 | W | 11 | Block High | Harrisonburg High Parent teaches here |
| P | A |  | 826 Ackland Land<br>Jonesville, LA 71343 | W | 11 | Block High | Harrisonburg High Parent teaches here |
| S | M |  | 8342 Hwy. 8<br>Jonesville, LA 71343 | W | 11 | Block High | Harrisonburg High Health |
| S | E |  | 15275 Hwy. 124<br>Jonesville, LA 71343 | W | 10 | Block High | Harrisonburg High Parent teaches here |
| T | W |  | 2006 Hwy. 923<br>Jonesville, LA 71343 | B | 10 | Block High | Harrisonburg High Majority to Minority |

## Jonesville Elementary School

NONE

## Jonesville Jr. High School

NONE

## Martin Jr. High School

| R | J | 121 Woodlawn St.<br>St. Joseph, LA 71366 | B | 8 | Tensas High | Martin Jr. | Parent teaches here |

### Sicily Island Elementary School

**NONE**

### Sicily Island High School

| P | C | 5 Carl Circle<br>Vidalia, LA  71373 | W | 11 | Vidalia High | Sicily Island High | Parent teaches here |
| R | R | 121 Woodlawn St.<br>St. Joseph, LA  71366 | B | 11 | Tensas High | Sicily Island High | Parent Teaches here |