UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF | * | |
| | * | CIVIL ACTION NO. 69-cv-14430 |
| VERSUS | * | |
| | * | |
| CATAHOULA PARISH SCHOOL | * | JUDGE DRELL |
| BOARD, ET AL, | * | |
| DEFENDANTS | * | |
| | * | |

**************************************************************************

## MOTION OF CATAHOULA PARISH SCHOOL BOARD TO CONSOLIDATE SCHOOLS IN HARRISONBURG AND SICILY ISLAND ATTENDANCE ZONES

**NOW INTO COURT**, through undersigned counsel, comes defendant, Catahoula Parish School Board, which respectfully moves the Court for an Order approving the consolidation of the schools in the Harrisonburg Attendance Zone into a single K-12 high school and the consolidation of the schools in the Sicily Island Attendance Zone into a single K-12 high school. A memorandum of authorities in support of such motion is attached. This motion has been discussed with counsel for plaintiff, United States of America, who indicates that his office has no objection thereto.

Respectfully submitted,

HAMMONDS & SILLS
Physical Address:
1111 S. Foster Drive, Suite C
Baton Rouge, LA 70896
Mailing Address:
P.O. Box 65236
Baton Rouge, LA 70896
Telephone (225) 923-3462
Facsimile   (225) 923-0315

  s/ *Robert L. Hammonds*
**ROBERT L. HAMMONDS**
Bar Roll No. 6484
***Counsel for Defendant***

**CERTIFICATE OF SERVICE**

     I hereby certify that is a true and correct copy of the above and foregoing *Motion* was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

     **BATON ROUGE, LOUISIANA** this ___12th___ day of March, 2012.


                                              __s/ *Robert L. Hammonds*__
                                              **ROBERT L. HAMMONDS**