**Martin Jr. to SIES/SIHS**

**General Fund Only Expenditures**

| | Salaries | TRS * | LSERS * | M/C | Insurance * | Total |
|---|---|---|---|---|---|---|
| Equipment rental | | | | | | $ 1,200 |
| Internet | | | | | | $ 1,284 |
| SIS Maintenance | | | | | | $ 5,718 |
| Utilities/Phone | | | | | | $ 37,002 |
| Repair/Upkeep of Bldg. | | | | | | $ 5,570 |
| 4 Tchr. positions (5 yr. Bach) | $ 120,500 | | | | | $ 120,500 |
| teacher benefits | | $ 28,559 | | $ 1,747 | $ 36,842 | $ 67,148 |
| 3 paras | $ 30,207 | | | | | $ 30,207 |
| para benefits | | $ 7,159 | | $ 438 | $ 27,631 | $ 35,228 |
| custodian | $ 11,813 | | | | | $ 11,813 |
| maid benefits | | | $ 2,966 | $ 150 | $ 9,210 | $ 12,327 |
| secretary | $ 7,904 | | | | | $ 7,904 |
| secretary benefits | | $ 1,873 | | $ 115 | $ 9,210 | $ 11,198 |
| | | | Projected Savings | | | $ 370,230 |

**HHS to HES facility**

**General Fund Only Expenditures**

| | Salaries | TRS * | LSERS * | M/C | Insurance * | Total |
|---|---|---|---|---|---|---|
| Equipment rental | | | | | | $ 1,200 |
| Internet | | | | | | $ 3,876 |
| Teacher Travel | | | | | | $ 2,500 |
| SIS Maintenance | | | | | | $ 5,718 |
| Utilities/Phone | | | | | | $ 27,365 |
| Repair/Upkeep of Bldg. | | | | | | $ 5,700 |
| 2 Tchr. positions (5 yr. Bach) | $ 60,250 | | | | | $ 60,250 |
| teacher benefits | | $ 14,279 | | $ 874 | $ 18,421 | $ 33,574 |
| 1 para | $ 10,069 | | | | | $ 10,069 |
| para benefits | | $ 2,386 | | $ 146 | $ 9,210 | $ 11,743 |
| 1 Twelve Month Maid | $ 13,162 | | | | | $ 13,162 |
| 1 Nine Month Maid | $ 10,372 | | | | | $ 10,372 |
| maid benefits | | | $ 6,731 | $ 341 | $ 18,421 | $ 25,493 |
| | | | Projected Savings | | | $ 211,021 |

| | Total Projected Savings | $ 581,251 |
|---|---|---|

\* all benefits based on 2011-2012 rates with insurance based on employee and spouse
Teacher salaries subject to change based on who the actual RIF impacts
ALL insurance subject to change based on who the acutal RIF impacts



EXHIBIT A