UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        PLAINTIFF | *<br>*<br>* | |
| | * | CIVIL ACTION NO. 69-cv-14430 |
| VERSUS | *<br>* | |
| CATAHOULA PARISH SCHOOL<br>BOARD, ET AL,<br>        DEFENDANTS | *<br>*<br>*<br>* | JUDGE DRELL |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion of Defendant Catahoula Parish School Board to Consolidate Schools in Harrisonburg and Sicily Island Attendance Zones, the lack of opposition thereto from the United States of America, and the Court finding it in the interest of justice to so do;

**IT IS ORDERED** that said motion be, and it is hereby, **GRANTED**, and defendant School Board is authorized to consolidate the schools in the Harrisonburg and Sicily Island school attendance zones beginning with the 2012-13 school year.

Alexandria, Louisiana, this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE