UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | |
| CATAHOULA PARISH SCHOOL BOARD, ET AL, | * | JUDGE DRELL |
| | * | |
| DEFENDANTS | | |

**************************************************************************

## REPORT

Catahoula Parish School Board, defendant herein, submits the following information in compliance with the orders of this Court:

(1)   Faculty Vacancy and Replacement Data May 2012-October 2012, Exhibit A;

(2)   Faculty and Staff as of October 1, 2012, Exhibit B;

(3)   Student Enrollment 2012-2013, Exhibit C; and

(4)   Student Transfers 2012-2013, Exhibit D.

Respectfully submitted,

**HAMMONDS, SILLS, ADKINS & GUICE**
P.O. Box 65236 (70896)
1111 S. Foster Drive, Suite C
Baton Rouge, Louisiana   70806
Telephone:   225/923-3462
Facsimile:   225/923-0315

  *s/Robert L. Hammonds*
**ROBERT L. HAMMONDS**
Bar Roll No.: 6484

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the above and foregoing **REPORT** was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

      **BATON ROUGE, LOUISIANA** this __18th__ day of October, 2012.

                                                      *s/Robert L. Hammonds*
                                                      **ROBERT L. HAMMONDS**