# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2012 - October 2012

Exhibit A

# Catahoula Parish Vacancies

**Block High**
Vacancies—2
Teachers Employed to fill each vacancy
    Race—1 White; 1 Black
    New or Transfer—1 New; 1 Transfer
    Intra-district sending school—1 from JJHS

**Central High**

**NONE**

**Harrisonburg High**
Vacancies—1
Teachers Employed to fill each vacancy
    Race—1 White
    New or Transfer—New
    Intra-district sending school—None

**Jonesville Elementary**

Vacancies—5
Teachers Employed to fill each vacancy
    Race—4 White; 1 Black
    New or Transfer—New
    Intra-district sending school—None

**Jonesville Jr. High**

Vacancies—4
Teachers Employed to fill each vacancy
    Race—1 Black; 3 White
    New or Transfer—New
    Intra-district sending school—None

**Sicily Island High**
Vacancies—1
Teachers Employed to fill each vacancy
    Race—1 White
    New or Transfer—New
    Intra-district sending school—None

# CATAHOULA PARISH SCHOOL BOARD

## Faculty and Staff
## as of October 1, 2012

**Exhibit B**

CATAHOULA PARISH SCHOOL FACULTY 2012-2013

| SCHOOL | PRINCIPAL | | ADMINISTRATIVE COORDINATOR | | TEACHER | |
|---|---|---|---|---|---|---|
| | W | B | W | B | W | B |
| Block High | 1 | 0 | 1 | 0 | 18 | 6 |
| Central High | 1 | 0 | 0 | 0 | 9 | 1 |
| Harrisonburg High | 2 | 0 | 0 | 0 | 21 | 2 |
| Jonesville Elementary | 1 | 0 | 1 | 0 | 23 | 5 |
| Jonesville Junior High | 1 | 0 | 0 | 1 | 14 | 2 |
| Sicily Island High | 2 | 0 | 0 | 0 | 15 | 6 |

# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 2012-2013

Student Enrollment by School..............................1-3

Verification of Student Residency.....................4-9

**Exhibit C**

## Catahoula Parish Student Enrollment
## 2012-13

### Block High School

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 49 | 57% | 35 | 41% | 1 | 1% | 1 | 1% | | 86 |
| 9 | 29 | 39% | 42 | 56% | 2 | 2.5% | 2 | 2.5% | | 75 |
| 10 | 13 | 42% | 18 | 58% | | | | | | 31 |
| 11 | 23 | 58% | 17 | 42% | | | | | | 40 |
| 12 | 18 | 46% | 21 | 54% | | | | | | 39 |
| | 132 | 49% | 133 | 49% | 3 | 1% | 3 | 1% | | 271 |

### Central High School

| Grade | Black | | White | | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|
| K | | | 4 | 100% | | | | 4 |
| 1 | 1 | 11% | 8 | 89% | | | | 9 |
| 2 | | | 9 | 100% | | | | 9 |
| 3 | | | 7 | 100% | | | | 7 |
| 4 | | | 8 | 100% | | | | 8 |
| 5 | | | 6 | 100% | | | | 6 |
| 6 | | | 3 | 100% | | | | 3 |
| 7 | | | 10 | 100% | | | | 10 |
| 8 | | | 3 | 100% | | | | 3 |
| 9 | | | 6 | 100% | | | | 6 |
| 10 | | | 2 | 100% | | | | 2 |
| 11 | | | 2 | 100% | | | | 2 |
| 12 | 0 | | 0 | | | | | 0 |
| | 1 | 1% | 72 | 99% | | | | 73 |

## Harrisonburg High School

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 1 | 4% | 25 | 96% | | | | | | | 26 |
| 1 | 4 | 19% | 17 | 81% | | | | | | | 21 |
| 2 | 5 | 17% | 25 | 83% | | | | | | | 30 |
| 3 | 1 | 5% | 19 | 90% | | | | | 1 | 5% | 21 |
| 4 | 1 | 4% | 26 | 96% | | | | | | | 27 |
| 5 | 5 | 21% | 18 | 75% | | | | | 1 | 4% | 24 |
| 6 | 1 | 4% | 26 | 96% | | | | | | | 27 |
| 7 | 7 | 25% | 21 | 75% | | | | | | | 28 |
| 8 | 2 | 10% | 19 | 90% | | | | | | | 21 |
| 9 | 2 | 8% | 24 | 92% | | | | | | | 26 |
| 10 | 5 | 20% | 20 | 80% | | | | | | | 25 |
| 11 | 4 | 25% | 12 | 75% | | | | | | | 16 |
| 12 | 2 | 8% | 23 | 92% | | | | | | | 25 |
| | 40 | 12.5% | 277 | 86.8% | | | | | 2 | .7% | 319 |

## Jonesville Elementary School

| Grade | Black | | White | | Hispanic | | Native Am. | Asian | Total |
|---|---|---|---|---|---|---|---|---|---|
| PK | 8 | 38% | 13 | 62% | | | | | 21 |
| K | 33 | 47% | 36 | 51% | 1 | 2% | | | 70 |
| 1 | 27 | 40% | 40 | 59% | 1 | 1% | | | 68 |
| 2 | 41 | 48% | 42 | 49% | 2 | 3% | | | 85 |
| 3 | 42 | 64% | 23 | 35% | 1 | 1% | | | 66 |
| 4 | 27 | 49% | 28 | 51% | | | | | 55 |
| | 178 | 48.6% | 183 | 50% | 5 | 1.4% | | | 366 |

## Jonesville Jr. High

| Grade | Black | | White | | Hispanic | | Native Am. | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 36 | 47% | 40 | 52% | 1 | 1% | | | | 77 |
| 6 | 45 | 75% | 14 | 23% | | | | 1 | 2% | 60 |
| 7 | 30 | 52% | 26 | 45% | 2 | 3% | | | | 58 |
| | 111 | 57% | 80 | 41% | 3 | 1.5% | | 1 | .5% | 195 |

## Sicily Island High

| Grade | Black | | White | | Hispanic | | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|---|
| PK | 7 | 35% | 12 | 60% | 1 | 5% | | | 20 |
| K | 13 | 39% | 20 | 61% | | | | | 33 |
| 1 | 16 | 64% | 9 | 36% | | | | | 25 |
| 2 | 11 | 42% | 14 | 54% | 1 | 4% | | | 26 |
| 3 | 21 | 62% | 13 | 38% | | | | | 34 |
| 4 | 12 | 60% | 7 | 35% | 1 | 5% | | | 20 |
| 5 | 8 | 44% | 9 | 50% | 1 | 6% | | | 18 |
| 6 | 15 | 63% | 9 | 37% | | | | | 24 |
| 7 | 13 | 62% | 8 | 38% | | | | | 21 |
| 8 | 12 | 52% | 11 | 48% | | | | | 23 |
| 9 | 9 | 60% | 6 | 40% | | | | | 15 |
| 10 | 5 | 38% | 8 | 62% | | | | | 13 |
| 11 | 6 | 50% | 6 | 50% | | | | | 12 |
| 12 | 12 | 71% | 4 | 24% | 1 | 5% | | | 17 |
| | 160 | 53% | 136 | 45% | 5 | 2% | | | 301 |

## Catahoula Parish Totals

| Black | | White | | Hispanic | Asian | | Native Am. | Total Students |
|---|---|---|---|---|---|---|---|---|
| 624 | 40.9% | 879 | 57.6% | 16  1% | 6 | .5% | | 1525 |

3

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _BHS_

Address _300 Division St._
_Jonesville, LA 71343_

I, _Jeffrey Odom_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 1_, 20_12_.

_[signature: Jeffrey Odom]_
Signature of Principal

_Jeffrey Odom_
Print Name of Principal

4

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School **Central High**

Address **244 Larito Bayou Rd.**

**Jonesville, LA 71343**

I, **Johnnie Adams**, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on **9-18**, 20**12**.

_Johnnie Adams_
Signature of Principal

**Johnnie Adams**
Print Name of Principal

5

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School  Harrisonburg High School

Address  P.O. Box 710, 505 Blshley St.

Harrisonburg, LA 71340

I, Kassandra M. Floyd, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Oct. 10, 20 12.

Kassandra M. Floyd
Signature of Principal

Kassandra M. Floyd
Print Name of Principal

6

Case 1:69-cv-14430-TAD   Document 12-1   Filed 10/18/12   Page 12 of 17 PageID #: 128

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Elementary_

Address _1219 Cora Drive_
_Jonesville, LA 71343_

I, _Necie Barker_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 3rd_, 20_12_.

_Necie Barker_
Signature of Principal

_Necie Barker_
Print Name of Principal

7

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School: Jonesville Jr. High
Address: 802 E. H. Johnson
Jonesville, LA 71343

I, A. Lanel Sharp, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on Oct. 3, 2012

_Lanel Sharp_
Signature of Principal

_Lanel Sharp_
Print Name of Principal

8

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School **Sicily Island High**

Address **PO Box 128**

**Sicily Island, LA 71368**

Marguerita Krause

I, **Phyllis Parker**, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 1**, 20**12**.

_Phyllis Parker / Marguerita Krause_
Signature of Principal

**Phyllis Parker / Marguerita Krause**
Print Name of Principal

9

# CATAHOULA PARISH SCHOOL BOARD

## STUDENT TRANSFERS
## 2012-2013

**Exhibit D**

## Catahoula Parish Students Attending Outside Attendance Zone

### Block High School

| Name | Address | Race | Grade | Transfer from | Transfer to | Reason for Transfer |
|---|---|---|---|---|---|---|
| B L | 378 Blue Cane Rd. Jonesville, LA 71343 | W | 11 | Central High | Block High | Health |
| P R | P.O. Box 496 Sicily Island, LA 71368 | B | 9 | Sicily Island High | Block High | Majority-Minority |
| W S | P.O. Box 496 Sicily Island, LA 71368 | | 8 | Sicily Island High | Block High | Majority-Minority |

### Central High School

| Name | Address | Race | Grade | Transfer from | Transfer to | Reason for Transfer |
|---|---|---|---|---|---|---|
| T R | 302 Galloway St. Jonesville, LA 71343 | W | 7 | Jonesville Elem. | Central High | Parent teaches here |

### Harrisonburg High

| Name | Address | Race | Grade | Transfer from | Transfer to | Reason for Transfer |
|---|---|---|---|---|---|---|
| A K | 404 10th Street Jonesville, LA 71343 | B | 10 | Block High | Harrisonburg High | Majority-Minority |
| B A | 669 Hwy. 565 Jonesville, LA 71343 | B | 7 | Jonesville Jr. High | Harrisonburg High | Majority-Minority |
| B M | 122 Oak Grove Cemetery Rd. Jonesville, LA 71343 | W | 6 | Jonesville Jr. High | Harrisonburg High | Parent teaches here |
| B B | 1455 Hwy. 8 Rhinehart, LA 71363 | B | 5 | Jonesville Jr. High | Harrisonburg High | Majority to Minority |
| B K | 1455 Hwy. 8 Rhinehart, LA 71363 | B | 1 | Jonesville Elem. | Harrisonburg High | Majority to Minority |
| C D | 12624 Hwy. 8 Jonesville, LA 71343 | W | 3 | Jonesville Elem. | Harrisonburg High | Health |
| C J | 1014 Harbor St. Jonesville, LA 71343 | B | 7 | Jonesville Jr. High | Harrisonburg High | Majority to Minority |
| C K | 2803 Fourth St. Jonesville, LA 71343 | B | 3 | Jonesville Elem. | Harrisonburg High | Majority to Minority |
| C K | 1014 Harbor Street Jonesville, LA 71343 | B | 10 | Block High | Harrisonburg High | Majority to Minority |
| F L | 14555 Hwy. 8 Rhinehart, LA 71363 | B | 2 | Jonesville Elem. | Harrisonburg High | Majority to Minority |
| F L | 705 MLK Dr. Jonesville, LA 71343 | B | 11 | Block High | Harrisonburg High | Majority-Minority |
| F S | 705 MLK Dr. Jonesville, LA 71343 | B | 10 | Block High | Harrisonburg High | Majority-Minority |
| H B | 138 Poole Rd. Jonesville, LA 71343 | W | 5 | Jonesville Jr. | Harrisonburg High | Parent teaches here |
| H C | 138 Poole Rd. Jonesville, LA 71343 | W | 1 | Jonesville Elem. | Harrisonburg High | Parent teaches here |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J | S | 812 Willow Jonesville, LA 71343 | B | 10 | Block High | Harrisonburg High | Majority-Minority |
| L | L | P.O. Box 301 Sicily Island, LA 71368 | B | 9 | Sicily Island High | Harrisonburg High | Majority-Minority |
| M | E | 865 Hwy. 923 Jonesville, LA 71343 | W | 7 | Jonesville Jr. | Harrisonburg High | Parent teaches here |
| M | K | 865 Hwy. 923 Jonesville, LA 71343 | W | 12 | Block High | Harrisonburg High | Parent teaches here |
| O | J | 138 Poole Rd. Jonesville, LA 71343 | W | 4 | Jonesville Elem. | Harrisonburg High | Parent teaches here |
| O | N | 138 Poole Rd. Jonesville, LA 71343 | W | 6 | Jonesville Jr. High | Harrisonburg High | Parent teaches here |
| P | A | 826 Ackland Land Jonesville, LA 71343 | W | 12 | Block High | Harrisonburg High | Parent teaches here |
| S | M | 8342 Hwy. 8 Jonesville, LA 71343 | W | 12 | Block High | Harrisonburg High | Health |
| S | A | 15275 Hwy. 124 Jonesville, LA 71343 | W | 7 | Jonesville Jr. | Harrisonburg High | Parent teaches here |
| S | E | 15275 Hwy. 124 Jonesville LA 71343 | W | 11 | Block High | Harrisonburg High | Parent teaches here |
| T | W | 2006 Hwy. 923 Jonesville, LA 71343 | B | 11 | Block High | Harrisonburg High | Majority to Minority |

### Jonesville Elementary School

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S | B | 150 Tully Rd. Jena, LA 71342 | W | 1 | Nebo Elementary | Jonesville Elem. | Parent teaches here |

### Jonesville Jr. High School

**NONE**

### Sicily Island High

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W | E | 121 Woodlawn St. St. Joseph, LA 71366 | B | K | Tensas Elem. | Sicily Island High | Parent teaches here |
| R | J | 121 Woodlawn St. St. Joseph, LA 71366 | B | 9 | Tensas High | Sicily Island High | Parent teaches here |