RECEIVED
OCT 24 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL DOCKET NO. 69-14430 |
| -vs- | Chief JUDGE DRELL |
| CATAHOULA PARISH SCHOOL BOARD | MAGISTRATE JUDGE KIRK |

## ORDER

The Court wishes for a telephone status conference in this case. Counsel should arrange for a conference call with Chambers within the next 20 days to select a date and time. Counsel for the United States should initiate the call.

Meanwhile, the United States Attorney and U. S. Justice Department should review and update entries for counsel of record in this case as appropriate.

SIGNED on this 24 day of October, 2012, at Alexandria, Louisiana.

DEE D. DRELL
CHIEF JUDGE, UNITED STATES DISTRICT JUDGE