UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, </br>     PLAINTIFF | ) </br> ) </br> ) | CIVIL ACTION NO: 69-14430 |
| VERSUS | ) </br> ) | JUDGE DRELL |
| CATAHOULA PARISH SCHOOL </br> BOARD, *ET AL.*, </br>     DEFENDANTS | ) </br> ) </br> ) | MAGISTRATE JUDGE KIRK |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

**COMES NOW** the United States of America, through Stephanie A. Finley , the United States Attorney for the Western District of Louisiana, and Katherine W. Vincent, Assistant United States Attorney, who respectfully moves the Court as follows.

1.

AUSA Janice E. Hebert has been enrolled as counsel in the captioned case representing the United States of America.  Franz Marshall, an attorney in the Department of Justice Civil Rights Division, Equal Educational Opportunities Section, is  designated as the Lead Attorney (or trial counsel).

2.

The United States seeks to substitute Katherine W. Vincent as counsel of record for the United States and to remove AUSA Hebert from the docket sheet so that she no longer receives electronic notification in this case as she has transferred to the United States Attorney's Office for the District of Oregon.

WHEREFORE, Movant seeks an Order withdrawing Janice E. Hebert as counsel of record for the United States in this case and substituting AUSA Katherine W. Vincent as counsel of record.

        Respectfully Submitted,

        STEPHANIE A. FINLEY
        United States Attorney

BY:    *s/ Katherine W. Vincent*
        KATHERINE W. VINCENT (#18717)
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, LA  70501-6832
        Telephone:  337-262-6618
        katherine.vincent@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2012, at Lafayette, Louisiana, a copy of the foregoing Motion to Substitute Counsel of Record and proposed Order were filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  I also certify that according to the Court's Electronic Mail Notice List, there are no manual recipients.

BY:    *s/ Katherine W. Vincent*
        KATHERINE W. VINCENT (18717)
        Assistant United States Attorney