UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CIVIL ACTION NO: 69-14430** |
| **PLAINTIFF** | ) | |
| | ) | |
| **VERSUS** | ) | **JUDGE DRELL** |
| | ) | |
| **CATAHOULA PARISH SCHOOL** | ) | |
| **BOARD, *ET AL*.,** | ) | **MAGISTRATE JUDGE KIRK** |
| **DEFENDANTS** | ) | |

## ORDER

Upon due consideration of the United States' Motion to Substitute Counsel of Record in the captioned proceeding and for good cause shown;

**IT IS ORDERED** that the motion be and is hereby granted, and that Katherine W. Vincent, is substituted for Janice E. Hebert as counsel for the United States; and

**IT IS ALSO ORDERED** that the Clerk shall remove the name and e-mail address of Janice E. Hebert from the Electronic Mail Notice List.

Alexandria, Louisiana, this _____ day of _____, 2012.

_____
**HONORABLE JAMES D. KIRK**
**UNITED STATES MAGISTRATE JUDGE**