RECEIVED
OCT 3 0 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ) ) ) | CIVIL ACTION NO: 69-14430 |
| VERSUS | ) ) ) | JUDGE DRELL |
| CATAHOULA PARISH SCHOOL BOARD, *ET AL.*, DEFENDANTS | ) ) ) ) | MAGISTRATE JUDGE KIRK |

## ORDER

Upon due consideration of the United States' Motion to Substitute Counsel of Record in the captioned proceeding and for good cause shown;

**IT IS ORDERED** that the motion be and is hereby granted, and that Katherine W. Vincent, is substituted for Janice E. Hebert as counsel for the United States; and

**IT IS ALSO ORDERED** that the Clerk shall remove the name and e-mail address of Janice E. Hebert from the Electronic Mail Notice List.

Alexandria, Louisiana, this 29 day of October, 2012.

HONORABLE JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE