RECEIVED

NOV - 9 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL DOCKET NO. 69-14430 |
| -vs- | JUDGE DRELL |
| CATAHOULA PARISH SCHOOL BOARD | MAGISTRATE JUDGE KIRK |

---

### MINUTE ENTRY

A telephone status conference is set for November 20, 2012 at 3:30 P.M.

Counsel for the government shall initiate the call.

SIGNED on this _____ day of November, 2012, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT