RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  11 / 14 / 12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

UNITED STATES OF AMERICA

CIVIL DOCKET NO. 69-14430

-vs-

JUDGE DRELL

CATAHOULA PARISH SCHOOL BOARD

MAGISTRATE JUDGE KIRK

---

## MINUTE ENTRY

The telephone status conference presently set for November 20, 2012 at 3:30 P.M. is **RESCHEDULED TO BEGIN AT 10:30 A.M. THAT DATE**. Counsel for the government shall initiate the call.

SIGNED on this _____14th_____ day of November, 2012, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT