RECEIVED
JUL 12 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 69-14430 |
| -vs- | JUDGE DRELL |
| CATAHOULA PARISH SCHOOL BOARD, et al. | MAGISTRATE JUDGE KIRK |

## ORDER

Pursuant to the telephone status conference held on July 12, 2013 at which were present Katherine Vincent, Franz Marshall, and Robert Hammonds, it is **ORDERED** that counsel shall confer and submit to the Court **within thirty (30) days**, a scheduling order to govern the further progress of this case.

SIGNED on this 12 day of July, 2013 at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT