UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | |
| CATAHOULA PARISH SCHOOL BOARD, ET AL, | * | JUDGE DRELL |
| | * | |
| DEFENDANTS | | |

**************************************************************************

## REPORT

Catahoula Parish School Board, defendant herein, submits the following information in compliance with the orders of this Court:

   Exhibit 1   Faculty Vacancy and Replacement Data May 2013-October 2013

   Exhibit 2   Faculty and Staff as of October 1, 2013

   Exhibit 3   Student Enrollment 2013-2014

   Exhibit 4   Student Transfers 2013-2014

                                            Respectfully submitted,

                                            **HAMMONDS, SILLS, ADKINS & GUICE**
                                            2431 S. Acadian Thruway, Suite 600
                                            Baton Rouge, Louisiana   70808
                                            Telephone:   225/923-3462
                                            Facsimile:    225/923-0315

                                              _s/Robert L. Hammonds_
                                            **ROBERT L. HAMMONDS**
                                            Louisiana Bar Roll No. 6484

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing **REPORT** was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

**BATON ROUGE, LOUISIANA** this 15th day of October, 2013.

                                                *s/Robert L. Hammonds*
                                                **ROBERT L. HAMMONDS**