# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2013 - October 2013

## Exhibit 1

# Catahoula Parish Vacancies

### Block High

**Vacancies—6**
**Teachers Employed to fill each vacancy**
     **Race—2 White; 4 Black**
     **New or Transfer—6 New**
**Intra-district sending school—None**

### Central High

**Vacancies—1**
**Race—1 White**

### Harrisonburg High

**Vacancies—1**
**Teachers Employed to fill each vacancy**
     **Race—1 White**
     **New or Transfer—New**
     **Intra-district sending school—None**

### Jonesville Elementary

**Vacancies—4**
**Teachers Employed to fill each vacancy**
     **Race—1 Black; 3 White**
     **New or Transfer—New**
     **Intra-district sending school—None**

### Jonesville Jr. High

**Vacancies—6**
**Teachers Employed to fill each vacancy**
     **Race—4 Black; 2 White**
     **New or Transfer—5 New; 1 Transfer**
     **Intra-district sending school—1 Transfer from Sicily Island High**

### Sicily Island High
**Vacancies—6**
**Teachers Employed to fill each vacancy**
     **Race—4 White; 2 Black**
     **New or Transfer—New**
     **Intra-district sending school—None**

# CATAHOULA PARISH SCHOOL BOARD

## Faculty and Staff
## as of October 1, 2013

**Exhibit 2**

CATAHOULA PARISH SCHOOL FACULTY 2013-2014

| SCHOOL | PRINCIPAL | | ADMINISTRATIVE COORDINATOR | | TEACHER | | PARAPROFESSIONAL | | SECRETARY | | CAFETERIA | | CUSTODIAN | | BUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | B | W | B | W | B | W | B | W | B | W | B | W | B | W | B |
| Block High | 1 | 0 | 1 | 0 | 15 | 9 | 4 | 0 | 1 | 0 | 3 | 1 | 1 | 3 | 0 | 0 |
| Central High | 1 | 0 | 0 | 0 | 8 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 3 | 0 |
| Harrisonburg High | 2 | 0 | 0 | 0 | 20 | 1 | 5 | 0 | 2 | 0 | 3 | 1 | 1 | 1 | 4 | 1 |
| Jonesville Elementary | 1 | 0 | 1 | 0 | 24 | 5 | 4 | 4 | 2 | 0 | 2 | 5 | 0 | 3 | 9 | 2 |
| Jonesville Junior High | 1 | 0 | 0 | 1 | 11 | 5 | 2 | 0 | 0 | 1 | 2 | 3 | 0 | 3 | 0 | 0 |
| Sicily Island High | 2 | 0 | 0 | 0 | 13 | 8 | 8 | 2 | 1 | 1 | 1 | 4 | 1 | 3 | 3 | 2 |

# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 2013-2014

Student Enrollment by School.............................1-3

Verification of Student Residency.....................4-9

**Exhibit 3**

Catahoula Parish Student Enrollment
2013-14

Block High School

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 38 | 56% | 30 | 44% | | | | | | | 68 |
| 9 | 43 | 59% | 28 | 39% | 1 | 1.0% | 1 | 1.0% | | | 73 |
| 10 | 22 | 35% | 38 | 60% | 1 | 2.0% | 2 | 3.0% | | | 63 |
| 11 | 21 | 55% | 17 | 45% | | | | | | | 38 |
| 12 | 18 | 52% | 17 | 48% | | | | | | | 35 |
| | 142 | 51% | 130 | 47% | 2 | 1% | 3 | 1% | | | 277 |

Central High School

| Grade | Black | | White | | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|
| K | 2 | 50% | 2 | 50% | | | | 4 |
| 1 | | | 5 | 100% | | | | 5 |
| 2 | 1 | 13% | 7 | 87% | | | | 8 |
| 3 | | | 10 | 100% | | | | 10 |
| 4 | | | 8 | 100% | | | | 8 |
| 5 | | | 7 | 100% | | | | 7 |
| 6 | | | 7 | 100% | | | | 7 |
| 7 | | | 5 | 100% | | | | 5 |
| 8 | | | 6 | 100% | | | | 6 |
| 9 | | | 2 | 100% | | | | 2 |
| 10 | | | 7 | 100% | | | | 7 |
| 11 | | | 1 | 100% | | | | 1 |
| 12 | | | 1 | 100% | | | | 1 |
| | 3 | 4% | 68 | 96% | | | | 71 |

*1*

## Harrisonburg High School

| Grade | Black | | White | | Hispanic | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| K | 3 | 12% | 21 | 84% | | 1 | 4.0% | | | 25 |
| 1 | 2 | 8% | 23 | 92% | | | | | | 25 |
| 2 | 5 | 25% | 15 | 75% | | | | | | 20 |
| 3 | 4 | 15% | 22 | 85% | | | | | | 26 |
| 4 | 0 | 0% | 20 | 95% | | | | 1 | 5.0% | 21 |
| 5 | 1 | 4% | 23 | 96% | | | | | | 24 |
| 6 | 5 | 21% | 18 | 75% | | | | 1 | 4.0% | 24 |
| 7 | 2 | 7% | 26 | 93% | | | | | | 28 |
| 8 | 3 | 13% | 21 | 87% | | | | | | 24 |
| 9 | 1 | 8% | 12 | 92% | | | | | | 13 |
| 10 | 3 | 10% | 26 | 90% | | | | | | 29 |
| 11 | 1 | 5% | 18 | 95% | | | | | | 19 |
| 12 | 3 | 25% | 9 | 75% | | | | | | 12 |
| | 33 | 11% | 254 | 88% | | 1 | 0.3% | 2 | 0.7% | 290 |

## Jonesville Elementary School

| Grade | Black | | White | | Hispanic | | Native Am. | Asian | Total |
|---|---|---|---|---|---|---|---|---|---|
| PK | 11 | 41% | 16 | 59% | | | | | 27 |
| K | 33 | 46% | 39 | 54% | | | | | 72 |
| 1 | 31 | 46% | 36 | 53% | 1 | 1% | | | 68 |
| 2 | 29 | 48% | 31 | 57% | 1 | 1% | | | 61 |
| 3 | 34 | 48% | 35 | 49% | 2 | 3% | | | 71 |
| 4 | 41 | 63% | 23 | 35% | 1 | 2% | | | 65 |
| | 179 | 49% | 180 | 49% | 5 | 2% | | | 364 |

## Jonesville Jr. High

| Grade | Black | | White | | Hispanic | | Native Am. | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 28 | 50% | 28 | 50% | | | | | | 56 |
| 6 | 37 | 49% | 38 | 50% | 1 | 1.0% | | | | 76 |
| 7 | 50 | 71% | 20 | 28% | | | | 1 | 1.0% | 71 |
| | 115 | 57% | 86 | 42% | 1 | 0.5% | | 1 | 0.5% | 203 |

**2**

Sicily Island High

| Grade | Black | | White | | Hispanic | | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|---|
| PK | 8 | 53% | 7 | 47% | | | | | 15 |
| K | 11 | 46% | 12 | 50% | 1 | 4% | | | 24 |
| 1 | 15 | 54% | 13 | 46% | | | | | 28 |
| 2 | 10 | 46% | 12 | 54% | | | | | 22 |
| 3 | 15 | 63% | 8 | 33% | 1 | 4% | | | 24 |
| 4 | 16 | 57% | 11 | 39% | 1 | 4% | | | 28 |
| 5 | 6 | 55% | 5 | 45% | | | | | 11 |
| 6 | 10 | 50% | 9 | 45% | 1 | 5% | | | 20 |
| 7 | 15 | 65% | 8 | 35% | | | | | 23 |
| 8 | 10 | 59% | 7 | 41% | | | | | 17 |
| 9 | 12 | 57% | 9 | 43% | | | | | 21 |
| 10 | 8 | 53% | 7 | 47% | | | | | 15 |
| 11 | 7 | 54% | 6 | 46% | | | | | 13 |
| 12 | 7 | 54% | 6 | 46% | | | | | 13 |
| | 150 | 55% | 120 | 44% | 4 | 1% | | | 274 |

Catahoula Parish Totals

| Black | | White | | Hispanic | | Asian | | Native Am. | | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|
| 622 | 42% | 837 | 57% | 12 | 0.5% | 6 | .4% | 1 | 0.1% | 1479 |

**3**

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School  BHS. - Block High

Address  300 Division St.

Jonesville, LA. 71343

I, Jeffrey Odom , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Oct 8 , 20 13 .

Signature of Principal

Jeffrey Odom

Print Name of Principal

4

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Central High_

Address _244 Larto Bayou Rd._

_Jonesville, LA 71343_

I, _Johnnie Adams_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 1_, 20_13_.

_Johnnie Adas_
Signature of Principal

_Johnnie Adams_
Print Name of Principal

5

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Harrisonburg High School_

Address _505 Bushley_

_PO Box 710, Harrisonburg, LA 71340_

I, _Kassandra M. Floyd_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 3_____, 20_13_.

_Kassandra M. Floyd_
Signature of Principal

_Kassandra M. Floyd_
Print Name of Principal

6

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Elementary_

Address _1219 Cora Drive_

_Jonesville, LA 71343_

I, _Glenda Barker_ , am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct 1_ , 20 _13_ .

_Glenda Barker_
Signature of Principal

_Glenda Barker_
Print Name of Principal

7

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Jr High_

Address _802 E. H. Johnson Blvd._

_Jonesville, LA 71343_

I, _Lanel Sharp_ , am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Sept. 6_ , 20 _13_ .

_Lanel Sharp_
Signature of Principal

_Lanel Sharp_
Print Name of Principal

8

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Sicily Island High_

Address _P.O. Box 128_

_Sicily Island LA 71368_

I, _Marguerita Krause / Phyllis Parker_ , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _October 2_ , 20_13_ .

_Phyllis Parker / Marguerita Krause_
Signature of Principal

_Phyllis Parker / Marguerita Krause_
Print Name of Principal

9

# CATAHOULA PARISH SCHOOL BOARD

## STUDENT TRANSFERS
## 2013-2014

**Exhibit 4**

# BLOCK HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| B   L | 378 Blue Cane Rd., Jonesville, LA | W | 12 | Central High | Block High | Health |
| P   R | P.O. Box 496 Sicily Island, LA | B | 10 | SicilyIsland High | Block High | M-M |
| W   , S | P.O. Box 496 Sicily Island, LA | B | 9 | SicilyIsland High | Block High | M-M |

*1*

# CENTRAL HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| T    R? | 302 Galloway Street., Jonesville, LA | W | 8 | Block High | Central High | Parent Teaches Here |

2

# HARRISONBURG HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|
| B. A | 122 Oak Grove Cemetary Rd., Jonesville, LA  71343 | W | 10 | Jonesville | Harrisonburg | Parent Teaches Here |
| B , M | 122 Oak Grove Cemetary Rd., Jonesville, LA  71343 | W | 7 | Jonesville | Harrisonburg | Parent Teaches Here |
| B , B | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 6 | Jonesville | Harrisonburg | MM |
| B K | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 2 | Jonesville | Harrisonburg | MM |
| B M | 14555 Hwy. 8, Rhinehart, LA 71363 | B | K | Jonesville | Harrisonburg | MM |
| C D | 12624 Hwy. 8, Jonesville, LA 71343 | W | 4 | Jonesville | Harrisonburg | Health |
| D , Mi | 823 Old Jena Rd., Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Health |
| F , L | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 3 | Jonesville | Harrisonburg | MM |
| F . L | 705 MLK Dr., Jonesville, LA 71343 | B | 12 | Jonesville | Harrisonburg | MM |
| F , S | 705 MLK Dr., Jonesville, LA 71343 | B | 10 | Jonesville | Harrisonburg | MM |
| J S | 812 Willow St., Jonesville, LA 71343 | B | 12 | Jonesville | Harrisonburg | MM |
| J H | 2006 Hwy. 923, Jonesville, LA 71343 | B | 10 | Jonesville | Harrisonburg | MM |
| N E | 865 Hwy. 923, Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Parent Teaches Here |
| S A | 15275 Hwy. 124, Jonesville, LA 71343 | W | 7 | Jonesville | Harrisonburg | Parent Teaches Here |
| S E | 15275 Hwy. 124, Jonesville, LA 71343 | W | 12 | Jonesville | Harrisonburg | Parent Teaches Here |

*3*

# JONESVILLE ELEMENTARY SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| S    , E | 150 Tully Rd., Jena, LA | W | 1 | Nebo Elem. | Jonesville Elem. | Parent Teaches Here |

4

# JONESVILLE JR. HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|

NONE

5

# SICILY ISLAND HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| R   J | 121 Woodlawn, St. Joseph, LA  71366 | B | 10 | Tensas High | Sicily Island High | Parent Teaches Here |
| W   E | 121 Woodlawn, St. Joseph, LA  71366 | B | 1 | Tensas Elem. | Sicily Island High | Parent Teaches Here |

6