# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2014 - October 2014

**Exhibit 1**

# Catahoula Parish Vacancies 2014-2015

## Block High

**Vacancies—8**
**Teachers Employed to fill each vacancy**
       **Race—4 White; 4 Black**
       **New or Transfer—6 New; 2 Transfer (1 within school)**
**Intra-district sending school—1 Transfer from Jonesville Jr. High**

## Central High

**Vacancies—2**
**Teachers Employed to fill each vacancy**
       **Race—2 White**
       **New or Transfer—2 New**
**Intra-district sending school—None**

## Harrisonburg High

**Vacancies—2**
**Teachers Employed to fill each vacancy**
       **Race—1 White; 1 Black**
       **New or Transfer—1 New; 1 Transfer**
       **Intra-district sending school—1 Transfer from Block High School**

## Jonesville Elementary

**Vacancies—3**
**Teachers Employed to fill each vacancy**
       **Race—2 Black; 1 White**
       **New or Transfer—New**
       **Intra-district sending school—None**

## Jonesville Jr. High

**Vacancies—2**
**Teachers Employed to fill each vacancy**
       **Race—2 White**
       **New or Transfer—1 New; 1 Transfer**
       **Intra-district sending school—1 Transfer from Block High**

**<u>Sicily Island High</u>**
**Vacancies—2**
**Teachers Employed to fill each vacancy**
      **Race—1 White; 1 Black**
      **New or Transfer—New**
      **Intra-district sending school—None**

# CATAHOULA PARISH SCHOOL BOARD

### Faculty and Staff
### as of October 1, 2014

### Exhibit 2

## CATAHOULA PARISH SCHOOL FACULTY 2014-2015

| SCHOOL | PRINCIPAL | | ADMINISTRATIVE COORDINATOR | | TEACHER | | PARAPROFESSIONAL | | SECRETARY | | CAFETERIA | | CUSTODIAN | | BUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | B | W | B | W | B | W | B | W | B | W | B | W | B | W | B |
| Block High | 1 | 0 | 0 | 1 | 15 | 9 | 4 | 0 | 1 | 0 | 3 | 1 | 1 | 3 | 0 | |
| Central High | 1 | 0 | 0 | 0 | 9 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 2 | |
| Harrisonburg High | 2 | 0 | 0 | 0 | 20 | 1 | 6 | 0 | 2 | 0 | 3 | 1 | 1 | 1 | 4 | 0 |
| Jonesville Elementary | 1 | 0 | 1 | 0 | 23 | 6 | 5 | 5 | 2 | 0 | 2 | 5 | 0 | 3 | 9 | |
| Jonesville Junior High | 1 | 0 | 0 | 1 | 14 | 3 | 2 | 6 | 0 | 1 | 1 | 4 | 0 | 3 | 0 | |
| Sicily Island High | 2 | 0 | 0 | 0 | 14 | 7 | 6 | 3 | 1 | 1 | 0 | 5 | 0 | 4 | 3 | |

# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 2014-2015

Student Enrollment by School.............................1-3

Verification of Student Residency.....................4-9

**Exhibit 3**

Catahoula Parish Student Enrollment
2014-15

Block High School

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 49 | 71% | 19 | 28% | | | 1 | 1% | | 69 |
| 9 | 33 | 62% | 20 | 38% | | | | | | 53 |
| 10 | 36 | 56% | 26 | 41% | 1 | 1.5% | 1 | 1.5% | | 64 |
| 11 | 20 | 37% | 31 | 57% | 1 | 2% | 2 | 4% | | 54 |
| 12 | 20 | 63% | 12 | 37% | | | | | | 32 |
| | 158 | 58% | 108 | 40% | 2 | .5% | 4 | 1.5% | | 272 |

Central High School

| Grade | Black | | White | | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|
| K | 1 | 13% | 7 | 87% | | | | 8 |
| 1 | 1 | 25% | 3 | 75% | | | | 4 |
| 2 | 0 | 0% | 6 | 100% | | | | 6 |
| 3 | 1 | 9% | 10 | 91% | | | | 11 |
| 4 | 0 | 0% | 8 | 100% | | | | 8 |
| 5 | 0 | 0% | 6 | 100% | | | | 6 |
| 6 | 0 | 0% | 7 | 100% | | | | 7 |
| 7 | 0 | 0% | 7 | 100% | | | | 7 |
| 8 | 0 | 0% | 2 | 100% | | | | 2 |
| 9 | 0 | 0% | 8 | 100% | | | | 8 |
| 10 | 0 | 0% | 3 | 100% | | | | 3 |
| 11 | 0 | 0% | 3 | 100% | | | | 3 |
| 12 | 0 | 0% | 0 | 0% | | | | 0 |
| | 3 | 49% | 70 | 96% | | | | 73 |

## Harrisonburg High School

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 1 | 5% | 20 | 95% | | | | | | | 21 |
| 1 | 3 | 10% | 26 | 87% | | | 1 | 3% | | | 30 |
| 2 | 3 | 13% | 20 | 87% | | | | | | | 23 |
| 3 | 2 | 9% | 20 | 91% | | | | | | | 22 |
| 4 | 2 | 8% | 23 | 92% | | | | | | | 25 |
| 5 | 1 | 5% | 19 | 90% | | | | | 1 | 5% | 21 |
| 6 | 0 | 0% | 22 | 100% | | | | | | | 22 |
| 7 | 4 | 14% | 22 | 79% | 1 | 3.5% | | | 1 | 3.5% | 28 |
| 8 | 2 | 9% | 21 | 91% | | | | | | | 23 |
| 9 | 3 | 12% | 21 | 84% | | | 1 | 4% | | | 25 |
| 10 | 1 | 8% | 11 | 92% | | | | | | | 12 |
| 11 | 2 | 7% | 26 | 93% | | | | | | | 28 |
| 12 | 1 | 7% | 14 | 93% | | | | | | | 15 |
| | 25 | 8% | 265 | 89% | 1 | 1% | 2 | 1% | 2 | 1% | 295 |

## Jonesville Elementary School

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 5 | 28% | 13 | 72% | | | | | | | 18 |
| K | 33 | 46% | 38 | 54% | | | | | | | 71 |
| 1 | 31 | 48% | 33 | 52% | | | | | | | 64 |
| 2 | 29 | 41% | 41 | 58% | 1 | 1% | | | | | 71 |
| 3 | 27 | 46% | 31 | 53% | 1 | 1% | | | | | 59 |
| 4 | 29 | 45% | 32 | 50% | 3 | 5% | | | | | 64 |
| | 154 | 44% | 188 | 54% | 5 | 2% | | | | | 347 |

## Jonesville Jr. High

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 40 | 60% | 27 | 40% | | | | | | | 67 |
| 6 | 29 | 53% | 26 | 47% | | | | | | | 55 |
| 7 | 37 | 54% | 31 | 45% | 1 | 1% | | | | | 69 |
| | 106 | 53% | 84 | 42% | 1 | 5% | | | | | 191 |

## Sicily Island High

| Grade | Black | | White | | Hispanic | | Asian | Native Am. | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| PK | 6 | 40% | 9 | 60% | | | | | | 15 |
| K | 17 | 74% | 6 | 26% | | | | | | 23 |
| 1 | 11 | 42% | 14 | 54% | 1 | 4% | | | | 26 |
| 2 | 17 | 59% | 12 | 41% | | | | | | 29 |
| 3 | 6 | 35% | 10 | 59% | 1 | 6% | | | | 17 |
| 4 | 20 | 63% | 10 | 31% | 1 | 3% | | 1 | 3% | 32 |
| 5 | 12 | 55% | 9 | 41% | 1 | 4% | | | | 22 |
| 6 | 9 | 64% | 5 | 36% | | | | | | 14 |
| 7 | 9 | 53% | 6 | 35% | 2 | 12% | | | | 17 |
| 8 | 12 | 57% | 9 | 43% | | | | | | 21 |
| 9 | 12 | 63% | 7 | 37% | | | | | | 19 |
| 10 | 11 | 55% | 9 | 45% | | | | | | 20 |
| 11 | 9 | 56% | 7 | 44% | | | | | | 16 |
| 12 | 6 | 46% | 7 | 54% | | | | | | 13 |
| | 157 | 55% | 120 | 42% | 6 | 2% | | 1 | 1% | 284 |

## Catahoula Parish Totals

| Black | | White | | Hispanic | | Asian | Native Am. | | Total Students |
|---|---|---|---|---|---|---|---|---|---|
| 603 | 41% | 835 | 57% | 15 | 1% | 6 .4% | 3 | .6% | 1462 |

# CATAHOULA PARISH SCHOOL BOARD

## STUDENT TRANSFERS
## 2014-2015

## Exhibit 4

# CATAHOULA PARISH STUDENTS ATTENDING OUTSIDE ATTENDANCE ZONE

## 2014-2015

# BLOCK HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| O   .N | 200 Woodland Ridge, Harrisonburg | W | 8 | Harrisonburg High | Block High | Parent teaches here |
| Pl    ., R | P.O. Box 496 Sicily Island, LA | B | 12 | Sicilylsland High | Block High | M-M |
| W    s, S    ·k | P.O. Box 496 Sicily Island, LA | B | 10 | Sicilylsland High | Block High | M-M |

**2**

# CENTRAL HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| NONE | | | | | | |

3

# Harrisonburg High School

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|
| A⦙ ⦙, B | P.O. Box 524, Harrisonburg, LA 71340 | B | K | Jonesville | Harrisonburg | MM |
| B⦙ ⦙ M | 122 Oak Grove Cemetary Rd., Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Parent Teaches Here |
| B⦙ ⦙, B | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 7 | Jonesville | Harrisonburg | MM |
| B⦙ ⦙. K | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 2 | Jonesville | Harrisonburg | MM |
| B⦙ ⦙ M | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 1 | Jonesville | Harrisonburg | MM |
| C⦙ ⦙, D⦙ | 12624 Hwy. 8, Jonesville, LA 71343 | W | 5 | Jonesville | Harrisonburg | Health |
| C⦙ ⦙, L | 12624 Hwy. 8, Jonesville, LA 71343 | W | K | Jonesville | Harrisonburg | Health |
| F⦙ ⦙ L | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 3 | Jonesville | Harrisonburg | MM |
| J⦙ ⦙ H⦙ ⦙ | 2006 Hwy. 923, Jonesville, LA 71343 | B | 11 | Jonesville | Harrisonburg | MM |
| M⦙ ⦙, I | 865 Hwy. 923, Jonesville, LA 71343 | W | 9 | Jonesville | Harrisonburg | Parent Teaches Here |
| S⦙ ⦙, A | 15275 Hwy. 124, Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Parent Teaches Here |
| W⦙ ⦙ L | 107 Ellis Street, Sicily Island, LA 71368 | B | 8 | Sicily Island | Harrisonburg | MM |

4

# JONESVILLE ELEMENTARY SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|
| C     Jı | 122 Rowan Court, Sicily Island | B | K | Sicily Island | Jonesville Elem. | Parent Teaches Here |
| M    A | 127 Ernest Rd., Harrisonburg | B | K | Harrisonburg | Jonesville Elem. | Health |
| S    ı, B | 150 Tully Rd., Jena, LA | W | | 3 Nebo Elem. | Jonesville Elem. | Parent Teaches Here |

5

# JONESVILLE JR. HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | RANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|--------------|-------------|---------------------|

NONE

6

# SICILY ISLAND HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| O    A    . | 814 Nicholas Drive, Winnsboro, LA | B | K | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| O   , A | 814 Nicholas Drive, Winnsboro, LA | B | K | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| O|  ', E | 814 Nicholas Drive, Winnsboro, LA | B | 3 | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| C   ', L | 814 Nicholas Drive, Winnsboro, LA | B | 4 | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| R    J; | 121 Woodlawn, St. Joseph, LA  71366 | B | 11 | Tensas High | Sicily Island High | Parent Teaches Here |
| W   , F | 121 Woodlawn, St. Joseph, LA  71366 | B | 2 | Tensas Elem. | Sicily Island High | Parent Teaches Here |

**7**

# CATAHOULA PARISH SCHOOL BOARD

## PRINCIPAL DECLARATIONS
## REGARDING RESIDENCY VERIFICATION
## 2014-2015

**Exhibit 5**

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Block High School_

Address _300 Division St._
_Jonesville, LA. 71343_

I, _Jeffrey Odom_ , am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 1st_, 20_14_.

_Jeffrey Odom_
Signature of Principal

_Jeffrey Odom_
Print Name of Principal

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Central High_

Address _244 Larto Bayou Rd._

_Jonesville, LA 71343_

I, _Johnnie Adams_ , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 1_ , 20_14_ .

_Johnnie Adams_
Signature of Principal

_Johnnie Adams_
Print Name of Principal

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Harrisonburg High School_

Address _505 Bushley_

_PO Box 710, Harrisonburg, LA 71340_

I, _Kassandra M. Floyd_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 2_, 20_14_.

_Kassandra M. Floyd_
Signature of Principal

_Kassandra M. Floyd_
Print Name of Principal

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Elementary_

Address _1219 Cora Drive_

_Jonesville, LA  71343_

I, _Necie Barker_____, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _Oct. 1_____, 20_14_.

_Necie Barker_____
Signature of Principal

_Necie Barker_____
Print Name of Principal

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Junior High_

Address _802 E.H. Johnson Blvd._

_Jonesville, LA 71343_

I, _Lanel Sharp_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _September 5_, 20_14_.

_Lanel Sharp_
Signature of Principal

_Lanel Sharp_
Print Name of Principal

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School Sicily Island High

Address P.O. Box 128

Sicily Island LA 71368

I, Marguerita Krause / Phyllis Parker , am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2014.

Marguerite Krause / Phyllis Parker
Signature of Principal

Marguerita Krause / Phyllis Parker
Print Name of Principal