UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | |
| CATAHOULA PARISH SCHOOL BOARD, ET AL, | * | JUDGE DRELL |
| | * | |
| DEFENDANTS | | |

**************************************************************************

## REPORT

Catahoula Parish School Board, defendant herein, submits the following information in compliance with the orders of this Court:

Exhibit 1    Faculty Vacancy and Replacement Data May 2015-October 2015

Exhibit 2    Faculty and Staff as of October 1, 2015

Exhibit 3    Student Enrollment 2015-2016

Exhibit 4    Student Transfers 2015-2016

Respectfully submitted,

**HAMMONDS, SILLS, ADKINS & GUICE**
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana   70808
Telephone:    225/923-3462
Facsimile:    225/923-0315

  *s/Robert L. Hammonds*
**ROBERT L. HAMMONDS**
Louisiana Bar Roll No. 6484

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the above and foregoing **REPORT** was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

      **BATON ROUGE, LOUISIANA** this 15th day of October, 2015.

      *s/Robert L. Hammonds*
      **ROBERT L. HAMMONDS**