# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2015 - October 2015

**Exhibit 1**

# Catahoula Parish Vacancies 2015-2016

<u>Block High</u>

Vacancies—7
Teachers Employed to fill each vacancy
    Race—5 White; 2 Black
    New or Transfer—7 New
Intra-district sending school—None

<u>Central High</u>

Vacancies—1
Teachers Employed to fill each vacancy
    Race—1 White
    New or Transfer—1 New
Intra-district sending school—None

<u>Harrisonburg High</u>

Vacancies—2
Teachers Employed to fill each vacancy
    Race—1 White; 1 Black
    New or Transfer—2 New
    Intra-district sending school—None

<u>Jonesville Elementary</u>

Vacancies—2
Teachers Employed to fill each vacancy
    Race—1 Black; 1 White
    New or Transfer—New
    Intra-district sending school—None

<u>Jonesville Jr. High</u>

Vacancies—4
Teachers Employed to fill each vacancy
    Race—2 White; 2 Black
    New or Transfer—4 New
    Intra-district sending school—None

<u>Sicily Island High</u>
Vacancies—4
Teachers Employed to fill each vacancy
      Race—3 White; 1 Black
      New or Transfer—3 New; 1 Transfer
      Intra-district sending school—1 Transfer from Harrisonburg High School

# CATAHOULA PARISH SCHOOL BOARD

## Faculty and Staff
## as of October 1, 2015

**Exhibit 2**

## CATAHOULA PARISH SCHOOL FACULTY 2015-2016

| SCHOOL | PRINCIPAL | | ADMINISTRATIVE COORDINATOR | | TEACHER | | PARAPROFESSIONAL | | SECRETARY | | CAFETERIA | | CUSTODIAN | | BUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | B | W | B | W | B | W | B | W | B | W | B | W | B | W | B |
| Block High | 1 | 0 | 0 | 1 | 16 | 6 | 4 | 0 | 1 | 0 | 2 | 1 | 1 | 3 | | 0 |
| Central High | 1 | 0 | 0 | 0 | 9 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | 2 |
| Harrisonburg High | 2 | 0 | 0 | 0 | 20 | 1 | 6 | 0 | 2 | 0 | 3 | 1 | 2 | 0 | | 4 |
| Jonesville Elementary | 1 | 0 | 1 | 0 | 22 | 7 | 5 | 5 | 2 | 0 | 1 | 5 | 0 | 3 | | 9 |
| Jonesville Junior High | 1 | 0 | 0 | 1 | 13 | 4 | 1 | 7 | 0 | 1 | 2 | 3 | 0 | 3 | | 0 |
| Sicily Island High | 2 | 0 | 0 | 0 | 14 | 7 | 5 | 3 | 1 | 1 | 0 | 5 | 0 | 4 | | 3 |

# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 2015-2016

Student Enrollment by School.............................1-3

Verification of Student Residency.....................4-10

**Exhibit 3**

Catahoula Parish Student Enrollment
2015-16

## Block High School

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 32 | 53.3% | 27 | 45% | 1 | 1.7% | | | | 60 |
| 9 | 47 | 78.3% | 12 | 20% | | | 1 | 1.7% | | 60 |
| 10 | 28 | 53.8% | 24 | 46.2% | | | | | | 52 |
| 11 | 28 | 54.8% | 21 | 41.2% | 1 | 2% | 1 | 2% | | 51 |
| 12 | 16 | 33.3% | 29 | 60.4% | 1 | 2.1% | 2 | 4.2% | | 48 |
| | 151 | 55.7% | 113 | 41.7% | 3 | 1.1% | 4 | 1.5% | | 271 |

## Central High School

| Grade | Black | | White | | Hispanic | Asian | Native Am. | Total |
|---|---|---|---|---|---|---|---|---|
| K | 0 | 0% | 5 | 100% | | | | 5 |
| 1 | 1 | 7.1% | 13 | 92.9% | | | | 14 |
| 2 | 1 | 16.7% | 5 | 83.3% | | | | 6 |
| 3 | 0 | 0% | 8 | 100% | | | | 8 |
| 4 | 1 | 9.1% | 10 | 90.9% | | | | 11 |
| 5 | 0 | 0% | 12 | 100% | | | | 12 |
| 6 | 0 | 0% | 6 | 100% | | | | 6 |
| 7 | 0 | 0% | 9 | 100% | | | | 9 |
| 8 | 0 | 0% | 8 | 100% | | | | 8 |
| 9 | 0 | 0% | 1 | 100% | | | | 1 |
| 10 | 0 | 0% | 8 | 100% | | | | 8 |
| 11 | 0 | 0% | 2 | 100% | | | | 2 |
| 12 | 0 | 0% | 5 | 100% | | | | 5 |
| | 3 | 3.2% | 92 | 96.8% | | | | 95 |

## Harrisonburg High School

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 4 | 23.5% | 13 | 76.5% | | | | | | | 17 |
| 1 | 1 | 4% | 24 | 96% | | | | | | | 25 |
| 2 | 3 | 11.1% | 23 | 85.2% | | | 1 | 3.7% | | | 27 |
| 3 | 4 | 17.4% | 19 | 82.6% | | | | | | | 23 |
| 4 | 2 | 8.7% | 21 | 91.3% | | | | | | | 23 |
| 5 | 4 | 14.8% | 23 | 85.2% | | | | | | | 27 |
| 6 | 2 | 9.1% | 19 | 86.4% | | | | | 1 | 4.5% | 22 |
| 7 | 0 | 0% | 18 | 100% | | | | | | | 18 |
| 8 | 4 | 15.5% | 20 | 76.9% | 1 | 3.8% | | | 1 | 3.8% | 26 |
| 9 | 2 | 6.9% | 27 | 93.1% | | | | | | | 29 |
| 10 | 3 | 12% | 22 | 88% | | | | | | | 25 |
| 11 | 2 | 12.5% | 14 | 87.5% | | | | | | | 16 |
| 12 | 2 | 8% | 23 | 92% | | | | | | | 25 |
| | 33 | 10.9% | 266 | 87.8% | 1 | 0.3 % | 1 | 0.3% | 2 | 0.7% | 303 |

## Jonesville Elementary School

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Hawaiian/ Pacific Islander | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 9 | 42.9% | 12 | 57.1% | | | | | | | | | 21 |
| K | 29 | 38.2% | 47 | 61.8% | | | | | | | | | 76 |
| 1 | 36 | 58.1% | 25 | 40.3% | | | | | | | 1 | 1.6% | 62 |
| 2 | 26 | 43.3% | 33 | 55% | | | 1 | 1.7% | | | | | 60 |
| 3 | 35 | 50% | 34 | 48.6% | 1 | 1.4% | | | | | | | 70 |
| 4 | 19 | 37.3% | 31 | 60.7% | 1 | 2% | | | | | | | 51 |
| | 154 | 45.3% | 182 | 53.5% | 2 | 0.6% | 1 | 0.3% | | | 1 | 0.3% | 340 |

## Jonesville Jr. High

| Grade | Black | | White | | Hispanic | | Native Am. | | Asian | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 27 | 51.9% | 22 | 42.3% | 3 | 5.8% | | | | | 52 |
| 6 | 37 | 61.7% | 23 | 38.3% | | | | | | | 60 |
| 7 | 30 | 52.6% | 27 | 47.4% | | | | | | | 57 |
| | 94 | 55.6% | 72 | 42.6% | 3 | 1.8% | | | | | 169 |

2

Sicily Island High

| Grade | Black | | White | | Hispanic | | Asian | | Native Am. | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 11 | 55% | 8 | 40% | 1 | 5% | | | | | 20 |
| K | 10 | 47.6% | 10 | 47.6% | | | 1 | 4.8% | | | 21 |
| 1 | 13 | 68.4% | 6 | 31.6% | | | | | | | 19 |
| 2 | 11 | 39.3% | 16 | 57.1% | 1 | 3.6% | | | | | 28 |
| 3 | 15 | 57.7% | 11 | 42.3% | | | | | | | 26 |
| 4 | 6 | 35.3% | 10 | 58.8% | 1 | 5.9% | | | | | 17 |
| 5 | 14 | 56% | 10 | 40% | 1 | 4% | | | | | 25 |
| 6 | 9 | 40.9% | 12 | 54.6% | 1 | 4.5% | | | | | 22 |
| 7 | 7 | 50% | 7 | 50% | | | | | | | 14 |
| 8 | 7 | 41.2% | 8 | 47% | 2 | 11.8% | | | | | 17 |
| 9 | 13 | 61.9% | 8 | 38.1% | | | | | | | 21 |
| 10 | 10 | 58.8% | 7 | 41.2% | | | | | | | 17 |
| 11 | 7 | 41.2% | 10 | 58.8% | | | | | | | 17 |
| 12 | 5 | 45.5% | 6 | 54.5% | | | | | | | 11 |
| | 138 | 50.2% | 129 | 46.9% | 7 | 2.5% | 1 | 0.4% | | | 275 |

Catahoula Parish Totals

| Black | | White | | Hispanic | | Asian | | Native Am. | | Hawaiian/ Pacific Islander | | Total Students |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 573 | 39.5% | 854 | 58.6% | 16 | 1.1% | 7 | 0.5% | 2 | 0.2% | 1 | 0.1% | 1453 |

3

# CATAHOULA PARISH SCHOOL BOARD

## PRINCIPAL DECLARATIONS
## REGARDING RESIDENCY VERIFICATION
## 2015-2016

**PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION**

School _Block High School_

Address _300 Division St._

_Jonesville, LA 71343_

I, _Jeffrey L. Odom_ , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _Oct. 2_ , 20_15_.

_[signature]_

Signature of Principal

_Jeffrey L. Odom_

Print Name of Principal

5

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Central High_

Address _24 Larto Bayou Rd._

_Jonesville,_

I, _Johnnie Adams_____, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _Oct 1_____, 20 _15_ .

_Johnnie Adams_
Signature of Principal

_Johnnie Adams_
Print Name of Principal

6

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Harrisonburg High School_

Address _PO Box 710  (505 Bushley St.)_

_Harrisonburg, LA 71340_

I, _Kassandra Floyd_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 5_, 2015 .

_Kassandra M. Floyd_
Signature of Principal

_Kassandra M. Floyd_
Print Name of Principal

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Elementary School_

Address _1219 Cora Drive_

_Jonesville, LA  71343_

I, _Necie Barker_ , am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct  1_ , 20_15_ .

_Necie Barker_
Signature of Principal

_Necie Barker_
Print Name of Principal

8

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Junior High_

Address _802 E. H. Johnson Blvd_

_Jonesville, LA 71343_

I, _Lanel Sharp_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Sept. 8_, 20_15_.

_Lanel Sharp_
Signature of Principal

Print Name of Principal

q

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Sicily Island High_

Address _PO Box 128_

_Sicily Island LA 71368_

I, _Marguerita Krause_ _Phyllis Parker_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 4_, 20_15_.

_Marguerita Krause_  / _Phyllis Parker_
Signature of Principal

_Marguerita Krause_  / _Phyllis Parker_
Print Name of Principal

10

# CATAHOULA PARISH SCHOOL BOARD

## STUDENT TRANSFERS
## 2015-2016

**Exhibit 4**

# CATAHOULA PARISH SCHOOL BOARD

# CATAHOULA PARISH STUDENTS ATTENDING OUTSIDE ATTENDANCE ZONE

# 2015-2016

# BLOCK HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|
| H , B | 200 Woodland Ridge, Harrisonburg | W | 8 | Harrisonburg High | Block High | Parent teaches here |
| C , N | 200 Woodland Ridge, Harrisonburg | W | 9 | Harrisonburg High | Block High | Parent teaches here |

2

# CENTRAL HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| T  , A | 231 Glade Rd., Jonesville, LA  71343 | W | 5 | Jonesville Jr. | Central High | Health |

3

# Harrisonburg High School

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|
| A , M | P.O. Box 991, Jonesville, LA 71343 | B | 5 | Jonesville | Harrisonburg | Parent Teaches Here |
| A , B | P.O. Box 524, Harrisonburg, LA 71340 | B | 1 | Jonesville | Harrisonburg | MM |
| B , B | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 8 | Jonesville | Harrisonburg | MM |
| B , K | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 3 | Jonesville | Harrisonburg | MM |
| B , M | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 2 | Jonesville | Harrisonburg | MM |
| C , D | 12624 Hwy. 8, Jonesville, LA 71343 | W | 6 | Jonesville | Harrisonburg | Health |
| C , L | 12624 Hwy. 8, Jonesville, LA 71343 | W | 1 | Jonesville | Harrisonburg | Health |
| C , L | 706 Falcon Street, Sicily Island, LA 71368 | B | K | Sicily Island | Harrisonburg | MM |
| C , T | P.O. Box 394, Sicily Island, LA 71368 | B | 3 | Sicily Island | Harrisonburg | MM |
| C , E | 190 Greens Creek Rd., Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Health |
| F , L | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 4 | Jonesville | Harrisonburg | MM |
| F , L | 1053 Hwy. 28, Jonesville, LA 71343 | W | 5 | Jonesville | Harrisonburg | Health |
| J , H J | 2006 Hwy. 923, Jonesville, LA 71343 | B | 12 | Jonesville | Harrisonburg | MM |
| J , S | 809 Newman Street, Sicily Island, LA 71368 | B | 5 | Sicily Island | Harrisonburg | MM |
| M , A | 1053 Hwy. 28, Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Health |
| M , E | 865 Hwy. 923, Jonesville, LA 71343 | W | 10 | Jonesville | Harrisonburg | Parent Teaches Here |
| P G | P.O. Box 394, Sicily Island, LA 71368 | B | 6 | Sicily Island | Harrisonburg | MM |
| S , A | 15275 Hwy. 124, Jonesville, LA 71343 | W | 9 | Jonesville | Harrisonburg | Parent Teaches Here |

4

| W: | , L | J | 107 Ellis Street, Sicily Island, LA  71368 | B | 9 | Sicily Island | Harrisonburg | MM |
| W | , T | | 773 Ellard Rd., Jonesville | W | 12 | Monterey High | Harrisonburg | Parent Teaches Here |
| W | , W | | 773 Ellard Rd., Jonesville | W | 5 | Monterey High | Harrisonburg | Parent Teaches Here |

5

# JONESVILLE ELEMENTARY SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| C A | 402 Catahoula St.,, Harrisonburg | W | K | Harrisonburg | Jonesville Elem. | Parent Teaches Here |
| C J | 122 Rowan Court, Sicily Island | B | 1 | Sicily Island | Jonesville Elem. | Parent Teaches Here |
| M A | 127 Ernest Rd., Harrisonburg | B | 1 | Harrisonburg | Jonesville Elem. | Health |
| M A | 127 Ernest Rd., Harrisonburg | B | K | Harrisonburg | Jonesville Elem. | Health |
| S B | 150 Tully Rd., Jena, LA | W | 4 | Nebo Elem. | Jonesville Elem. | Parent Teaches Here |

# JONESVILLE JR. HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|

NONE

7

# SICILY ISLAND HIGH SCHOOL

| NAME | | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|---|
| O | A | 814 Nicholas Drive, Winnsboro, LA | B | 1 | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| O | A | 814 Nicholas Drive, Winnsboro, LA | B | 1 | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| R | J | 121 Woodlawn, St. Joseph, LA  71366 | B | 12 | Tensas High | Sicily Island High | Parent Teaches Here |
| W | E | 121 Woodlawn, St. Joseph, LA  71366 | B | 3 | Tensas Elem. | Sicily Island High | Parent Teaches Here |