UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | * * * * | |
| | * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | |
| **CATAHOULA PARISH SCHOOL BOARD,** *et al.*, *Defendants* | * * * * | **JUDGE DRELL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REPORT

The Catahoula Parish School Board submits the following information in compliance with the Orders of this Court:

      Exhibit 1    Faculty Vacancy and Replacement Data May 2016-October 2016

      Exhibit 2    Faculty and Staff as of October 1, 2016

      Exhibit 3    Student Enrollment 2016-2017

      Exhibit 4    Student Transfers 2016-2017

**RESPECTFULLY SUBMITTED**, this the 13th day of October, 2016.

                                                **CATAHOULA PARISH SCHOOL BOARD**

                                                **HAMMONDS, SILLS, ADKINS & GUICE**
                                                2431 S. Acadian Thruway, Suite 600
                                                Baton Rouge, Louisiana   70808
                                                Telephone:   225/923-3462
                                                Facsimile:    225/923-0315

                                                 */s/Robert L. Hammonds*
                                                **ROBERT L. HAMMONDS**
                                                Louisiana Bar Roll No. 6484

## CERTIFICATE OF SERVICE

 I do hereby certify that a true and correct copy of the above and foregoing **REPORT** was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

 **BATON ROUGE, LOUISIANA** this 13th day of October, 2016.

            */s/Robert L. Hammonds*
            **ROBERT L. HAMMONDS**