# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2016 - October 2016

**Exhibit 1**

# Catahoula Parish Vacancies 2016-2017

**Block High**

Vacancies—4
Teachers Employed to fill each vacancy
      Race—3 White; 1 Black
      New or Transfer—4 New
Intra-district sending school—None

**Central High**

Vacancies—0

**Harrisonburg High**

Vacancies—1
Teachers Employed to fill each vacancy
      Race—1 White
      New or Transfer—1 New
      Intra-district sending school—None

**Jonesville Elementary**

Vacancies—1
Teachers Employed to fill each vacancy
      Race—1 White
      New or Transfer—1 New
      Intra-district sending school—None

**Jonesville Jr. High**

Vacancies—5
Teachers Employed to fill each vacancy
      Race—3 White; 2 Black
      New or Transfer—5 New
      Intra-district sending school—None

**Sicily Island High**
Vacancies—1
Teachers Employed to fill each vacancy
      Race—1 White
      New or Transfer—1 New
      Intra-district sending school—None

# CATAHOULA PARISH SCHOOL BOARD

## Faculty and Staff
## as of October 1, 2016

**Exhibit 2**

CATAHOULA PARISH SCHOOL FACULTY 2016-2017

| SCHOOL | PRINCIPAL | | ADMINISTRATIVE COORDINATOR | | TEACHER | | PARAPROFESSIONAL | | SECRETARY | | CAFETERIA | | CUSTODIAN | | BUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | B | W | B | W | B | W | B | W | B | W | B | W | B | W | B |
| Block High | 1 | 0 | 0 | 1 | 15 | 6 | 5 | 2 | 1 | 0 | 3 | 1 | 0 | 4 | 0 | 0 |
| Central High | 1 | 0 | 0 | 0 | 9 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 2 | 0 |
| Harrisonburg High | 2 | 0 | 0 | 0 | 20 | 1 | 4 | 0 | 2 | 0 | 2 | 1 | 2 | 0 | 4 | 0 |
| Jonesville Elementary | 1 | 0 | 1 | 0 | 18 | 5 | 5 | 5 | 2 | 0 | 1 | 5 | 0 | 3 | 9 | 2 |
| Jonesville Junior High | 1 | 0 | 0 | 1 | 10 | 4 | 0 | 6 | 0 | 1 | 2 | 3 | 0 | 3 | 0 | 0 |
| Sicily Island High | 2 | 0 | 0 | 0 | 15 | 6 | 6 | 3 | 1 | 1 | 0 | 5 | 0 | 4 | 3 | 2 |

# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 2016-2017

Student Enrollment by School............................1-2

Verification of Student Residency....................3-9

**Exhibit 3**

Catahoula Parish Student Enrollment
2016-17

## Block High School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| 08 | 23 | 46 | 27 | 54 | | | | | | | | | 50 |
| 09 | 18 | 36.7 | 30 | 61.2 | 1 | 2 | | | | | | | 49 |
| 10 | 14 | 25.5 | 40 | 72.7 | | | 1 | 1.8 | | | | | 55 |
| 11 | 23 | 50 | 23 | 50 | | | | | | | | | 46 |
| 12 | 16 | 39 | 23 | 56.1 | 1 | 2.4 | 1 | 2.4 | | | | | 41 |
| Total | 94 | 39 | 143 | 59.3 | 2 | 0.8 | 2 | 0.8 | | | | | 241 |

## Central High School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| K | 6 | 100 | | | | | | | | | | | 6 |
| 01 | 6 | 100 | | | | | | | | | | | 6 |
| 02 | 11 | 91.7 | 1 | 8.3 | | | | | | | | | 12 |
| 03 | 4 | 80 | 1 | 20 | | | | | | | | | 5 |
| 04 | 7 | 100 | | | | | | | | | | | 7 |
| 05 | 9 | 90 | 1 | 10 | | | | | | | | | 10 |
| 06 | 11 | 100 | | | | | | | | | | | 11 |
| 07 | 5 | 100 | | | | | | | | | | | 5 |
| 08 | 8 | 100 | | | | | | | | | | | 8 |
| 09 | 6 | 100 | | | | | | | | | | | 6 |
| 10 | 3 | 100 | | | | | | | | | | | 3 |
| 11 | 6 | 100 | | | | | | | | | | | 6 |
| 12 | 3 | 100 | | | | | | | | | | | 3 |
| Total | 85 | 96.6 | 3 | 3.4 | | | | | | | | | 88 |

## Harrisonburg High School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| K | 8 | 80 | 2 | 20 | | | | | | | | | 10 |
| 01 | 17 | 81 | 4 | 19 | | | | | | | | | 21 |
| 02 | 21 | 87.5 | 3 | 12.5 | | | | | | | | | 24 |
| 03 | 21 | 87.5 | 2 | 8.3 | | | | | 1 | 4.2 | | | 24 |
| 04 | 22 | 84.6 | 4 | 15.4 | | | | | | | | | 26 |
| 05 | 23 | 88.5 | 3 | 11.5 | | | | | | | | | 26 |
| 06 | 27 | 84.4 | 5 | 15.6 | | | | | | | | | 32 |
| 07 | 21 | 87.5 | 2 | 8.3 | | | 1 | 4.2 | | | | | 24 |
| 08 | 19 | 90.5 | 2 | 9.5 | | | | | | | | | 21 |
| 09 | 21 | 80.8 | 3 | 11.5 | 1 | 3.8 | 1 | 3.8 | | | | | 26 |
| 10 | 23 | 92 | 2 | 8 | | | | | | | | | 25 |
| 11 | 22 | 81.5 | 3 | 11.1 | | | 2 | 7.4 | | | | | 27 |
| 12 | 13 | 92.9 | 1 | 7.1 | | | | | | | | | 14 |
| Total | 258 | 86 | 36 | 12 | 1 | 0.3 | 4 | 1.3 | 1 | 0.3 | | | 300 |

Jonesville Elementary School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| PreS  | 6     | 66.7| 3     | 33.3|       |     |       |     |        |      |         |       | 9     |
| PreK  | 12    | 60  | 8     | 40  |       |     |       |     |        |      |         |       | 20    |
| K     | 30    | 47.6| 30    | 47.6| 2     | 3.2 |       |     | 1      | 1.6  |         |       | 63    |
| 01    | 35    | 53  | 31    | 47  |       |     |       |     |        |      |         |       | 66    |
| 02    | 21    | 38.2| 32    | 58.2|       |     |       |     | 1      | 1.8  | 1       | 1.8   | 55    |
| 03    | 25    | 53.2| 21    | 44.7| 1     | 2.1 |       |     |        |      |         |       | 47    |
| 04    | 20    | 42.6| 27    | 57.4|       |     |       |     |        |      |         |       | 47    |
| Total | 149   | 48.5| 152   | 49.5| 3     | 1   |       |     | 2      | 0.7  | 1       | 0.3   | 307   |

Jonesville Junior High School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| 05    | 23    | 54.8| 18    | 42.9| 1     | 2.4 |       |     |        |      |         |       | 42    |
| 06    | 16    | 30.2| 34    | 64.2| 3     | 5.7 |       |     |        |      |         |       | 53    |
| 07    | 22    | 42.3| 30    | 57.7|       |     |       |     |        |      |         |       | 52    |
| Total | 61    | 41.5| 82    | 55.8| 4     | 2.7 |       |     |        |      |         |       | 147   |

Sicily Island High School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| PreK  | 12    | 75  | 3     | 18.8|       |     | 1     | 6.2 |        |      |         |       | 16    |
| K     | 10    | 40  | 14    | 56  | 1     | 4   |       |     |        |      |         |       | 25    |
| 01    | 9     | 50  | 9     | 50  |       |     |       |     |        |      |         |       | 18    |
| 02    | 3     | 15  | 17    | 85  |       |     |       |     |        |      |         |       | 20    |
| 03    | 17    | 54.8| 13    | 41.9| 1     | 3.2 |       |     |        |      |         |       | 31    |
| 04    | 8     | 38.1| 12    | 57.1| 1     | 4.8 |       |     |        |      |         |       | 21    |
| 05    | 11    | 64.7| 6     | 35.3|       |     |       |     |        |      |         |       | 17    |
| 06    | 9     | 39.1| 13    | 56.5| 1     | 4.3 |       |     |        |      |         |       | 23    |
| 07    | 9     | 47.4| 9     | 47.4| 1     | 5.3 |       |     |        |      |         |       | 19    |
| 08    | 5     | 41.7| 7     | 58.3|       |     |       |     |        |      |         |       | 12    |
| 09    | 9     | 52.9| 6     | 35.3| 2     | 11.8|       |     |        |      |         |       | 17    |
| 10    | 6     | 31.6| 13    | 68.4|       |     |       |     |        |      |         |       | 19    |
| 11    | 7     | 41.2| 10    | 58.8|       |     |       |     |        |      |         |       | 17    |
| 12    | 8     | 61.5| 5     | 38.5|       |     |       |     |        |      |         |       | 13    |
| Total | 123   | 45.9| 137   | 51.1| 7     | 2.6 | 1     | 0.4 |        |      |         |       | 268   |

Catahoula Parish Totals

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| Total | 770   | 57  | 553   | 40.9| 17    | 1.3 | 7     | 0.5 | 3      | 0.2  | 1       | 0.1   | 1351  |

2

# CATAHOULA PARISH SCHOOL BOARD

## PRINCIPAL DECLARATIONS
## REGARDING RESIDENCY VERIFICATION
## 2016-2017

3

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Block High School_

Address _300 Division Street_
_Jonesville, LA 71343_

I, _Jeffrey Odom_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 3_, 20_16_.

_Jeffrey Odom_
Signature of Principal

_Jeffrey Odom_
Print Name of Principal

4

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Central High_

Address _244 Larto Bayou Rd._

_Jonesville, LA 71343_

I, _Johnnie Adams_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 4_, 20 _16_.

_Johnnie Adams_
Signature of Principal

_Johnnie Adams_
Print Name of Principal

5

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Harrisonburg High School_

Address _505 Bushley Street_

_Harrisonburg, LA 71340_

I, _Kassandra M. Floyd_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 3_, 20_16_.

_Kassandra M. Floyd_
Signature of Principal

_Kassandra M. Floyd_
Print Name of Principal

6

PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Elementary_

Address _1219 Cora Drive_

_Jonesville, LA  71343_

I, _Necie Barker_____, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
| | | | | | |
| | | | | | |
| | | | | | |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _Oct. 4_____, 20_16_.

_Necie Barker_____
Signature of Principal

_Necie Barker_____
Print Name of Principal

7

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Junior High_

Address _802 E. H. Johnson Blvd._

_Jonesville, LA 71343_

I, _Lanel Sharp_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Sept. 20_, 20 _16_.

_Lanel Sharp_
Signature of Principal

_Lanel Sharp_
Print Name of Principal

_8_

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Sicily Island High_

Address _PO Box 208_

_Sicily Island LA 71368_

I, _Marguerita Krause_ , am Principal of the above-stated school and do _Phyllis Parker_ hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 4_ , 20 _16_.

_Marguerita Krause / Phyllis Parker_
Signature of Principal

_Marguerita Krause / Phyllis Parker_
Print Name of Principal

9

# CATAHOULA PARISH SCHOOL BOARD

## STUDENT TRANSFERS
## 2016-2017

**Exhibit 4**

# BLOCK HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| H.    , B | 200 Woodland Ridge, Harrisonburg | W | 9 | Harrisonburg High | Block High | Parent teaches here |
| O    , N | 200 Woodland Ridge, Harrisonburg | W | 10 | Harrisonburg High | Block High | Parent teaches here |
| O    J | 200 Woodland Ridge, Harrisonburg | W | 8 | Harrisonburg High | Block High | Parent teaches here |

# CENTRAL HIGH SCHOOL

| NAME | | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---|---------|------|-------|---------------|-------------|---------------------|
| T | A | 231 Glade Rd., Jonesville, LA  71343 | W | 6 | Jonesville Jr. | Central High | Health |

# Harrisonburg High School

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| A        , M | P.O. Box 991, Jonesville, LA 71343 | B | 6 | Jonesville | Harrisonburg | Parent Teaches Here |
| A        . B. | P.O. Box 524, Harrisonburg, LA  71340 | B | 2 | Jonesville | Harrisonburg | MM |
| B        , B | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 9 | Jonesville | Harrisonburg | MM |
| B        , K | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 4 | Jonesville | Harrisonburg | MM |
| B        , M | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 3 | Jonesville | Harrisonburg | MM |
| C        , D | 12624 Hwy. 8, Jonesville, LA 71343 | W | 7 | Jonesville | Harrisonburg | Health |
| C        , L | 12624 Hwy. 8, Jonesville, LA 71343 | W | 2 | Jonesville | Harrisonburg | Health |
| C        , B | 12594 Hwy. 8, Jonesville, LA 71343 | W | 6 | Jonesville | Harrisonburg | Health |
| C        , C | 12594 Hwy. 8, Jonesville, LA 71343 | W | 3 | Jonesville | Harrisonburg | Health |
| D        , F | 1222 Cora Drive, Jonesville, LA 71343 | B | 6 | Jonesville | Harrisonburg | MM |
| E        , W | PO Box 131, Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Health |
| F        , L | 14555 Hwy. 8, Rhinehart, LA 71363 | B | 4 | Jonesville | Harrisonburg | MM |
| F        L | 1053 Hwy. 28, Jonesville, LA 71343 | W | 5 | Jonesville | Harrisonburg | Health |
| H        , C | 161 Wince Rd., Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Health |
| H        , K | 161 Wince Rd., Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Health |
| K        . M | 1006 Harbor Street, Jonesville, LA 71343 | B | 7 | Jonesville | Harrisonburg | MM |
| M        , C | 601 George Street, Jonesville, LA  71343 | B | 3 | Jonesville | Harrisonburg | MM |
| M        , A | 1053 Hwy. 28, Jonesville, LA 71343 | W | 9 | Jonesville | Harrisonburg | Health |
| M        , E | 865 Hwy. 923, Jonesville, LA 71343 | W | 11 | Jonesville | Harrisonburg | Parent Teaches Here |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M | M | 414 Deville Dr., Jonesville, LA 71343 | B | 4 | Jonesville | Harrisonburg | Health |
| M | Z | 601 George Street, Jonesville, LA 71343 | B | 6 | Jonesville | Harrisonburg | MM |
| R | N | PO Box 233, Sicily Island, LA 71368 | B | 5 | Sicily Island | Harrisonburg | MM |
| R | , T | PO Box 233, Sicily Island, LA 71368 | B | 2 | Sicily Island | Harrisonburg | MM |
| S | A | 15275 Hwy. 124, Jonesville, LA 71343 | W | 9 | Jonesville | Harrisonburg | Parent Teaches Here |
| S | , E | 21835 Hwy. 124, Jonesville, LA 71343 | W | 5 | Jonesville | Harrisonburg | Health |
| S | E | 346 Island Drive, Jonesville, LA 71343 | W | 9 | Jonesville | Harrisonburg | Health |
| T | J | 275 Poole Rd., Jonesville, LA 71343 | W | 6 | Jonesville | Harrisonburg | Health |
| W | , L | 107 Ellis Street, Sicily Island, LA 71368 | B | 10 | Sicily Island | Harrisonburg | MM |

# JONESVILLE ELEMENTARY SCHOOL

| NAME | | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|---|
| C | J | 122 Rowan Court, Sicily Island | B | 2 | Sicily Island | Jonesville Elem. | Parent Teaches Here |
| C | , S. | 122 Rowan Court, Sicily Island | B | PK | Sicily Island | Jonesville Elem. | Parent Teaches Here |
| M | A | 127 Ernest Rd., Harrisonburg | B | 2 | Harrisonburg | Jonesville Elem. | Health |
| M | A | 127 Ernest Rd., Harrisonburg | B | 1 | Harrisonburg | Jonesville Elem. | Health |

# JONESVILLE JR. HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|

NONE

# SICILY ISLAND HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|
| C      , P. | 5901 Hwy. 124, Enterprise, LA  71425 | W | 6 | Harrisonburg | Sicily Island High | MM |
| O.     A. | 814 Nicholas Drive, Winnsboro, LA | B | 2 | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| O.     , A' | 814 Nicholas Drive, Winnsboro, LA | B | 2 | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| O      B | 814 Nicholas Drive, Winnsboro, LA | B | 5 | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| O      , D. | 814 Nicholas Drive, Winnsboro, LA | B | 6 | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| W     , E | 121 Woodlawn, St. Joseph, LA  71366 | B | 4 | Tensas Elem. | Sicily Island High | Parent Teaches Here |