UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | * * * * | |
| | * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | |
| **CATAHOULA PARISH SCHOOL BOARD,** *et al.*, *Defendants* | * * * * | **JUDGE DRELL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REPORT

The Catahoula Parish School Board submits the following information in compliance with the Orders of this Court:

Exhibit 1    Faculty Vacancy and Replacement Data May 2017-October 2017

Exhibit 2    Faculty and Staff as of October 1, 2017

Exhibit 3    Student Enrollment 2017-2018

Exhibit 4    Student Transfers 2017-2018

**RESPECTFULLY SUBMITTED**, this the 16th day of October, 2017.

                                                **CATAHOULA PARISH SCHOOL BOARD**

                                                **HAMMONDS, SILLS, ADKINS & GUICE**
                                                2431 S. Acadian Thruway, Suite 600
                                                Baton Rouge, Louisiana   70808
                                                Telephone:    225/923-3462
                                                Facsimile:     225/923-0315

                                                */s/Robert L. Hammonds*
                                                **ROBERT L. HAMMONDS**
                                                Louisiana Bar Roll No. 6484

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing **REPORT** was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

**BATON ROUGE, LOUISIANA** this 16th day of October, 2017.

                                             */s/Robert L. Hammonds*
                                           **ROBERT L. HAMMONDS**