# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2017 - October 2017

**Exhibit 1**

# Catahoula Parish Vacancies 2017-2018

**Block High**

**Vacancies—4**
**Teachers Employed to fill each vacancy**
      **Race—3 White; 1 Black**
      **New or Transfer—4 New**
**Intra-district sending school—None**

**Central High**

**Vacancies—0**

**Harrisonburg High**

**Vacancies—0**
**Teachers Employed to fill each vacancy**
      **Race—None**
      **New or Transfer—None**
      **Intra-district sending school—None**

**Jonesville Elementary**

**Vacancies—0**
**Teachers Employed to fill each vacancy**
      **Race—None**
      **New or Transfer—None**
      **Intra-district sending school—None**

**Jonesville Jr. High**

**Vacancies—2**
**Teachers Employed to fill each vacancy**
      **Race—2 White**
      **New or Transfer—2 New**
      **Intra-district sending school—None**

**Sicily Island High**
**Vacancies—0**
**Teachers Employed to fill each vacancy**
      **Race—None**
      **New or Transfer—None**
      **Intra-district sending school—None**

# CATAHOULA PARISH SCHOOL BOARD

## Faculty and Staff
## as of October 1, 2017

## Exhibit 2

## CATAHOULA PARISH SCHOOL FACULTY 2017-2018

| SCHOOL | PRINCIPAL | | ADMINISTRATIVE COORDINATOR | | TEACHER | | PARAPROFESSIONAL | | SECRETARY | | CAFETERIA | | CUSTODIAN | | BUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | B | W | B | W | B | W | B | W | B | W | B | W | B | W | B |
| Block High | 1 | 0 | 0 | 1 | 16 | 4 | 3 | 3 | 0 | 1 | 3 | 1 | 0 | 4 | 0 | 0 |
| Central High | 1 | 0 | 0 | 0 | 9 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 2 | 0 |
| Harrisonburg High | 2 | 0 | 0 | 0 | 18 | 1 | 4 | 0 | 2 | 0 | 2 | 2 | 2 | 0 | 4 | 0 |
| Jonesville Elementary | 1 | 0 | 1 | 0 | 16 | 4 | 5 | 2 | 2 | 0 | 1 | 6 | 0 | 3 | 9 | 2 |
| Jonesville Junior High | 1 | 0 | 0 | 1 | 8 | 4 | 0 | 5 | 0 | 1 | 2 | 2 | 0 | 3 | 0 | 0 |
| Sicily Island High | 2 | 0 | 0 | 0 | 15 | 6 | 6 | 3 | 1 | 1 | 0 | 5 | 0 | 4 | 3 | 2 |

# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 2017-2018

Student Enrollment by School..............................1-3

Verification of Student Residency....................4-10

## Exhibit 3

## Catahoula Parish Student Enrollment
## 2017-18

### Block High School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| 08 | 16 | 41 | 23 | 59 | | | | | | | | | 39 |
| 09 | 23 | 60.5 | 15 | 39.5 | | | | | | | | | 38 |
| 10 | 19 | 42.2 | 25 | 55.6 | 1 | 2.2 | | | | | | | 45 |
| 11 | 13 | 33.3 | 26 | 66.7 | | | | | | | | | 39 |
| 12 | 18 | 45 | 22 | 55 | | | | | | | | | 40 |
| Total | 89 | 44.3 | 111 | 55.2 | 1 | 0.5 | | | | | | | 201 |

### Central High School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| K | 5 | 100 | | | | | | | | | | | 5 |
| 01 | 6 | 100 | | | | | | | | | | | 6 |
| 02 | 5 | 100 | | | | | | | | | | | 5 |
| 03 | 9 | 90 | 1 | 10 | | | | | | | | | 10 |
| 04 | 4 | 80 | 1 | 20 | | | | | | | | | 5 |
| 05 | 6 | 100 | | | | | | | | | | | 6 |
| 06 | 9 | 90 | 1 | 10 | | | | | | | | | 10 |
| 07 | 9 | 100 | | | | | | | | | | | 9 |
| 08 | 3 | 100 | | | | | | | | | | | 3 |
| 09 | 7 | 100 | | | | | | | | | | | 7 |
| 10 | 5 | 100 | | | | | | | | | | | 5 |
| 11 | 1 | 100 | | | | | | | | | | | 1 |
| 12 | 3 | 100 | | | | | | | | | | | 3 |
| Total | 72 | 96 | 3 | 4 | | | | | | | | | 75 |

1

## Harrisonburg High School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| K | 26 | 81.2 | 2 | 6.2 | | | 1 | 3.1 | 3 | 9.4 | | | 32 |
| 01 | 12 | 80 | 3 | 20 | | | | | | | | | 15 |
| 02 | 20 | 83.3 | 4 | 16.7 | | | | | | | | | 24 |
| 03 | 17 | 77.3 | 5 | 22.7 | | | | | | | | | 22 |
| 04 | 27 | 84.4 | 4 | 12.5 | | | | | 1 | 3.1 | | | 32 |
| 05 | 26 | 86.7 | 4 | 13.3 | | | | | | | | | 30 |
| 06 | 25 | 86.2 | 4 | 13.8 | | | | | | | | | 29 |
| 07 | 24 | 75 | 8 | 25 | | | | | | | | | 32 |
| 08 | 22 | 81.5 | 4 | 14.8 | | | 1 | 3.7 | | | | | 27 |
| 09 | 23 | 92 | 2 | 8 | | | | | | | | | 25 |
| 10 | 21 | 80.8 | 3 | 11.5 | 1 | 3.8 | 1 | 3.8 | | | | | 26 |
| 11 | 21 | 84 | 4 | 16 | | | | | | | | | 25 |
| 12 | 17 | 89.5 | 2 | 10.5 | | | | | | | | | 19 |
| Total | 281 | 83.1 | 49 | 14.5 | 1 | 0.3 | 3 | 0.9 | 4 | 1.2 | | | 338 |

## Jonesville Elementary School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| PreS | 3 | 50 | 3 | 50 | | | | | | | | | 6 |
| PreK | 15 | 75 | 5 | 25 | | | | | | | | | 20 |
| K | 32 | 54.2 | 27 | 45.8 | | | | | | | | | 59 |
| 01 | 26 | 47.3 | 25 | 45.5 | 2 | 3.6 | | | 1 | 1.8 | 1 | 1.8 | 55 |
| 02 | 28 | 50.9 | 26 | 47.3 | | | | | | | 1 | 1.8 | 55 |
| 03 | 24 | 51.1 | 22 | 46.8 | | | | | 1 | 2.1 | | | 47 |
| 04 | 25 | 61 | 15 | 36.6 | 1 | 2.4 | | | | | | | 41 |
| Total | 153 | 54.1 | 123 | 43.5 | 3 | 1.1 | | | 2 | 0.7 | 2 | 0.7 | 283 |

## Jonesville Junior High School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| 05 | 18 | 37.5 | 30 | 62.5 | | | | | | | | | 48 |
| 06 | 24 | 57.1 | 17 | 40.5 | 1 | 2.4 | | | | | | | 42 |
| 07 | 16 | 36.4 | 25 | 56.8 | 3 | 6.8 | | | | | | | 44 |
| Total | 58 | 43.3 | 72 | 53.7 | 4 | 3 | | | | | | | 134 |

## Sicily Island High School

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| PreK | 9 | 52.9 | 8 | 47.1 | | | | | | | | | 17 |
| K | 10 | 58.8 | 7 | 41.2 | | | | | | | | | 17 |
| 01 | 6 | 30 | 13 | 65 | 1 | 5 | | | | | | | 20 |
| 02 | 8 | 53.3 | 7 | 46.7 | | | | | | | | | 15 |
| 03 | 6 | 31.6 | 13 | 68.4 | | | | | | | | | 19 |
| 04 | 13 | 59.1 | 8 | 36.4 | 1 | 4.5 | | | | | | | 22 |
| 05 | 8 | 42.1 | 10 | 52.6 | 1 | 5.3 | | | | | | | 19 |
| 06 | 10 | 71.4 | 4 | 28.6 | | | | | | | | | 14 |
| 07 | 11 | 36.7 | 18 | 60 | 1 | 3.3 | | | | | | | 30 |
| 08 | 9 | 69.2 | 3 | 23.1 | 1 | 7.7 | | | | | | | 13 |
| 09 | 8 | 50 | 8 | 50 | | | | | | | | | 16 |
| 10 | 8 | 47.1 | 7 | 41.2 | 2 | 11.8 | | | | | | | 17 |
| 11 | 7 | 53.8 | 6 | 46.2 | | | | | | | | | 13 |
| 12 | 5 | 33.3 | 10 | 66.7 | | | | | | | | | 15 |
| Total | 118 | 47.8 | 122 | 49.4 | 7 | 2.8 | | | | | | | 247 |

## Catahoula Parish Totals

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|-------|-------|-----|-------|-----|-------|-----|-------|-----|--------|------|---------|-------|-------|
| Total | 771 | 60.3 | 480 | 37.6 | 16 | 1.3 | 3 | 0.2 | 6 | 0.5 | 2 | 0.2 | 1278 |

3

# CATAHOULA PARISH SCHOOL BOARD

# PRINCIPAL DECLARATIONS
# REGARDING RESIDENCY VERIFICATION
# 2017-2018

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Block High School_

Address _300 Division St._

_Jonesville, LA 71343_

I, _Jeffrey Odom_, am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10-5_, 20_17_.

_Jeffrey Odom_
Signature of Principal

_Jeffrey Odom_
Print Name of Principal

5

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Central High_

Address _244 Larto Bayou Rd_

_Jonesville, LA 71343_

I, _Johnnie Adams_ , am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _Sept. 18_ , 20 _17_ .

_Johnnie Adams_
Signature of Principal

_Johnnie Adams_
Print Name of Principal

6

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Harrisonburg High School_

Address _505 Bushley Street (PO Box 710)_

_Harrisonburg, LA 71340_

I, _Kassandra M. Floyd_ am Principal of the above-stated school and do

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 3_, 20_17_.

_Kassandra M. Floyd_
Signature of Principal

_Kassandra M. Floyd_
Print Name of Principal

7

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Elementary_

Address _1219 Cora Drive_

_Jonesville, LA  71343_

I, _Necie Barker_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct 1_, 20 _17_.

_Necie Barker_
Signature of Principal

_Necie Barker_
Print Name of Principal

8

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Jonesville Jr. High_

Address _802 E.H. Johnson Blvd._

_Jonesville, LA 71343_

I, _Lanel Sharp_, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _9-13-_, 20_17_.

_Lanel Sharp_
Signature of Principal

_Lanel Sharp_
Print Name of Principal

9

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School _Sicily Island High_

Address _P.O. Box ~~7008~~ 128_

_Sicily Island LA 71368_

I, _Marquenta Krause_ , am Principal of the above-stated school and do
_Phyllis Parker_

hereby certify that I have verified the residency of all students currently enrolled in the above-stated

school (with the exception of those under the direct or review authority of the Transfer/Residency

Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as
necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true
and correct.

Executed on _October 2_, 20_17_.

_Marquenta Krause / Phyllis Parker_
Signature of Principal

_Marquerita Krause / Phyllis Parker_
Print Name of Principal

10

# CATAHOULA PARISH SCHOOL BOARD


# STUDENT TRANSFERS
# 2017-2018


**Exhibit 4**

# BLOCK HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|
| H    , B   | , Harrisonburg | W | 10 | Harrisonburg High | Block High | Parent teaches here |
| C   , N   | , Harrisonburg | W | 11 | Harrisonburg High | Block High | Parent teaches here |
| C   , J   | , Harrisonburg | W | 9 | Harrisonburg High | Block High | Parent teaches here |

# CENTRAL HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| T   ; A | , Jonesville, LA  71343 | W | 7 | Jonesville Jr. | Central High | Health |

# Harrisonburg High School

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| A        , M | , Jonesville, LA 71343 | B | 7 | Jonesville | Harrisonburg | Parent Teaches Here |
| A     , B | , Harrisonburg, LA 71340 | B | 3 | Jonesville | Harrisonburg | MM |
| B        , B | , Rhinehart, LA 71363 | B | 10 | Jonesville | Harrisonburg | MM |
| B        , K | , Rhinehart, LA 71363 | B | 5 | Jonesville | Harrisonburg | MM |
| B        , M | , Rhinehart, LA 71363 | B | 4 | Jonesville | Harrisonburg | MM |
| C     , D | , Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Health |
| C     , L | , Jonesville, LA 71343 | W | 3 | Jonesville | Harrisonburg | Health |
| C     , B | , Jonesville, LA 71343 | W | 6 | Jonesville | Harrisonburg | Health |
| C     , C | , Jonesville, LA 71343 | W | 4 | Jonesville | Harrisonburg | Health |
| D     , F | , Jonesville, LA 71343 | B | 7 | Jonesville | Harrisonburg | MM |
| E      , W | , Jonesville, LA 71343 | W | 9 | Jonesville | Harrisonburg | Health |
| E     , C | , Sicily Island, LA 71368 | B | 4 | Sicily Island | Harrisonburg | MM |
| F     , K | , Rhinehart, LA 71363 | B | K | Jonesville | Harrisonburg | MM |
| F     , K | Rhinehart, LA 71363 | B | K | Jonesville | Harrisonburg | MM |
| F     , L | , Rhinehart, LA 71363 | B | 7 | Jonesville | Harrisonburg | MM |
| F        , J | , Clayton, LA 71326 | B | K | Sicily Island | Harrisonburg | MM |
| F        , K | , Clayton, LA 71326 | B | 2 | Sicily Island | Harrisonburg | MM |
| F        , Q | , Clayton, LA 71326 | B | 2 | Sicily Island | Harrisonburg | MM |
| F     , L | , Jonesville, LA 71343 | W | 7 | Jonesville | Harrisonburg | Health |
| G     , J | , Jonesville, LA 71343 | W | 8 | Central | Harrisonburg | Health |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G | , M | , Sicily Island, LA 71368 | B | 3 | Sicily Island | Harrisonburg | MM |
| H | , C | , Jonesville, LA 71343 | W | 4 | Jonesville | Harrisonburg | Health |
| H | , C | , Jonesville, LA 71343 | W | 9 | Jonesville | Harrisonburg | Health |
| H | , K | , Jonesville, LA 71343 | W | 9 | Jonesville | Harrisonburg | Health |
| J | , S | , Jonesville, LA 71343 | B | 7 | Jonesville | Harrisonburg | MM |
| K | , M | , Jonesville, LA 71343 | B | 8 | Jonesville | Harrisonburg | MM |
| M | , A | , Jonesville, LA 71343 | B | 7 | Jonesville | Harrisonburg | MM |
| M | , A | , Jonesville, LA 71343 | W | 10 | Jonesville | Harrisonburg | Health |
| M | , E | , Jonesville, LA 71343 | W | 12 | Jonesville | Harrisonburg | Parent Teaches Here |
| M | , J | , Jonesville, LA 71343 | B | 8 | Jonesville | Harrisonburg | MM |
| M | , M | , Jonesville, LA 71343 | B | 5 | Jonesville | Harrisonburg | Health |
| M | , C | , Jonesville, LA 71343 | W | K | Jonesville | Harrisonburg | Health |
| M | , C | , Jonesville, LA 71343 | W | 5 | Jonesville | Harrisonburg | Health |
| M | , Z | , Jonesville, LA 71343 | B | 7 | Jonesville | Harrisonburg | MM |
| R | , J | , Sicily Island, LA 71368 | B | 3 | Sicily Island | Harrisonburg | MM |
| R | , N | , Sicily Island, LA 71368 | B | 6 | Sicily Island | Harrisonburg | MM |
| R | , T | , Sicily Island, LA 71368 | B | 3 | Sicily Island | Harrisonburg | MM |
| S | , K | , Jonesville, LA 71343 | B | 6 | Jonesville | Harrisonburg | MM |
| S | , K | , Jonesville, LA 71343 | B | 7 | Jonesville | Harrisonburg | MM |

| S | , A | , Jonesville, LA  71343 | W | 11 | Jonesville | Harrisonburg | Parent Teaches Here |
| S | , E | , Jonesville, LA  71343 | W | 6 | Jonesville | Harrisonburg | Health |
| S | , E | , Jonesville, LA 71343 | W | 10 | Jonesville | Harrisonburg | Health |
| S | , T | , Jonesville, LA  71343 | B | 9 | Jonesville | Harrisonburg | MM |
| S | , S | , Jonesville, LA 71343 | W | 6 | Jonesville | Harrisonburg | Health |
| T | , J | , Jonesville, LA 71343 | W | 7 | Jonesville | Harrisonburg | Health |
| W | , L | , Sicily Island, LA 71368 | B | 11 | Sicily Island | Harrisonburg | MM |
| W | , B | , Jonesville, LA  71343 | B | 8 | Jonesville | Harrisonburg | MM |

# JONESVILLE ELEMENTARY SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| M   ; A | , Harrisonburg | B | 3 | Harrisonburg | Jonesville Elem. | Health |
| M   ; A | , Harrisonburg | B | 2 | Harrisonburg | Jonesville Elem. | Health |

# JONESVILLE JR. HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|

NONE

# SICILY ISLAND HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| B   , C | , Jonesville, LA  71343 | W | 9 | Harrisonburg High | Sicily Island High | MM |
| O   , A | , Winnsboro, LA | B | 3 | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| O   , A | , Winnsboro, LA | B | 3 | Winnsboro Elem. | Sicily Island High | Parent Teaches Here |
| W   , E | , St. Joseph, LA  71366 | B | 5 | Tensas Elem. | Sicily Island High | Parent Teaches Here |