UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | * * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | |
| **CATAHOULA PARISH SCHOOL BOARD,** *et al.*, *Defendants* | * * * * | **JUDGE DRELL** |

* * * * * * * * * * * * * * * * * * * * * * * *

## REPORT

The Catahoula Parish School Board submits the following information in compliance with the Orders of this Court:

    Exhibit 1    Faculty Vacancy and Replacement Data May 2018-October 2018

    Exhibit 2    Faculty and Staff as of October 1, 2018

    Exhibit 3    Student Enrollment 2018-2019

    Exhibit 4    Student Transfers 2018-2019

**RESPECTFULLY SUBMITTED**, this the 12th day of October, 2018.

                                                **CATAHOULA PARISH SCHOOL BOARD**

                                                **HAMMONDS, SILLS, ADKINS & GUICE**
                                                2431 S. Acadian Thruway, Suite 600
                                                Baton Rouge, Louisiana  70808
                                                Telephone:    225/923-3462
                                                Facsimile:     225/923-0315

                                                */s/Robert L. Hammonds*
                                                **ROBERT L. HAMMONDS**
                                                Louisiana Bar Roll No. 6484

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the above and foregoing **REPORT** was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

      **BATON ROUGE, LOUISIANA** this 12th day of October, 2018.

      */s/Robert L. Hammonds*
      **ROBERT L. HAMMONDS**