# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2018 - October 2018

Exhibit 1

# Catahoula Parish Vacancies 2018-2019

**Block High**

Vacancies—9
Teachers Employed to fill each vacancy
    Race—4 White; 5 Black
    New or Transfer—9 New
Intra-district sending school—None

**Central High**

Vacancies—2
Teachers Employed to fill each vacancy
    Race—2 White
    New or Transfer—1 New; 1 Transfer
Intra-district sending school—Block High


**Harrisonburg High**

Vacancies—1
Teachers Employed to fill each vacancy
    Race—1 White
    New or Transfer—New
    Intra-district sending school—None

**Jonesville Elementary**

Vacancies—2
Teachers Employed to fill each vacancy
    Race—2 White
    New or Transfer—New
    Intra-district sending school—None

**Jonesville Jr. High**

Vacancies—4
Teachers Employed to fill each vacancy
    Race—1 White; 2 Black
    New or Transfer—3 New
    Intra-district sending school—None

-1-

**<u>Sicily Island High</u>**
**Vacancies—4**
**Teachers Employed to fill each vacancy**
        Race—2 White; 1 Black
        New or Transfer—New
        Intra-district sending school—None