# CATAHOULA PARISH SCHOOL BOARD

**Faculty and Staff
as of October 1, 2018**

**Exhibit 2**

## CATAHOULA PARISH SCHOOL FACULTY 2018-2019

| SCHOOL | PRINCIPAL | | ADMINISTRATIVE COORDINATOR | | TEACHER | | PARAPROFESSIONAL | | SECRETARY | | CAFETERIA | | CUSTODIAN | | BUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | B | W | B | W | B | W | B | W | B | W | B | W | B | W | B |
| Block High | 1 | 0 | 0 | 1 | 11 | 5 | 3 | 3 | 0 | 1 | 3 | 1 | 0 | 4 | 0 | 0 |
| Central High | 1 | 0 | 0 | 0 | 9 | 0 | 1 | 0 | 1 | 0 | 2 | 0 | 1 | 0 | 2 | 0 |
| Harrisonburg High | 2 | 0 | 0 | 0 | 19 | 1 | 4 | 0 | 2 | 0 | 3 | 2 | 2 | 0 | 4 | 0 |
| Jonesville Elementary | 1 | 0 | 1 | 0 | 14 | 2 | 7 | 3 | 2 | 0 | 0 | 6 | 0 | 3 | 8 | 2 |
| Jonesville Junior High | 1 | 0 | 0 | 1 | 5 | 5 | 0 | 4 | 0 | 1 | 1 | 2 | 0 | 3 | 0 | 0 |
| Sicily Island High | 2 | 0 | 0 | 0 | 15 | 6 | 5 | 3 | 1 | 1 | 0 | 5 | 1 | 3 | 3 | 1 |