# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 2018-2019

Student Enrollment by School..........................................1

Verification of Student Residency..................................4

**Exhibit 3**

# Catahoula Parish Student Enrollment
## 2018-19

### Block High School

| GD | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | 13 | 31.7 | 25 | 61 | 3 | 7.3 | | | | | | | 41 |
| 09 | 16 | 40 | 24 | 60 | | | | | | | | | 40 |
| 10 | 21 | 56.8 | 16 | 43.2 | | | | | | | | | 37 |
| 11 | 15 | 37.5 | 24 | 60 | 1 | 2.5 | | | | | | | 40 |
| 12 | 10 | 31.2 | 22 | 68.8 | | | | | | | | | 32 |
| Total | 75 | 39.5 | 111 | 58.4 | 4 | 2.1 | | | | | | | 190 |

### Central High School

| GD | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 3 | 100 | | | | | | | | | | | 3 |
| 01 | 1 | 50 | 1 | 50 | | | | | | | | | 2 |
| 02 | 5 | 83.3 | 1 | 16.7 | | | | | | | | | 6 |
| 03 | 5 | 100 | | | | | | | | | | | 5 |
| 04 | 7 | 87.5 | 1 | 12.5 | | | | | | | | | 8 |
| 05 | 5 | 83.3 | 1 | 16.7 | | | | | | | | | 6 |
| 06 | 5 | 100 | | | | | | | | | | | 5 |
| 07 | 8 | 88.9 | 1 | 11.1 | | | | | | | | | 9 |
| 08 | 8 | 100 | | | | | | | | | | | 8 |
| 09 | 5 | 100 | | | | | | | | | | | 5 |
| 10 | 6 | 100 | | | | | | | | | | | 6 |
| 11 | 4 | 100 | | | | | | | | | | | 4 |
| 12 | | | | | | | | | | | | | |
| Total | 62 | 92.5 | 5 | 7.5 | | | | | | | | | 67 |

### Harrisonburg High School

| GD | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 31 | 79.5 | 5 | 12.8 | | | 1 | 2.6 | 2 | 5.1 | | | 39 |
| 01 | 19 | 95 | | | | | | | 1 | 5 | | | 20 |
| 02 | 12 | 85.7 | 2 | 14.3 | | | | | | | | | 14 |
| 03 | 23 | 88.5 | 3 | 11.5 | | | | | | | | | 26 |
| 04 | 16 | 76.2 | 4 | 19 | | | | | 1 | 4.8 | | | 21 |
| 05 | 30 | 88.2 | 4 | 11.8 | | | | | | | | | 34 |
| 06 | 26 | 86.7 | 3 | 10 | | | | | 1 | 3.3 | | | 30 |
| 07 | 25 | 86.2 | 4 | 13.8 | | | | | | | | | 29 |
| 08 | 23 | 76.7 | 7 | 23.3 | | | | | | | | | 30 |
| 09 | 20 | 80 | 4 | 16 | | | 1 | 4 | | | | | 25 |
| 10 | 21 | 100 | | | | | | | | | | | 21 |
| 11 | 22 | 81.5 | 2 | 7.4 | 2 | 7.4 | 1 | 3.7 | | | | | 27 |
| 12 | 21 | 87.5 | 3 | 12.5 | | | | | | | | | 24 |
| Total | 289 | 85 | 41 | 12.1 | 2 | 0.6 | 3 | 0.9 | 5 | 1.5 | | | 340 |

## Jonesville Elementary School

| GD | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PreK | 10 | 50 | 10 | 50 | | | | | | | | | 20 |
| PreS | 3 | 37.5 | 5 | 62.5 | | | | | | | | | 8 |
| K | 26 | 51 | 25 | 49 | | | | | | | | | 51 |
| 01 | 26 | 56.5 | 20 | 43.5 | | | | | | | | | 46 |
| 02 | 22 | 45.8 | 23 | 47.9 | 2 | 4.2 | | | 1 | 2.1 | | | 48 |
| 03 | 27 | 52.9 | 24 | 47.1 | | | | | | | | | 51 |
| 04 | 19 | 45.2 | 22 | 52.4 | | | | | 1 | 2.4 | | | 42 |
| Total | 132 | 50.2 | 127 | 48.3 | 2 | 0.8 | | | 2 | 0.8 | | | 263 |

## Jonesville Junior High School

| GD | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 20 | 51.3 | 18 | 46.2 | 1 | 2.6 | | | | | | | 39 |
| 06 | 14 | 32.6 | 29 | 67.4 | | | | | | | | | 43 |
| 07 | 21 | 63.6 | 11 | 33.3 | 1 | 3 | | | | | | | 33 |
| Total | 55 | 47.4 | 59 | 50.9 | 2 | 1.7 | | | | | | | 116 |

## Sicily Island High School

| GD | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PreK | 4 | 33.3 | 8 | 66.7 | | | | | | | | | 12 |
| PreS | 1 | 50 | 1 | 50 | | | | | | | | | 2 |
| K | 7 | 43.8 | 9 | 56.2 | | | | | | | | | 16 |
| 01 | 10 | 45.5 | 10 | 45.5 | | | | | 2 | 9.1 | | | 22 |
| 02 | 6 | 40 | 8 | 53.3 | 1 | 6.7 | | | | | | | 15 |
| 03 | 7 | 50 | 7 | 50 | | | | | | | | | 14 |
| 04 | 7 | 41.2 | 10 | 58.8 | | | | | | | | | 17 |
| 05 | 8 | 42.1 | 9 | 47.4 | 1 | 5.3 | | | 1 | 5.3 | | | 19 |
| 06 | 9 | 40.9 | 13 | 59.1 | | | | | | | | | 22 |
| 07 | 10 | 62.5 | 6 | 37.5 | | | | | | | | | 16 |
| 08 | 10 | 34.5 | 18 | 62.1 | 1 | 3.4 | | | | | | | 29 |
| 09 | 11 | 73.3 | 3 | 20 | 1 | 6.7 | | | | | | | 15 |
| 10 | 9 | 52.9 | 8 | 47.1 | | | | | | | | | 17 |
| 11 | 12 | 57.1 | 8 | 38.1 | 1 | 4.8 | | | | | | | 21 |
| 12 | 7 | 58.3 | 5 | 41.7 | | | | | | | | | 12 |
| Total | 117 | 47.4 | 122 | 49.4 | 5 | 2 | | | 3 | 1.2 | | | 247 |

## Catahoula Parish Totals

| Grade | W Sum | W % | B Sum | B % | H Sum | H % | A Sum | A % | AI Sum | AI % | H/P Sum | H/P % | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 730 | 59.7 | 465 | 38 | 15 | 1.2 | 3 | 0.2 | 10 | 0.8 | | | 1223 |

-4-

# CATAHOULA PARISH SCHOOL BOARD

# PRINCIPAL DECLARATIONS
# REGARDING RESIDENCY VERIFICATION
# 2018-2019

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School **Block High School**

Address **300 Division St.**

**Jonesville, LA 71343**

I, **Jeffrey Odom**, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10-4**, 20**18**.

_____
Signature of Principal

**Jeffrey Odom**
Print Name of Principal

-5-

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School **Central High**

Address **244 Larto Bayou Rd.**

**Jonesville, LA 71343**

I, **Johnnie Adams**, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on **Sept. 10**, 20**18**.

_John Adams_
Signature of Principal

**John Adams**
Print Name of Principal

-6-

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School **Harrisonburg High School**

Address **505 Bushley St. (PO Box 710) Harrisonburg, LA 71340**

I, **Kassandra M. Floyd**, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on **Sept. 27**, 20**18**.

*Kassandra M. Floyd*
Signature of Principal

**Kassandra M. Floyd**
Print Name of Principal

-7-

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School  Jonesville Elementary

Address  1219 Cora Drive

Jonesville, LA 71343

I, Necie Barker, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Oct. 3, 2018.

_Necie Barker_
Signature of Principal

Necie Barker
Print Name of Principal

-8-

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School  Jonesville Jr. High

Address  802 E. H. Johnson Blvd.
Jonesville, La 71343

I, Lanel Sharp, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-7- , 20 18 .

Lanel Sharp
Signature of Principal

Lanel Sharp
Print Name of Principal

-9-

## PRINCIPAL'S DECLARATION OF RESIDENCY VERIFICATION

School **Sicily Island High**

Address **PO Box 128**
**Sicily Island LA 71368**

I, **Marguerita Krause / Phyllis Parker**, am Principal of the above-stated school and do hereby certify that I have verified the residency of all students currently enrolled in the above-stated school (with the exception of those under the direct or review authority of the Transfer/Residency Committee), except the following (use an additional page, if necessary):

| Name | Race | Grade | Name | Race | Grade |
|------|------|-------|------|------|-------|
|      |      |       |      |      |       |
|      |      |       |      |      |       |
|      |      |       |      |      |       |

This residency verification was completed utilizing documentation review and/or personal visits, as necessary.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 1**, 20**18**.

**Phyllis Parker / Marguerita Krause**
Signature of Principal

**Phyllis Parker / Marguerita Krause**
Print Name of Principal

-10-