# CATAHOULA PARISH SCHOOL BOARD

## STUDENT TRANSFERS
## 2018-2019

**Exhibit 4**

# BLOCK HIGH SCHOOL

| NAME | | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|---|
| H | B | 200 Woodland Ridge, Harrisonburg | W | 11 | Harrisonburg High | Block High | Parent teaches here |
| O | N | 200 Woodland Ridge, Harrisonburg | W | 12 | Harrisonburg High | Block High | Parent teaches here |
| O | J | 200 Woodland Ridge, Harrisonburg | W | 10 | Harrisonburg High | Block High | Parent teaches here |

## CENTRAL HIGH SCHOOL

-2-

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|
| T , A | 231 Glade Rd., Jonesville, LA  71343 | W | 8 | Block High | Central High | Health |

-2-

# Harrisonburg High School

| NAME | | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|---|
| A | M | P.O. Box 991, Jonesville, LA 71343 | B | 8 | Jonesville | Harrisonburg | Parent Teaches Here |
| A | B | P.O. Box 524, Harrisonburg, LA 71340 | B | 4 | Jonesville | Harrisonburg | MM |
| A | K | P.O. Box 524, Harrisonburg, LA 71340 | B | 2 | Jonesville | Harrisonburg | MM |
| A | L | P.O. Box 524, Harrisonburg, LA 71340 | B | 1 | Jonesville | Harrisonburg | MM |
| C | L | 12624 Hwy. 8, Jonesville, LA 71343 | W | 4 | Jonesville | Harrisonburg | Health |
| C | B | 12594 Hwy. 8, Jonesville, LA 71343 | W | 7 | Jonesville | Harrisonburg | Health |
| C | C | 12594 Hwy. 8, Jonesville, LA 71343 | W | 5 | Jonesville | Harrisonburg | Health |
| D | F | 1222 Cora Drive, Jonesville, LA 71343 | B | 8 | Jonesville | Harrisonburg | MM |
| E | C | 176 Webb Camp Rd., Jonesville, LA 71343 | W | 4 | Jonesville | Harrisonburg | Health |
| E | S | 176 Webb Camp Rd., Jonesville, LA 71343 | W | K | Jonesville | Harrisonburg | Health |
| E | W | PO Box 131, Jonesville, LA 71343 | W | 10 | Jonesville | Harrisonburg | Health |
| F | L | 1053 Hwy. 28, Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Health |
| H | C | 13128 Hwy. 8, Jonesville, LA 71343 | W | 5 | Jonesville | Harrisonburg | Health |
| H | C | 161 Wince Rd., Jonesville, LA 71343 | W | 10 | Jonesville | Harrisonburg | Health |
| H | K | 161 Wince Rd., Jonesville, LA 71343 | W | 10 | Jonesville | Harrisonburg | Health |
| J | S | 223 Hwy. 3264, Jonesville, LA 71343 | B | 8 | Jonesville | Harrisonburg | MM |
| K | M | 1006 Harbor Street, Jonesville, LA 71343 | B | 9 | Jonesville | Harrisonburg | MM |
| M | A | 404 State Street, Jonesville, LA 71343 | B | 8 | Jonesville | Harrisonburg | MM |
| M | A | 1053 Hwy. 28, Jonesville, LA 71343 | W | 11 | Jonesville | Harrisonburg | Health |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M | J | 414 Deville Dr., Jonesville, LA 71343 | B | 9 | Jonesville | Harrisonburg | MM |
| M | M | 414 Deville Dr., Jonesville, LA 71343 | B | 6 | Jonesville | Harrisonburg | Health |
| M | C | 15078 Hwy. 124, Jonesville, LA 71343 | W | K | Jonesville | Harrisonburg | Health |
| M | C | 15078 Hwy. 124, Jonesville, LA 71343 | W | 6 | Jonesville | Harrisonburg | Health |
| M | Z | 601 George Street, Jonesville, LA 71343 | B | 8 | Jonesville | Harrisonburg | MM |
| R | J | PO B0x 435, Sicily Island, LA 71368 | B | 4 | Sicily Island | Harrisonburg | MM |
| R | N | PO Box 233, Sicily Island, LA 71368 | B | 7 | Sicily Island | Harrisonburg | MM |
| R | T | PO Box 233, Sicily Island, LA 71368 | B | 4 | Sicily Island | Harrisonburg | MM |
| S | K | 447 Deville Drive, Jonesville, LA 71343 | B | 7 | Jonesville | Harrisonburg | MM |
| S | K | 447 Deville Drive, Jonesville, LA 71343 | B | 8 | Jonesville | Harrisonburg | MM |
| S | M | 15275 Hwy. 124, Jonesville, LA 71343 | B | 5 | Jonesville | Harrisonburg | MM |
| S | A | 15275 Hwy. 124, Jonesville, LA 71343 | W | 12 | Jonesville | Harrisonburg | Parent Teaches Here |
| S | E | 21835 Hwy. 124, Jonesville, LA 71343 | W | 7 | Jonesville | Harrisonburg | Health |
| S | E | 346 Island Drive, Jonesville, LA 71343 | W | 11 | Jonesville | Harrisonburg | Health |
| T | J | 275 Poole Rd., Jonesville, LA 71343 | W | 8 | Jonesville | Harrisonburg | Health |
| W | L | 107 Ellis Street, Sicily Island, LA 71368 | B | 12 | Sicily Island | Harrisonburg | MM |
| W | B | 1505 Park Street, Jonesville, LA 71343 | B | 9 | Jonesville | Harrisonburg | MM |

## JONESVILLE ELEMENTARY SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|
| M A | 127 Ernest Rd., Harrisonburg | B | 4 | Harrisonburg | Jonesville Elem. | Health |
| M A | 127 Ernest Rd., Harrisonburg | B | 3 | Harrisonburg | Jonesville Elem. | Health |

-5-

-5-

## JONESVILLE JR. HIGH SCHOOL

| NAME | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|------|---------|------|-------|---------------|-------------|---------------------|
| NONE | | | | | | |

## SICILY ISLAND HIGH SCHOOL

-7-

| NAME | | ADDRESS | RACE | GRADE | TRANSFER FROM | TRANSFER TO | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|---|
| B | C | 134 Purvis Rd., Jonesville, LA 71343 | W | 10 | Harrisonburg High | Sicily Island High | MM |
| W | E | 121 Woodlawn, St. Joseph, LA 71366 | B | 6 | Tensas Elem. | Sicily Island High | Parent Teaches Here |