RECEIVED
JAN 25 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 69-CV-14430 |
| -vs- | JUDGE DRELL |
| SCHOOL BOARD OF CATAHOULA PARISH, ET AL. | MAG. JUDGE PEREZ-MONTES |

## ORDER

A recent video news report, found at https://youtu.be/od3s3lZWbWM, has come to the court's attention. Our subsequent review of the docket sheet in this case reveals that, while annual reports are being filed, NO PARTY has raised the issues presented in the Now This News report before this court. Specifically, this court has before it NO NOTICE from any party of the use of unqualified teachers at Block High School or the disparity among physical conditions at Catahoula Parish high schools. The last significant activity in this case, other than the aforementioned filing of annual reports, was the issuance of an order from the court, dated July 12, 2013, wherein the undersigned ordered the parties to file an updated plan of work. (Doc. 20). This order was ignored. No plan of work has been filed as of this date. In consideration of the foregoing, it is hereby

ORDERED that all parties will review the news report at the YouTube link above and respond in writing on the record by the filing of briefs on the two issues mentioned above on or before MARCH 1, 2019. Further, it is

ORDERED that a hearing in open court is set before the undersigned on MARCH 20, 2019 at 2:00 P.M. at which at least one counsel of record for each interested party shall appear and show cause why they should not be sanctioned according to Fed. R. Civ. P. 11 for failure to comply with this court's July 12, 2013 order. All counsel appearing shall also be prepared to show cause why

a Special Master should not be appointed in this case to oversee the parties' cooperation in future work toward desegregation in Catahoula Parish schools.

THUS DONE AND SIGNED at Alexandria, Louisiana this 24th day of January, 2019.

                                                DEE D. DRELL, JUDGE
                                      UNITED STATES DISTRICT COURT