UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff* | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | JUDGE DRELL |
| CATAHOULA PARISH SCHOOL<br>BOARD, *et al.*,<br>    *Defendants* | * | MAG. JUDGE PEREZ-MONTES |

* * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes the Catahoula Parish School Board, defendant herein, and moves to enroll as additional counsel on its behalf the following:

**PAMELA WESCOVICH DILL**
Louisiana Bar Roll No. 31703
pdill@hamsil.com

**JOHN RICHARD BLANCHARD**
Louisiana Bar Roll No. 37036
jblanchard@hamsil.com

Both Ms. Dill and Mr. Blanchard are associated with **HAMMONDS, SILLS, ADKINS & GUICE**, 2431 S. Acadian Thruway, Suite 600, Baton Rouge, Louisiana 70808, (225) 923-3462, and both are admitted and authorized to practice before this Honorable Court.

[*Signature on separate page*]

Respectfully submitted, this the 31st day of January 2019.

                                 **CATAHOULA PARISH SCHOOL BOARD**

                                 **HAMMONDS, SILLS, ADKINS & GUICE**
2431 S. Acadian Thruway, Suite 600
Baton Rouge, LA 70808
Telephone (225) 923-3462
Facsimile (225) 923-0315

  /s/ *Robert L. Hammonds*
**ROBERT L. HAMMONDS**
Louisiana Bar Roll No. 6484