UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | **JUDGE DRELL** |
| **CATAHOULA PARISH SCHOOL BOARD,** *et al.*, *Defendants* | * * * * | **MAG. JUDGE PEREZ-MONTES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**CONSIDERING THE FOREGOING** Motion to Enroll Additional Counsel, and the Court finding it in the interest of justice to so do;

**IT IS ORDERED** that Pamela Wescovich Dill and John Richard Blanchard be and are hereby enrolled as additional counsel for the Catahoula Parish School Board, defendant herein.

**SO ORDERED**, this the _____ day of _____ 2019.

_____
**UNITED STATES DISTRICT COURT JUDGE**