RECEIVED
FEB - 1 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff* | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | JUDGE DRELL |
| CATAHOULA PARISH SCHOOL BOARD, *et al.*, *Defendants* | * | MAG. JUDGE PEREZ-MONTES |

## ORDER

**CONSIDERING THE FOREGOING** Motion to Enroll Additional Counsel, and the Court finding it in the interest of justice to so do;

**IT IS ORDERED** that Pamela Wescovich Dill and John Richard Blanchard be and are hereby enrolled as additional counsel for the Catahoula Parish School Board, defendant herein.

**SO ORDERED**, this the 1st day of February 2019.

_____
UNITED STATES DISTRICT COURT JUDGE