#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF LOUISIANA
#### ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 69-14430** |
| ) | |
| ) | **JUDGE DRELL** |
| CATAHOULA PARISH SCHOOL BOARD, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### MOTION TO SUBSTITUTE COUNSEL

The United States respectfully moves this Court for an order substituting counsel of record for the United States in the above captioned case, and as grounds therefore would show the following:

1. Katherine W. Vincent, counsel of record for the United States, moves this Court to substitute Colleen M. Phillips as counsel of record for Lisa M. Taylor.

2. Colleen M. Phillips, Trial Attorney for the Department of Justice, Civil Rights Division, is replacing Lisa M. Taylor, who is no longer with the Civil Rights Division, as counsel for the United States and will be joining Franz R. Marshall and Katherine W. Vincent in representing the United States. Ms. Phillips will be lead counsel or trial attorney in accordance with L.R. 11.2.

3. Ms. Phillips is a member in good standing of the California Bar. In addition, Ms. Phillips is registered with the Court's CM/ECF system, and has been provided with a login and password.

4. Opposing Counsel do not oppose this motion.

For the reasons stated herein, the United States respectfully moves this Court for entry of

an order substituting Ms. Phillips as counsel of record for the United States and removing Ms. Taylor's name as counsel of record.

Dated: February 14, 2019

                                              Respectfully submitted,

| | |
|---|---|
| DAVID C. JOSEPH<br>United States Attorney<br>Western District of Louisiana | ERIC DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| *s/ Katherine W. Vincent*<br>KATHERINE W. VINCENT (#18717)<br>Assistant United States Attorney<br>800 Lafayette Street, Suite 2200<br>Lafayette, LA 70501-6832<br>(337) 262-6618<br>Katherine.Vincent@usdoj.gov | SHAHEENA SIMONS, Chief<br>FRANZ R. MARSHALL, Deputy Chief<br>Educational Opportunities Section<br><br>*s/ Colleen M. Phillips*<br>COLLEEN PHILLIPS, Trial Attorney<br>U.S. Department of Justice<br>Civil Rights Division<br>Educational Opportunities Section<br>Patrick Henry Building, Suite 4300<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530<br>(202) 307-6548<br>Colleen.Phillips@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

                                              *s/ Katherine W. Vincent*
                                              Assistant United States Attorney