IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 69-14430** |
| | ) | |
| | ) | **JUDGE DRELL** |
| CATAHOULA PARISH SCHOOL BOARD, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**<u>Order</u>**

The Unopposed Motion of the United States to Substitute Counsel being considered and for good cause shown,

It is hereby **ORDERED** that Collen M. Phillips be substituted as trial counsel of record for the United States and Lisa M. Taylor's name be removed as counsel of record.

SIGNED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE