RECEIVED
FEB 1 9 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CATAHOULA PARISH SCHOOL BOARD, *et al.* )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 69-14430<br><br>JUDGE DRELL |

## Order

The Unopposed Motion of the United States to Substitute Counsel being considered and for good cause shown,

It is hereby **ORDERED** that Collen M. Phillips be substituted as trial counsel of record for the United States and Lisa M. Taylor's name be removed as counsel of record.

SIGNED this 15th day of February, 2019.

UNITED STATES DISTRICT JUDGE