# CATAHOULA PARISH SCHOOL BOARD

# TABLE 3: FY 2018-19 BUDGET LETTER

**EXHIBIT 1**

**Table 3: FY2018-19 Budget Letter**
**Level 1 Base Per Pupil And Level 2 Local Incentive**

| # | School System | State Funds (with Continuation of Prior Year Pay Raises) as Percent of Total State & Local | Rank | Levels 1 and 2 Local Cost Allocation | Per Pupil Amount | Rank | Local Revenue as Percent of Total State and Local | Total State Cost Allocation (with Continuation of Prior Year Pay Raises) and Local Cost Allocation Levels 1 and 2 | Per Pupil Amount | Rank |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 |
|  |  | C33 ÷ C41 | Rank High to Low | C11a + C20 | C37 ÷ C1 | Rank High to Low | C37 ÷ C41 | C33 + C37 | C41 ÷ C1 | Rank High to Low |
| 1 | Acadia | 69.18% | 16 | $23,940,247 | $2,517 | 64 | 30.82% | 77,682,437 | $8,168 | 69 |
| 2 | Allen | 72.57% | 6 | $11,323,109 | $2,786 | 57 | 27.43% | 41,280,062 | $10,157 | 11 |
| 3 | Ascension | 54.19% | 51 | $83,171,652 | $3,778 | 25 | 45.81% | 181,567,942 | $8,249 | 67 |
| 4 | Assumption | 67.22% | 27 | $10,807,491 | $3,362 | 37 | 32.78% | 32,966,504 | $10,254 | 7 |
| 5 | Avoyelles | 73.21% | 5 | $11,570,038 | $2,209 | 66 | 26.79% | 43,186,766 | $8,245 | 68 |
| 6 | Beauregard | 65.94% | 28 | $18,958,973 | $3,227 | 46 | 34.06% | 55,671,479 | $9,474 | 31 |
| 7 | Bienville | 44.10% | 60 | $11,263,859 | $5,212 | 9 | 55.90% | 20,151,111 | $9,325 | 40 |
| 8 | Bossier | 63.44% | 39 | $75,076,404 | $3,349 | 39 | 36.56% | 205,377,406 | $9,160 | 45 |
| 9 | Caddo | 61.47% | 41 | $137,350,021 | $3,484 | 32 | 38.53% | 356,449,411 | $9,041 | 50 |
| 10 | Calcasieu | 49.94% | 55 | $146,003,389 | $4,384 | 17 | 50.06% | 291,639,960 | $8,758 | 58 |
| 11 | Caldwell | 70.07% | 13 | $5,286,520 | $3,344 | 40 | 29.93% | 17,662,667 | $11,172 | 3 |
| 12 | Cameron | 41.26% | 61 | $7,245,773 | $5,498 | 6 | 58.74% | 12,334,718 | $9,359 | 34 |
| 13 | Catahoula | 72.22% | 7 | $3,788,914 | $2,847 | 55 | 27.78% | 13,639,128 | $10,247 | 8 |
| 14 | Claiborne | 65.48% | 30 | $6,687,817 | $3,778 | 26 | 34.52% | 19,373,045 | $10,945 | 4 |
| 15 | Concordia | 68.88% | 20 | $10,884,742 | $3,008 | 52 | 31.12% | 34,972,399 | $9,664 | 21 |
| 16 | DeSoto | 35.80% | 67 | $26,299,166 | $5,339 | 7 | 64.20% | 40,966,907 | $8,316 | 66 |
| 17 | East Baton Rouge | 44.87% | 59 | $211,870,386 | $4,797 | 12 | 55.13% | 384,310,672 | $8,701 | 59 |
| 18 | East Carroll | 71.06% | 9 | $2,742,136 | $2,842 | 56 | 28.94% | 9,475,761 | $9,819 | 17 |
| 19 | East Feliciana | 64.28% | 34 | $6,351,025 | $3,341 | 43 | 35.72% | 17,779,812 | $9,353 | 36 |
| 20 | Evangeline | 70.08% | 12 | $15,291,441 | $2,672 | 62 | 29.92% | 51,111,923 | $8,931 | 55 |
| 21 | Franklin | 72.02% | 8 | $7,940,079 | $2,658 | 63 | 27.98% | 28,373,880 | $9,499 | 29 |
| 22 | Grant | 78.08% | 2 | $6,108,866 | $2,090 | 68 | 21.92% | 27,863,326 | $9,532 | 25 |
| 23 | Iberia | 64.19% | 35 | $43,334,995 | $3,410 | 34 | 35.81% | 121,007,717 | $9,523 | 26 |
| 24 | Iberville | 31.77% | 68 | $28,919,043 | $6,133 | 2 | 68.23% | 42,386,053 | $8,990 | 52 |
| 25 | Jackson | 55.54% | 50 | $9,455,369 | $4,225 | 20 | 44.46% | 21,265,396 | $9,502 | 28 |
| 26 | Jefferson | 50.80% | 54 | $220,952,484 | $4,524 | 15 | 49.20% | 449,064,323 | $9,194 | 43 |
| 27 | Jefferson Davis | 67.71% | 24 | $17,919,837 | $3,162 | 49 | 32.29% | 55,490,172 | $9,792 | 18 |
| 28 | Lafayette | 49.20% | 56 | $135,763,605 | $4,248 | 19 | 50.80% | 267,257,726 | $8,363 | 65 |
| 29 | Lafourche | 57.20% | 49 | $52,024,136 | $3,705 | 29 | 42.80% | 121,562,638 | $8,657 | 60 |
| 30 | LaSalle | 68.93% | 18 | $7,827,857 | $3,127 | 50 | 31.07% | 25,197,561 | $10,067 | 13 |
| 31 | Lincoln | 53.42% | 53 | $26,504,494 | $4,266 | 18 | 46.58% | 56,900,457 | $9,158 | 46 |
| 32 | Livingston | 69.47% | 14 | $70,117,307 | $2,779 | 58 | 30.53% | 229,664,668 | $9,103 | 49 |
| 33 | Madison | 62.55% | 40 | $6,047,598 | $3,766 | 27 | 37.45% | 16,146,734 | $10,054 | 14 |
| 34 | Morehouse | 68.92% | 19 | $12,377,952 | $3,183 | 48 | 31.08% | 39,826,791 | $10,241 | 9 |
| 35 | Natchitoches | 61.01% | 42 | $21,188,937 | $3,567 | 31 | 38.99% | 54,346,103 | $9,148 | 47 |
| 36 | Orleans | 48.30% | 58 | $213,907,817 | $4,623 | 13 | 51.70% | 413,719,718 | $8,941 | 54 |
| 37 | Ouachita | 67.38% | 25 | $58,688,936 | $3,075 | 51 | 32.62% | 179,907,916 | $9,425 | 32 |
| 38 | Plaquemines | 29.55% | 69 | $25,701,021 | $6,588 | 1 | 70.45% | 36,481,392 | $9,352 | 37 |
| 39 | Pointe Coupee | 39.90% | 64 | $15,215,831 | $5,513 | 5 | 60.10% | 25,318,015 | $9,173 | 44 |
| 40 | Rapides | 64.34% | 33 | $74,469,853 | $3,343 | 41 | 35.66% | 208,841,574 | $9,376 | 33 |
| 41 | Red River | 40.33% | 63 | $8,057,502 | $5,678 | 4 | 59.67% | 13,503,988 | $9,517 | 27 |
| 42 | Richland | 58.38% | 46 | $11,533,430 | $4,057 | 23 | 41.62% | 27,709,285 | $9,746 | 19 |
| 43 | Sabine | 67.22% | 26 | $13,617,020 | $3,310 | 44 | 32.78% | 41,544,905 | $10,098 | 12 |
| 44 | St. Bernard | 63.85% | 36 | $24,333,685 | $3,349 | 38 | 36.15% | 67,316,858 | $9,266 | 41 |
| 45 | St. Charles | 38.36% | 66 | $48,169,902 | $5,189 | 10 | 61.64% | 78,152,148 | $8,419 | 64 |
| 46 | St. Helena | 70.19% | 11 | $3,743,302 | $3,227 | 45 | 29.81% | 12,556,312 | $10,824 | 5 |
| 47 | St. James | 39.06% | 65 | $20,736,469 | $5,689 | 3 | 60.94% | 34,029,473 | $9,336 | 39 |
| 48 | St. John the Baptist | 53.75% | 52 | $26,296,113 | $4,465 | 16 | 46.25% | 56,851,390 | $9,652 | 22 |
| 49 | St. Landry | 68.43% | 23 | $36,444,929 | $2,676 | 61 | 31.57% | 115,435,909 | $8,476 | 63 |
| 50 | St. Martin | 63.61% | 38 | $26,236,242 | $3,399 | 36 | 36.39% | 72,096,826 | $9,340 | 38 |
| 51 | St. Mary | 57.93% | 48 | $33,133,962 | $4,016 | 24 | 42.07% | 78,752,294 | $9,545 | 24 |
| 52 | St. Tammany | 60.42% | 44 | $141,954,765 | $3,752 | 28 | 39.58% | 358,686,444 | $9,480 | 30 |
| 53 | Tangipahoa | 68.67% | 21 | $51,287,990 | $2,686 | 60 | 31.33% | 163,686,451 | $8,572 | 62 |
| 54 | Tensas | 59.38% | 45 | $2,463,365 | $4,613 | 14 | 40.62% | 6,063,751 | $11,355 | 2 |
| 55 | Terrebonne | 60.53% | 43 | $61,751,830 | $3,607 | 30 | 39.47% | 156,466,185 | $9,139 | 48 |
| 56 | Union | 65.55% | 29 | $10,494,660 | $3,434 | 33 | 34.45% | 30,465,270 | $9,969 | 15 |
| 57 | Vermilion | 68.64% | 22 | $25,477,838 | $2,700 | 59 | 31.36% | 81,239,907 | $8,608 | 61 |
| 58 | Vernon | 73.96% | 4 | $19,466,690 | $2,333 | 65 | 26.04% | 74,759,213 | $8,961 | 53 |
| 59 | Washington | 82.04% | 1 | $8,096,383 | $1,582 | 69 | 17.96% | 45,090,215 | $8,808 | 57 |
| 60 | Webster | 64.63% | 32 | $20,805,284 | $3,407 | 35 | 35.37% | 58,824,256 | $9,634 | 23 |
| 61 | West Baton Rouge | 40.68% | 62 | $19,599,010 | $5,336 | 8 | 59.32% | 33,041,633 | $8,996 | 51 |
| 62 | West Carroll | 76.09% | 3 | $4,242,883 | $2,124 | 67 | 23.91% | 17,742,116 | $8,880 | 56 |
| 63 | West Feliciana | 48.73% | 57 | $10,465,127 | $4,972 | 11 | 51.27% | 20,411,483 | $9,697 | 20 |
| 64 | Winn | 69.28% | 15 | $6,828,002 | $3,194 | 47 | 30.72% | 22,230,014 | $10,398 | 6 |
| 65 | City of Monroe | 58.00% | 47 | $33,264,442 | $4,131 | 21 | 42.00% | 79,209,524 | $9,836 | 16 |
| 66 | City of Bogalusa | 64.91% | 31 | $8,040,305 | $4,063 | 22 | 35.09% | 22,914,919 | $11,579 | 1 |
| 67 | Zachary Community | 63.82% | 37 | $18,104,315 | $3,342 | 42 | 36.18% | 50,046,005 | $9,237 | 42 |
| 68 | City of Baker | 70.98% | 10 | $5,654,897 | $2,965 | 53 | 29.02% | 19,486,575 | $10,218 | 10 |
| 69 | Central Community | 69.06% | 17 | $13,182,342 | $2,895 | 54 | 30.94% | 42,609,561 | $9,359 | 35 |
|  | STATE TOTAL | 58.23% |  | $2,593,861,803 | $3,792 |  | 41.77% | $6,209,145,179 | $9,078 |  |