# CATAHOULA PARISH SCHOOL BOARD

# TABLE 7: FY 2018-19 BUDGET LETTER

# EXHIBIT 2

**Table 7: FY2018-19 Budget Letter**
**FY2016-2017 Local Property and Sales Tax Revenues**

| | School System | 2016 Assessed Property Value | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2016 Total Assessed Property Value | 2016 Assessed Homestead Exemption | 2016 Net Assessed Taxable Property | Prior Year 2015 Net Assessed Taxable Property (Without cap) | Percent Change | 2016 Net Assessed Taxable Property With Cap Of 10% |
| | | 1 | 2 | 3 | 3a | 3b | 3c |
| | | La. Tax Commission Table 41 | La. Tax Commission Table 43 | C1 - C2 | Prior Year T7, C3 | (C3 - C3a) ÷ C3a | If C3b > 10%, 3a x (1 + 10%) |
| 1 | Acadia | $469,478,958 | $87,225,543 | $382,253,415 | $385,019,569 | -0.72% | $382,253,415 |
| 2 | Allen | $121,102,820 | $27,840,517 | $93,262,303 | $92,829,594 | 0.47% | $93,262,303 |
| 3 | Ascension | $1,391,789,610 | $216,600,739 | $1,175,188,871 | $1,165,857,719 | 0.80% | $1,175,188,871 |
| 4 | Assumption | $203,582,097 | $36,337,845 | $167,244,252 | $177,071,483 | -5.55% | $167,244,252 |
| 5 | Avoyelles | $201,071,030 | $61,004,698 | $140,066,332 | $136,227,336 | 2.82% | $140,066,332 |
| 6 | Beauregard | $271,012,038 | $56,042,171 | $214,969,867 | $230,470,116 | -6.73% | $214,969,867 |
| 7 | Bienville | $363,072,730 | $16,581,333 | $346,491,397 | $368,309,137 | -5.92% | $346,491,397 |
| 8 | Bossier | $1,167,877,115 | $189,669,882 | $978,207,233 | $978,322,796 | -0.01% | $978,207,233 |
| 9 | Caddo | $2,087,956,114 | $339,924,738 | $1,748,031,376 | $1,754,407,750 | -0.36% | $1,748,031,376 |
| 10 | Calcasieu | $2,335,164,816 | $286,249,716 | $2,048,915,100 | $1,900,373,218 | 7.82% | $2,048,915,100 |
| 11 | Caldwell | $74,741,949 | $14,425,194 | $60,316,755 | $56,720,922 | 6.34% | $60,316,755 |
| 12 | Cameron | $253,118,359 | $12,020,831 | $241,097,528 | $264,303,971 | -8.78% | $241,097,528 |
| 13 | Catahoula | $54,089,237 | $14,835,014 | $39,254,223 | $37,105,626 | 5.79% | $39,254,223 |
| 14 | Claiborne | $157,107,804 | $19,302,927 | $137,804,877 | $144,656,404 | -4.74% | $137,804,877 |
| 15 | Concordia | $167,071,280 | $28,270,947 | $138,800,333 | $135,008,102 | 2.81% | $138,800,333 |
| 16 | DeSoto | $731,570,121 | $41,399,349 | $690,170,772 | $715,769,924 | -3.58% | $690,170,772 |
| 17 | East Baton Rouge | $4,109,407,311 | $546,763,121 | $3,562,644,190 | $3,493,859,004 | 1.97% | $3,562,644,190 |
| 18 | East Carroll | $48,381,122 | $5,289,898 | $43,091,224 | $43,483,260 | -0.90% | $43,091,224 |
| 19 | East Feliciana | $181,359,791 | $35,169,897 | $146,189,894 | $148,937,261 | -1.84% | $146,189,894 |
| 20 | Evangeline | $297,210,320 | $52,055,467 | $245,154,853 | $244,703,025 | 0.18% | $245,154,853 |
| 21 | Franklin | $125,144,321 | $29,272,060 | $95,872,261 | $93,045,397 | 3.04% | $95,872,261 |
| 22 | Grant | $84,839,416 | $32,494,646 | $52,344,770 | $51,022,092 | 2.59% | $52,344,770 |
| 23 | Iberia | $739,038,989 | $112,293,996 | $626,744,993 | $625,409,587 | 0.21% | $626,744,993 |
| 24 | Iberville | $650,964,665 | $47,502,310 | $603,462,355 | $610,766,852 | -1.20% | $603,462,355 |
| 25 | Jackson | $246,583,870 | $20,296,190 | $226,287,680 | $237,177,950 | -4.59% | $226,287,680 |
| 26 | Jefferson | $4,331,421,786 | $740,238,070 | $3,591,183,716 | $3,486,451,264 | 3.00% | $3,591,183,716 |
| 27 | Jefferson Davis | $264,824,496 | $50,182,486 | $214,642,010 | $206,849,202 | 3.77% | $214,642,010 |
| 28 | Lafayette | $2,641,089,701 | $382,003,154 | $2,259,086,547 | $2,081,902,895 | 8.51% | $2,259,086,547 |
| 29 | Lafourche | $1,235,944,919 | $172,899,989 | $1,063,044,930 | $1,014,066,865 | 4.83% | $1,063,044,930 |
| 30 | LaSalle | $99,161,440 | $22,259,870 | $76,901,570 | $73,617,182 | 4.46% | $76,901,570 |
| 31 | Lincoln | $513,752,307 | $58,577,541 | $455,174,766 | $403,778,289 | 12.73% | $444,156,118 |
| 32 | Livingston | $733,708,115 | $239,288,703 | $494,419,412 | $489,728,106 | 0.96% | $494,419,412 |
| 33 | Madison | $121,868,544 | $10,709,734 | $111,158,810 | $111,212,910 | -0.05% | $111,158,810 |
| 34 | Morehouse | $179,363,085 | $35,738,358 | $143,624,727 | $138,548,007 | 3.66% | $143,624,727 |
| 35 | Natchitoches | $390,557,146 | $52,677,321 | $337,879,825 | $325,268,939 | 3.88% | $337,879,825 |
| 36 | Orleans | $4,129,417,130 | $475,463,500 | $3,653,953,630 | $3,533,206,755 | 3.42% | $3,653,953,630 |
| 37 | Ouachita | $847,314,024 | $162,409,621 | $684,904,403 | $660,849,929 | 3.64% | $684,904,403 |
| 38 | Plaquemines | $1,057,340,699 | $30,393,998 | $1,026,946,701 | $1,087,967,716 | -5.61% | $1,026,946,701 |
| 39 | Pointe Coupee | $528,872,109 | $41,274,262 | $487,597,847 | $446,471,770 | 9.21% | $487,597,847 |
| 40 | Rapides | $979,180,282 | $183,233,431 | $795,946,851 | $747,862,594 | 6.43% | $795,946,851 |
| 41 | Red River | $245,081,370 | $11,304,760 | $233,776,610 | $246,424,800 | -5.13% | $233,776,610 |
| 42 | Richland | $235,717,990 | $29,005,506 | $206,712,484 | $203,103,913 | 1.78% | $206,712,484 |
| 43 | Sabine | $206,453,882 | $33,489,327 | $172,964,555 | $178,322,564 | -3.00% | $172,964,555 |
| 44 | St. Bernard | $379,007,430 | $64,904,738 | $314,102,692 | $319,923,644 | -1.82% | $314,102,692 |
| 45 | St. Charles | $1,332,607,625 | $98,916,828 | $1,233,690,797 | $1,256,097,921 | -1.78% | $1,233,690,797 |
| 46 | St. Helena | $71,165,360 | $17,479,370 | $53,685,990 | $51,660,890 | 3.92% | $53,685,990 |
| 47 | St. James | $557,539,110 | $40,704,290 | $516,834,820 | $577,783,668 | -10.55% | $516,834,820 |
| 48 | St. John the Baptist | $511,446,861 | $84,200,102 | $427,246,759 | $451,132,037 | -5.29% | $427,246,759 |
| 49 | St. Landry | $758,769,070 | $131,499,748 | $627,269,322 | $615,005,516 | 1.99% | $627,269,322 |
| 50 | St. Martin | $477,768,719 | $87,778,247 | $389,990,472 | $375,751,761 | 3.79% | $389,990,472 |
| 51 | St. Mary | $683,732,376 | $74,968,361 | $608,764,015 | $621,009,881 | -1.97% | $608,764,015 |
| 52 | St. Tammany | $2,474,599,773 | $515,492,919 | $1,959,106,854 | $1,830,632,660 | 7.02% | $1,959,106,854 |
| 53 | Tangipahoa | $763,414,403 | $198,779,086 | $564,635,317 | $562,220,811 | 0.43% | $564,635,317 |
| 54 | Tensas | $60,790,702 | $5,426,296 | $55,364,406 | $53,413,129 | 3.65% | $55,364,406 |
| 55 | Terrebonne | $1,104,050,703 | $181,538,770 | $922,511,933 | $906,647,097 | 1.75% | $922,511,933 |
| 56 | Union | $189,452,720 | $34,853,557 | $154,599,163 | $154,419,915 | 0.12% | $154,599,163 |
| 57 | Vermilion | $430,651,312 | $94,213,562 | $336,437,750 | $372,796,980 | -9.75% | $336,437,750 |
| 58 | Vernon | $194,822,170 | $53,431,546 | $141,390,624 | $142,097,465 | -0.50% | $141,390,624 |
| 59 | Washington | $141,302,110 | $42,089,103 | $99,213,007 | $96,923,080 | 2.36% | $99,213,007 |
| 60 | Webster | $316,869,610 | $54,116,345 | $262,753,265 | $268,803,483 | -2.25% | $262,753,265 |
| 61 | West Baton Rouge | $437,606,095 | $44,993,812 | $392,612,283 | $406,361,061 | -3.38% | $392,612,283 |
| 62 | West Carroll | $75,181,740 | $17,686,688 | $57,495,052 | $58,209,602 | -1.23% | $57,495,052 |
| 63 | West Feliciana | $302,020,849 | $17,658,390 | $284,362,459 | $273,950,141 | 3.80% | $284,362,459 |
| 64 | Winn | $85,767,450 | $17,235,697 | $68,531,753 | $65,332,133 | 4.90% | $68,531,753 |
| 65 | City of Monroe | $416,771,391 | $43,816,862 | $372,954,529 | $360,109,043 | 3.57% | $372,954,529 |
| 66 | City of Bogalusa | $101,286,670 | $19,558,710 | $81,727,960 | $81,075,420 | 0.80% | $81,727,960 |
| 67 | Zachary Community | $284,296,891 | $44,269,636 | $240,027,255 | $240,027,255 | 0.00% | $240,027,255 |
| 68 | City of Baker | $63,860,516 | $20,046,665 | $43,813,851 | $43,813,851 | 0.00% | $43,813,851 |
| 69 | Central Community | $188,962,278 | $66,259,538 | $122,702,740 | $122,702,740 | 0.00% | $122,702,740 |
| | STATE TOTAL | $47,677,548,842 | $7,131,937,526 | $40,545,611,316 | $39,834,392,979 | 1.79% | $40,534,592,668 |

## Table 7: FY2018-19 Budget Letter
## FY2016-2017 Local Property and Sales Tax Revenues

| | School System | Ad Valorem Constitutional Tax | | Ad Valorem Renewable Taxes | | | | | | Total Ad Valorem Taxes (Non Debt) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Parish Mill Rate | Parish Revenue Amount | Parish Mill Rate | Parish Revenue Amount | Dist. Mill Low | Dist. Mill High | # Of Dists. | Dist. Revenue Amount | |
| | | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | | KPC 62220 C3 | KPC 62220 C4 | KPC 62320 C3 | KPC 62320 C4 | KPC 62320 C5 | KPC 62320 C6 | KPC 62320 C7 | KPC 62320 C8 | C5 + C7 + C11 |
| 1 | Acadia | 5.23 | $1,985,423 | 20.38 | $7,520,831 | 10 | 13.44 | 3 | $1,964,440 | $11,470,694 |
| 2 | Allen | 4.28 | $385,611 | 5.15 | $463,994 | 12.89 | 89.88 | 6 | $1,842,244 | $2,691,849 |
| 3 | Ascension | 3.61 | $4,269,422 | 42.90 | $50,216,701 | 0 | 0 | 0 | $0 | $54,486,123 |
| 4 | Assumption | 5.49 | $888,035 | 33.88 | $5,496,554 | 0 | 0 | 0 | $0 | $6,384,589 |
| 5 | Avoyelles | 3.62 | $497,863 | 20.00 | $2,750,591 | 0 | 0 | 0 | $0 | $3,248,454 |
| 6 | Beauregard | 4.86 | $1,101,815 | 30.12 | $6,823,421 | 0 | 0 | 0 | $0 | $7,925,236 |
| 7 | Bienville | 5.88 | $1,972,437 | 53.06 | $17,798,894 | 0 | 0 | 0 | $0 | $19,771,331 |
| 8 | Bossier | 3.40 | $3,425,053 | 47.06 | $47,076,519 | 0 | 0 | 0 | $0 | $50,501,572 |
| 9 | Caddo | 7.70 | $13,339,267 | 60.60 | $104,982,558 | 0 | 0 | 0 | $0 | $118,321,825 |
| 10 | Calcasieu | 5.13 | $10,373,241 | 12.10 | $24,510,521 | 0 | 0 | 0 | $218,632 | $35,102,394 |
| 11 | Caldwell | 5.40 | $320,447 | 32.92 | $1,953,697 | 0 | 0 | 0 | $0 | $2,274,144 |
| 12 | Cameron | 4.84 | $1,112,499 | 30.28 | $6,959,339 | 0 | 0 | 0 | $0 | $8,071,838 |
| 13 | Catahoula | 4.16 | $163,262 | 13.27 | $520,768 | 4.01 | 5.56 | 4 | $172,357 | $856,387 |
| 14 | Claiborne | 5.29 | $758,338 | 10.30 | $1,476,537 | 3.33 | 11.88 | 3 | $596,959 | $2,831,834 |
| 15 | Concordia | 2.81 | $386,867 | 37.60 | $5,178,488 | 0 | 0 | 0 | $0 | $5,565,355 |
| 16 | DeSoto | 5.32 | $3,578,207 | 51.34 | $34,418,848 | 0 | 0 | 0 | $0 | $37,997,055 |
| 17 | East Baton Rouge | 5.25 | $18,477,888 | 38.20 | $134,448,588 | 0 | 0 | 0 | $0 | $152,926,476 |
| 18 | East Carroll | 8.20 | $355,159 | 8.24 | $353,450 | 0 | 0 | 0 | $0 | $708,609 |
| 19 | East Feliciana | 3.34 | $464,755 | 17.00 | $2,368,205 | 0 | 0 | 0 | $0 | $2,832,960 |
| 20 | Evangeline | 4.50 | $1,162,111 | 10.18 | $2,495,750 | 2.18 | 12.13 | 3 | $3,498,975 | $7,156,836 |
| 21 | Franklin | 4.61 | $441,546 | 20.22 | $1,936,675 | 0 | 0 | 0 | $0 | $2,378,221 |
| 22 | Grant | 5.63 | $295,075 | 23.06 | $1,729,981 | 2.02 | 15.86 | 8 | $0 | $2,025,056 |
| 23 | Iberia | 4.47 | $2,726,037 | 6.15 | $3,750,596 | 0 | 0 | 0 | $0 | $6,476,633 |
| 24 | Iberville | 3.49 | $2,096,875 | 54.34 | $29,574,545 | 0 | 0 | 0 | $0 | $31,671,420 |
| 25 | Jackson | 4.65 | $1,124,726 | 20.03 | $4,839,888 | 0 | 0 | 0 | $0 | $5,964,614 |
| 26 | Jefferson | 2.91 | $4,615,572 | 20.00 | $68,396,969 | 0 | 0 | 0 | $0 | $73,012,541 |
| 27 | Jefferson Davis | 6.36 | $1,344,802 | 10.57 | $2,234,970 | 4.02 | 18.51 | 7 | $2,254,319 | $5,834,091 |
| 28 | Lafayette | 4.59 | $9,904,726 | 28.97 | $62,495,849 | 0 | 0 | 0 | $0 | $72,400,575 |
| 29 | Lafourche | 3.63 | $3,635,872 | 28.47 | $28,520,049 | 0 | 0 | 0 | $0 | $32,155,921 |
| 30 | LaSalle | 4.54 | $340,792 | 39.75 | $2,983,804 | 0 | 0 | 0 | $0 | $3,324,596 |
| 31 | Lincoln | 3.91 | $1,780,598 | 26.45 | $12,023,502 | 2.28 | 3.25 | 4 | $1,145,984 | $14,950,084 |
| 32 | Livingston | 3.29 | $1,597,230 | 19.18 | $9,311,488 | 0 | 0 | 0 | $0 | $10,908,718 |
| 33 | Madison | 4.60 | $507,767 | 5.27 | $582,052 | 0 | 0 | 0 | $0 | $1,089,819 |
| 34 | Morehouse | 5.86 | $842,009 | 22.08 | $3,133,577 | 5.91 | 9.83 | 0 | $619,628 | $4,595,214 |
| 35 | Natchitoches | 4.54 | $1,473,172 | 6.83 | $2,216,214 | 6.76 | 19.9 | 5 | $2,800,536 | $6,489,922 |
| 36 | Orleans | 27.65 | $100,780,399 | 12.69 | $53,651,027 | 0 | 0 | 0 | $0 | $154,431,426 |
| 37 | Ouachita | 5.18 | $3,506,981 | 24.15 | $16,334,156 | 0 | 0 | 0 | $0 | $19,841,137 |
| 38 | Plaquemines | 6.03 | $6,582,522 | 18.38 | $19,721,920 | 0 | 0 | 0 | $0 | $26,304,442 |
| 39 | Pointe Coupee | 4.54 | $2,211,552 | 11.96 | $5,826,168 | 0 | 0 | 0 | $0 | $8,037,720 |
| 40 | Rapides | 4.93 | $3,871,166 | 21.64 | $16,814,261 | 4.78 | 24.39 | 13 | $8,760,329 | $29,445,756 |
| 41 | Red River | 4.97 | $1,160,668 | 38.12 | $8,902,369 | 0 | 0 | 0 | $0 | $10,063,037 |
| 42 | Richland | 8.71 | $1,791,083 | 8.59 | $1,766,434 | 0 | 0 | 0 | $0 | $3,557,517 |
| 43 | Sabine | 5.35 | $910,303 | 9.02 | $1,534,744 | 6.63 | 16.09 | 7 | $1,674,715 | $4,119,762 |
| 44 | St. Bernard | 3.83 | $1,191,938 | 31.89 | $9,925,526 | 0 | 0 | 0 | $0 | $11,117,464 |
| 45 | St. Charles | 4.12 | $5,086,671 | 41.86 | $56,146,331 | 0 | 0 | 0 | $0 | $61,233,002 |
| 46 | St. Helena | 3.38 | $170,627 | 39.88 | $1,996,223 | 0 | 0 | 0 | $0 | $2,166,850 |
| 47 | St. James | 3.85 | $2,087,284 | 29.82 | $16,304,932 | 0 | 0 | 0 | $0 | $18,392,216 |
| 48 | St. John the Baptist | 3.65 | $1,459,042 | 25.66 | $10,252,620 | 0 | 0 | 0 | $0 | $11,711,662 |
| 49 | St. Landry | 4.37 | $2,736,537 | 16.15 | $10,112,317 | 0 | 0 | 0 | $0 | $12,848,854 |
| 50 | St. Martin | 2.48 | $941,417 | 9.53 | $3,617,698 | 0 | 0 | 0 | $0 | $4,559,115 |
| 51 | St. Mary | 8.35 | $4,947,614 | 11.17 | $6,618,527 | 11.75 | 12.17 | 3 | $7,075,730 | $18,641,871 |
| 52 | St. Tammany | 3.65 | $7,062,010 | 44.86 | $86,794,634 | 0 | 0 | 0 | $0 | $93,856,644 |
| 53 | Tangipahoa | 4.06 | $2,231,240 | 0.00 | $0 | 3 | 15 | 2 | $4,167,326 | $6,398,566 |
| 54 | Tensas | 5.42 | $287,672 | 32.28 | $1,721,477 | 0 | 0 | 0 | $0 | $2,009,149 |
| 55 | Terrebonne | 3.86 | $3,547,994 | 5.41 | $4,972,708 | 0 | 0 | 0 | $0 | $8,520,702 |
| 56 | Union | 3.55 | $540,043 | 17.98 | $2,735,004 | 1.6 | 1.64 | 15 | $256,711 | $3,531,758 |
| 57 | Vermilion | 4.65 | $1,529,859 | 35.00 | $11,515,042 | 0 | 0 | 0 | $0 | $13,044,901 |
| 58 | Vernon | 4.16 | $564,801 | 8.10 | $1,099,729 | 10 | 19.49 | 9 | $2,109,241 | $3,773,771 |
| 59 | Washington | 3.91 | $382,816 | 15.07 | $1,475,456 | 5.19 | 5.19 | 1 | $35,572 | $1,893,844 |
| 60 | Webster | 4.23 | $1,109,461 | 11.61 | $3,041,156 | 5.56 | 26.42 | 4 | $1,828,939 | $5,979,556 |
| 61 | West Baton Rouge | 4.39 | $1,716,609 | 27.00 | $10,557,731 | 0 | 0 | 0 | $0 | $12,274,340 |
| 62 | West Carroll | 7.23 | $422,587 | 17.99 | $1,003,501 | 4.57 | 4.57 | 1 | $170,121 | $1,596,209 |
| 63 | West Feliciana | 4.33 | $1,182,162 | 28.62 | $7,908,316 | 0 | 0 | 0 | $0 | $9,090,478 |
| 64 | Winn | 4.93 | $334,676 | 15.79 | $1,072,095 | 3.06 | 3.44 | 2 | $181,754 | $1,588,525 |
| 65 | City of Monroe | 7.07 | $2,664,974 | 20.56 | $7,745,080 | 0 | 0 | 0 | $0 | $10,410,054 |
| 66 | City of Bogalusa | 6.44 | $508,315 | 56.37 | $4,644,193 | 0 | 0 | 0 | $0 | $5,152,508 |
| 67 | Zachary Community | 5.00 | $1,184,020 | 38.20 | $9,045,679 | 0 | 0 | 0 | $0 | $10,229,699 |
| 68 | City of Baker | 5.00 | $214,017 | 38.20 | $1,635,092 | 0 | 0 | 0 | $0 | $1,849,109 |
| 69 | Central Community | 4.23 | $472,350 | 32.52 | $3,631,411 | 0 | 0 | 0 | $0 | $4,103,761 |
| | STATE TOTAL | 5.11 | $263,135,909 | 24.66 | $1,091,667,970 | 0 | 89.88 | 100 | $41,374,512 | $1,396,178,391 |