# CATAHOULA PARISH SCHOOL BOARD

# CHART: TEACHERS BY RACE AND CERTIFICATION FOR 2017-18

**EXHIBIT 3**

**CATAHOULA PARISH SCHOOL SYSTEM**
2017-18 SCHOOL YEAR

| YEAR | SCHOOL | # TEACHERS | CERTIFIED TEACHERS | UNCERTIFIED TEACHERS |
|---|---|---|---|---|
| 2017-18 | BLOCK HIGH SCHOOL | 16 - white<br>4 - black | 13 - white<br>2 - black | 3 - white<br>2 - black |
| 2017-18 | CENTRAL HIGH SCHOOL | 9 - white<br>0 - black | 9 - white<br>0 - black | 0 - white<br>0 - black |
| 2017-18 | HARRISONBURG HIGH SCHOOL | 18 - white<br>1 - black | 17 - white<br>1 - black | 1 - white<br>0 - black |
| 2017-18 | JONESVILLE ELEMENTARY SCHOOL | 16 - white<br>4 - black | 16 - white<br>4 - black | 0 - white<br>0 - black |
| 2017-18 | JONESVILLE JUNIOR HIGH | 8 - white<br>4 - black | 4 - white<br>2 - black | 4 - white<br>2 - black |
| 2017-18 | SICILY ISLAND HIGH SCHOOL | 15 - white<br>6 - black | 15 - white<br>6 - black | 0 - white<br>0 - black |
| 2017-18 | **TOTALS** | **82 - white**<br>**19 - black**<br>**101** | **74 - white**<br>**15 - black**<br>**89** | **8 - white**<br>**4 - black**<br>**12** |