**CATAHOULA PARISH SCHOOL BOARD**

**CHART: TEACHERS BY RACE AND CERTIFICATION FOR 2018-19**

**EXHIBIT 4**

**CATAHOULA PARISH SCHOOL SYSTEM**
2018-19 SCHOOL YEAR

| YEAR | SCHOOL | # TEACHERS | CERTIFIED TEACHERS | UNCERTIFIED TEACHERS |
|---|---|---|---|---|
| 2018-19 | BLOCK HIGH SCHOOL | 11 - white<br>5 - black | 9 - white<br>2 - black | 2 - white<br>3 - black |
| 2018-19 | CENTRAL HIGH SCHOOL | 9 - white<br>0 - black | 9 - white<br>0 - black | 0 - white<br>0 - black |
| 2018-19 | HARRISONBURG HIGH SCHOOL | 19 - white<br>1 - black | 18 - white<br>1 - black | 1 - white<br>0 - black |
| 2018-19 | JONESVILLE ELEMENTARY SCHOOL | 14 - white<br>2 - black | 12 - white<br>2 - black | 2 - white<br>0 - black |
| 2018-19 | JONESVILLE JUNIOR HIGH | 5 - white<br>5 - black | 5 - white<br>3 - black | 0 - white<br>2 - black |
| 2018-19 | SICILY ISLAND HIGH SCHOOL | 15 - white<br>6 - black | 15 - white<br>5 - black | 0 - white<br>1 - black |
| 2018-19 | **TOTALS** | **73 - white**<br>**19 - black**<br>**92** | **68 - white**<br>**13 - black**<br>**81** | **5 - white**<br>**6 - black**<br>**11** |