# CATAHOULA PARISH SCHOOL BOARD

# CHART: REPAIR/RENOVATION EXPENDITURES COMPARISON

**EXHIBIT 5**

### Repair/Renovation Expenditures Comparison
### 2014-2015 to 2018/2019
### All Funding Sources

| School | 2014/2015 | 2015/2016 | 2016/2017 | 2017/2018 | 2018/2019 (to date) | Total | % |
|---|---|---|---|---|---|---|---|
| Block High School (Jonesville) | $ 56,798.78 | $ 37,819.94 | $ 31,044.65 | $ 39,294.37 | $ 68,082.83 | $ 233,040.57 | 34% |
| Central High School (Larto) | $ 6,715.83 | $ 8,575.76 | $ 17,095.13 | $ 5,046.86 | $ 3,549.30 | $ 40,982.88 | 6% |
| Harrisonburg High School | $ 56,002.20 | $ 19,477.69 | $ 25,417.75 | $ 40,006.06 | $ 14,399.62 | $ 155,303.32 | 22% |
| Jonesville Elementary School | $ 20,420.94 | $ 20,697.39 | $ 14,749.94 | $ 10,197.49 | $ 5,010.58 | $ 71,076.34 | 10% |
| Jonesville Junior High School | $ 20,022.42 | $ 13,463.02 | $ 19,136.05 | $ 10,050.80 | $ 4,287.42 | $ 66,959.71 | 10% |
| Sicily Island High School | $ 41,080.28 | $ 25,771.29 | $ 23,756.26 | $ 21,714.88 | $ 12,056.36 | $ 124,379.07 | 18% |
| Total | $ 201,040.45 | $ 125,805.09 | $ 131,199.78 | $ 126,310.46 | $ 107,386.11 | $ 691,741.89 | 100% |