# CATAHOULA PARISH SCHOOL BOARD

# CHART: NON-SALARY RELATED INSTRUCTIONAL EXPENDITURES

**EXHIBIT 6**

Non-Salary Related Instructional Expenditures
2014-2015 to 2018/2019
All Funding Sources

| School | 2014/2015 | 2015/2016 | 2016/2017 | 2017/2018 | 2018/2019 (to date) | Total | % |
|---|---|---|---|---|---|---|---|
| Block High School (Jonesville) | $ 112,566.91 | $ 205,250.73 | $ 228,808.79 | $ 96,359.81 | $ 65,617.38 | $ 708,603.62 | 29% |
| Central High School (Larto) | $ 16,329.70 | $ 36,612.01 | $ 34,138.86 | $ 33,417.71 | $ 8,276.64 | $ 128,774.92 | 5% |
| Harrisonburg High School | $ 54,456.32 | $ 66,626.08 | $ 108,464.68 | $ 79,020.45 | $ 32,901.26 | $ 341,468.79 | 14% |
| Jonesville Elementary School | $ 208,350.37 | $ 273,983.06 | $ 77,269.73 | $ 59,851.73 | $ 15,367.27 | $ 634,822.16 | 26% |
| Jonesville Junior High School | $ 48,848.27 | $ 111,583.91 | $ 118,815.79 | $ 37,436.00 | $ 17,385.09 | $ 334,069.06 | 14% |
| Sicily Island High School | $ 53,379.66 | $ 63,614.08 | $ 78,511.93 | $ 65,990.44 | $ 17,445.44 | $ 278,941.55 | 11% |
| Total | $ 493,931.23 | $ 757,669.87 | $ 646,009.78 | $ 372,076.14 | $ 156,993.08 | $ 2,426,680.10 | 100% |

**This spreadsheet does not include any salaries or related benefits.