# CATAHOULA PARISH SCHOOL BOARD

# BLOCK HIGH SCHOOL PHOTOGRAPHS

**EXHIBIT 7**


















