AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 69-14430 |
| CATAHOULA PARISH SCHOOL BOARD, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Louisiana State Conference NAACP

Date: Feb. 27, 2019

*Attorney's signature*

Louis G. Scott 11882
*Printed name and bar number*

510 Pine Street
*Address*

grand97scott@aol.com
*E-mail address*

318-323-6107
*Telephone number*

318-387-9576
*FAX number*