*(Rev. 11/30/2018)*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## <u>CIVIL</u> DIVISION

| | |
|---|---|
| <u>UNITED STATES OF AMERICA</u> | Case No. <u>1:69-cv-14430-DDD</u> |
| Plaintiff | |
| VS. | Judge <u>Dee D. Drell</u> |
| <u>CATAHOULA PARISH SCHOOL BOARD, et al.</u> | Magistrate Judge _____ |
| Defendant | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of <u>Louisiana State Conference NAACP</u> in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of <u>Southern District of Florida</u> or the bar of _____ court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, <u>Louis Granderson Scott</u> of the firm of <u>Law Office of Louis G Scott</u> is appointed as local counsel.

Page 1 of 3

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____           _____
Signature of Applying Attorney        Signature of Local Counsel

Applying attorney must sign. No "s/ signature" accepted.

Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

Name: Jessica Rabinowitz

Firm: Goodwin Procter LLP

Address: 901 New York Avenue NW

Washington, DC 20001

Telephone: 202-346-4000

Fax: 202-346-4444

E-mail: JRabinowitz@goodwinlaw.com

Additional e-mail(s):

LOCAL COUNSEL INFORMATION:

Name: Louis Granderson Scott

Firm: Law Office of Louis G Scott

Address: 510 Pine St

Monroe, LA 71201

Telephone: 318-323-6107

Fax: 318-387-9576

E-mail: grand97scott@aol.com

**Certificate of Service**

See Federal Rule of Civil Procedure 5(d)(1)(B) and Federal Rule of Criminal Procedure 49(b)(1) to determine whether a certificate of service is required for this case and insert one, as needed. The Court may issue a deficiency for lack of a certificate.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## CIVIL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 1:69-cv-14430-DDD |
| Plaintiff | |
| VS. | Judge Dee D. Drell |
| CATAHOULA PARISH SCHOOL BOARD, et al. | Magistrate Judge |
| Defendant | |

## ORDER

IT IS ORDERED that Jessica Rabinowitz be and is hereby admitted to the bar of this Court pro hac vice on behalf of Louisiana State Conference NAACP in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____
U.S. Magistrate Judge

Case 1:69-cv-14430-TAD  Document 36  Filed 03/12/19  Page 5 of 5 PageID #: 528

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,**    Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Jessica Dillon Rabinowitz,** Florida Bar # **106163**, was duly admitted to practice in this Court on **November 04, 2014**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on March 07, 2019.

Angela E. Noble
Court Administrator & Clerk of Court