*(Rev. 11/30/2018)*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## CIVIL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 1:69-cv-14430-DDD |
| Plaintiff | |
| VS. | Judge Dee D. Drell |
| CATAHOULA PARISH SCHOOL BOARD, et al. | Magistrate Judge |
| Defendant | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of **Louisiana State Conference NAACP** in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of _____ or the bar of **The District of Columbia** court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, **Louis Granderson Scott** of the firm of **Law Office of Louis G Scott** is appointed as local counsel.

Page 1 of 3

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____
Signature of Applying Attorney

Applying attorney must sign. No "s/ signature" accepted.

_____
Signature of Local Counsel

Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

Name: **Viona J. Miller**

Firm: **Goodwin Procter LLP**

Address: **901 New York Avenue NW**

**Washington, DC 20001**

Telephone: **202-346-4000**

Fax: **202-346-4444**

E-mail: **VMiller@goodwinlaw.com**

Additional e-mail(s):

LOCAL COUNSEL INFORMATION:

Name: **Louis Granderson Scott**

Firm: **Law Office of Louis G Scott**

Address: **510 Pine St**

**Monroe, LA 71201**

Telephone: **318-323-6107**

Fax: **318-387-9576**

E-mail: **grand97scott@aol.com**

**Certificate of Service**

See Federal Rule of Civil Procedure 5(d)(1)(B) and Federal Rule of Criminal Procedure 49(b)(1) to determine whether a certificate of service is required for this case and insert one, as needed. The Court may issue a deficiency for lack of a certificate.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
### CIVIL DIVISION

UNITED STATES OF AMERICA

Plaintiff

VS.

CATAHOULA PARISH SCHOOL BOARD, et al.

Defendant

Case No. 1:69-cv-14430-DDD

Judge Dee D. Drell

Magistrate Judge

## ORDER

IT IS ORDERED that Viona J. Miller be and is hereby admitted to the bar of this Court pro hac vice on behalf of Louisiana State Conference NAACP in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____
U.S. Magistrate Judge

 

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Viona Janique Miller*

was duly qualified and admitted on **February 12, 2019** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 8, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership