RECEIVED

MAR 1 4 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 69-CV-14430 |
| -vs- | JUDGE DRELL |
| SCHOOL BOARD OF CATAHOULA PARISH, ET AL. | MAG. JUDGE PEREZ-MONTES |

ORDER

Review of the record in this case reveals several motions filed by attorneys enrolling and/or applying to appear *pro hac vice* on behalf of the Louisiana State Conference of the NAACP ("State Conference"). (Docs. 34, 36, 37, and 38). The first-filed motion, Doc. 34, is a "Notice of Appearance" filed by Louis Granderson Scott. The last three (3) motions, Docs. 36 – 38, are motions requesting the permission of the court to be admitted *pro hac vice* by attorneys Jessica Rabinowitz, Viona Miller and William Tayman.

The State Conference is not a party to this litigation, having presented no motion to appear as an *amicus curiae*. Thus, the court has not yet determined whether or not appearance by any *amicus curiae* is appropriate in this case. We note that such appearances are often reserved for the appellate process. Before deciding whether or not the State Conference will be allowed to appear, an appropriate motion must be filed, demonstrating the need for an *amicus curiae*. Thereafter, admission of the State Conference as an *amicus curiae* lies within the court's discretion.

Accordingly, the record should reflect that, despite its styling, Mr. Scott's filing does not indicate the status of enrollment in this case, as it purports to enlist him as counsel for a non-party. The motions filed by attorneys Rabinowitz, Miller and Tayman are DENIED at this time, but may be reurged if appropriate in the future.

THUS DONE AND SIGNED at Alexandria, Louisiana this 14th day of March, 2019.

                                            DEE D. DRELL, JUDGE
                                    UNITED STATES DISTRICT COURT