RECEIVED

MAR 15 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 69-CV-14430 |
| -vs- | JUDGE DRELL |
| SCHOOL BOARD OF CATAHOULA PARISH, ET AL. | MAG. JUDGE PEREZ-MONTES |

## ORDER

It is hereby

ORDERED that all persons currently serving as members of the Catahoula Parish School Board and the Interim Superintendent shall be present at the hearing set for March 20, 2019 at 2:00 P.M.

THUS DONE AND SIGNED at Alexandria, Louisiana this 14 day of March, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT