UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

U S A                                               CASE NO.   1:69-CV-14430

**VERSUS**                                          **JUDGE DRELL**

**SCHOOL BOARD OF CATAHOULA**
**PARISH ET AL**

## NOTICE OF DEFICIENT DOCUMENT

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The Motion for Leave to File Amicus Curiae Brief filed on March 15, 2019 by Louisiana State Conference N A A C P was DEFICIENT for the following reason(s):

- ✓   The document is not on letter-size paper as required by LR10.1. Please re-submit this document in proper form.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.