# LOUISIANA STATE CONFERENCE NAACP

# Exhibit F

# NAACP Letter to Catahoula Parish School Board



**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 MT. HOPE DRIVE • BALTIMORE, MD 21215-3297 • (410) 580-5777

January 10, 2019

**DERRICK JOHNSON**
*President & Chief Executive Officer*

**LEON W. RUSSELL**
*Chairman, National Board of Directors*

Mr. Robert L. Hammonds
Hammonds, Sills, Adkins, & Guice, LLP
2431 South Acadian Thruway
Suite 600
Baton Rouge, LA 70808

**RE:   Catahoula Parish Schools, Block High School, Jonesville**

Dear Mr. Hammonds,

I am Interim Education Director at the NAACP National Office. Having received a disturbing complaint about conditions at Block High School in Jonesville, I am contacting you because I understand that you represent Catahoula Parish Schools. The complaint notes:

- Moldy carpets from the air conditioners leaking water on the floor
- Books falling apart, with ripped pages and no replacements
- Insufficient books (in one class 15 books for 40 students to share)
- Students at Block primarily taught on-line or through satellite learning, presumably because students don't have physical materials and certified teacher shortage
- Old desks that are falling apart
- Contrast between teacher shortage and using some teachers without a college degree at Block versus Harrisonburg with certified teachers, new books, and nice desks
- A & B building shut down because they don't have adequate funding to pay for electricity

What has the district done, or what is the district doing, to address these challenges? When do you anticipate students at Block will have comparable resources? My phone is (410)-580 5120 and my email is vgoode@naacpnet.org.   I appreciate your assistance Mr. Hammonds.

Sincerely,

Victor Goode, Esq.
Interim Education Director

cc: Michael McClanahan, Louisiana State Conference NAACP President



www.naacp.org