UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

U S A                                             CASE NO. 1:69-CV-14430

VERSUS                                            JUDGE DRELL

SCHOOL BOARD OF CATAHOULA
PARISH ET AL

MINUTES OF COURT:
Motion Hearing

| Date: | March 20, 2019 | Presiding: Judge Dee D. Drell | |
|---|---|---|---|
| Court Opened: | 2:00 p.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 2:51 p.m. | Court Reporter: | Myra Primeaux |
| Statistical Time: | 00:51 | Courtroom: | 2nd Floor Courtroom |

APPEARANCES

| Colleen Marie Phillips & Katherine W. Vincent | For | USA, Plaintiff |
|---|---|---|
| Robert L Hammonds, John Richard Blanchard & Pamela Wescovich Dill | For | School Board of Catahoula Parish, Defendant |

PROCEEDINGS

Show Cause Hearing

**RULINGS/COMMENTS:**