**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | **CIVIL ACTION NO. 69-14430** |
| *Plaintiff* | * | |
| | * | |
| **VERSUS** | * | **JUDGE DRELL** |
| | * | |
| **CATAHOULA PARISH SCHOOL** | * | |
| **BOARD,** *et al.*, | * | **MAG. JUDGE PEREZ-MONTES** |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION TO CLOSE JONESVILLE JUNIOR HIGH SCHOOL AND TO CHANGE GRADE STRUCTURES AT JONESVILLE ELEMENTARY AND BLOCK HIGH SCHOOLS**

**COMES NOW**, Catahoula Parish School Board (the "Board"), Defendant in the above-styled cause, and hereby respectfully moves the Court for an order permitting it to close Jonesville Junior High School and to change the grade structures at Jonesville Elementary and Block High Schools into PreK-5 and 6-12, respectively. This Motion is also supported by the Memorandum which is filed contemporaneously herewith and incorporated as if set forth fully herein.

Undersigned counsel provided a copy of this Motion, via email, to Ms. Colleen M. Phillips, Esq., counsel for the United States of America. On May 22, 2019, Ms. Phillips, via email and verbally, authorized undersigned counsel to indicate to the Court that, with the understanding that the Board will successfully effectuate the actions specified in the April 18, 2019 written Plan for Closure and Consolidation (copy attached as Exhibit A), the United States does not object to the Board's motion to close Jonesville Junior High School.

-2-

**WHEREFORE**, the Catahoula Parish School Board respectfully requests this Court to consider and enter the accompanying proposed Order granting the closure of Jonesville Junior High School and the reconfiguration of the grade structures at Jonesville Elementary School and Block High School, such closure and reconfiguration to be implemented as of the 2019-2020 school year.

**Respectfully submitted**, this the 22nd day of May 2019.

        **CATAHOULA PARISH SCHOOL BOARD**

        **HAMMONDS, SILLS, ADKINS & GUICE**
        2431 S. Acadian Thruway, Suite 600
        Baton Rouge, Louisiana 70808
        Telephone: 225/923-3462
        Facsimile: 225/923-0315

        */s/Robert L. Hammonds*
        **ROBERT L. HAMMONDS**
        Louisiana Bar Roll No. 6484
        **PAMELA WESCOVICH DILL**
        Louisiana Bar Roll No. 31703
        **JOHN RICHARD BLANCHARD**
        Louisiana Bar Roll No. 37036