# CATAHOULA PARISH SCHOOL BOARD

Proposed Plan to Close and Consolidate

**EXHIBIT A**

**Proposed Plan to Close and Consolidate**

1.
    a. It is estimated that there would be thirty-six (36) students in 6th grade and forty (40) students in 7th grade added to the student population at Block High School if the proposed consolidation is approved.

    b. Based on estimated student numbers, five (5) general education classrooms will accommodate a schedule for all ELA, math, science, and social studies curriculum. Superintendent Lofton intends to put those seventy-six (76) students and thirty-three (33) students from the 8th grade into empty classrooms located in A Building.

    c. Based on the number of special education students currently enrolled, one additional classroom in A Building will be utilized for a grade 6-8 special education resource classroom. Three (3) self-contained special education students currently at Jonesville Junior High School will be moved into the current self-contained special education classroom in C Building of Block High School.

    d. Keyboarding and computer lab for grades 6-8 will be held in the existing computer in B Building, which is fully functional and can house the class sizes needed. Band/music classes for all grades at Block High School will be held in the existing band room in C Building.

2.
    a. Both bathrooms in A Building at Block High School will be cleaned, painted, floors repaired, lighting repaired, ceilings repaired, and stall doors repaired. In addition, new sinks will be placed along with new toilets and urinals as necessary. All of this work will be completed on or before August 1, 2019.

    b. New LED bulbs have been ordered for the light fixtures in A Building classrooms. Illumination in the A Building classrooms will be equal to or greater than that in other classrooms in the school or in classrooms at Jonesville Junior High. The goal of the system is to upgrade its lighting in the A Building classrooms before the end of this school year.[1]

    c. All flooring in A Building classrooms will be replaced with new flooring. This will be done in July so that the new flooring will not be damaged by other projects and so that the costs of such new flooring can be paid for from the 2019-2020 budget year (July 1, 2019 - June 30, 2020).

    d. A deep clean of A Building will begin immediately, including all classrooms, hallways, and bathrooms. Classroom floors not currently carpeted will be cleaned in preparation for the new flooring, and any needed repairs to the flooring will be done. HVAC units, duct work, etc. will be cleaned after school is out for the summer. The deep cleaning and painting of the classrooms will be done in April/May. The hall floor will be stripped and waxed after school is out for summer.

---

[1] The Board completed installation of the new LED bulbs prior to the filing of this document.

2

    e.  The wireless internet system in A Building is working well and able to handle the number of 6th and 7th grade students expected to enroll. The fire alarm system, fire extinguishers, and intercom system in A Building are in good working order.