# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | \* \* \* | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | \* \* | **JUDGE DRELL** |
| **CATAHOULA PARISH SCHOOL BOARD,** *et al.*, *Defendants* | \* \* \* \* | **MAG. JUDGE PEREZ-MONTES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Close Jonesville Junior High School and to Change Grade Structures at Jonesville Elementary and Block High Schools, the lack of opposition thereto from Plaintiff United States of America, and the Court finding it in the interest of justice to so do;

**IT IS ORDERED** that said motion be, and it is hereby, **GRANTED**, and Defendant Catahoula Parish School Board is authorized to close Jonesville Junior High School and reconfigure Jonesville Elementary School to serve grades PreK-5 and Block High School to serve grades 6-12 within the Jonesville attendance zone beginning with the 2019-20 school year.

Alexandria, Louisiana, this _____ day of _____, 2019.

_____
**UNITED STATES DISTRICT JUDGE**