RECEIVED
MAY 24 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff* | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | JUDGE DRELL |
| CATAHOULA PARISH SCHOOL<br>BOARD, *et al.*,<br>*Defendants* | * | MAG. JUDGE PEREZ-MONTES |

## ORDER

Considering the foregoing Unopposed Motion to Close Jonesville Junior High School and to Change Grade Structures at Jonesville Elementary and Block High Schools, the lack of opposition thereto from Plaintiff United States of America, and the Court finding it in the interest of justice to so do;

**IT IS ORDERED** that said motion be, and it is hereby, **GRANTED**, and Defendant Catahoula Parish School Board is authorized to close Jonesville Junior High School and reconfigure Jonesville Elementary School to serve grades PreK-5 and Block High School to serve grades 6-12 within the Jonesville attendance zone beginning with the 2019-20 school year.

Alexandria, Louisiana, this 23rd day of MAY, 2019.

_____
UNITED STATES DISTRICT JUDGE