RECEIVED

JUN - 3 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 69-CV-14430 |
| vs. | JUDGE DRELL |
| CATAHOULA PARISH SCHOOL BOARD, ET AL. | MAG. JUDGE PEREZ-MONTES |

ORDER

The undersigned judge hereby recuses himself from further proceedings in the above-captioned case.  It is, therefore,

ORDERED that this matter is TRANSFERRED to the Chief Judge of the Western District of Louisiana for reassignment.

THUS DONE AND SIGNED this 31st day of May, 2019 at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT