**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

To:	All Counsel of Record

Issued By:	Judge Robert G. James

Re:	United States of America v. Catahoula Parish School Board, et al.
	Case No. 1:69-CV-14430

Date:	June 13, 2019

## MINUTE ENTRY

       This matter was recently reassigned to the undersigned. All orders previously issued in this matter REMAIN in place. The in-person status conference scheduled for September 18, 2019 at 1:30 p.m. [*see* Doc. No. 47] will be HELD on that date, however, the location is MOVED to the United States District Courthouse, 201 Jackson Street, Monroe, Louisiana.