UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | **JUDGE JAMES** |
| **CATAHOULA PARISH SCHOOL BOARD,** *et al.*, *Defendants* | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION FOR PARTIAL UNITARY STATUS: TRANSPORTATION

**COMES NOW**, Defendant Catahoula Parish School Board (the "Board") in the above-styled cause and hereby respectfully moves this Court to approve the Defendants' Unopposed Motion Regarding Transportation and to enter a Judgment dismissing that area of operation from supervision in this desegregation case. In support, the Board would show the following:

The Board has operated the Catahoula Parish School District in compliance with the injunction prohibiting discrimination in the provision of transportation services for many years and has fulfilled its obligation to an extent sufficient to absolve the Board of any further obligations in the area of transportation.

Undersigned counsel provided a copy of this Motion, via email, to Ms. Colleen M. Phillips, Esq., counsel for the United States of America. On June 28, 2019, Ms. Phillips, via email, authorized undersigned counsel to indicate to the Court that the United States does not oppose the Board's motion for partial unitary status in the area of transportation.

**WHEREFORE**, for the reasons set forth in the attached Order, the Board respectfully requests that the Court grant the instant Unopposed Motion and enter the subject Order and

Judgment, declaring the Catahoula Parish School Board unitary in the area of transportation and dismissing the desegregation injunction as to that area of operation.

**Respectfully submitted**, this the 3rd day of July 2019.

**For Defendant, CATAHOULA PARISH SCHOOL BOARD**

**HAMMONDS, SILLS, ADKINS & GUICE**
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana 70808
Telephone: 225/923-3462
Facsimile: 225/923-0315

 /s/ *Robert L. Hammonds*
**ROBERT L. HAMMONDS**
Louisiana Bar Roll No. 6484
**PAMELA WESCOVICH DILL**
Louisiana Bar Roll No. 31703
**JOHN RICHARD BLANCHARD**
Louisiana Bar Roll No. 37036