UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | **JUDGE JAMES** |
| **CATAHOULA PARISH SCHOOL BOARD,** *et al.*, *Defendants* | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JUDGMENT: PARTIAL UNITARY STATUS AND DISMISSAL
AS TO TRANSPORTATION**

For the reasons set forth in the Order at Record Document \_\_\_\_ entered on _____ \_\_\_\_, 2019,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Catahoula Parish School Board has achieved unitary status in the area of transportation and, therefore, the permanent injunction previously entered is dismissed as to this area of operation.

SO ORDERED, ADJUDGED, AND DECREED this the \_\_\_\_ day of _____, 2019.

_____
**UNITED STATES DISTRICT COURT JUDGE**