UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**UNITED STATES OF AMERICA**  **CASE NO. 1:69-CV-14430**

**VERSUS**  **JUDGE ROBERT G. JAMES**

**SCHOOL BOARD OF CATAHOULA**
**PARISH, ET AL.**

### JUDGMENT: PARTIAL UNITARY STATUS AND DISMISSAL AS TO TRANSPORTATION

For the reasons set forth in the Order issued on July 8, 2019,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Catahoula Parish School Board has achieved unitary status in the area of transportation and, therefore, the permanent injunction previously entered is dismissed as to this area of operation.

SO ORDERED, ADJUDGED, AND DECREED this the 8th day of July, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE