IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 69-14430 |
| | ) ) | **Judge Robert James** |
| CATAHOULA PARISH SCHOOL BOARD, *et al.* | ) ) | |
| Defendants. | ) ) ) | |

## SECOND JOINT REPORT

The United States of America ("United States") and the Catahoula Parish School Board ("Board")(collectively "the Parties") respectfully file this joint report as required by the Court's April 2, 2019 Order. The purpose of this joint report is to inform the Court of the actions taken to address facility repair at and assignment of certified teachers to Block High School.

With regard to the assignment of certified teachers to Block High School: On June 19, 2019, Dr. Mary Stephens accepted the position of Principal at Block High School. Dr. Stephens is a career educator with 39 years of experience, including positions of Interim Superintendent, Secondary Supervisor of Instruction and Assistant Principal at Caldwell High School in Caldwell Parish, and Assistant Principal at Winser High School and Winnsboro Elementary in Franklin Parish, Adjunct Professor at multiple universities. Most recently, Dr. Stephens has served as the Principal/Teacher of the Catahoula Alternative School. Dr. Stephens has an extensive background in curriculum supervision, and, in conjunction with Instructional Consultant/Assistant Principal Terry Russ and Guidance Counselor Ingrid Jennings, will work with the teachers at Block High to improve student instruction.

1

As noted in the Parties' First Joint Report, dated June 1, 2019, of the nineteen (19) teachers needed to implement Block High's 2019-20 class schedule, the Board has received letters of intent from eighteen (18) certified teachers.

In regards to the facility repair at Block High, the Board has effectuated the following actions in Block High School: (1) Installed new LED bulbs in the light fixtures in A Building classrooms; (2) Replaced or professionally cleaned all flooring in B and C Building classrooms; (3) Cleaned, painted, and repaired floors, lighting, ceilings, and stall doors, and installed new sinks, toilets and urinals, where necessary, in student bathrooms; (4) Implemented a "deep" clean of the entire B Building, including all classrooms, hallways, bathrooms; (5) Professionally cleaned all carpets, classrooms, and hallways in C Building; (6) Cleaned HVAC and window units, and air ducts; and (7) Replaced all A Building classroom whiteboards and moved Promethean panels from Jonesville Junior High School to Block High School's A Building. A "deep" clean of A building is scheduled to begin on August 5th and is anticipated to be complete by the end of that week.  Additionally, the Board is, as of the date of this Report, moving student and teacher desks and other furniture from Jonesville Junior High to Block High School.

Block High School will host two open houses for students in early August and will extend hours on one open house for the community to see the improvements in the school facility.  On July 23, 2019, representatives for *amicus curiae* NAACP advised the United States that they were in touch with community members about current and changing conditions in the Catahoula Parish public schools.  The United States encouraged NAACP to provide community feedback of the events to the Parties.  In addition, the United States will conduct a site visit of Block High in September in order to provide further assessment to the Court.

Dated: August 1, 2019

                                      Respectfully submitted,

**For Plaintiffs:**

| | |
|---|---|
| DAVID C. JOSEPH | ERIC DREIBAND |
| United States Attorney | Assistant Attorney General |
| Western District of Louisiana | Civil Rights Division |
| | |
| */s/ Katherine Vincent* | SHAHEENA SIMONS, Chief |
| KATHERINE W. VINCENT (#18717) | FRANZ R. MARSHALL, Deputy Chief |
| Assistant United States Attorney | Educational Opportunities Section |
| 800 Lafayette Street, Suite 2200 | |
| Lafayette, LA 70501-6832 | */s/Colleen Phillips* |
| (337) 262-6618 | COLLEEN PHILLIPS, Trial Attorney |
| Katherine.Vincent@usdoj.gov | U.S. Department of Justice |
| | Educational Opportunities Section |
| | Civil Rights Division |
| | 150 M Street, NE / 10-218 |
| | Washington, D.C. 20530 |
| | (202) 307-6548 |
| | Colleen.Phillips@usdoj.gov |

**For Defendant:**
HAMMONDS, SILLS, ADKINS &
    GUICE, LLP
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana 70808
Telephone: (225) 923-3462
Facsimile: (225) 923-0315

*/s/ Robert L. Hammonds*
ROBERT L. HAMMONDS
Bar Roll No. 6484
PAMELA WESCOVICH DILL
Bar Roll No. 31703
JOHN R. BLANCHARD
Bar Roll No. 37036