UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | **JUDGE JAMES** |
| **CATAHOULA PARISH SCHOOL BOARD,** *et al.*, *Defendants* | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING PETITION FOR REMOVAL AND CONSOLIDATION

To:   Brandy McClure (La. Bar Roll # 11212)
    P.O. Box 665, 818 First Street
    Jonesville, Louisiana 71343
    *Counsel for Smith Plaintiff*

PLEASE BE NOTIFIED THAT the Catahoula Parish School Board, in accordance with 28 U.S.C. § 1446, filed a Petition for Removal and Consolidation of the case of *John Wesley Smith, etux. v. Catahoula Parish School Board*, # 29676 "A", currently pending in the District Court for the Seventh Judicial District of Louisiana, into the above-captioned desegregation case with the Office of the Clerk of the United States District Court for the Western District of Louisiana, Monroe Division, this 16th day of August 2019. A copy of the Petition is attached.

**RESPECTFULLY SUBMITTED**, this the 16th day of August 2019.

                               **CATAHOULA PARISH SCHOOL BOARD**

                               **HAMMONDS, SILLS, ADKINS & GUICE**
                               2431 S. Acadian Thruway, Suite 600
                               Baton Rouge, Louisiana 70808
                               Telephone: 225/923-3462
                               Facsimile: 225/923-0315

                                /s/ *John Richard Blanchard*
                               **ROBERT L. HAMMONDS**
                               Louisiana Bar Roll No. 6484

                                            **PAMELA WESCOVICH DILL**
Louisiana Bar Roll No. 31703
**JOHN RICHARD BLANCHARD**
Louisiana Bar Roll No. 37036

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded via the Court's Electronic Mailing System and has been served by United States mail, postage prepaid, to

    Brandy McClure (La. Bar Roll # 11212)
    P.O. Box 665, 818 First Street
    Jonesville, Louisiana 71343
    *Counsel for Smith Plaintiff*

**SO CERTIFIED**, this the 16th day of August 2019.

                                            */s/ John Richard Blanchard*
                                            **JOHN RICHARD BLANCHARD**