JOHN WHESLEY SMITH, ETUX., \* DOCKET NO. 29676 SEC. "A"
  *Plaintiff*    \*
         \* 7ᵀᴴ JUDICIAL DISTRICT COURT
VERSUS      \*
         \* PARISH OF CATAHOULA
CATAHOULA PARISH SCHOOL \*
BOARD, *et al.,*    \*
  *Defendants*   \* STATE OF LOUISIANA
         \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE TO CLERK OF PETITION FOR REMOVAL AND CONSOLIDATION

To: Larisa Holley Field, Clerk of Court
  Catahoula Parish
  301 Bushley Street
  P.O. Box 654
  Harrisonburg, La. 71340

   PLEASE BE NOTIFIED THAT the Catahoula Parish School Board, in accordance with 28 U.S.C. § 1446, filed a Petition for Removal and Consolidation of this action in the Office of the Clerk of the United States District Court for the Western District of Louisiana, Monroe Division, the 16ᵗʰ day of August 2019.  A copy of the Petition is attached.

   In accordance with 28 U.S.C. 1446(d), the filing of both the Petition for Removal with the United States District Court for the Western District of Louisiana and a copy of that notice with this Court affects the removal of the above-styled case to the United States District Court, and this Court may proceed no further unless and until the case is remanded.

         Respectfully submitted,

         CATAHOULA PARISH SCHOOL BOARD

         HAMMONDS, SILLS, ADKINS & GUICE
         2431 S. Acadian Thruway, Suite 600
         Baton Rouge, Louisiana 70808
         Telephone: 225-923-3462
         Facsimile: 225-923-0315

         ROBERT L. HAMMONDS
         Louisiana Bar Roll No. 6484
         PAMELA WESCOVICH DILL
         Louisiana Bar Roll No. 31703
         JOHN RICHARD BLANCHARD
         Louisiana Bar Roll No. 37036

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE TO CLERK OF PETITION FOR REMOVAL AND CONSOLIDATION** has been served upon Brandy McClure, Esq. P.O. Box 665, Jonesville,  Louisiana 71343, counsel of record for plaintiff herein, by placing a copy of same in the United States mail, postage prepaid, this ___ day of August, 2019.

JOHN RICHARD BLANCHARD