UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff* | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | JUDGE JAMES |
| CATAHOULA PARISH SCHOOL<br>BOARD, *et al.*,<br>    *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Defendant Catahoula Parish School Board, having moved to remove to this Court the case of *John Wesley Smith, etux. v. Catahoula Parish School Board*, # 29676 "A" currently pending in the District Court for the Seventh Judicial District of Louisiana, and the Court having considered the Petition for Removal and Consolidation, it is hereby ORDERED as follows, the motion is GRANTED, and:

1. The case of *John Wesley Smith, etux. v. Catahoula Parish School Board*, # 29676 "A" is hereby removed to this Court and consolidated with this case.

2. The August 9, 2019 order entered in that action ordering the Catahoula Parish School Board to enroll E.S. at Harrisonburg High School, to identify the Student Transfer Committee members, and to set a show cause hearing for August 29, 2019 is vacated and such hearing is continued until further notice.

SO ORDERED, this the 20th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE