### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CATAHOULA PARISH SCHOOL BOARD, *et al.* )<br>)<br>Defendants. )<br>_____) | **CIVIL ACTION NO. 69-14430**<br><br>**Judge Robert James** |

### ORDER

Considering the forgoing Joint Motion for Approval of Plan of Work and, the Court finding it in the interest of justice to so do;

**IT IS ORDERED** that the Joint Motion is **GRANTED**, and that the Parties' Joint Proposed Plan of Work as set forth in Exhibit A to the Joint Motion is hereby approved and shall be effective as of the date of this Order.

**SO ORDERED, ADJUDGED, AND DECREED**, this the _____ day of _____ 2019.

_____
**UNITED STATES DISTRICT COURT JUDGE**