## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | **JUDGE JAMES** |
| **CATAHOULA PARISH SCHOOL BOARD,** et al., Defendants | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the forgoing Joint Motion for Approval of Plan of Work [Doc. No. 62] and, the Court finding it in the interest of justice to so do,

IT IS ORDERED that the Joint Motion is GRANTED, and that the Parties' Joint Proposed Plan of Work as set forth in Exhibit A to the Joint Motion is hereby approved and shall be effective as of the date of this Order, subject to reconsideration, if necessary, during the parties' status conference with the Court on September 18, 2019.

MONROE, LOUISIANA, this 3rd day of September, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE