No. 69-CV-14430

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

SCHOOL BOARD OF CATAHOULA PARISH, ET AL.

**AMICUS LOUISIANA STATE CONFERENCE NAACP'S EMERGENCY REQUEST FOR RELIEF IN RESPONSE TO THE PARTIES' JOINT PROPOSED PLAN OF WORK**

*Amicus curiae*, the Louisiana State Conference NAACP ("NAACP"), files this Emergency Request for an order of this Court permitting a representative of *amicus* to participate in a site visit of the Catahoula Parish schools to be conducted by the United States on September 9-10, 2019, and granting additional relief described below.[1] Approval of this emergency request is warranted because, despite this Court's order permitting the NAACP to participate as *amicus* and provide its input to the Parties (ECF No. 47), the Parties have not to date provided the informational flow enabling it to do so. Absent relief from this Court, the NAACP will not have access to the site visit being conducted by the Parties just three days from now or to reports identified in the Parties' Plan of Work describing progress toward unitary status.

Following the March 20, 2019 hearing addressing issues regarding the apparent disparity between conditions at schools in the Parish, this Court enrolled the Louisiana State Conference NAACP as an *amicus* in this case. ECF No. 47. In its April 2, 2019 Order, the Court envisioned

---

[1] *Amicus* has communicated with counsel of both Parties prior to the filing of this request. The United States has advised that it does not take a position on the request and the School Board has advised that it opposes the request.

1

that the NAACP, acting as an *amicus*, would have an ongoing role in implementing the Parties' plan and providing community feedback on progress. Specifically, the Court ruled:

> In order to have all appropriately available input before the Court to measure future progress . . . we allowed the NAACP to enroll as *amicus curiae* in a limited capacity but also so that it might be able to provide its input to the attorneys for The Government and School Board as this case progresses.

*Id.*

In light of the Court's ruling, the Parties have since represented to the Court in their Joint Status Report that the NAACP intends to provide community feedback to include in the Parties' filings with the Court. *See* ECF No. 58. In order to fulfill that role envisioned by the Court and anticipated by the Parties, the NAACP must be made aware of ongoing efforts of the Parties and be given access information generated by the Parties respecting progress toward unitary status. The NAACP's efforts to remain involved and perform the role envisioned by the Court are frustrated by the School Board denying the NAACP's request to participate in the September 9-10 site visit and the likelihood that reports to be made by the School Board will not be available to the NAACP in timely fashion for review. Accordingly, *amicus* NAACP requests that the Court grant it permission to participate in the September 9-10 site visit and ongoing access to pertinent reports outlined in the Joint Plan that the NAACP needs to remain informed as it continues to gather information from community members and monitor progress.

First, NAACP requests that representatives be permitted to accompany the Parties at the site visit scheduled for September 9-10. *See* ECF No. 64. The NAACP proposes Mayor Milton Ceasar of Jonesville and Alma Stewart, President and Founder of the Louisiana Center for Health Equity to serve as its representatives. Mayor Ceasar and Alma Stewart have agreed to act in this role, if permitted by the Court. Both persons are informed about the conditions of Jonesville schools and have been active in the NAACP's participation in this case to date.

Second, to keep the NAACP and the Court informed about the Parties' progress in implementation of the Plan of Work and thereby enable the NAACP to provide complete and useful input to the Parties, the NAACP requests that all reports cited in the Plan of Work (ECF No. 64) and all papers implementing the Plan be filed with the Court going forward.  This includes, but is not limited to, (1) the September 10, 2019 report on administrator, teacher and staff assignments and demographics; (2) the October 15, 2019 report on extracurricular activities; and (3) the March 15, 2020 updated report regarding faculty and staff assignment, and student enrollment in each of the District's five schools.

The NAACP is encouraged by the Joint Plan of Work and is dedicated to its role of providing input to the parties.  Therefore, the NAACP respectfully requests that the Court order the parties to provide it with the aforementioned records and access to information necessary to fulfill that role.

Respectfully submitted,

LOUISIANA STATE CONFERENCE NAACP

By its attorneys,

  /s/ Louis Scott

W. KYLE TAYMAN
JESSICA RABINOWITZ
VIONA J. MILLER
GOODWIN PROCTER LLP
901 New York Avenue
Washington, D.C. 20001
(202) 346-4000
ktayman@goodwinlaw.com
jrabinowitz@goodwinlaw.com
vmiller@goodwinlaw.com

*Counsel for Amicus Curiae*
LOUIS G. SCOTT
LAW OFFICE OF LOUIS G. SCOTT
510 Pine St.
Monroe, LA 71201
(318) 323-6107
grand97scott@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2019, I electronically filed the foregoing document with the United States District Court Western District of Louisiana Alexandria Division by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Katherine W. Vincent
U.S. Attorneys Office
800 Lafayette St. Ste 2200
Lafayette, LA 70501
Katherine.vincent@usdoj.gov

Colleen Phillips
Franz Marshall
U.S. Department of Justice
Civil Rights Division
601 D St. NW
Washington, DC 20580
Colleen.Phillips@usdoj.gov
Franz.r.marshall@usdoj.gov

Robert L. Hammonds
John Richard Blanchard
Pamela Wescovich Dill
Hammonds Sills et al
2431 S. Acadian Thwy Ste 600
Baton Rouge, LA 70808
rhammonds@hamsil.com
jblanchard@hamsil.com
pdill@hamsil.com

*/s/ Louis Scott*

LAW OFFICE OF LOUIS G. SCOTT
510 Pine St.
Monroe, LA 71201
(318) 323-6107
grand97scott@aol.com

ACTIVE/100795680.4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 69-14430** |
| | ) | |
| | ) | **Judge Robert James** |
| CATAHOULA PARISH SCHOOL BOARD, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **PROPOSED ORDER**

Having considered the *amicus* Louisiana State Conference NAACP's Emergency Request for Relief in Response to the Parties' Joint Proposed Plan of Work, it is this ____ day of September, 2019, ORDERED as follows:

1. Representatives of *amicus curiae* the Louisiana State Conference NAACP ("NAACP") shall be permitted to accompany the United States of America and the Catahoula Parish School Board on the site visit scheduled for September 9-10, 2019. *See* ECF No. 64.

2. The reports identified in the Joint Proposed Plan of Work (ECF No. 64) shall be filed with the Court, thereby keeping the Court informed of progress and enabling *amicus* NAACP to provide informed and useful input to the parties. This includes, but is not limited to, (1) the September 10, 2019 report on administrator, teacher and staff assignments and demographics; (2) the October 15, 2019 report on extracurricular activities; and (3) the March

15, 2020 updated report regarding faculty and staff assignment, and student enrollment in each of the District's five schools.

_____

Hon. Robert G. James
