UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CATHOULA PARISH SCHOOL, ET AL. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration,

IT IS ORDERED that the Emergency Motion for Relief in Response to the Parties' Joint Proposed Plan of Work [Doc. No. 65] filed by the NAACP is GRANTED.

**MONROE, LOUISIANA,** this 6th day of September, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE