UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff* | * | CIVIL ACTION NO. 69-14430 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CATAHOULA PARISH SCHOOL BOARD, *et al.*,<br>*Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion for Reconsideration and, the Court finding it in the interest of justice to so do,

IT IS ORDERED that the Motion for Reconsideration is GRANTED, and that the Court's Order at Record Document 66 is VACATED, and the *amicus curiae* Louisiana State Conference NAACP's Emergency Request for Relief in Response to the Parties' Joint Proposed Plan of Work (Record Document 65) is DENIED.

**SO ORDERED, ADJUDGED, AND DECREED**, this the ____ day of _____, 2019.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT COURT JUDGE**