UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | **JUDGE ROBERT G. JAMES** |
| **CATAHOULA PARISH SCHOOL BOARD,** *et al.*, *Defendants* | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendant Catahoula Parish School Board's Motion to Expedite Consideration of Defendant's Motion for Reconsideration and, the Court finding it in the interest of justice to so do,

**IT IS ORDERED** that said Motion is granted and the Motion shall be considered at the Court's earliest convenience.

**SO ORDERED, ADJUDGED, AND DECREED**, this the ____ day of _____, 2019.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT COURT JUDGE**