UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff | * <br> * <br> * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * <br> * | **JUDGE JAMES** |
| **CATAHOULA PARISH SCHOOL BOARD,** et al.**,** <br> Defendants | * <br> * <br> * <br> * | |

\*\* \*\* \*\* \*\*   \*  \*  \*\* \*\* \*\* \*\*  \* \*

**ORDER**

Upon consideration,

IT IS ORDERED that the Catahoula Parish School Board's ("School Board") Motion to Expedite Consideration of its Motion for Reconsideration [Doc. No. 68] is GRANTED.

IT IS FURTHER ORDERED that the School Board's Motion for Reconsideration [Doc. No. 67] is GRANTED IN PART and DENIED IN PART.  To the extent that the School Board moves for reconsideration of that portion of the Court's order allowing the NAACP to be present at the site visit on September 9-10, 2019, the motion is DENIED.  The motion is otherwise GRANTED.  The parties should comply with the Plan of Work as previously ordered [Doc. Nos. 63 & 64].

IT IS FURTHER ORDERED that a contradictory hearing on the NAACP's requests in its original motion [Doc. No. 65] is set for September 18, 2019, at 1:30 p.m. at the United States District Courthouse, 201 Jackson Street, Monroe, Louisiana, 2nd Floor Courtroom, before the

undersigned. If the parties can reach agreement with the NAACP prior to that time, they should notify the Court. The Court's status conference with the parties, previously set for September 18, 2019, at 1:30 p.m., will be held immediately after the contradictory hearing.

MONROE, LOUISIANA, this 10th day of September, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE