**MINUTE ENTRY**
**ROBERT G. JAMES**
**U.S. DISTRICT JUDGE**
**SEPTEMBER 10, 2019**

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | **CIVIL ACTION NO. 69-14430** |
| Plaintiff | * | |
| | * | |
| **VERSUS** | * | **JUDGE JAMES** |
| | * | |
| **CATAHOULA PARISH SCHOOL** | * | |
| **BOARD,** et al., | * | |
| Defendants | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*       \*   \*    \*   \*   \*   \*   \*   \*   \*

Under the Court's April 2, 2019 Order, the parties are currently required to file a status brief no later than today, September 10, 2019.  For clarification, the Court intends the parties to provide a brief report on the recently conducted site visit and any other pertinent issues in anticipation of the upcoming status conference.  However, the Court does not require the parties to brief any legal issues.  Additionally, the deadline for filing the report is extended to Friday, September 13, 2019.

RGJ