IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 69-14430 |
| | ) | |
| | ) | **Judge Robert James** |
| CATAHOULA PARISH SCHOOL BOARD, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STATUS REPORT**

The United States of America ("United States") and the Catahoula Parish School Board ("Board")(collectively "the Parties") respectfully file this status report as required by the Court's April 2, 2019 Order. The purpose of this status report is to update the Court by describing the actions taken to address facility repair at and assignment of certified teachers to Block High School prior to the September 18, 2019 status hearing.

With regard to the assignment of certified teachers to Block High School: 80% of the twenty (20) teachers at Block High School hold certifications in their assigned fields. In comparison, 84% of the nineteen (19) teachers at Harrisonburg High School and 89% of the nineteen (19) at Sicily Island hold certifications in their assigned field, while 100% of the eight (8) teachers at Central High School and the seventeen (17) teachers at Jonesville Elementary hold the same. As reported in the Parties' Second Joint Report, filed August 1, 2019, the District received letters of intent from nineteen (19) certified teachers to teach at Block High School in the 2019-20 school year. However, three teachers submitted resignations or retired directly before the start of the school year.

In regards to the facility repair at Block High:  On September 9-10, 2019, the United States, along with facilities expert Frank Brewer, conducted a site visit of Block High School to observe the renovations and repairs performed over the summer.  Consistent with the Proposed Plan to Close and Consolidate, filed with the Parties' First Joint Report on June 1, 2019, the United States confirms that:

- Five (5) general education classrooms in A Building serve all sixth through eighth grade ELA, math, science, and social studies classes.

- The school utilizes one additional classroom in A Building as a grade 6 - 8 special education resource classroom.

- Keyboarding and computer lab activities for grades 6-8 are held in the existing computer classroom in B Building.

- Music classes for all grades at Block High School are held in the existing band room in C Building.

- The Board cleaned, painted, and repaired the floors, ceilings, and stall doors and upgraded the lighting in both student bathrooms of A Building. In addition, sinks, toilets, and urinals were replaced as necessary.

- The Board installed new light fixtures, leveled the floors to the extent possible and installed new carpet in the six classrooms in A Building.

- The Board painted the hallways and all six classrooms used for student instruction.

- The Board conducted a "deep clean" of A Building including all classrooms, hallways, and bathrooms.

- The Board inspected and cleaned all HVAC units, replacing the units or their foundation where necessary.

- Promethium boards were installed in all six classrooms used for student instruction.

The District also conducted carpet cleaning and touch-up painting of C Building at Block High School. The District has ordered the replacement of two HVAC units located in that building.  Last, the District replaced the flooring in the center of B Building's main floor, repainted the hallways and classrooms, and cleaned the carpets.

During the 2018-19 school year, the District spent $149,514 on maintenance and repairs/renovations at Block High. During the same period, the District spent $14,184 on Central High School, $45,740 on Harrisonburg High School, $33,089 on Jonesville Elementary, and $50,981 on Sicily Island. Since July 1, 2019, the District spent $61,461 on maintenance and repairs/renovations at Block High. During the same period, the District spent $1,843 on Central High School, $29,241 on Harrisonburg High School, $12,188 on Jonesville Elementary, and $20,782 on Sicily Island.

Dated: September 13, 2019

Respectfully submitted,

**For Plaintiffs:**

DAVID C. JOSEPH
United States Attorney
Western District of Louisiana

*/s/ Katherine Vincent*
KATHERINE W. VINCENT (#18717)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
(337) 262-6618
Katherine.Vincent@usdoj.gov

ERIC DREIBAND
Assistant Attorney General
Civil Rights Division

SHAHEENA SIMONS, Chief
FRANZ R. MARSHALL, Deputy Chief
Educational Opportunities Section

*/s/Colleen Phillips*
COLLEEN PHILLIPS, Trial Attorney
U.S. Department of Justice
Educational Opportunities Section
Civil Rights Division
150 M Street, NE / 10-218
Washington, D.C. 20530
(202) 307-6548
Colleen.Phillips@usdoj.gov

**For Defendant:**
HAMMONDS, SILLS, ADKINS &
　　GUICE, LLP
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana 70808
Telephone: (225) 923-3462
Facsimile: (225) 923-0315

*/s/ Robert L. Hammonds*
ROBERT L. HAMMONDS
Bar Roll No. 6484
PAMELA WESCOVICH DILL
Bar Roll No. 31703
JOHN R. BLANCHARD
Bar Roll No. 37036