No. 69-CV-14430

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

SCHOOL BOARD OF CATAHOULA PARISH, ET AL.

**UNOPPOSED STATUS REPORT SUBMITTED BY LOUISIANA STATE CONFERENCE NAACP**

*Amicus curiae*, the Louisiana State Conference NAACP ("NAACP") respectfully submits this unopposed status report.

Pursuant to this Court's directive at the September 18, 2019 status conference and as memorialized in the Court's hearing minutes (DE 73), counsel for the United States, the School Board, and the Louisiana State Conference NAACP met in person on September 18, 2019, during a break at the status conference, and again on October 7, 2019, via telephone conference in an effort to reach a common understanding respecting the NAACP's role as amicus in this case.

In those discussions, counsel came to an informal agreement that the Louisiana State Conference NAACP may continue its current role of providing community feedback directly to the parties or counsel to the parties on the progress of the School Board in satisfying the remaining *Green* factors. The School Board submitted, however, that no agreement was necessary because any private stakeholder has the opportunity to provide input to both its School Board members, through the political process and otherwise, and to the Plaintiff United States, through the Department of Justice, regarding any concerns related to the desegregation case. The

School Board also submitted that the role of the Louisiana State Conference NAACP was limited by the Court's prior order to that of amicus curiae relative only to the NAACP's support for the Court's consideration of appointment of a special master. The NAACP does not agree with the Board's position, and does not agree that the Board's understanding of the Court's order regarding the NAACP's role in this matter is accurate, but nonetheless seeks to resolve the issue at hand.

Given the outcome of these discussions, the NAACP seeks no further relief from the Court at this juncture.

Undersigned counsel provided a copy of this Status Report to counsel of record for both parties, Plaintiff United States and Defendant Catahoula Parish School Board, and obtained statements that they were, respectively, not opposed to the matters are stated in this Status Report.

Dated: October 9, 2019                                    Respectfully submitted,

For *Amicus* NAACP:

W. KYLE TAYMAN
JESSICA D. RABINOWITZ
VIONA J. MILLER
GOODWIN PROCTER LLP
901 New York Avenue
Washington, D.C. 20001
(202) 346-4000
ktayman@goodwinlaw.com
jrabinowitz@goodwinlaw.com
vmiller@goodwinlaw.com

/s/ *Jessica D. Rabinowitz*

LOUIS G. SCOTT
LAW OFFICE OF LOUIS G. SCOTT
510 Pine St.
Monroe, LA 71201
(318) 323-6107
grand97scott@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019, I electronically filed the foregoing document with the United States District Court Western District of Louisiana Alexandria Division by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Katherine W. Vincent
U.S. Attorneys Office
800 Lafayette St. Ste 2200
Lafayette, LA 70501
Katherine.vincent@usdoj.gov

Colleen Phillips
Franz Marshall
U.S. Department of Justice
Civil Rights Division
601 D St. NW
Washington, DC 20580
Colleen.Phillips@usdoj.gov
Franz.r.marshall@usdoj.gov

Robert L. Hammonds
John Richard Blanchard
Pamela Wescovich Dill
Hammonds Sills et al
2431 S. Acadian Thwy Ste 600
Baton Rouge, LA 70808
rhammonds@hamsil.com
jblanchard@hamsil.com
pdill@hamsil.com

*/s/ Jessica D. Rabinowitz*