# CATAHOULA PARISH SCHOOL BOARD

**Block High School's August 14, 2019**
**In-Service Training Documents**

# EXHIBIT A

Sign in Sheet – Training on Anaphylaxis, Asthma, Students with health concerns Diabetes, Seizures
BHS   August 14, 2019   by   Brandy Montpelier, RN

1. Christi Abbott
2. Irvin Bell
3. Onessia Sandifer
4. Felicia Samuel
5. Jalee Mount
6. Leamarque Words
7. Lisa Anderson
8. Sharon Stevens
9. Shirley Washington
10. Mary Lee Johnson
11. Andrea M. Cruse
12. Shanie Edwards
13. Yasmine Russ
14. Shonealo Odell
15. Shirley Wilkerson
16. Natasha McKenney
17. Murry Mack
18. Cl R
19. Kenda Smith
20. Benny L. Vault
21. Robert mon
22. Amie Brit
23. Dai Sinks
24. Sierra Randall
25. Loretti Peele

-1-

-2-

All current 504 students
D█████ W█████ – Type 2 Diabetes, Hypertension
A█ T█████ – Possible sleep disorder
A█ H█████ – Dyslexia
C█████ B█████ – ADHD
M█████ I█████ – Dyscalcula
A█████ P█████ – ADHD (No healthplan)
T█ S█████ – ADHD
G█ S█████ – Dyslexia
N█████ O█████ – ADHD (had IAP last year, has not had meeting this year)
A█ T█████ – Aneurysm, headaches, seizure activity, pregnancy
V█ T█████ – (had IAP 17/18, not 18/19)
I█ W█████ – ADHD (no healthplan)
R█████ O█████ – Seizures – NO DRIVING!
A█ H█████ - Partial Epilepsy

IEP students with health concerns
J█████ T█████ – Downs Syndrome
B█████ B█████ – Downs Syndrome, Trach
M█ S█████ – Aspergers (Autism)
J█ D█████ – ADHD
C█████ W█████ – Limited vision
M█████ C█████ – Cerebral Palsy
K█ F█████ – ADHD, Chest Pain
C█ P█████ – ADHD, Bipolar
J█ W█████ - ADHD
T█████ W█████ – ADHD, Oppositional Defiant Disorder
K█ C█████ – Achondroplasia
A█████ H█████ – Asthma

Health concern only
E█████ S█████ – Anaphylaxis Nuts - IHP
T█ B█████ - Crohn's
L█ H█████ – Meds in office – Headaches – Asthma
S█████ F█████ – Meds in office – Inhaler
K█ J█████ Asthma - IHP
C█████ A█████ – Asthma



# Catahoula Parish School Board

POST OFFICE BOX 690
HARRISONBURG, LA 71340
TELEPHONE: (318) 744-5727
FAX: (318) 744-9221

RONALD R. LOFTON, SR.,     SUPERINTENDENT

**Board Members**

DEWEY W. STOCKMAN, PRESIDENT
DOROTHY WATSON, VICE-PRESIDENT
KATIE ADAMS
JOHN W. ALLBRITTON
CYNTHIA BROWN
JESSIE EDWARDS
TOSHIRO FISHER
JANE MARTIN
SHARON FISHER-STEVENSON

August 14, 2019

Dear Parents,

This letter is to inform you that Block High School is pecan/peanut/nut free and shrimp free school. Some students have severe pecan/peanut/nut allergies and shrimp allergies. Strict avoidance of pecans, peanuts, nuts, nut products, and shrimp is the only way to prevent a life-threatening allergic reaction. We are asking for your assistance in providing the students with a safe learning environment.

**Please DO NOT send any pecan, peanut or nut containing products or shrimp for your child to eat for lunch or snack in school.**

*Any exposure to pecans/peanuts/nuts or shrimp through contact or ingestion, even airborne smell from someone's breath, can cause a severe life-threatening reaction to those who are allergic to them.* If your child has eaten peanuts, nuts, or shrimp prior to coming to school, please be sure your child's hands have been thoroughly washed prior to entering the school and they have brushed their teeth.

Please contact me if you have any questions. I am happy to provide you with additional information on food allergies.

Thank you for your assistance in this matter. Best wishes for a happy and healthy school year.

Sincerely,


Brandy Montpelier, RN, BSN
Catahoula Parish School Nurse

"This institution is an equal opportunity provider and employer."

**EPIPEN® AUTO-INJECTOR DIRECTIONS**
1. Remove the EpiPen Auto-Injector from the clear carrier tube.
2. Remove the blue safety release by pulling straight up without bending or twisting it.
3. Swing and firmly push orange tip against mid-outer thigh until it 'clicks'.
4. Hold firmly in place for 3 seconds (count slowly 1, 2, 3).
5. Remove auto-injector from the thigh and massage the injection area for 10 seconds.



**ADRENACLICK® (EPINEPHRINE INJECTION, USP) AUTO-INJECTOR DIRECTIONS**
1. Remove the outer case.
2. Remove grey caps labeled "1" and "2".
3. Place red rounded tip against mid-outer thigh.
4. Press down hard until needle enters thigh.
5. Hold in place for 10 seconds. Remove from thigh.

 

If you are administering EpiPen or EpiPen Jr to a young child, hold the leg firmly in place while administering an injection.



Place the orange tip against the middle of the outer thigh (upper leg) at a right angle (perpendicular) to the thigh.

**Swing and push the auto-injector firmly** until it 'clicks'. The click signals that the injection has started.

NEW!



**Hold firmly in place for 3 seconds (count slowly 1,2,3).** The injection is now complete.



NEW!



**Remove the auto-injector from the thigh.** The orange tip will extend to cover the needle. If the needle is still visible, do not attempt to reuse it.



Massage the injection area for 10 seconds.

More food allergy information:
marketingmama.com
@marketingmama

Images and instructions above are from the EpiPen website. The red text and arrows added by Missy to highlight changes. Instructions as of 6/14/16.

-5-




-5-

## think F.A.S.T...

**Face**
Itchiness, redness, swelling of face and tongue

**Airway**
Trouble breathing, swallowing, or speaking

**Stomach**
Stomach pain, vomiting, diarrhea

**Total Body**
Rash, itchiness, swelling, weakness, paleness, sense of doom, loss of consciousness

# Asthma Action Plan for School

## Maintenance Treatment

**Feeling Good**
Breathing good
Able to Exercise and play

- Routine Inhaler taken daily
- Use routine inhaler as ordered by the physician.

## Mild Symptoms

Coughing/ short of breath / wheezing
Getting sick (cold/flu)
Tightness in chest

- Rescue Inhaler taken at onset of asthma signs and symptoms
- Document on the medication log and notify parent of inhaler use. If used more than once in a day, notify parent.

## Worsening Symptoms

Can't talk/ walk well
Breathing hard / fast
Lips / fingernails blue
Medication not working

- Emergency Treatment
- Use Rescue Inhaler
- If these symptoms are present, call parent and ambulance. Keep student cool and calm until help arrives.

Emergency number: 318-744-5411

-7-

| Hypoglycemia and Hyperglycemia Protocol/Emergency Plan ||
|---|---|
| Hypoglycemia (signs of low blood sugar) | Hyperglycemia (signs of high blood sugar) |
| Irritability or combative<br>Sweating and shaky<br>Fatigue or headache<br>Sudden Hunger<br>Shakiness or nervousness<br>Confusion or poor concentration<br>Drowsiness or dizziness<br>Paleness<br>Inappropriate action | Extreme thirst, hunger or urination<br>Blurry vision<br>Fatigue<br>Behavior changes<br>Inability to concentrate<br>Nausea or vomiting |
| Treatment for Hypoglycemia | Treatment for Hyperglycemia |
| 1. Follow any MD orders for treatment for student<br>2. Check blood sugar level with student meter or if no meter but student has symptoms treat for low blood sugar. Contact the school nurse<br>3. Give 15 grams of fast acting carbohydrate such as:<br>  • ½ can regular soda<br>  • 4-6 oz. of orange juice<br>  • glucose tablets<br>  • follow student plan as listed here<br>4. Stay with student and repeat treatment if necessary after re-checking blood sugar level with meter every 15 min and follow treatment with a snack or lunch as required.<br>5. Call parent as school nurse after treat low blood sugars 3 times within 45 minutes.<br>6. If student found unresponsive call 911 and follow orders for individual (glucagon medication or glycol-Gel) | 1. Follow student orders and notify parent/guardian<br>2. Encourage student to drink 8-16 oz. of water<br>3. Contact school nurse or trained unlicensed diabetic assistant to retest blood sugar level in 30 min and treat using student's orders as listed above.<br>4. Test for Ketones if ordered by physician<br>5. School nurse will contact MD if trained unlicensed diabetic assistant has any question or concerns |

-8-



# First Aid for Seizures
(Complex partial, psychomotor, temporal lobe)

## 1. Recognize common symptoms

     

BLANK STARING — CHEWING — FUMBLING — WANDERING — SHAKING — CONFUSED SPEECH

## 2. Follow first-aid steps

TIME THE SEIZURE • SPEAK CALMLY • DON'T GRAB OR HOLD • EXPLAIN TO OTHERS • BLOCK HAZARDS

People who've had this type of seizure should be fully conscious and aware before being left on their own. Make sure they know the date, where they are, and where they're going next. Confusion may last longer than the seizure itself and may be hazardous. If full awareness does not return, call for medical assistance.



**EPILEPSY FOUNDATION®**
Not another moment lost to seizures
1-800-332-1000 • www.epilepsyfoundation.org

EFA 341
Rev 3/2010

## Seizure Emergency Care Plan

| Student Information ||||
|---|---|---|---|
| Student Name: ||  | DOB: |
| School: | Grade: || Bus: |
| IF YOU SEE THIS: |  | DO THIS: ||

| IF YOU SEE THIS: | DO THIS: |
|---|---|
| 1. Student having a seizure:<br>Time start:_____<br>Time stop:_____ | • Ease Child to the floor<br>• Note time seizure began<br>• Call for assistance<br>• Clear area of any objects that could injure child<br>• Place flat, soft padding under child's head, if possible<br>• Do not restrain child in any way<br>• Do not attempt to reach into child's mouth |
| 2. Seizure lasting longer than 1 minute: | • All students will exit the classroom<br>• Adult with stay with student<br>• Office, 911, and Parent will be called. |
| 3. In case of seizure lasting 3 minutes or longer, or in case of injury: | • If injury has occurred, 911 and parents will be notified.<br>• If seizure does not stop within 3 minutes– administer Diastat as ordered by physician<br>• If seizure stops before the ambulance arrives, student should be transported to the hospital<br>• Send copy of student health information in folder with student to the hospital |
| Parent #1: | Tel#1 | Tel#2 |
| Parent #2: | Tel#1 | Tel#2 |
| Contact#1: | Tel#1 | Tel#2 |
| Parent Signature | | Date: |
| Nurse Signature | | Date: |

Notes:_____
_____
_____
_____