UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION NO. 69-14430 (LEAD) |
| *Plaintiff* | * | CIVIL ACTION NO. 19-01094 (MEMBER) |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CATAHOULA PARISH SCHOOL BOARD, *et al.*, | * | |
| *Defendants* | * | |

## ORDER

Considering the Motion to Seal Exhibit B to Response of Catahoula Parish School Board to Smith Letter and finding that it is in the interest of justice to so do,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendant's Exhibit B shall be filed into the record under seal.

**MONROE, LOUISIANA**, this _____ day of October 2019.


_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT COURT JUDGE**