UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff* | * <br> * <br> * <br> * | CIVIL ACTION NO. 69-14430 (LEAD)<br>CIVIL ACTION NO. 19-01094 (MEMBER) |
| VERSUS | * <br> * | JUDGE ROBERT G. JAMES |
| CATAHOULA PARISH SCHOOL<br>BOARD, *et al.*,<br>*Defendants* | * <br> * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Seal Exhibit B to Response of Catahoula Parish School Board to Smith Letter and finding that it is in the interest of justice to so do,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendant's Exhibit B shall be filed into the record under seal.

**SIGNED** this 10th day of October, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE