**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

To:            All Counsel of Record

Issued By:     Judge Robert G. James

Re:            USA v. Catahoula Parish School Board, et al.
               Civil Action No. 1:69-14430

Date:          October 10, 2019

## MINUTE ENTRY

On September 12, 2019, Consol Plaintiff Jill Lossin Smith submitted a letter to this Court, which the Court construes as an Appeal of the denial of her request for a medical transfer for her minor child. [*See* Doc. Nos. 73, 74]. On October 9, 2019, the School Board filed its response to Ms. Smith's Appeal. [*See* Doc. No. 76].

Should Ms. Smith intend to file a reply to the School Board's response, her reply brief is DUE on or before Friday, October 25, 2019.