UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | * * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | |
| **CATAHOULA PARISH SCHOOL BOARD,** *et al.*, *Defendants* | * * * * | **JUDGE DRELL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REPORT

The Catahoula Parish School Board submits the following information in compliance with the Orders of this Court:

    Exhibit 1    Faculty Vacancy and Replacement Data May 2019-October 2019

    Exhibit 2    Faculty and Staff as of October 1, 2019

    Exhibit 3    Student Enrollment 2019-2020

    Exhibit 4    Student Transfers 2019-2020

**RESPECTFULLY SUBMITTED**, this the 15th day of October, 2019.

                                    **CATAHOULA PARISH SCHOOL BOARD**

                                    **HAMMONDS, SILLS, ADKINS & GUICE, LLP**
                                    2431 S. Acadian Thruway, Suite 600
                                    Baton Rouge, Louisiana 70808
                                    Telephone: (225) 923-3462
                                    Facsimile: (225) 923-0315

                                    *s/ John R. Blanchard*
                                    **ROBERT L. HAMMONDS**
                                    Bar Roll No. 6484
                                    **PAMELA WESCOVICH DILL**
                                    Bar Roll No. 31703
                                    **JOHN R. BLANCHARD**
                                    Bar Roll No. 37036