# CATAHOULA PARISH SCHOOL BOARD

## Faculty Vacancy and Replacement Data
## May 2019 - October 2019

Exhibit 1

## CATAHOULA PARISH VACANCIES 2019-2020

**Block High School**

Vacancies—8 (1 Principal)
    Race—1 White and 4 Black with 2 open positions filled with Black day-to-day subs; 1 White Principal
    New or Transfer—1 New; 2 that obtained certification (at BHS last year) and 2 transfers; 1 New Principal
Intra-district sending school—Harrisonburg High (1 Black) and Sicily Island High (1 Black)
Added a new position—1 Black

Transfers due to closure of Jonesville Jr. High—2 White, 1 Black, 1 open position filled with day-to-day sub (Black) (not reflected above)

**Central High School**

No changes

**Harrisonburg High School**

Vacancies—7
    Race—5 Whites and 1 Black and 1 White day-to-day sub
    New or Transfer—5 new (4 White & 1 Black) and 1 transfer (white) and 1 day-to-day sub transfer (white)
    Intra-district sending school—Sicily Island High School and Jonesville Elementary (day-to-day sub)
School had one of the two principals retire and position was changed to Instructional Consultant/Asst. Principal—filled from within school with 1 White (that person's vacated teaching position is reflected above)

**Jonesville Elementary School**

Vacancies—3
    Race—3 Black
    New or Transfer—2 New and 1 Transfer
    Intra-district sending school—Block High School (due to transfer of teacher from JJHS to BHS)

Transfers due to closure of Jonesville Jr. High—1 Black and 1 open position filled with 1 White (not reflected above)

**Jonesville Jr. High School**

Closed—all certified teachers that chose to stay were moved to either BHS or JES

**Sicily Island High School**

Vacancies—4
    Race—2 Black and 1 White and 1 day-to-day sub (black)
    New or transfer—3 New and 1 new day-to-day sub
Intra-District sending school—None
One of the two principals passed away in 18-19. The position was changed to an Instructional Consultant/Asst. Principal and was filled from within with 1 Black. That person's teaching position was then filled from within with 1 White that had been a part-time teacher. The part-time position was eliminated.