# CATAHOULA PARISH SCHOOL BOARD

## Faculty and Staff
## as of October 1, 2019

Exhibit 2

| School | Position | Black | White |
|---|---|---|---|
| Block High | Administrators | 2 | 2 |
| | Teachers | 11 | 10 |
| | Staff | 14 | 5 |
| Central High | Administrators | 0 | 1 |
| | Teachers | 0 | 8 |
| | Staff | 0 | 7 |
| Harrisonburg High | Administrators | 0 | 2 |
| | Teachers | 1 | 18 |
| | Staff | 3 | 15 |
| Jonesville Elementary | Administrators | 0 | 2 |
| | Teachers | 6 | 11 |
| | Staff | 16 | 17 |
| Sicily Island High | Administrators | 1 | 1 |
| | Teachers | 6 | 13 |
| | Staff | 9 | 10 |
| Central Office | Administrators | 2 | 7 |