# CATAHOULA PARISH SCHOOL BOARD

## Student Enrollment
## 2019-2020

District-Wide Student Enrollment.................................1

Block High School.............................................2

Central High School...........................................3

Harrisonburg High School...............................4

Jonesville Elementary School.........................5

Sicily Island High School.................................6

**Exhibit 3**

District: 013

Ethnic/Gender by School

# Student Membership

As Of 2019-10-01. Year 1920

10/15/2019 3:50 PM

10.02.2019

| Dist | Sch | Site | W M | W F | W Sum | W % | B M | B F | B Sum | B % | H M | H F | H Sum | H % | A M | A F | A Sum | A % | AI M | AI F | AI | AI % | H/P M | H/P F | H/P | H/P % | Total | Total M% | Total F | Total F% | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 013 | 001 | Block High School | 60 | 47 | 107 | 41.6 | 78 | 66 | 144 | 56 | 2 | 4 | 6 | 2.3 | | | | | | | | | | | | | 140 | 54.5 | 117 | 45.5 | 257 |
| 013 | 002 | Central High School | 31 | 33 | 64 | 91.4 | 3 | 3 | 6 | 8.6 | | | | | | | | | | | | | | | | | 34 | 48.6 | 36 | 51.4 | 70 |
| 013 | 005 | Harrisonburg High School | 104 | 127 | 231 | 81.9 | 17 | 24 | 41 | 14.5 | | 1 | 1 | 0.4 | 2 | 1 | 3 | 1.1 | 2 | 4 | 6 | 2.1 | | | | | 125 | 44.3 | 157 | 55.7 | 282 |
| 013 | 006 | Jonesville Elementary School | 90 | 72 | 162 | 52.9 | 80 | 60 | 140 | 45.8 | | 2 | 2 | 0.7 | | | | | 1 | 1 | 2 | 0.7 | | | | | 171 | 55.9 | 135 | 44.1 | 286 |
| 013 | 011 | Sicily Island High School | 49 | 60 | 109 | 46.4 | 59 | 59 | 118 | 50.2 | 4 | 1 | 5 | 2.1 | | | | | 2 | 1 | 3 | 1.3 | | | | | 114 | 48.5 | 121 | 51.5 | 222 |
| 013 | 700 | Catahoula Central Office | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 013 | 800 | State Scholarship | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 013 | 888 | Non Public Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 013 | 900 | Catahoula Parish Alternative Program | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 013 | ? | Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Total | 334 | 339 | 673 | 58.5 | 237 | 212 | 449 | 39 | 6 | 8 | 14 | 1.2 | 2 | 1 | 3 | 0.3 | 5 | 6 | 11 | 1 | | | | | 584 | 50.8 | 566 | 49.2 | 1117 |

-1-

District: 013

# Student Membership

Ethnic/Gender by Grade

As Of 2019-10-01. Year 1920

10/15/2019 4:10 PM

10.02.2019

| GD | W M | W F | W Sum | W % | B M | B F | B Sum | B % | H M | H F | H Sum | H % | A M | A F | A Sum | A % | AI M | AI F | AI | AI % | H/P M | H/P F | H/P | H/P % | Total M | Total | Total | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INF | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 06 | 14 | 9 | 23 | 47.9 | 11 | 13 | 24 | 50 | 1 | | 1 | 2.1 | | | | | | | | | | | | | 26 | 54.2 | 22 | 45.8 | 48 |
| 07 | 7 | 4 | 11 | 31.4 | 13 | 11 | 24 | 68.6 | | | | | | | | | | | | | | | | | 20 | 57.1 | 15 | 42.9 | 35 |
| 08 | 14 | 8 | 22 | 68.8 | 4 | 5 | 9 | 28.1 | | 1 | 1 | 3.1 | | | | | | | | | | | | | 18 | 56.2 | 14 | 43.8 | 32 |
| 09 | 6 | 6 | 12 | 30 | 15 | 10 | 25 | 62.5 | 1 | 2 | 3 | 7.5 | | | | | | | | | | | | | 22 | 55 | 18 | 45 | 40 |
| 10 | 6 | 7 | 13 | 34.2 | 16 | 9 | 25 | 65.8 | | | | | | | | | | | | | | | | | 22 | 57.9 | 16 | 42.1 | 38 |
| 11 | 9 | 7 | 16 | 48.5 | 10 | 7 | 17 | 51.5 | | | | | | | | | | | | | | | | | 19 | 57.6 | 14 | 42.4 | 33 |
| 12 | 4 | 6 | 10 | 32.3 | 9 | 11 | 20 | 64.5 | | 1 | 1 | 3.2 | | | | | | | | | | | | | 13 | 41.9 | 18 | 58.1 | 31 |
| 40 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MFP | 60 | 47 | 107 | 41.6 | 78 | 66 | 144 | 56 | 2 | 4 | 6 | 2.3 | | | | | | | | | | | | | 140 | 54.5 | 117 | 45.5 | 257 |
| PreK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ADJ | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () |
| 22+ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enroll | 60 | 47 | 107 | 41.6 | 78 | 66 | 144 | 56 | 2 | 4 | 6 | 2.3 | | | | | | | | | | | | | 140 | 54.5 | 117 | 45.5 | 257 |
| NR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | 60 | 47 | 107 | 41.6 | 78 | 66 | 144 | 56 | 2 | 4 | 6 | 2.3 | | | | | | | | | | | | | 140 | 54.5 | 117 | 45.5 | 257 |

Schools: 001

Grades: null

Page 1

Rows: 25

EDGear - Software that Empower Educators

# Student Membership

*Ethnic/Gender by Grade*                                       *10.02.2019*

As Of 2019-10-01. Year 1920

| GD | W M | W F | W Sum | W % | B M | B F | B Sum | B % | H M | H F | H Sum | H % | A M | A F | A Sum | A % | AI M | AI F | AI | AI % | H/P M | H/P F | H/P | H/P % | Total M | Total | Total | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INF | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| K | 1 | 2 | 3 | 75 | 1 | | 1 | 25 | | | | | | | | | | | | | | | | | 2 | 50 | 2 | 50 | 4 |
| 01 | 2 | 2 | 4 | 80 | | 1 | 1 | 20 | | | | | | | | | | | | | | | | | 2 | 40 | 3 | 60 | 5 |
| 02 | | 1 | 1 | 100 | | | | | | | | | | | | | | | | | | | | | | | 1 | 100 | 1 |
| 03 | 4 | 1 | 5 | 83.3 | 1 | | 1 | 16.7 | | | | | | | | | | | | | | | | | 5 | 83.3 | 1 | 16.7 | 6 |
| 04 | 4 | 1 | 5 | 100 | | | | | | | | | | | | | | | | | | | | | 4 | 80 | 1 | 20 | 5 |
| 05 | 4 | 3 | 7 | 87.5 | 1 | | 1 | 12.5 | | | | | | | | | | | | | | | | | 5 | 62.5 | 3 | 37.5 | 8 |
| 06 | 2 | 3 | 5 | 83.3 | | 1 | 1 | 16.7 | | | | | | | | | | | | | | | | | 2 | 33.3 | 4 | 66.7 | 6 |
| 07 | 1 | 4 | 5 | 100 | | | | | | | | | | | | | | | | | | | | | 1 | 20 | 4 | 80 | 5 |
| 08 | 1 | 6 | 7 | 87.5 | | 1 | 1 | 12.5 | | | | | | | | | | | | | | | | | 1 | 12.5 | 7 | 87.5 | 8 |
| 09 | 3 | 3 | 6 | 100 | | | | | | | | | | | | | | | | | | | | | 3 | 50 | 3 | 50 | 6 |
| 10 | 4 | | 4 | 100 | | | | | | | | | | | | | | | | | | | | | 4 | 100 | | | 4 |
| 11 | 2 | 4 | 6 | 100 | | | | | | | | | | | | | | | | | | | | | 2 | 33.3 | 4 | 66.7 | 6 |
| 12 | 3 | 3 | 6 | 100 | | | | | | | | | | | | | | | | | | | | | 3 | 50 | 3 | 50 | 6 |
| 40 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MFP | 31 | 33 | 64 | 91.4 | 3 | | 3 | 6 | 8.6 | | | | | | | | | | | | | | | | 34 | 48.6 | 36 | 51.4 | 70 |
| PreK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ADJ | () | () | () | () | () | | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () |
| 22+ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enroll | 31 | 33 | 64 | 91.4 | 3 | | 3 | 6 | 8.6 | | | | | | | | | | | | | | | | 34 | 48.6 | 36 | 51.4 | 70 |
| NR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | 31 | 33 | 64 | 91.4 | 3 | | 3 | 6 | 8.6 | | | | | | | | | | | | | | | | 34 | 48.6 | 36 | 51.4 | 70 |

District: 013

Ethnic/Gender by Grade

# Student Membership

As Of 2019-10-01. Year 1920

10/15/2019 4:08 PM

10.02.2019

| GD | W M | W F | W Sum | W % | B M | B F | B Sum | B % | H M | H F | H Sum | H % | A M | A F | A Sum | A % | AI M | AI F | AI | AI % | H/P M | H/P F | H/P | H/P % | Total M | Total | Total | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INF | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| K | 6 | 11 | 17 | 77.3 | 3 | 1 | 4 | 18.2 | | | | | | | | | | 1 | 1 | 4.5 | | | | | 9 | 40.9 | 13 | 59.1 | 22 |
| 01 | 6 | 12 | 18 | 75 | 1 | 2 | 3 | 12.5 | | | | | | 1 | 1 | 4.2 | 1 | 1 | 2 | 8.3 | | | | | 8 | 33.3 | 16 | 66.7 | 24 |
| 02 | 6 | 8 | 14 | 93.3 | | | | | | | | | | | | | | 1 | 1 | 6.7 | | | | | 6 | 40 | 9 | 60 | 15 |
| 03 | 4 | 7 | 11 | 68.8 | 3 | 2 | 5 | 31.2 | | | | | | | | | | | | | | | | | 7 | 43.8 | 9 | 56.2 | 16 |
| 04 | 9 | 9 | 18 | 94.7 | | 1 | 1 | 5.3 | | | | | | | | | | | | | | | | | 9 | 47.4 | 10 | 52.6 | 19 |
| 05 | 11 | 4 | 15 | 71.4 | 3 | 2 | 5 | 23.8 | | | | | | | | | 1 | | 1 | 4.8 | | | | | 15 | 71.4 | 6 | 28.6 | 21 |
| 06 | 11 | 9 | 20 | 83.3 | 1 | 3 | 4 | 16.7 | | | | | | | | | | | | | | | | | 12 | 50 | 12 | 50 | 24 |
| 07 | 12 | 15 | 27 | 84.4 | 3 | 1 | 4 | 12.5 | | | | | | | | | | 1 | 1 | 3.1 | | | | | 15 | 46.9 | 17 | 53.1 | 32 |
| 08 | 5 | 12 | 17 | 77.3 | 2 | 3 | 5 | 22.7 | | | | | | | | | | | | | | | | | 7 | 31.8 | 15 | 68.2 | 22 |
| 09 | 13 | 12 | 25 | 83.3 | | 5 | 5 | 16.7 | | | | | | | | | | | | | | | | | 13 | 43.3 | 17 | 56.7 | 30 |
| 10 | 6 | 9 | 15 | 75 | 1 | 3 | 4 | 20 | | | | | 1 | | 1 | 5 | | | | | | | | | 8 | 40 | 12 | 60 | 20 |
| 11 | 10 | 9 | 19 | 100 | | | | | | | | | | | | | | | | | | | | | 10 | 52.6 | 9 | 47.4 | 19 |
| 12 | 5 | 10 | 15 | 83.3 | | 1 | 1 | 5.6 | | 1 | 1 | 5.6 | 1 | | 1 | 5.6 | | | | | | | | | 6 | 33.3 | 12 | 66.7 | 18 |
| 40 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MFP | 104 | 127 | 231 | 81.9 | 17 | 24 | 41 | 14.5 | | 1 | 1 | 0.4 | 2 | 1 | 3 | 1.1 | 2 | 4 | 6 | 2.1 | | | | | 125 | 44.3 | 157 | 55.7 | 282 |
| PreK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ADJ | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () |
| 22+ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enroll | 104 | 127 | 231 | 81.9 | 17 | 24 | 41 | 14.5 | | 1 | 1 | 0.4 | 2 | 1 | 3 | 1.1 | 2 | 4 | 6 | 2.1 | | | | | 125 | 44.3 | 157 | 55.7 | 282 |
| NR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | 104 | 127 | 231 | 81.9 | 17 | 24 | 41 | 14.5 | | 1 | 1 | 0.4 | 2 | 1 | 3 | 1.1 | 2 | 4 | 6 | 2.1 | | | | | 125 | 44.3 | 157 | 55.7 | 282 |

Schools: 005

Grades: null

Rows: 25

Page 1

EDGear - Software that Empower Educators

# Student Membership

As Of 2019-10-01. Year 1920

| GD | W M | W F | W Sum | W % | B M | B F | B Sum | B % | H M | H F | H Sum | H % | A M | A F | A Sum | A % | AI M | AI F | AI | AI % | H/P M | H/P F | H/P | H/P % | Total M | Total | Total | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INF | | | | | 1 | | 1 | 100 | | | | | | | | | | | | | | | | | 1 | 100 | | | 1 |
| PreS | 2 | | 2 | 66.7 | 1 | | 1 | 33.3 | | | | | | | | | | | | | | | | | 3 | 100 | | | 3 |
| K | 12 | 7 | 19 | 43.2 | 14 | 11 | 25 | 56.8 | | | | | | | | | | | | | | | | | 26 | 59.1 | 18 | 40.9 | 44 |
| 01 | 19 | 10 | 29 | 52.7 | 12 | 14 | 26 | 47.3 | | | | | | | | | | | | | | | | | 31 | 56.4 | 24 | 43.6 | 55 |
| 02 | 13 | 11 | 24 | 54.5 | 10 | 9 | 19 | 43.2 | | | | | | | | | 1 | 1 | | 2.3 | | | | | 23 | 52.3 | 21 | 47.7 | 44 |
| 03 | 14 | 10 | 24 | 51.1 | 11 | 10 | 21 | 44.7 | | 2 | 2 | 4.3 | | | | | | | | | | | | | 25 | 53.2 | 22 | 46.8 | 47 |
| 04 | 13 | 14 | 27 | 56.2 | 14 | 7 | 21 | 43.8 | | | | | | | | | | | | | | | | | 27 | 56.2 | 21 | 43.8 | 48 |
| 05 | 8 | 12 | 20 | 47.6 | 13 | 8 | 21 | 50 | | | | | | | | | 1 | | 1 | 2.4 | | | | | 22 | 52.4 | 20 | 47.6 | 42 |
| 06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ? | 2 | | 2 | 100 | | | | | | | | | | | | | | | | | | | | | 2 | 100 | | | 2 |
| MFP | 83 | 64 | 147 | 51.4 | 76 | 59 | 135 | 47.2 | | 2 | 2 | 0.7 | | | | | 1 | 1 | 2 | 0.7 | | | | | 160 | 55.9 | 126 | 44.1 | 286 |
| PreK | 7 | 8 | 15 | 75 | 4 | 1 | 5 | 25 | | | | | | | | | | | | | | | | | 11 | 55 | 9 | 45 | 20 |
| ADJ | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () |
| 22+ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enroll | 90 | 72 | 162 | 52.9 | 80 | 60 | 140 | 45.8 | | 2 | 2 | 0.7 | | | | | 1 | 1 | 2 | 0.7 | | | | | 171 | 55.9 | 135 | 44.1 | 306 |
| NR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | 90 | 72 | 162 | 52.9 | 80 | 60 | 140 | 45.8 | | 2 | 2 | 0.7 | | | | | 1 | 1 | 2 | 0.7 | | | | | 171 | 55.9 | 135 | 44.1 | 306 |

-5-

District: 013

10/15/2019 4:11 PM

# Student Membership

Ethnic/Gender by Grade

10.02.2019

As Of 2019-10-01. Year 1920

| GD | W M | W F | W Sum | W % | B M | B F | B Sum | B % | H M | H F | H Sum | H % | A M | A F | A Sum | A % | AI M | AI F | AI | AI % | H/P M | H/P F | H/P | H/P % | Total M | Total | Total | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INF | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| K | 3 | 2 | 5 | 29.4 | 6 | 6 | 12 | 70.6 | | | | | | | | | | | | | | | | | 9 | 52.9 | 8 | 47.1 | 17 |
| 01 | 3 | 5 | 8 | 44.4 | 3 | 6 | 9 | 50 | | | | | | | | | 1 | | 1 | 5.6 | | | | | 7 | 38.9 | 11 | 61.1 | 18 |
| 02 | 5 | 6 | 11 | 57.9 | 1 | 6 | 7 | 36.8 | | | | | | | | | | 1 | 1 | 5.3 | | | | | 6 | 31.6 | 13 | 68.4 | 19 |
| 03 | 3 | 2 | 5 | 27.8 | 6 | 6 | 12 | 66.7 | | 1 | 1 | 5.6 | | | | | | | | | | | | | 9 | 50 | 9 | 50 | 18 |
| 04 | 2 | 8 | 10 | 50 | 4 | 6 | 10 | 50 | | | | | | | | | | | | | | | | | 6 | 30 | 14 | 70 | 20 |
| 05 | 5 | 2 | 7 | 77.8 | 2 | | 2 | 22.2 | | | | | | | | | | | | | | | | | 7 | 77.8 | 2 | 22.2 | 9 |
| 06 | 3 | 3 | 6 | 35.3 | 5 | 4 | 9 | 52.9 | 1 | | 1 | 5.9 | | | | | 1 | | 1 | 5.9 | | | | | 10 | 58.8 | 7 | 41.2 | 17 |
| 07 | 2 | 8 | 10 | 43.5 | 4 | 9 | 13 | 56.5 | | | | | | | | | | | | | | | | | 6 | 26.1 | 17 | 73.9 | 23 |
| 08 | 5 | 4 | 9 | 56.2 | 3 | 4 | 7 | 43.8 | | | | | | | | | | | | | | | | | 8 | 50 | 8 | 50 | 16 |
| 09 | 2 | 7 | 9 | 33.3 | 11 | 6 | 17 | 63 | 1 | | 1 | 3.7 | | | | | | | | | | | | | 14 | 51.9 | 13 | 48.1 | 27 |
| 10 | 2 | 6 | 8 | 72.7 | 1 | 1 | 2 | 18.2 | 1 | | 1 | 9.1 | | | | | | | | | | | | | 4 | 36.4 | 7 | 63.6 | 11 |
| 11 | 7 | 1 | 8 | 50 | 6 | 2 | 8 | 50 | | | | | | | | | | | | | | | | | 13 | 81.2 | 3 | 18.8 | 16 |
| 12 | 5 | 2 | 7 | 63.6 | 2 | 1 | 3 | 27.3 | 1 | | 1 | 9.1 | | | | | | | | | | | | | 8 | 72.7 | 3 | 27.3 | 11 |
| 40 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MFP | 47 | 56 | 103 | 46.4 | 54 | 57 | 111 | 50 | 4 | 1 | 5 | 2.3 | | | | | 2 | 1 | 3 | 1.4 | | | | | 107 | 48.2 | 115 | 51.8 | 222 |
| PreK | 2 | 4 | 6 | 46.2 | 5 | 2 | 7 | 53.8 | | | | | | | | | | | | | | | | | 7 | 53.8 | 6 | 46.2 | 13 |
| ADJ | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () | () |
| 22+ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enroll | 49 | 60 | 109 | 46.4 | 59 | 59 | 118 | 50.2 | 4 | 1 | 5 | 2.1 | | | | | 2 | 1 | 3 | 1.3 | | | | | 114 | 48.5 | 121 | 51.5 | 235 |
| NR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | 49 | 60 | 109 | 46.4 | 59 | 59 | 118 | 50.2 | 4 | 1 | 5 | 2.1 | | | | | 2 | 1 | 3 | 1.3 | | | | | 114 | 48.5 | 121 | 51.5 | 235 |