# CATAHOULA PARISH SCHOOL BOARD

## STUDENT TRANSFERS
## 2019-2020

**Exhibit 4**

**Majority to Minority (All transferred to Harrisonburg unless otherwise noted)**

|      | Race  | Zoned for |
|------|-------|-----------|
| A. M. | Black | Block High School |
| B. W. | Black | Block High School |
| B. A. | Black | Jonesville Elementary School |
| J. K. | Black | Block High School |
| K. S. | Black | Block High School |
| K. A. | Black | Jonesville Elementary School |
| K. S. | Black | Block High School |
| M. K. | Black | Block High School |
| M. M. | Black | Block High School |
| M. S. | Black | Block High School |
| N. R. | Black | Sicily Island High School |
| T. R. | Black | Sicily Island High School |
| Z. M. | Black | Block High School |
| F. D. | Black | Block High School |
| S. J. | Black | Block High School |
| A. M. | Black | Jonesville Elementary School |
| J. T. | Black | Jonesville Elementary School |
| J. T. | Black | Jonesville Elementary School |
| C. E. | Black | Jonesville Elementary School |
| A. M. | Black | Jonesville Elementary School |
| A. M. | Black | Jonesville Elementary School |
| S. G. | Black | Block High School |
| K. D. | Black | Jonesville Elementary School |
| D. D. | Black | Jonesville Elementary School |
| J. G. | Black | Sicily Island High School |
| A. A. | Black | Jonesville Elementary School |
| L. A. | Black | Jonesville Elementary School |
| C. S. | Black | Sicily Island High School |
| E. C. | Black | Sicily Island High School |
| J. R. | Black | Block High School |
| E. S. | Black | Sicily Island High School |
| R. S. | Black | Jonesville Elementary School |
| C. B. | White | from Harrisonburg High to Sicily Island High |

**Medical**

|      | Race  | Zoned for |
|------|-------|-----------|
| C. H. | White | Harrisonburg High from Block High |
| K. H. | White | Harrisonburg High from Block High |
| C. M. | White | Harrisonburg High from Block High |
| C. H. | White | Harrisonburg High from Block High |
| C. C. | White | Harrisonburg High from Block High |
| W. C. | White | Harrisonburg High from Jonesville Elementary |
| K. T. | White | Central High from Block High |
| J. M. | White | Central High from Block High |

| | | |
|---|---|---|
| J. S. | White | Central High from Block High |

**Children of Teachers**

| | | |
|---|---|---|
| E. W. | Black | Sicily Island High School |
| K. M. | Black | Sicily Island High School |
| R. W. | White | Sicily Island High School |
| I. B. | Black | Sicily Island High School |
| C. B. | White | Jonesville Elementary School |
| T. B. | White | Jonesville Elementary School |

**Safety**

| | | |
|---|---|---|
| E. S. | White | Harrisonburg High from Jonesville Elementary |
| L. F. | White | Harrisonburg High from Block High |
| D. M. | White | Central High from Block High |
| A. M. | White | Central High from Jonesville Elementary |