**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**DECEMBER 12, 2019**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | **CIVIL ACTION NO. 69-14430** |
| Plaintiff | * | |
| | * | |
| **VERSUS** | * | **JUDGE DOUGHTY** |
| | * | |
| **CATAHOULA PARISH SCHOOL** | * | |
| **BOARD,** et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    This case was recently reassigned to the undersigned. The Court would like to conduct a telephone status conference with counsel. Please contact Courtroom Deputy Amy Crawford at (318) 322-6740 with available dates and times for a conference.

TAD

*/s/ TAD*