**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**DECEMBER 19, 2019**

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff | * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | **JUDGE DOUGHTY** |
| **CATAHOULA PARISH SCHOOL BOARD,** et al., Defendants | * * * * | |

* * * * * * * * * *   * *   * *   * *   * *   *

A telephone status conference in the above-referenced matter was held December 19, 2019, at 11:00 a.m. Present were Colleen Phillips, counsel for United States Department of Justice ("DOJ"); Robert Hammonds, John Blanchard, and Pamela Dill, counsel for Catahoula Parish School Board ("School Board"); Viona Miller and Jessica Rabinowitz, representing the Louisiana State Conference of the NAACP.

The School Board and the DOJ reported that they were continuing to work towards a final assessment of the *Green* factors. The District has provided information requested by Ms. Phillips, and they are communicating about additional information needed.

The NAACP and the parties are in agreement that the NAACP will present the concerns of the community.  Counsel recently notified the parties of concerns in a December 6 letter, and the parties are working to address those concerns.  The NAACP reported that the parties have been receptive to community concerns.

Neither counsel for the parties or for the NAACP believes that judicial intervention is necessary at this time.  Given the status of the case and the willingness of the parties and the NAACP to continue to work together, to the extent that the order remained applicable, the Court suspended the requirement in the April 2, 2019 Order [Doc. No .47] that the parties report progress at Block High School every two months.  Instead, the parties shall file either a status report or the appropriate motion no later than June 1, 2020.  The Court will allow the NAACP to respond to the parties' filing if it wishes to do so.  If necessary, a briefing schedule will be set after the June 1 filing.

The Conference concluded at 11:15 a.m.

                                        TAD

