IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CATAHOULA PARISH SCHOOL BOARD, *et al.* )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO. 69-14430<br><br>**Judge Terry Doughty** |

## STATUS REPORT

The United States of America ("United States") and the Catahoula Parish School Board ("Board") (collectively "the Parties") respectfully file this status report as ordered by the Court on December 19, 2019. The purpose of this status report is to update the Court as to the actions taken by the Parties in compliance with the Joint Plan of Work, approved by this Court on September 3, 2019 [ECF 64], and the status of this case. As required by this Court, the Plan of Work was "directed to the proposition that unitary status is possible in Catahoula Parish and outlined the steps intended to carry forward satisfaction of the Green factors." Court Order, April 2, 2019 [ECF 47].

The Board complied with all the reporting requirements of the Joint Plan of Work, including providing additional data regarding faculty/staff assignment to the United States upon its request. The United States has reviewed all of the data supplied by Board in compliance with its monitoring obligations. The Parties are actively working on next steps toward unitary status in this matter.

In addition, the United States has received and responded to concerns of the community brought to its attention through the Louisiana Chapter of the NAACP, including concerns identified by the NAACP on May 22, 2020.

Dated: May 30, 2020

Respectfully submitted,

**For Plaintiffs:**
DAVID C. JOSEPH
United States Attorney
Western District of Louisiana

*/s/ Katherine Vincent*
KATHERINE W. VINCENT (#18717)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
(337) 262-6618
Katherine.Vincent@usdoj.gov

ERIC DREIBAND
Assistant Attorney General
Civil Rights Division

SHAHEENA SIMONS, Chief
FRANZ R. MARSHALL, Deputy Chief
Educational Opportunities Section

*/s/Colleen Phillips*
COLLEEN PHILLIPS, Trial Attorney
U.S. Department of Justice
Educational Opportunities Section
Civil Rights Division
150 M Street, NE / 10-218
Washington, D.C. 20530
(202) 307-6548
Colleen.Phillips@usdoj.gov

**For Defendant:**
HAMMONDS, SILLS, ADKINS &
    GUICE, LLP
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana 70808
Telephone: (225) 923-3462
Facsimile: (225) 923-0315

*/s/ Robert L. Hammonds*
ROBERT L. HAMMONDS
Bar Roll No. 6484
PAMELA WESCOVICH DILL
Bar Roll No. 31703
JOHN R. BLANCHARD
Bar Roll No. 37036