**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**June 4, 2020**

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff | * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | **JUDGE DOUGHTY** |
| **CATAHOULA PARISH SCHOOL BOARD,** et al., Defendants | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

On May 29, 2020, counsel for United States Department of Justice ("DOJ") and the Catahoula Parish School Board ("School Board") filed a status report [Doc. No. 90] indicating that they are continuing to takes the steps necessary for the School District to achieve unitary status. They further indicated that they are in contact with and addressing any concerns raised by the Louisiana State Conference of the NAACP. At this time, the Court does not intend to take further action. However, if the NAACP has concerns, as previously stated in the Court's minutes from the last status conference , counsel may file a response to the status report.

Otherwise, the parties are required to file another status report by September 1, 2020.

TAD

