# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *Plaintiff* | ) ) ) | **CIVIL ACTION NO.: 69-14430** |
| **VERSUS** | ) ) | **JUDGE DOUGHTY** |
| **CATAHOULA PARISH SCHOOL BOARD, ET AL** *Defendants* | ) ) ) | |

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, comes the Acting United States Attorney for the Western District of Louisiana, who respectfully moves the Court for an order directing that Jerry Edwards, Assistant United States Attorney, be substituted for Katherine W. Vincent, Assistant United States Attorney, as counsel for the Plaintiff in this proceeding. Assistant United States Attorney Jerry Edwards can be noticed with pleadings and orders at 300 Fannin Street, Suite 3201, Shreveport, LA 71101; Telephone: (318) 676-3614; Facsimile: (318) 676-3642; Email: jerry.edwards@usdoj.gov. Substitution of counsel will not delay the progress of this proceeding.

Opposing Counsel does not object to this motion.

WHEREFORE, Defendant prays that this Honorable Court allow Jerry Edwards to be substituted as counsel of record and that representation by Katherine W. Vincent be terminated as counsel of record for the United States of America.

Respectfully submitted,

ALEXANDER C. VAN HOOK
ACTING UNITED STATES ATTORNEY
WESTERN DISTRICT OF LOUISIANA

By: *s/Katherine W. Vincent*
KATHERINE W. VINCENT (#18717)
Assistant United States Attorney
John M. Shaw United States Courthouse
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618 // Fax: (337) 262-6693
Email: katherine.vincent@usdoj.gov

By: *s/Jerry Edwards*
JERRY EDWARDS (#30242)
Assistant United States Attorney
Tom Stagg United States Courthouse
300 Fannin Street, Suite 3201
Shreveport, LA 71101
(318) 676-3614 // Fax: (318) 676-3642
Email: jerry.edwards@usdoj.gov