## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CIVIL ACTION NO.: 69-14430** |
| *Plaintiff* | ) | |
| | ) | |
| **VERSUS** | ) | **JUDGE DOUGHTY** |
| | ) | |
| **CATAHOULA PARISH SCHOOL BOARD,** | ) | |
| **ET AL** | ) | |
| *Defendants* | ) | |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record on behalf of Plaintiff, the United States of America,

**IT IS HEREBY ORDERED** that said motion is hereby **GRANTED**, and that Jerry Edwards, Assistant United States Attorney, Western District of Louisiana, is substituted as counsel of record in place of Assistant United States Attorney Katherine W. Vincent, on behalf of Plaintiff, the United States of America, in this proceeding.

**THUS DONE AND SIGNED** this _____ day of _____, 2020, at _____, Louisiana.

_____
**U. S. MAGISTRATE JUDGE PEREZ-MONTES**