# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff | * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | **JUDGE TERRY DOUGHTY** |
| **CATAHOULA PARISH SCHOOL BOARD,** et al.**,**<br>    Defendants | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Plaintiff's Motion to Substitute Counsel [Doc. No. 92] is **GRANTED**. Jerry Edwards, Assistant United States Attorney, Western District of Louisiana, is substituted as counsel of record in place of Assistant United States Attorney Katherine W. Vincent, on behalf of Plaintiff, the United States of America, in this proceeding.

MONROE, LOUISIANA, this 26th day of August, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE