UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff | * * * | **CIVIL ACTION NO. 69-14430** |
| **VERSUS** | * * | **JUDGE DOUGHTY** |
| **CATAHOULA PARISH SCHOOL BOARD,** et al.**,** Defendants | * * * * | |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the Joint Motion for Declaration of Unitary Status [Doc. No. 94] is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Catahoula Parish School District ("the District") is DECLARED unitary, all prior injunctions against the Catahoula Parish School Board ("the Board") are DISSOLVED, the Court hereby RELINQUISHES its supervision of the District and RETURNS supervision to the Board.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 3rd day of September, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE